# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **BRADLEY J. SCHAUFENBUEL;** ) <br> **ROBERT N. SCHAUFENBUEL;** ) <br> **JOHN AND SARAH REED, IV;** ) <br> **JOHN AND JAN REED, III;** ) <br> **AMERICAN MASS MEDIA CORPORATION;** ) <br> **ROBERTA K. CLARK;** ) <br> on behalf of Themselves and All Others ) <br> Similarly Situated, ) <br>   ) <br>   **Plaintiffs,** ) <br>   ) <br> **V.** ) <br>   ) <br> **INVESTFORCLOSURES FINANCIAL, L.L.C.;** ) <br> **ROI DEVELOPERS;** ) <br> **INVESTFORCLOSURES;** ) <br> **INVESTFORCLOSURES.COM, LLC;** ) <br> **INVESTFORCLOSURES VENTURES, LLC;** ) <br> **SANDS OF GOLD ESCROW;** ) <br> **SANDS OF GOLD;** ) <br> **ROI FINANCIAL;** ) <br> **REALTY OPPORTUNITIES INTERNATIONAL** ) <br> **ESCROW 23;** ) <br> **ROI ESCROW;** ) <br> **REALTY OPPORTUNITIES INTERNATIONAL** ) <br> **S. de R.L. de C.V.;** ) <br> **REALTY OPPORTUNITIES INTERNATIONAL;** ) <br> **ROI MEXICO;** ) <br> **SANDS OF GOLD ESTATES;** ) <br> **FRANCIS X. SANCHEZ aka FRANK SANCHEZ;** ) <br> **JAMES D. BOURASSA aka JIM BOURASSA;** ) <br> **SCOTT D. WESSEL;** ) <br> **DEANA M. GUIDI;** ) <br> **DANIEL E. FITZGERALD aka DAN** ) <br> **FITZGERALD;** ) <br> **SCOTT R. SLAGLE;** ) <br> **DARCEY L. MARTIN;** ) <br> **TOM RODRIGUEZ; and** ) <br> **JOHN DOES 1 – 30,** ) <br>   ) <br>   **Defendants.** ) | FILED: FEBRUARY 25, 2009 <br> 09CV1221 <br> JUDGE LEINENWEBER <br> MAGISTRATE JUDGE NOLAN <br> BR <br><br><br><br> Case No. _____ <br><br> Judge: _____ <br><br> **JURY DEMAND** |

**Securities Class Action Certification**
**Page 1 of 3**

## **SECURITIES CLASS ACTION CERTIFICATION**

I, Roberta K. Clark, on oath depose, state and certify as follows:

1. I currently reside at 14909 Oakbury Drive, La Mirada, CA 90638, make this Affidavit upon my personal knowledge, and if called upon to do so am competent to testify on the matters set forth herein.

2. I have reviewed the Class Action Complaint in which I am named as Plaintiff and have authorized its filing.

3. I did not purchase the IFC security / investment certificate that is the subject of the Complaint at the direction of Plaintiffs' counsel or in order to participate in any private action arising under the Securities Act of 1933, 15 U.S.C. §77a *et seq.*, or the Securities Exchange Act of 1934, 15 U.S.C. §78a *et seq*.

4. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5. On July 13, 2005, I purchased from InvestForClosures Ventures investment certificate number IFCV071305-01, representing account number 204022, for a total consideration of $70,000.00. (A true and correct copy of investment certificate IFCV071305-01 is attached hereto and incorporated herein by reference as Exhibit A.)

6. No other actions have been filed under the Securities Act of 1933, 15 U.S.C. §77a *et seq.*, or the Securities Exchange Act of 1934, 15 U.S.C. §78a *et seq*. during the 3 year period preceding the making and signing of this Certification, in which I have sought to serve or have served as a representative party on behalf of a class.

**Securities Class Action Certification**
Page 2 of 3

7. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the court in accordance with the provisions regarding recovery by plaintiffs in the statutes.

**FURTHER AFFIANT SAYETH NAUGHT.**

*Roberta K. Clark*
Roberta K. Clark

STATE OF CALIFORNIA )
) ss.
COUNTY OF Los Angeles )

I hereby certify that Roberta K. Clark of Los Angeles County, California, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that she signed, sealed, and delivered this instrument as her free and voluntary act.

Given under my hand and notarial seal this 19th day of Feb_____, 2009.

_____
Notary Public

My commission expires: 9/15/2012

ZI M. YU
Commission # 1810895
Notary Public - California
Los Angeles County
My Comm. Expires Sep 15, 2012

**Securities Class Action Certification**
Page 3 of 3

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Los Angeles__

On __2/19/09__ before me, __Zi M. Yu, Notary Public__,
     Date                              Here Insert Name and Title of the Officer

personally appeared __Roberta E. Cimak__
                                  Name(s) of Signer(s)

[Notary Seal: ZI M. YU, Commission # 1810895, Notary Public - California, Los Angeles County, My Comm. Expires Sep 15, 2012]

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                Signature of Notary Public

Place Notary Seal Above

—— OPTIONAL ——

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER — Top of thumb here]

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER — Top of thumb here]

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org  Item #5907  Reorder: Call Toll-Free 1-800-876-6827

# EXHIBIT A

**IFC Ventures**

This certifies that

*Roberta K. Clark*

has invested
*$70,000*
On July 13, 2005
at a term of 5 years
earning 17% APR

Number: IFCV071305-01
Account# 204022

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

7/13/05
Date

_____
Signature