# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **BRADLEY J. SCHAUFENBUEL;** | ) | FILED: FEBRUARY 25, 2009 |
| **ROBERT N. SCHAUFENBUEL;** | ) | 09CV1221 |
| **JOHN AND SARAH REED, IV;** | ) | |
| **JOHN AND JAN REED, III;** | ) | JUDGE LEINENWEBER |
| **AMERICAN MASS MEDIA CORPORATION;** | ) | MAGISTRATE JUDGE NOLAN |
| **ROBERTA K. CLARK;** | ) | BR |
| on behalf of Themselves and All Others | ) | |
| Similarly Situated, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **V.** | ) | |
| | ) | |
| **INVESTFORCLOSURES FINANCIAL, L.L.C.;** | ) | Case No. _____ |
| **ROI DEVELOPERS;** | ) | |
| **INVESTFORCLOSURES;** | ) | |
| **INVESTFORCLOSURES.COM, LLC;** | ) | Judge: _____ |
| **INVESTFORCLOSURES VENTURES, LLC;** | ) | |
| **SANDS OF GOLD ESCROW;** | ) | |
| **SANDS OF GOLD;** | ) | **JURY DEMAND** |
| **ROI FINANCIAL;** | ) | |
| **REALTY OPPORTUNITIES INTERNATIONAL** | ) | |
| **ESCROW 23;** | ) | |
| **ROI ESCROW;** | ) | |
| **REALTY OPPORTUNITIES INTERNATIONAL** | ) | |
| **S. de R.L. de C.V.;** | ) | |
| **REALTY OPPORTUNITIES INTERNATIONAL;** | ) | |
| **ROI MEXICO;** | ) | |
| **SANDS OF GOLD ESTATES;** | ) | |
| **FRANCIS X. SANCHEZ aka FRANK SANCHEZ;** | ) | |
| **JAMES D. BOURASSA aka JIM BOURASSA;** | ) | |
| **SCOTT D. WESSEL;** | ) | |
| **DEANA M. GUIDI;** | ) | |
| **DANIEL E. FITZGERALD aka DAN** | ) | |
| **FITZGERALD;** | ) | |
| **SCOTT R. SLAGLE;** | ) | |
| **DARCEY L. MARTIN;** | ) | |
| **TOM RODRIGUEZ; and** | ) | |
| **JOHN DOES 1 – 30,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**Securities Class Action Certification**
**Page 1 of 3**

## **SECURITIES CLASS ACTION CERTIFICATION**

I, Bradley J. Schaufenbuel, on oath depose, state and certify as follows:

1. I currently reside at 5009 Cornell Avenue, Downers Grove, Illinois 60515-4314, make this Affidavit upon my personal knowledge, and if called upon to do so am competent to testify on the matters set forth herein.

2. I have reviewed the Class Action Complaint in which I am named as Plaintiff and have authorized its filing.

3. I did not purchase the IFC security / investment certificate that is the subject of the Complaint at the direction of Plaintiffs' counsel or in order to participate in any private action arising under the Securities Act of 1933, 15 U.S.C. §77a *et seq.*, or the Securities Exchange Act of 1934, 15 U.S.C. §78a *et seq*.

4. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5. Robert N. Schaufenbuel ("Robert S") is my father and resides at 2340 16th Street N.W., Cedar Rapids, Iowa 52405-1172.

6. On September 26, 2003, Robert S and I purchased from InvestForClosures Financial investment certificate number IFCF092603-01, representing account number 104101, for a total consideration of $35,000.00. (A true and correct copy of investment certificate IFCF092603-01 is attached hereto and incorporated herein by reference as Exhibit A.)

7. No other actions have been filed under the Securities Act of 1933, 15 U.S.C. §77a *et seq.*, or the Securities Exchange Act of 1934, 15 U.S.C. §78a *et seq*. during the 3 year period preceding the making and signing of this Certification, in

which I have sought to serve or have served as a representative party on behalf of a class.

8. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the court in accordance with the provisions regarding recovery by plaintiffs in the statutes.

**FURTHER AFFIANT SAYETH NAUGHT.**

*Bradley J. Schaufenbuel*
Bradley J. Schaufenbuel

STATE OF ILLINOIS    )
                     ) ss.
COUNTY OF Cook       )

I hereby certify that Bradley J. Schaufenbuel of Cook County, Illinois, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that he signed, sealed, and delivered this instrument as his free and voluntary act.

Given under my hand and notarial seal this 19th day of February, 2009.

_____
Notary Public

My commission expires: 2/27/2012

"OFFICIAL SEAL"
Patricia M. Burke
Notary Public, State of Illinois
My Commission Expires February 27, 2012

**EXHIBIT A**

**IFC** InvestForClosures Financial

This certifies that

*Robert Schaufenbuel & Bradley Schaufenbuel*

has invested $35,000 on September 26, 2003 at a term of 2 years earning 17.9% APR

Note: Interest payments will be paid monthly. Upon maturity of your investment, unless a withdrawal request has been received, your principal will be reinvested in the same plan at the rate and term posted at that time. A withdrawal of principal requires a 90 day written notice by mail or electronically via email. There are no penalties for early withdrawal. Membership Interests are not transferable.

Number: IFCF092603-01

Acct#: 104101

CEO ITEV 9/26/03
/Date

_____
Signature