## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| BRADLEY J. SCHAUFENBUEL; | ) | |
| ROBERT N. SCHAUFENBUEL; | ) | |
| JOHN AND SARAH REED, IV; | ) | |
| JOHN AND JAN REED, III; | ) | |
| AMERICAN MASS MEDIA CORPORATION; | ) | |
| ROBERTA K. CLARK; | ) | |
| on behalf of Themselves and All Others | ) | |
| Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| INVESTFORCLOSURES FINANCIAL, L.L.C.; | ) | Case No. 09-CV-1221 |
| ROI DEVELOPERS; | ) | |
| INVESTFORCLOSURES; | ) | |
| INVESTFORCLOSURES.COM, LLC; | ) | Judge Leinenweber |
| INVESTFORCLOSURES VENTURES, LLC; | ) | |
| SANDS OF GOLD ESCROW; | ) | Magistrate Judge Nolan |
| SANDS OF GOLD; | ) | |
| ROI FINANCIAL; | ) | |
| REALTY OPPORTUNITIES INTERNATIONAL | ) | <u>JURY DEMAND</u> |
| ESCROW 23; | ) | |
| ROI ESCROW; | ) | |
| REALTY OPPORTUNITIES INTERNATIONAL | ) | |
| S. de R.L. de C.V.; | ) | |
| REALTY OPPORTUNITIES INTERNATIONAL; | ) | |
| ROI MEXICO; | ) | |
| SANDS OF GOLD ESTATES; | ) | |
| FRANCIS X. SANCHEZ aka FRANK SANCHEZ; | ) | |
| JAMES D. BOURASSA aka JIM BOURASSA; | ) | |
| SCOTT D. WESSEL; | ) | |
| DEANA M. GUIDI; | ) | |
| DANIEL E. FITZGERALD aka DAN | ) | |
| FITZGERALD; | ) | |
| SCOTT R. SLAGLE; | ) | |
| DARCEY L. MARTIN; | ) | |
| TOM RODRIGUEZ; and | ) | |
| JOHN DOES 1 – 30, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>AFFIDAVIT OF BRADLEY J. SCHAUFENBUEL</u>

I, Bradley J. Schaufenbuel, on oath depose, state and certify as follows:

1.      I currently reside at 5009 Cornell Avenue, Downers Grove, Illinois 60515-4314, make this Affidavit upon my personal knowledge, and if called upon to do so am competent to testify on the matters set forth herein.

2.      I have reviewed the Class Action Complaint in which I am named as one of the lead Plaintiffs and hereby verify that the allegations contained therein are true and correct to the best of my knowledge.

3.      True and correct copies of webpages indicating that InvestForClosures Financial, L.L.C., InvestForClosures.com, LLC, or InvestForClosures Ventures, LLC were involuntarily dissolved by the Illinois Secretary of State are attached hereto and incorporated by reference herein as Exhibit A.

4.      True and correct copies of webpages from the Realty Opportunities International S. de R.L. de C.V. website showing IFC's investment in property in Mexico are attached hereto and incorporated by reference herein as Exhibit B.

**FURTHER AFFIANT SAYETH NAUGHT.**

_Bradley J. Schaufenbuel_
Bradley J. Schaufenbuel

STATE OF ILLINOIS      )
                             ) ss.
COUNTY OF COOK      )

       I hereby certify that Bradley J. Schaufenbuel of Cook County, Illinois, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that he signed, sealed, and delivered this instrument as his free and voluntary act.

       Given under my hand and notarial seal this _25th_ day of _February_, 2009.


                                    _____
                                         Notary Public

My commission expires: ___2/27/2012___

**"OFFICIAL SEAL"**
Patricia M. Burke
Notary Public, State of Illinois
My Commission Expires February 27, 2012

# EXHIBIT A



**SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS    CONTACT**

## LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | INVESTFORCLOSURES.COM, L.L.C. | **File Number** | 00388815 |
| **Status** | INVOLUNTARY DISSOLUTION | **On** | 08/28/2001 |
| **Entity Type** | LLC | **Type of LLC** | Domestic |
| **File Date** | 03/14/2000 | **Jurisdiction** | IL |
| **Agent Name** | JIM D BOURASSA | **Agent Change Date** | 03/14/2000 |
| **Agent Street Address** | 1625 COLLEGE GREEN DRIVE | **Principal Office** | 109 DOUGLAS AVE ELGIN 60120 |
| **Agent City** | ELGIN | **Management Type** | MGR **View** |
| **Agent Zip** | 60123 | **Duration** | PERPETUAL |
| **Annual Report Filing Date** | 00/00/0000 | **For Year** | 2001 |
| **Series Name** | NOT AUTHORIZED TO ESTABLISH SERIES | | |

**Return to the Search Screen**

**BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE**



### SERVICES   PROGRAMS   PRESS   PUBLICATIONS   DEPARTMENTS   CONTACT

## LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | INVESTFORCLOSURES VENTURES, LLC | **File Number** | 01384422 |
| **Status** | INVOLUNTARY DISSOLUTION | **On** | 06/13/2008 |
| **Entity Type** | LLC | **Type of LLC** | Domestic |
| **File Date** | 12/30/2004 | **Jurisdiction** | IL |
| **Agent Name** | JAMES D. BOURASSA | **Agent Change Date** | 11/30/2005 |
| **Agent Street Address** | 254 GREGORY M. SEARS DRIVE | **Principal Office** | 13908 IL ROUTE 176 WOODSTOCK 60098 |
| **Agent City** | GILBERTS | **Management Type** | MGR   **View** |
| **Agent Zip** | 60136 | **Duration** | |
| **Annual Report Filing Date** | 00/00/0000 | **For Year** | 2007 |
| **Assumed Name** | INACTIVE - SANDS OF GOLD ESCROW<br>INACTIVE - SANDS OF GOLD<br>INACTIVE - ROI FINANCIAL<br>INACTIVE - REALTY OPPORTUNITIES INTERNATIONAL ESCROW 23<br>INACTIVE - ROI ESCROW | | |
| **Series Name** | NOT AUTHORIZED TO ESTABLISH SERIES | | |

**Return to the Search Screen**

**BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE**



SERVICES      PROGRAMS      PRESS      PUBLICATIONS      DEPARTMENTS      CONTACT

# LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | INVESTFORCLOSURES FINANCIAL, L.L.C. | **File Number** | 00684406 |
| **Status** | INVOLUNTARY DISSOLUTION | **On** | 09/12/2008 |
| **Entity Type** | LLC | **Type of LLC** | Domestic |
| **File Date** | 03/19/2002 | **Jurisdiction** | IL |
| **Agent Name** | JIM D BOURASSA | **Agent Change Date** | 07/07/2004 |
| **Agent Street Address** | 254 GREGORY SEARS DR. | **Principal Office** | 13908 IL RTE 176 WOODSTOCK 60098 |
| **Agent City** | GILBERTS | **Management Type** | MGR  **View** |
| **Agent Zip** | 60136 | **Duration** | PERPETUAL |
| **Annual Report Filing Date** | 00/00/0000 | **For Year** | 2008 |
| **Assumed Name** | INACTIVE - ROI DEVELOPERS<br>INACTIVE - INVESTFORCLOSURES | | |
| **Old LLC Name** | 12/31/2002 - INVESTFORCLOSURES, L.L.C. | | |
| **Series Name** | NOT AUTHORIZED TO ESTABLISH SERIES | | |

**Return to the Search Screen**

**BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE**



Home | About | Services | Contact Us

Call
815-814-4364
for more info.

- Home
- Services
- Live in Paradise
- FAQ
- View Villas
- Land Layout
- View Pictures
- Contact Us

Download our PDF Brochure

## More Info

**Sample Spec Homes**

Conceptual drawing of proposed villas.

More

**View More Photos**

View more photographs of this secluded paradise.

More

**Choose Your Lot**

Over 85 lots to choose from.

More

## Get Your Share of Playa Ventura, Mexico

You'll appreciate Sands of Gold twice: for its beauty and value. Francis "Frank" Sanchez, the CEO of Realty Opportunities International, was able to acquire the property due to having dual citizenship.

Note: The government expects costal areas to gain between 15 percent and 20 percent annually. Fill out this form or call 815-814-4364 for more. Your information is strictly confidential and is never rented, sold or viewed by anyone else.

Name:

Email:

Phone:

Click to send

More

## Frequently Asked Questions

Click on any picture for answers to your questions.

More

## About our parent company

Realty Opportunities International focuses on buying and developing international real estate property.

Realty Opportunities INTERNATIONAL

More

Sands of Gold is a development of  ROI Mexico and  Realty Opportunities
International S. de R.L. de C.V. (ROI).  Obtain the Property Report as required
by federal law and read it before committing to a purchase or proposed purchase.
No federal or state agency has reviewed or judged the merits or value, if any, of
this project.  Nothing contained on ROI's website or written materials shall be
construed as an offer unless the property is registered or exempted from registration.
Prices, plans, products and availability are subject to change without notice.
Illustrations are artists' depictions only and may differ from completed  improvements.
Scenes may include locations or activities not on the property.  Improvements,
facilities and programs are in formative stages, and there is no  guarantee that they
will be completed or developed.  ROI is committed through its advertising and
marketing program to providing equal housing opportunity in accordance with U.S.
laws and regulations

©2004-2008 Realty Opportunities
International. All Rights Reserved.



**Sands of Gold Estates**

Home  About  Services  Contact Us

Call
815-814-4364
for more info

- Home
- Services
- FAQ
- View Villas
- Land Layout
- View Pictures
- Contact Us

**Download our PDF Brochure**

©2004-2008 Realty Opportunities International. All Rights Reserved.

## About Realty Opportunities International

### About ROI Mexico

Realty Opportunities International S. de R.L. de C.V. (ROI) focuses on buying and developing international real estate property. The first major acquisition for Realty Opportunities International is 23 acres of ocean front property located on the western Mexican coastline about an hour south of Acapulco called Sands of Gold Estates.

Realty Opportunities International has plans to develop a small, secluded residential community on the natural coastline habitat. The land, which sits at the foot of the Sierra Madre del Sur mountain range, is adjacent to a fresh water lagoon and includes an existing coconut grove. As the sun rises over the mountains, and sets over the ocean, this natural hideaway will offer individuals and investors the opportunity to own land on the Mexican coast previously unattainable due to Mexican citizenship laws pertaining to property ownership. Frank Sanchez, CEO of ROI, was able to acquire the property due to having dual citizenship. Previously, the land had remained in the possession of the extended Ventura family for generations.

By U.S. standards, the property is available at bargain prices. The residents will enjoy the sun-drenched western coastland that stretches along 1,000 miles of sandy beaches, palm strewn headlands, and blue lagoons, from Mazatlan in the north and curving to the southeast past Acapulco to the new vacation land of Bahias de Hautalco in Oaxaca.

### About our parent company

Realty Opportunities International S. de R.L. de C.V. (ROI) focuses on buying and developing international real estate property. The company utilizes technology (i.e. patent pending InvestorDisclosureSystem™) to allow investors an "inside" look at how the company operates. With web cameras at the construction sites and personalized password protected web pages, investors can track their investment on a real time live basis over the Internet. We refer to this as InvestorTainment®.

**Realty Opportunities INTERNATIONAL**

**More Info**

**Sample Spec Homes**
Conceptual drawing of proposed villas.

More

**View More Photos**
View more photographs of this secluded paradise.

More

**Choose Your Lot**
Over 85 lots to choose from.

More



Home | About | Services | Contact Us

Call
815-814-4364
for more info

- Home
- Services
- FAQ
- View Villas
- Land Layout
- View Pictures
- Contact Us

**Download our
PDF Brochure**

### What We Can Do For You

**Mexico Real Estate, Safe and Easy**
Attentive service, transparency, and real estate expertise from ROI Mexico makes buying or investing in Sands of Gold safe and easy.

*Step-by-Step Assistance*
ROI Mexico guides you through every step in obtaining the property, necessary permits and mortgage to build your Sands of Gold home. And through our own hand-picked local legal advisors, we ensure all proper procedures for Mexican real estate purchases are followed.

ROI Mexico can serve as your general contractor or assist you on many levels developing your property.

ROI Mexico has a direct connection with Mexico through its CEO, Frank Sanchez. A dual citizen of U.S. and Mexico, his intimate familiarity with Mexico will ensure a smooth transaction through the purchase process.

*The Property Purchase*
Thanks to several steps taken in the last decade to open up property ownership, it is easier then ever to own and control land in Mexico.

*Setting up a Trust System (Fidei Comiso)*
There are a few restrictions that apply to coastal areas, which require setting up a legal Trust System. This "fidei comiso," or bank trust, gives you, the beneficiary of the trust, the same rights and obligations as full ownership would provide. You form and own a Trust, and the Trust owns the land. A major bank acts as the administrator to handle the paperwork.

The term of the Trust is 50 years, with automatic renewal rights. You have complete control over the property; you can use, rent, sell or leave it to your heirs.

*Establishing a Fidei Comiso*
A fidei comiso must be established and recorded by a "notario" or, notary public. ROI Mexico has a team of notarios in place to establish the trust, as well as a bank to administer it. Notarios and banks charge competitive fees for their services; fees depend partly upon the stated property value.

ROI Mexico will supply you with cost estimates of fees for establishing and maintaining the fidei comiso.

Fill out this form or call 815-814-4364 for more info. Note: Your information is strictly confidential and is never rented, sold or viewed by anyone else.

Name:
Email:
Phone:

Click to send

### More Info

**Sample Spec Homes**
Conceptual drawing of proposed villas.

More

**View More Photos**
View more photographs of this secluded paradise.

More

**Choose Your Lot**
Over 85 lots to choose from.

More



©2004-2008 Realty Opportunities International. All Rights Reserved.



Call
815-814-4364
for more info

- Home
- Services
- FAQ
- View Villas
- Land Layout
- In The News
- View Pictures
- Contact Us

Download our
PDF Brochure

### About Frank Sanchez, CEO

A boy and his dream is the perfect descriptor for Francis "Frank" Sanchez, Chief Executive Officer of Realty Opportunities International S. de R.L. de C.V. (ROI). A simple dream and the pure desire to succeed has driven this individual to found this innovative and industrious company. Mr. Sanchez contributes 26 years of real estate investing, construction, and lending experience. Real estate acquisition, real-estate management, real estate sales, land development, new home construction and mortgage brokering are all part of this dynamic CEO's extensive repertoire.

A meticulous, motivated and highly competent and versatile CEO with considerable strategic, sales and marketing skills and extensive experience developing business and markets in the top echelons of the highly competitive real estate sector. A highly versatile proactive leader, with a passion to deliver, and extensive managerial and financial skills. Frank has the natural ability to identify and capitalize upon opportunities to maximize sales and optimize company profits. A resourceful, multilingual, results-orientated professional, with strong communication and interpersonal skills and proven ability to surpass targets within deadline, regardless of pressure.

Frank was one of seven children, all of whom became highly successful. Frank knew he wanted to meet the high expectations set before him and set himself apart from the crowd. He had an idea and a dream of how to do that and he proudly announced it to his fourth grade class. At the age of 10 the dream began when a teacher asked him what he wanted to be when he grew up. His response was atypical of that of his fellow fourth graders when he announced he was going to be a millionaire. Since that day he has striven to meet that goal and in the process has overcome major obstacles and barriers placed in his path. He realized his dream would not simply be met through hard manual labor. After a grueling summer of working at age 17, three jobs, 20 hours a day he arrived at a grand total of $4,000, a far cry from being a millionaire.

Frank decided to take his destiny into his own hands by forming his own business in Sharp Painting Company in 1979. He turned a simple self-made busines into the largest painting venture in McHenry County. However, Frank realized that he would not find his millions in small projects that he had to expand his business to large corporations in Chicago. After a valiant effort the painting venture in Chicago did not work out and he dissolved his company in 1992. All the while working his way through college at Northern Illinois University as a national award winning film, radio and television major. During this whole process Frank developed another side business in rehabbing houses.

Next, Frank decided he would find his millions by using his head rather than his hands. After much to the chagrin of his family he was off to San Diego to study at the prestigious Robert Allan master's school of real estate. At an intense course load of 20 hours a day he mastered the financial techniques he still institutes today.

Upon his return from San Diego, Frank believed his millions were in sight after the purchase of $2.2 million in property and 17 buildings,

Francis "Frank" Sanchez, Chief Executive Officer

Interviewed: World Business Review with General Alexander Haig

Click to view full size

Nominated for Membership: Business Advisory Council to the President, 2003

Click to view full size

National Hispanic Family of the Year

which he purchased, rehabbed and sold. He carefully managed his investment but yet again he was faced with a set-back when he lost his investment in a divorce settlement. This would not stop Frank - he was on a mission to make millions. His ingenuity told him that his millions could now be found as a mortgage originator. In 1992, he joined First Financial Consultants and became highly respected and successful.

But, after being burned in the stock market Frank knew there had to be a better way to invest one's money and have a sense of security in that investment. His father taught him one of the greatest lessons of his life and is the motivating factor behind ROI. He said: "Son, the only people that never lose in the stock market are those who create a stock and bring it to market". As the CEO and Founder of Realty Opportunities International, with his business experience and natural ability to lead, he plans to elevate the status of the company to a leading position in the "ultra luxury" industry. Already he has transformed the Sands of Gold project from a 23 acre, 102 unit development to a potential 26,000 acre Master Planned Community.

Frank has finally found his formula for success and will find his millions shortly. By creating personal relationships in the business world based on the foundations of honesty, integrity, and reality he has created an empire in ROI and is finally realizing his dream. He is "creating a stock bringing it to the market"; the dream is turning into reality. His hard work, fortitude and the drive to succeed have allowed him to find his dream in ROI and now he is helping others do the same.

Family History
The Sanchez family is highly regarded and known in Illinois. It all began when Governor Dan Walker appointed Frank's mother and father to the position of Migrant Liaison Officers, an opportunity created solely for them. His family was honored for their efforts within the Hispanic community by being named National Hispanic Family of the Year by the George H.W. Bush administration. His brother has been recognized for his commitment to the Hispanic community for owning the largest minority law firm in the country. The Sanchez family is true to their ideals of strong sense of family, service to community and the betterment of self.

award



Click to view full size

©2004-2008 Realty Opportunities International. All Rights Reserved.





Sands of Gold Estates

Call
815-814-4364
for more info

Download our PDF Brochure

©2004-2008 Realty Opportunities International. All Rights Reserved.

## Contact Us

Realty Opportunities International
Attn: Frank Sanchez, CEO
123 S. Eastwood Drive, #117
Woodstock, IL 60098

Phone: 815-814-4364

### For more information complete form below

Full name:
Email:
Verify Email:
Street:
Address 2:
City:
State/Province: Select From List
Zip:
Phone:
Referred by:
Call me:

Click to send

## More Info

**Sample Spec Homes**

Conceptual drawing of proposed villas.

More

**View More Photos**

View more photographs of this secluded paradise.

More

**Choose Your Lot**

Over 85 lots to choose from.

More

**What We Can Do For You**

**About Sands of Gold Estates: Infrastructure:**
**May an American buy property in Mexico?**
**What are the advantages and the disadvantages of a trust versus a Mexican corporation?**
**How is title transferred? What is the cost?**
**Can I get title insurance?**
**How are taxes paid?**
**Is it safe to live in Mexico either seasonal or year round?**
**What immigration documents do I need?**
**What local activities are available?**
**How do I get there?**
**What is the communications capacity?**
**What is the local lifestyle?**
**What is the water supply?**
**How big are the lots?**
**What is the cost to build a home?**

**About Sands of Gold Estates:**
The sun-drenched western coastland stretches along 1,000 miles of sandy beaches, palm strewn headlands, and blue lagoons, from Mazatlan in the north and curving to the southeast past Acapulco to the new vacation land of Bahias de Hautalco in Oaxaca. Pacific Mexico is a land washed by the ocean and sheltered by the western mountains: Sierra Madre Occidental and its southern extension, the Sierra Madre del Sur. Pacific Estates lies at the foot of this southern extension in a federally protected area for giant sea turtles. Everywhere, except in the north where the coastal plain is broad, these green jungle-clad sierras rise quickly above a narrow coastal strip. The sun rises over the mountains, and sets over the ocean.

Elevation rules the climate of Pacific Mexico. The entire coastal strip (including mountain slopes and plateaus up to 5,000 feet) is tropical, never feeling the bite of frost. The seashore is truly a land of perpetual summer. Temperatures are typically 80-85 degrees during the day and 60-70 degrees at night with the tropical rain season lasting from July through August. Don't forget to spot the whales passing by in season. Back to questions

**Infrastructure:**
The Mexican government has anticipated development, and has paved an access road to the ocean. Septic systems will be installed, and a fresh water lagoon will provide 100% clean spring water. Back to questions

**May an American buy property in Mexico?**
*Yes, an American may buy property in Mexico; however, there are certain constraints. Under Mexican Law there exists a restricted zone which reaches inward from the borders (100 km) and the coastline (50 km).*

**If so, How?**
*In regard to owning property in the restricted area Mexican Law allows the foreigner two options:*

- *Through a Trust Agreement ("fideicomiso") or*

**More Info**

**Sample Spec Homes**
Conceptual drawing of proposed villas.

More

**View More Photos**
View more photographs of this secluded paradise.

More

**Choose Your Lot**
Over 85 lots to choose from.

More

**Call**
**815-814-4364**
**for more info**

- Home
- Services
- Live in Paradise
- FAQ
- View Villas
- Land Layout
- View Pictures
- Contact Us

**Download our PDF Brochure**

- *Through the incorporation of a Mexican company (for non-residential purposes)*

*A trust agreement is made among the Seller/Trustor who places the property in a trust, a Mexican Bank (the trustee) who must request a permit from the Ministry of Foreign Affairs and the Buyer/Beneficiary of the trust. Through the trust agreement the Bank receives title of the property and has the fiduciary responsibility to follow the instructions of the trust beneficiary (the foreign buyer) who retains all rights of ownership. A trust agreement can last up to 50 years.*

*Property can also be bought through the incorporation of a Mexican company. Mexican companies with 100% foreign investment may also buy land in the restricted zone.*
Back to questions

### What are the advantages and the disadvantages of a trust versus a Mexican corporation?
*Two primary advantages of a trust can be lower costs and lower administration time. The bank charges you an initial and annual fee for the fiduciary services where in comparison starting a Mexican company incurs many costs including notary public fees, translation fees, administrative fees, etc. Additionally, the Mexican company may have on-going legal and accounting fees which could exceed the amount of the trust fees and requires your continuous supervision.*

*The advantage to a Mexican company is direct control of the title.*
Back to questions

### How is title transferred? What is the cost?
*In the case of a trust, the title is never transferred to the foreigner, but rather to a Mexican bank. However, as stated above the foreigner maintains beneficial control over the property.*

*In the case of the incorporation of a Mexican company, title is given to the Mexican company.*

*In both cases the presence of a Mexican notary public is required by law. A ballpark amount for the notary, registries, appraisals, etc. is around 4%-5% of the transaction value.*
Back to questions

### Can I get title insurance?
*Yes, there are now several companies offering title insurance in Mexico and it is a recommend manner to secure your investment.*
Back to questions

### How are taxes paid?
*The Acquisition Tax is paid to the Notary Public at the closing. Other taxes are paid directly to the Mexican tax authorities. The Mexican Ministry of Finance (Secretaria de Hacienda) is responsible for the collection of all taxes.*
Back to questions

### Is it safe to live in Mexico either seasonal or year round?
*Yes, it is safe to live in Mexico both seasonally and year round. However, like anywhere it is necessary to take common sense precautions related to living abroad. Remember, this is a country with a wide disparity in incomes.*
Back to questions

### What immigration documents do I need?
*It is always good to have your passport with you. When entering Mexico you can fill out a tourist card which is valid for up to 180 days. This document may not be renewed.*

*If you desire to live in Mexico on a full time basis you may wish to consult with an attorney about obtaining a non-immigrant visa (FM-3) or immigrant visa (FM-2).*
Back to questions

### What local activities are available?
*Swimming, surfing, horse back riding, fishing, bike riding, snorkeling, hiking.*

Back to questions

### How do I get there?

*Pacific Estates is easily accessible from Acapulco International Airport by land. You can rent a car, take a cab, or ride the bus. By sea, there are local water taxis and a heliport is being planned for our development in the future.*

Back to questions

### What is the communications capacity?

*The infrastructure is in place for basic telephone and electric services. We will install modern amenities, including internet service and cell phone capability.*

Back to questions

### What is the local lifestyle?

*Pacific Estates is a secluded environment. This natural hideaway is void of the luxuries associated with resort destinations. The local restaurants offer authentic Mexican cuisine with freshly ground tortillas and open air markets are the norm. There are plenty of local convenient stores to get the little things, but fine dining is up the coast in Acapulco.*

Back to questions

### What is the water supply?

*There will be fresh water supplied from the lagoon located behind the property and we will install a water filtration system. A well and septic system will be put in.*

Back to questions

### How big are the lots?

*Lot sizes are approximately 75' x 112' (8,400 sq. ft or 19% of an acre). Building covenants will require homes to be built between 2400-3000 square feet.*

Back to questions

### What is the cost to build a home?

*Obviously it depends on what type of home you want to build, but custom homes will start at $250K with high end amenities.*

Back to questions

©2004-2008 Realty Opportunities International, All Rights Reserved.



Call
815-814-4364
for more info

- Home
- Services
- FAQ
- View Villas
- Land Layout
- View Pictures
- Contact Us

Download our
PDF Brochure

## Get Your Share of Playa Ventura, Mexico

**Relaxing. Quiet. Peaceful.**

The secluded paradise that is Sands of Gold is in the Mexican state of Guerrero, with Acapulco just 62 kilometers to the north. The natives call their home Playa Ventura, after the Ventura family, who still own much of the surrounding land.

Playa Ventura, like all of Pacific Mexico, is a land washed by the ocean and sheltered by the western mountains. The sun rises over the Sierra Madre Occidental and its southern extension, the Sierra Madre del Sur.

These green, jungle-clad sierras descend to a narrow coastal strip where Playa Ventura Estates is perched over the Pacific. Your new property will be part of a vast, sun-drenched western coastland that stretches along 1,000 miles of sandy beaches, palm-strewn headlands and blue lagoons.

**Tropical, Secluded and Safe**

It's always summer at Sands of Gold Estates. You can swim, surf, horseback ride, fish, bike ride, snorkel and hike year round. Typical daytime temperatures hover between 80° F and 85° F degrees; 60° F to 70° F degrees at night. The tropical rain season lasts only from July through August.

Sands of Gold Estates enjoys a high level of security year round. In additon to our independant security, Mexican federal government officers patrol the vicinity, which is located in the southern extension of a protected area for giant sea turtles.

Toward evening, you can stroll through local open-air markets and dine at restaurants that offer authentic Mexican cuisine. At day's end, watch the sun dip slowly over the Pacific waters.

**This Land is Your Land**

How you'll live at Sands of Gold Estates is up to you, because you decide what style of home fits your needs. Offered by Realty Opportunities International (ROI) Mexico, an international property development and investment company, land at Sands of Gold Estates is available at a **fraction of the cost** of comparable oceanfront properties elsewhere in Mexico and the U.S.

Modern infrastructure and communications will supply familiar U.S. comforts. A paved access road leads to the ocean, and a fresh water lagoon will provide 100 percent clean spring water. Infrastructure is in place for basic telephone and electric services; ROI Mexico will install modern amenities, including Internet service and cell phone capability.

Fill out this form or call 815-814-4364 for more info.
Note: Your information is strictly confidential and is never rented, sold or viewed by anyone else.

### More Info

**Sample Spec Homes**

Conceptual drawing of proposed villas.

More

**View More Photos**

View more photographs of this secluded paradise.

More

**Choose Your Lot**

Over 85 lots to choose from.

More

Name:

Email:

Phone:

Click to send

## About our parent company

Realty Opportunities International focuses on buying and developing international real estate property.

Realty Opportunities
INTERNATIONAL

©2004-2008 Realty Opportunities International. All Rights Reserved.