**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 09-CV-1221 |
| INVESTFORCLOSURES FINANCIAL, L.L.C.; et al., | ) Judge Leinenweber |
| | ) Magistrate Judge Nolan |
| Defendants. | ) |

## NOTICE OF MOTION

TO:  ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on Thursday, the 12th day of March, 2009 at 9:30 a.m. I shall appear before the Honorable Harry D. Leinenweber in Room 1941 of the United States District Court, 219 S. Dearborn Street, Chicago, Illinois and there and then present Plaintiffs' Motion for Preliminary Injunction.

PLAINTIFFS' CLASS


By:  __/s/ Robert C. Thurston____
     One of Their Attorneys

| | |
|---|---|
| Thurston Law Offices, P.C. | Law Offices of Joel M Weiner, LLC |
| Robert C. Thurston | Joel M. Weiner |
| A.R.D.C. No. 6209353 | 579 N 1st Bank Drive Suite 150 |
| 10469 Bethel Avenue | Palatine, IL 60067-8102 |
| Huntley, IL 60142 | Phone: 847-654-3105 |
| Phone: 847-659-8613 | Fax: 847-358-7165 |
| Fax: 847-628-0930 | Email: jweiner@jweinerlaw.com |
| Email: tj@thurstonlawpc.com | |

-1-

-2-

## CERTIFICATE OF SERVICE

    I, Robert C. Thurston, an attorney, hereby certify that I served a copy of this Notice and the referenced documents therein upon all persons on the attached Service List by causing the same to be sent via ECF for all Filing Users and via U.S. Mail to all who are not Filing Users on February 27, 2009.

                                  By: __/s/ Robert C. Thurston____

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 09-CV-1221 |
| v. ) | |
| ) | |
| INVESTFORCLOSURES FINANCIAL, ) | Judge Leinenweber |
| L.L.C.; et al., ) | |
| ) | Magistrate Judge Nolan |
| Defendants. ) | |

## SERVICE LIST

**Attorneys For Defendants InvestForClosures Financial, L.L.C. d/b/a ROI Developers and InvestForClosures, Francis X. Sanchez aka Frank Sanchez and James D. Bourassa aka Jim Bourassa**
Adrian M. Gosch
Gummerson & Rausch
101 S. Benton St., Suite 201
Woodstock, IL 60098

**InvestForClosures.com, LLC**
c/o Registered Agent
James D. Bourassa
254 Gregory M. Sears Dr.
Gilberts, IL 60136-4024

**InvestForClosures Ventures, LLC d/b/a Sands of Gold Escrow, Sands of Gold, ROI Financial, Realty Opportunities International Escrow 23 and ROI Escrow**
c/o Registered Agent
James D. Bourassa
254 Gregory M. Sears Dr.
Gilberts, IL 60136-4024

**Realty Opportunities International S. de R.L. de C.V. d/b/a Realty Opportunities International, ROI Mexico and Sands of Gold Estates**
c/o Frank Sanchez
123 S. Eastwood Drive, #117
Woodstock, IL 60098

Scott D. Wessel
664 Helen Drive
Northbrook, IL 60062

Deana M. Guidi
6511 Edgeworth Drive
Orlando, FL 32819

Daniel E. Fitzgerald aka Dan Fitzgerald
31770 N. Pineview Blvd.
Lakemoor, IL 60051

Scott R. Slagle
38W512 McQuire Place
Geneva, IL 60134

Darcey L. Martin
9507 Waterford Oaks Blvd.
Winter Haven, FL 33884

Tom Rodriguez
Consolidated School District #158
650 Academic Drive
Algonquin, IL 60102