**United States District Court for the Northern District of Illinois**
Revised 03/11/2008

Case Number: 09CV1221

Assigned/Issued By: DAJ

Judge Name: LEINENWEBER

Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

**Amount Due:**  ☑ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350.00

Receipt #: 3541610

Date Payment Rec'd: 02/25/09

Fiscal Clerk: DAJ

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets

☐ Writ _____            ☐ Other
     *(Type of Writ)*                  _____
                                          *(Type of issuance)*

6 ____ Original and 0 ____ copies on 02/25/09 ____ as to JAMES BOURASSA,
                                  *(Date)*

DANIEL FITZGERALD, DEANA GUIDI, INVEST FORCLOSURES.COM LLC, REALITY

OPPORTUNITIES INTERNATIONAL, INVEST FORCLOSURES FINANCIAL LLC.