## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 09CV1221     Assigned/Issued By: DAJ

Judge Name: LEINENWEBER     Designated Magistrate Judge: NOLAN

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                          ☐ Alias Summons
☐ Third Party Summons              ☐ Lis Pendens
☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                   *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets      ☐ Other
☐ Writ _____            _____
      *(Type of Writ)*                  _____
                                       *(Type of issuance)*

6   Original and  0   copies on  02/25/09   as to  DARCEY MARTIN,
                                *(Date)*
TOM RODRIGUEZ, FRANCIS X SANCHEZ, SCOTT SLAGLE, SCOTT WESSEL,

INVEST FORCLOSURES VENTURES LLC.