**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **BRADLEY J. SCHAUFENBUEL; et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 09-CV-1221 |
| v. ) | |
| ) | |
| **INVESTFORCLOSURES FINANCIAL, L.L.C.; et al.,** ) | Judge Leinenweber |
| ) | |
| ) | Magistrate Judge Nolan |
| ) | |
| **Defendants.** ) | |

## REQUEST FOR CLERK OF COURT TO REFUND FILING FEE

On February 25, 2009, while filing the above-captioned action, I mistakenly paid the filing fee twice. This was an error. The proper filing fee was tracking number 3541610. The duplicate, erroneous filing fee was tracking number 3541511. Please refund the duplicate fee back to the American Express account that was used for payment. Thank you.

PLAINTIFFS' CLASS


By: ___/s/ Robert C. Thurston_____
One of Their Attorneys


Thurston Law Offices, P.C.
Robert C. Thurston
A.R.D.C. No. 6209353
10469 Bethel Avenue
Huntley, IL 60142
Phone: 847-659-8613
Fax: 847-628-0930
Email: tj@thurstonlawpc.com

Law Offices of Joel M Weiner, LLC
Joel M. Weiner
579 N 1st Bank Drive Suite 150
Palatine, IL 60067-8102
Phone: 847-654-3105
Fax: 847-358-7165
Email: jweiner@jweinerlaw.com