## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                  Case Number:    09-cv-1221

SCHAUFENBUEL, et al.,

   v.

INVESTFORCLOSURES FINANCIAL, L.L.C. et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Deana Guidi-Defendant

| | |
|---|---|
| NAME (Type or print) <br> Russell W. Baker | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Russell W. Baker | |
| FIRM   Campion, Curran, Dunlop & Lamb, P.C. | |
| STREET ADDRESS   8600 U.S. Hwy 14, Suite 201 | |
| CITY/STATE/ZIP   Crystal Lake, IL 60012 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6287995 | TELEPHONE NUMBER  (815) 459-8440 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")    N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL                    APPOINTED COUNSEL | |