IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| BRADLEY J. SCHAUFENBUEL; ROBERT N. SCHAUFENBUEL; JOHN AND SARAH REED, IV; JOHN AND JAN REED, III; AMERICAN MASS MEDIA CORPORATION; ROBERTA K. CLARK; on behalf of Themselves and All Others Similarly Situated | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 09-cv-1221 The Honorable Judge Leinenweber |
| INVESTFORCLOSURES FINANCIAL, L.L.C ROI DEVELOPERS; INVESTFORCLOSURES; INVESTFORCLOSURES.COM, LLC; INVESTFORCLOSURES VENTURES; LLC SANDS OF GOLD ESCROW; SANDS OF GOLD; ROI FINANCIAL; REALTY OPPORTUNITIES INTERNATIONAL ESCROW 23; ROI ESCROW; REALTY OPPORTUNITIES INTERNATIONAL S. de R.L. de C.V; REALTY OPPORTUNITIES INTERNATIONAL; ROI MEXICO; SANDS OF GOLD ESTATES; FRANCIS X. SANCHEZ aka FRANK SANCHEZ; JAMES D. BOURASSA aka JIM BOURASSA; SCOTT D. WESSEL; DEANA M. GUIDI; DANIEL E. FITZGERALD aka DAN FITZGERALD; SCOTT R. SLAGLE; DARCEY L. MARTIN; TOM RODRIGUEZ; and JOHN DOES 1-30. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

NOTICE OF MOTION

To:     See Attached Service List

**PLEASE TAKE NOTICE** that on the 12th day of March, 2009 at 9:30 a.m. or as soon thereafter as counsel may appear, I shall appear before the Honorable Judge Harry D. Leinenweber in Room 1941 of the U.S. District Court located at 219 S. Dearborn Street, Chicago, IL and then and there request hearing on the Defendant's Motion to Transfer Venue, a copy of which is herewith served upon you.

Respectfully submitted,

By: /s/Charles A. Dunlop
Charles A. Dunlop ARCD#6180628
Russell W. Baker ARDC# 6287995
Campion, Curran, Dunlop & Lamb, P.C.
8600 U. S. Hwy 14, #201
Crystal Lake, IL 60012
Attorneys for Defendant Deana Guidi

## CERTIFICATE OF SERVICE

       I, Charles A. Dunlop, an attorney, hereby certify that I caused copies of the foregoing Defendant Deana Guidi's MOTION TO TRANSFER VENUE to be served upon all persons on the attached Service List, via electronic filing, and via U.S. Post, deposited at Crystal Lake, IL,  for all persons who are not on the U. S. District Court Electronic filing system, on March 9, 2009.  A courtesy copy of this motion and all exhibits will be delivered via Federal Express upon the Honorable Judge Harry D. Leinenweber on March 10, 2009.


/s/ Charles A. Dunlop




CAMPION, CURRAN, DUNLOP & LAMB, P.C.
Attorneys for Defendant Deana Guidi
8600 U.S. Highway 14, Suite 201
Crystal Lake, IL   60012-2759
(815) 459-8440
Fax (815) 455-8134

SERVICE LIST
Schaufenbuel et al. v. Investforclosures Financial, L.L.C. et al.
Case No. 09-cv-1221

Attorneys for Plaintiffs:

Thurston Law Offices, P.C.
Robert C. Thurston
10469 Bethel Avenue
Huntley, IL 60142

Law Offices of Joel M. Weiner, LLC
Joel M. Weiner
579 N. 1st Bank Drive, Suite 150
Palatine, IL 60067-8102

Attorneys for Defendants:
Investforclosures Financial, LLC
Francis X. Sanchez aka Frank Sanchez
and James D. Bourassa aka Jim Bourassa
Adrian M. Gosch
Gummerson & Rausch
101 S. Benton St. Suite 201
Woodstock, IL 60098

Investforclosures.com, LLC
C/o Registered Agent:.
James D. Bourassa
254 Gregory M. Sears Drive
Gilberts, IL 60136-4024

Investforclosures Ventures, LLC d/b/a
Sands of Gold Escrow, Sands of Gold,
ROI Financial, Realty Opportunities
International Escrow 23 and ROI Escrow
c/o Registered Agent
James D. Bourassa
254 Gregory M. Sears Dr.
Gilberts, IL 60136-4024

Realty Opportunities International S.
de C.V.d/b/a Realty Opportunities
International,ROI Mexico and Sands of
Gold Estate
C/o Frank Sanchez
123 S. Eastwood Drive, #117
Woodstock, IL 60098

Scott D. Wessel
664 Helen Drive
Northbrook, IL 60062

Deana M. Guidi
6511 Edgeworth Drive
Orlando, FL 32819

Daniel E. Fitzgerald aka Dan Fitzgerald
31770 N. Pineview Blvd
Lakemoor, IL 60051

Scott R. Slagle
38W512 McQuire Place
Geneva, IL 60134

Darcey L. Martin
9507 Waterford Oakes Blvd.
Winter Haven, FL 33884

Tom Rodriquez
Consolidated School District #158
650 Academic Drive
Algonquin, IL 60102