## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; et al., | ) |
| Plaintiffs, | ) |
| | ) Case No. 09-CV-1221 |
| v. | ) |
| INVESTFORCLOSURES FINANCIAL, L.L.C.; et al., | ) Judge Leinenweber |
| | ) Magistrate Judge Nolan |
| Defendants. | ) |

### CERTIFICATION OF ROBERT C. THURSTON

I, Robert C. Thurston, an attorney and counsel for Plaintiffs, hereby certify as follows:

1. On February 27, 2009, I filed a Motion for Preliminary Injunction and Notice of Motion in this matter (Documents 7 and 8) and served them via U.S. Priority Mail with Delivery Certification on all of the parties and/or their counsel on the same date. Thus, I made every effort to provide notice to all parties that Plaintiffs were seeking injunctive relief in this matter.

2. Further, on March 12, 2009, I notified all counsel by telephone and/or email that have appeared in this matter to date that I intended to seek a Temporary Restraining Order against Defendants in this matter.

                                                                            __/s/ Robert C. Thurston_____
                                                                            Robert C. Thurston