U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 1:09-cv-01221 |
| Bradley J Schaufenbuel, et al. v. InvestForClosures Financial, L.L.C., et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Deana Guidi

| |
|---|
| NAME (Type or print) <br> Genevieve M. Lynott |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Genevieve M. Lynott |
| FIRM <br> Campion, Curran, Dunlop & Lamb, P.C. |
| STREET ADDRESS <br> 8600 US Highway 14 |
| CITY/STATE/ZIP <br> Crystal Lake, IL 60012 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6275407 | TELEPHONE NUMBER <br> (815) 459-8440 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐