

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1221 | **DATE** | 03/23/09 |
| **CASE TITLE** | Bradley J Schaufenbuel, et al vs. InvestForClosures Financial, L.L.C. et al | | |

**DOCKET ENTRY TEXT**

Enter Stipulated Discovery Schedule - Preliminary Injunction Phase and Standstill Agreement.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|