FILED

MAR 23 2009

Mar 23, 2009

MAGISTRATE JUDGE NAN R. NOLAN
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; et al., | ) |
| Plaintiffs, | ) |
| | ) Case No. 09-CV-1221 |
| v. | ) |
| INVESTFORCLOSURES FINANCIAL, L.L.C.; et al., | ) Judge Leinenweber |
| | ) Magistrate Judge Nolan |
| Defendants. | ) |

## STIPULATED DISCOVERY SCHEDULE – PRELIMINARY INJUNCTION PHASE

The parties hereby stipulate and agree to the following initial discovery schedule with the scope limited to issues relating to the Preliminary Injunction:

I. Rule 26(a) Initial Disclosures – Monday, April 13, 2009
II. Written Discovery – Completed by Friday, May 15, 2009
III. Oral Discovery – Completed by Friday, July 31, 2009
IV. Hearing on Motion for Preliminary Injunction – Thursday, September 17, 2009

The parties contemplate that this discovery is limited in scope to the financial / asset / cash flow issues relating to the investments of the named Plaintiffs and the ownership / interests in the Mexico property. The parties also contemplate that this phase of discovery is separate from the class certification discovery and general discovery phases later in this litigation.

**PLAINTIFFS**

_____
Robert C. Thurston, Counsel

Dated: 3/20/09

**DEANA GUIDI**

_____
Genevieve M. Lynott, Counsel

Dated: 3-20-09

**IFC DEFENDANTS**

_____
Robert Christie, Counsel

Dated: 3-23-09