IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 09-CV-1221 |
| v. ) | |
| ) | |
| INVESTFORCLOSURES FINANCIAL, ) | Judge Leinenweber |
| L.L.C.; et al., ) | |
| ) | Magistrate Judge Nolan |
| ) | |
| Defendants. ) | |

### CERTIFICATION OF ROBERT C. THURSTON

I, Robert C. Thurston, an attorney and counsel for Plaintiffs, hereby certify as follows:

1. On March 24, 2009, an investor sent me an email with a link to the following webpage: http://www.roimexico.com/ceo-update.html.

2. Clicking on the link, I found a "CEO Update" webpage with Frank Sanchez as Chief Executive Officer of Realty Opportunities International S. de R.L. de C.V. ("ROI Mexico") and its d/b/a Sands of Gold Estates.

3. Believing that Robert Christie, attorney for Frank Sanchez and ROI Mexico, had not yet seen this webpage, I sent him an email on March 25, 2009 with a PDF copy of the webpage attached trying to determine why his clients are not complying with the Standstill Agreement (a true and correct copy of the March 25, 2009 email is attached hereto as Exhibit A.)

4. As of 8:00 p.m. on March 25, 2009, attorney Christie had not responded in any way to my email.

                                                          __/s/ Robert C. Thurston_____
                                                          Robert C. Thurston

**TJ Thurston**

**EXHIBIT A**

| | |
|---|---|
| **From:** | TJ Thurston [tj@thurstonlawpc.com] |
| **Sent:** | Wednesday, March 25, 2009 5:41 AM |
| **To:** | 'Robert Christie' |
| **Cc:** | 'glynott@ccdllaw.com'; 'jweiner@jweinerlaw.com' |
| **Subject:** | Frank Sanchez - Sands of Gold Update |
| **Attachments:** | ceo update 090324.pdf |

Bob:

Clearly, your client Frank Sanchez does not understand the Standstill Agreement. See attached (dated the day after the Standstill Agreement). Shall I bring this to the attention of Judge Nolan? Let me know if your client needs further admonishment from the Court by my bringing a breach of the Standstill Agreement to Judge Nolan's attention. If I don't hear from you by end of business today, I will be filing a motion.

Thank you.

TJ

**Robert C. ("TJ") Thurston**
**Thurston Law Offices, P.C.**
10469 Bethel Avenue
Huntley, IL 60142
p 847.659.8613
f 847.628.0930
c 630.853.3744
tj@thurstonlawpc.com
www.thurstonlawpc.com
**Licensed in IL and NJ (active), and PA (inactive)**

**Please DONATE to help Cure MS**
**http://www.thurstonlawpc.com/fb2face/**

**PRIVILEGED AND CONFIDENTIALITY NOTICE**
The information contained in this email is intended for the named recipients only. It may contain privileged and confidential matter. If you have received this email in error, please notify the sender immediately by replying to this email or by calling 1-847-659-8613. Do not disclose the contents to anyone. Thank you for your cooperation in this regard.





**CEO Update**

Note: Please "Refresh" or "Reload" this page to see the latest updates

March 24, 2009

Dear Investors,

If you remember we were negotiating a deal with a **finance group** that will buy a small equity stake in the project. This deal has been reviewed by both sides and has been finally agreed upon. As usual, attorneys complicated this way beyond what was even remotely necessary, in my opinion. But, the bottom line is that we should have a signed agreement this week and within 30 days we will be disbursing funds back to the investors. Since the finance group will be making payments to us, the Board is working on a payment plan for those that are on a list of people who have been waiting for payouts. One investor suggested that payouts be done on a pro-rata basis, and the Board likes that idea. I am in agreement with it, at least initially. The bottom line is, I know that there are investors that really need some relief ASAP, so I'm going to keep this in mind as we create the payment plan.

Also, know that we are working on a plan to create different classes of shares that would be tied to various elements such as SOP members, Warrant holders, and exiting IFC members and having those shared tied to the assets of IFCV, mainly the entitled land. We should have this plan completed in April.

Case: 1:09-cv-01221 Document #: 34-2 Filed: 03/25/09 Page 4 of 5 PageID #:267

There are a few corrections with the **International Bank** status. The program that we spoke about in our last update was talking about a $35M program that we had sent the info of the project to and they were reviewing it. First, the amount is actually for $50M, and second, this only became official March 10, 2009. Everything else pretty much still applies; except for we have been very lucky in that the outgoing Director of the bank is helping us formulate the proper letters to help expedite the financing process.

We are contacting our political friends to help facilitate a meeting with the Mexican President, Felipe Calderon. We anticipate his "formal" support of the project. The economic initiative of the president couldn't have come at a better time. The Sands of Gold Project fits in well with the outlined plans of the president.
http://edition.cnn.com/2008/WORLD/americas/10/08/mexico.economy/index.html#cnnSTCText
http://edition.cnn.com/2009/WORLD/americas/01/07/mexico.economic.recovery/index.html#cnnSTCText

**The SBLC** facilitators are working on the actual plan that will be used once the SBLC has been created. They have emailed us and told us they are busy in England but to continue to work on our meeting with the bank. They will contact us once they return to the United States. They say that because of the changes that have taken place in the market place there a different products that will be more beneficial to the banks. This is what they will be outling to us in order to present to the bank.

Thanks to all the investors we appreciate your interest in what is going on and we appreciate your prayers and continued support and patience.

God Bless the Sands of Gold financing effort.

Sincerely,

Francis "Frank" Sanchez
Chief Executive Officer

Case: 1:09-cv-01221 Document #: 34-2 Filed: 03/25/09 Page 5 of 5 PageID #:268