UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.2**
Eastern Division

Bradley J Schaufenbuel, et al.

                                                Plaintiff,

v.                                                                  Case No.: 1:09−cv−01221
                                                                 Honorable Harry D. Leinenweber

InvestForClosures Financial, L.L.C., et al.

                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 23, 2009:

      MINUTE entry before the Honorable Nan R. Nolan:Status hearing held and continued to 04/29/09 at 10:00 a.m. The Court adopts the Stipulated Discovery Schedule limited to issues relating to the Preliminary Injunction Motion: Rule 26(a) initial disclosures by 04/13/09; written discovery to be completed by 05/15/09; and oral discovery completed by 07/31/09. Hearing on Motion for Preliminary Injunction is set for 09/17/09 at 10:00 a.m. Plaintiffs' Motion for Temporary Restraining Order [#19] is denied as moot in light of the Standstill Agreement. Enter Standstill AgreementMailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.