**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Bradley J Schaufenbuel, et al.
                                       Plaintiff,

v.                                                     Case No.: 1:09−cv−01221
                                                      Honorable Harry D. Leinenweber

InvestForClosures Financial, L.L.C., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 30, 2009:

      MINUTE entry before the Honorable Nan R. Nolan:Motion hearing held regarding Plaintiffs' Motion for Sanctions [34] and is continued to 4/1/2009 at 01:30 PM.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.