IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; ROBERT N. SCHAUFENBUEL; JOHN AND SARAH REED, IV; JOHN AND JAN REED, III; AMERICAN MASS MEDIA CORPORATION; ROBERTA K. CLARK; on behalf of Themselves and All Others Similarly Situated<br>    Plaintiffs,<br><br>v.<br><br>INVESTFORCLOSURES FINANCIAL, L.L.C ROI DEVELOPERS; INVESTFORCLOSURES; INVESTFORCLOSURES.COM, LLC; INVESTFORCLOSURES VENTURES; LLC SANDS OF GOLD ESCROW; SANDS OF GOLD; ROI FINANCIAL; REALTY OPPORTUNITIES INTERNATIONAL ESCROW 23; ROI ESCROW; REALTY OPPORTUNITIES INTERNATIONAL S. de R.L. de C.V; REALTY OPPORTUNITIES INTERNATIONAL; ROI MEXICO; SANDS OF GOLD ESTATES; FRANCIS X. SANCHEZ aka FRANK SANCHEZ; JAMES D. BOURASSA aka JIM BOURASSA; SCOTT D. WESSEL; DEANA M. GUIDI; DANIEL E. FITZGERALD aka DAN FITZGERALD; SCOTT R. SLAGLE; DARCEY L. MARTIN; TOM RODRIGUEZ; and JOHN DOES 1-30.<br>    Defendants. | Case No. 09-cv-1221<br>The Honorable Judge Leinenweber |

CERTIFICATE OF SERVICE

To: See Attached Service List

  I, Genevieve M. Lynott, an attorney, hereby certify that I caused copies of the foregoing Defendant Deana Guidi's Rule 26(a)(1) Disclosures Related to Plaintiff's Motion(s) for Preliminary Injunction and Other Injunctive Relief Related to the Sand of Gold Mexico Property to be served upon all persons on the attached Service List, via U.S. Post, deposited at Crystal Lake, IL, on April 13, 2009. A courtesy copy of this Certificate of Service and Rule 26(a)(1) Disclosures will be delivered via Federal Express upon the Honorable Judge Harry D. Leinenweber on March 10, 2009.

        Respectfully submitted,

        /s/ Genevieve M. Lynott
        ARCD#6275407
        Campion, Curran, Dunlop & Lamb, P.C.
        8600 U. S. Hwy 14, #201, Crystal Lake, IL 60012
        Ph. (815) 459-8440  Fax (815) 455-8134
        Attorneys for Defendant Deana Guidi

SERVICE LIST
Schaufenbuel et al. v. Investforclosures Financial, L.L.C. et al.
Case No. 09-cv-1221

Attorneys for Plaintiffs:

Thurston Law Offices, P.C.
Robert C. Thurston
10469 Bethel Avenue
Huntley, IL 60142

Law Offices of Joel M. Weiner, LLC
Joel M. Weiner
579 N. 1st Bank Drive, Suite 150
Palatine, IL 60067-8102

Attorneys for Defendants:
Investforclosures Financial, LLC
Investforclosures.com.LLC
Investforclosures Ventures, LLC
James D. Bourassa aka Jim Bourassa
Francis X. Sanchez
Robert B. Christie
Jeffry Mark Henderson
Henderson & Lyman
175 West Jackson Boulevard, Suite 240
Chicago, IL 60604

Scott D. Wessel
664 Helen Drive
Northbrook, IL 60062

Deana M. Guidi
6511 Edgeworth Drive
Orlando, FL 32819

Daniel E. Fitzgerald aka Dan Fitzgerald
31770 N. Pineview Blvd
Lakemoor, IL 60051

Scott R. Slagle
38W512 McQuire Place
Geneva, IL 60134

Darcey L. Martin
9507 Waterford Oakes Blvd.
Winter Haven, FL 33884

Tom Rodriquez
Consolidated School District #158
650 Academic Drive
Algonquin, IL 60102