UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRADLEY J. SCHAUFENBUEL, *et. al.*,

        Plaintiffs,

        v.

INVESTFORCLOSURES FINANCIAL,
L.L.C., *et. al.*,

        Defendants.

Case No. 09 cv 1221

## NOTICE OF BANKRUPTCY

Defendant James Bourassa, through his attorneys, hereby gives notice to the Court and the parties in this matter that a petition for bankruptcy pursuant to Chapter 7 of the United States Bankruptcy Code was filed with the United States Bankruptcy Court for the Northern District of Illinois on April 10, 2009. The Petition is pending before the honorable Manuel Barbosa, and assigned case number 09-12873. A copy of the Clerk of the Bankruptcy Court's Notice of Bankruptcy Case Filing in that matter is attached hereto as Exhibit 1.

Respectfully submitted,

By: _ /s/ Robert B. Christie
      One of Defendant's Attorneys

Henderson & Lyman
175 West Jackson, Suite 240
Chicago, Illinois 60604
312-986-6957

**CERTIFICATE OF SERVICE**

To:

Robert Craig Thurston      Russell Wade Baker
Thurston Law Offices, P.C.    Campion, Curran, Dunlop & Lamb, P.C.
10469 Bethel Avenue       8600 U.S. Route 14, Suite 201
Huntley , IL 60142         Crystal Lake , IL 60012

     I, an attorney of record, hereby certify that on April 14, 2009, I electronically filed the forgoing motion through the Court's Electronic Cases Filing System, and that pursuant to Local Rule 5.9, such filing constitutes service on the above named persons, who are Filing Users in the above captioned proceeding.

                                             /s/  Robert B. Christie