United States Bankruptcy Court
Northern District of Illinois

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 04/10/2009 at 3:45 PM and filed on 04/10/2009.

**James D Bourassa**
254 Gregory M. Sears Dr.
Gilberts, IL 60136
SSN / ITIN: xxx-xx-0612

**Marie A Bourassa**
254 Gregory M. Sears Dr.
Gilberts, IL 60136
SSN / ITIN: xxx-xx-4565

| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **Richard T Jones**<br>138 Cass Street<br>Woodstock, IL 60098<br>815 334-8220 | **Thomas E Springer**<br>Springer, Brown, Covey, Gaertner & Davis<br><br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187<br>630-510-0000 |

The case was assigned case number 09-12873 to Judge Manuel Barbosa.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.ilnb.uscourts.gov/ or at the Clerk's Office, Eastern Division, 219 S Dearborn, 7th Floor, Chicago, IL 60604.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Kenneth S. Gardner**
**Clerk, U.S. Bankruptcy**