**APPEARANCE FORM FOR PRO SE LITIGANTS**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

MHK

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Darcey L Martin
(Please print)

STREET ADDRESS: 9507 Waterford Oaks Blvd

CITY/STATE/ZIP: Winter Haven FL, 33884

PHONE NUMBER: 863-875-1220

CASE NUMBER: 1:09-cv-01221

Signature: Darcey L Martin         Date: 3/30/09

**FILED**
APR 13 2009 TC
4-13-2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Guide to Civil Cases for Litigants Without Lawyers: Page 29)