**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number:      1:09-cv-01221

Bradley J. Schaufenbuel, et al. v. InvestForClosures Financial, L.L.C., et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Tom Rodriguez

| | |
|---|---|
| NAME (Type or print) | Charles A. Dunlop |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/Charles A. Dunlop |
| FIRM | Campion, Curran, Dunlop & Lamb, P.C. |
| STREET ADDRESS | 8600 U.S. Highway 14 |
| CITY/STATE/ZIP | Crystal Lake, IL 60012 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6180628 | TELEPHONE NUMBER (815) 459-8440 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL