## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of            Case Number:    1:09-cv-01221

Bradley J. Schaufenbuel, et al. v. InvestForClosures Financial, L.L.C., et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Darcey L. Martin

| | |
|---|---|
| NAME (Type or print)   Charles A. Dunlop | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)    s/Charles A. Dunlop | |
| FIRM      Campion, Curran, Dunlop & Lamb, P.C. | |
| STREET ADDRESS    8600 U.S. Highway 14 | |
| CITY/STATE/ZIP     Crystal Lake, IL 60012 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6180628 | TELEPHONE NUMBER    (815) 459-8440 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. | |
| RETAINED COUNSEL                APPOINTED COUNSEL | |