## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:   1:09-cv-01221

Bradley J. Schaufenbuel, et al. v. InvestForClosures Financial, L.L.C., et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Tom Rodriguez

---

NAME (Type or print)
Genevieve M. Lynott

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
    s/Genevieve M. Lynott

FIRM   Campion, Curran, Dunlop & Lamb, P.C.

STREET ADDRESS    8600 U.S. Highway 14

CITY/STATE/ZIP    Crystal Lake, IL 60012

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6275407         TELEPHONE NUMBER   (815) 459-8440

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  N

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                       APPOINTED COUNSEL