

**EXHIBIT A**

irc InvestForClosures Financial

This certifies that

*Robert Schaufenbuel & Bradley Schaufenbuel*

has invested *$35,000*
on September 26, 2003
at a term of 2 years
earning 17.9% APR

Note: Interest payments will be paid monthly. Upon maturity of your investment, unless a withdrawal request has been received, your principal will be reinvested in the same plan at the rate and term posted at that time. A withdrawal of principal requires a 90 day written notice by mail or electronically via email. There are no penalties for early withdrawal. Membership Interests are not transferable.

Signature _____  CEO - IFCF 9/26/03

Date _____

Number: IFCF092603-01

Acct#: 104101

Page 1

John & Sarah Reed IV
2304 S. 79th Ave.
Yakima, WA  98403


Account #:    204017
Account type: Cash
Term Length:  5 years
(NOTE: interest is compounding)

$160,000  The CEO Bonus (200% bonus on your originally invested principal) that will be paid out to you at the close of your account, or your move to the SOP.  Note that this amount will not accrue interest nor change.  This is a reward for your patience.

Compound Period:               Annual

Nominal Annual Rate:           20.000%


AMORTIZATION SCHEDULE - Normal Amortization

|  | Date | Invest | Return | Interest | Net Change | Balance |
|---|---|---|---|---|---|---|
| Invest | 4/6/2005 | 40,000.00 | | | 40,000.00 | 40,000.00 |
| Invest | 9/12/2005 | 40,000.00 | | 3,484.93 | 43,484.93 | 83,484.93 |
| 1 | 3/29/2007 | | 31,050.97 | 27,566.04 | 3,484.93- | 80,000.00 |
| 2 | 3/31/2008 | | 0.00 | 16,105.21 | 16,105.21 | 96,105.21 |
| Grand Totals | | 80,000.00 | 31,050.97 | 47,156.18 | 96,105.21 | |

An open balance of 96,105.21 still remains.

Page 1

John & Sarah Reed IV
2304 S. 79th Ave.
Yakima, WA  98403


Account #:    204017--SOP
Account type: Cash
Term Length:  2 years
(NOTE: interest is compounding)


41,051  Warrants for Fresh dollars and interest Rollover
6,210   20% bonus Warrants on interest rolled over for being in IFC since 2003
47,261   Total Warrants as of 03.29.07

Compound Period:              Annual

Nominal Annual Rate:          18.000%


AMORTIZATION SCHEDULE - Normal Amortization

|  | Date | Invest | Return | Interest | Net Change | Balance |
|---|---|---|---|---|---|---|
| Invest | 3/30/2007 | 10,000.00 | | | 10,000.00 | 10,000.00 |
| Invest | 3/30/2007 | 31,050.97 | | 0.00 | 31,050.97 | 41,050.97 |
| 1 | 3/31/2008 | | 0.00 | 7,413.06 | 7,413.06 | 48,464.03 |
| Grand Totals | | 41,050.97 | 0.00 | 7,413.06 | 48,464.03 | |

An open balance of 48,464.03 still remains.



This certifies that

## John Reed III

has invested *$50,000*
On February 17, 2005
at a term of 5 years
earning 20% APR

UPDATED TO 200% CEO BONUS

The terms and conditions of this investment are covered under the standard
Subscription Agreement and your individual account documents. Member-
ship not transferable.

CEO IFCF 2/17/05
Signature                    Date

Number: IFCV021705-01
Account# 204013



**InvestForClosures Financial**

This certifies that

**American Mass Media Corp.**

**Ianhong Ng**

has invested **$50,000**

On November 09, 2004

at a term of *5 years*

earning 9.0% APR

The terms and conditions of this investment are covered under the standard Subscription Agreement
and your individual account documents. Membership not transferable.

Signature   CEO - IFCF                11/9/04

Signature                             Date

Number: IFCF110904-01
Account# 104149



This certifies that

**American Mass Media Corporation**

has invested **$20,000.00**

On July 18, 2005

for a term of 5 years

earning 20% APR

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

Signature _____ CEO-IFCV    7/18/05
Signature                      Date

Number: IFCV071805-01
Account# 204027



# IFC Ventures

This certifies that

## Roberta K. Clark

has invested

### $70,000

On July 13, 2005

at a term of 5 years

earning 17% APR

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

Signature          Date 7/13/05

Number: IFCV071305-01
Account# 204022

Feb 17 09 11:16p    kimberle swobodzinski    7145211376    p.3



**ifc** investForclosures

This certifies that

*Maria Alva Valentin*

has invested *$30,000*
on September 4, 2001
at a term of 5 years
Per the Graduated Interest Accrual Plan

Note: Interest is accrued and automatically rolled-over, unless you
choose to receive them on a quarterly basis (available after first
year). Substantial interest penalty for early withdrawal. Membership
Interests are not transferable.

Number: IFC090401-01



InvestForClosures Financial

This certifies that

## Maria Valentin

has invested *$40,000*
On June 01, 2004
at a term of 5 years
earning 9.0% APR

The terms and conditions of this investment are covered under the standard
Subscription Agreement and your individual account documents. Member-
ship not transferable.

_Signature_        CEO-IFCF    6/1/04
                                    _Date_

Number: IFCF060104-01
Account# 104137

Page 1

Maria Valentin
32W121 Bode Road
Elgin, IL  60120


Account #    104137-SOP
Account Type: Cash
Term Length:  2 years

Warrants:
90,061  Warrants 1:1 for fresh dollars and rolled over monies from other accounts
24,018  30% Bonus Warrants on rolled over monies from other accounts for being with IFC since 2001
114,079  Total Warrants as of 10.30.06

Compound Period:                    Annual

Nominal Annual Rate:                18.000%


AMORTIZATION SCHEDULE - Normal Amortization, 360 Day Year

|  | Date | Invest | Balance Date | Return | Interest | Net Change | Balance |
|---|---|---|---|---|---|---|---|
| Invest | 10/30/2006 | 10,000.00 | | | | 10,000.00 | 10,000.00 |
| Invest | 10/30/2006 | 9,318.03 | | | 0.00 | 9,318.03 | 19,318.03 |
| Invest | 10/30/2006 | 70,742.57 | | | 0.00 | 70,742.57 | 90,060.60 |
| lance Date | 3/31/2008 | | 0.00 | | 24,287.54 | 24,287.54 | 114,348.14 |
| Grand Totals | | 90,060.60 | 0.00 | 0.00 | 24,287.54 | 114,348.14 | |

An open balance of 114,348.14 still remains.



InvestForClosures Financial

This certifies that

*Liam A. Angelini*

has invested *$35,000*
On July 21, 2004
at a term of 5 years
earning 9.0% APR

The terms and conditions of this investment are covered under the standard
Subscription Agreement and your individual account documents. Membership not transferable.

Signature CEO - IFCF          7/21/04
                              Date

Number: IFCF072104-01
Account# 104143



**IFC** InvestForeclosures

This certifies that

## Keith Raines and
## Bonnie C. Raines

have invested *$10,000*
on December 31, 2001
at a term of *5 years*
Per the Graduated Interest Accrual Plan

Note: Interest is accrued and automatically rolled-over, unless you
choose to receive them on a semi-annual basis (available after first
year). Substantial interest penalty for early withdrawal. Membership
Interests are not transferable.

Signature                Date  12/31/01                Number: IFC123101-03a

## Graduated Interest Accrual Plan

Account Growth per Year (compound interest plus principle):

12/31/02 @ 20% = $12,000

12/31/03 @ 22% = $14,640

12/31/04 @ 24% = $18,154

12/31/05 @ 26% = $22,874

12/31/06 @ 28% = $29,278

This replaces certificate number IFC123101-03, which was reported lost and is now void.



This certifies that

## Keith Raines

has invested *$41,655.77*

on November 11, 2002

at a term of 5 year

earning 15.9% APY

5-Year Term: The principal investment must remain untouched for exactly five (5) years from the date the investment payment along with all signed and completed investment documents. A withdrawal of principal prior to the end of the 1st year will incur a 70% penalty on earned interest only. A withdrawal of principal prior to the end of the 3rd year will incur a 35% penalty on earned interest only. A withdrawal of principal prior to the 5th year will incur a 20% penalty on earned interest only. A withdrawal of principal requires a 60-day written notice by mail or electronically via email. Interest payments can be paid on an annual basis per the written request of the investor. Interest is automatically rolled over and compounded during the remainder of the term. Interest payments require a 60-day written notice by mail or electronically via email. If interest is paid out prior to the completion of the next consecutive year of the term, that interest will not be compounded for the year in which it was withdrawn. Upon maturity of said term, unless a withdrawal request has been issued meeting the above stated specifications, your investment will be rolled over and reinvested for another five (5) year term. Membership Interests are not transferable.

_____  CEO IFCF  11/26/__
Signature                              Date

Number: IFC112602-01



This certifies that

## Bonnie C. Raines

has invested $43,112.29

on December 3, 2002

at a term of 5 year

earning 15.9% APY

5- Year Term: The principal investment must remain untouched for exactly five (5) years from the date the investment payment along with all signed and completed investment documents. A withdrawal of principal prior to the end of the 1st year will incur a 70% penalty on earned interest only. A withdrawal of principal prior to the end of the 3rd year will incur a 35% penalty on earned interest only. A withdrawal of principal prior to the 5th year will incur a 20% penalty on earned interest only. A withdrawal of principal requires a 60-day written notice by mail or electronically via email. Interest payments can be paid on an annual basis per the written request of the investor. Interest is automatically rolled over and compounded during the remainder of the term. Interest payments require a 90-day written notice by mail or electronically via email. If interest is paid out prior to the completion of the next consecutive year of the term, that interest will not be compounded for the year in which it was withdrawn. Upon maturity of said term, unless a withdrawal request has been issued meeting the above stated specifications, your investment will be rolled over and reinvested for another five (5) year term. Membership Interests are not transferable.

_____  12/3/02
Signature                Date

Number: IFC120302-01

Page 1

Ravikumar & Sumathi Jammalamadaka
5 Amy Drive
North Brunswick, NJ  08902

Account #:    104106
Account Type: Cash
Term Length:  5 years

Compound Period:                    Annual

Nominal Annual Rate:                8.900%

AMORTIZATION SCHEDULE - Normal Amortization, 360 Day Year

|  | Date | Invest | Balance Date | Return | Interest | Net Change | Balance |
|---|---|---|---|---|---|---|---|
| Invest | 11/18/2003 | 25,000.00 | | | | 25,000.00 | 25,000.00 |
| 2003 Totals | | 25,000.00 | 0.00 | 0.00 | 0.00 | 25,000.00 | |
| | | | | | | | |
| 1 | 4/21/2006 | | | 5,000.00 | 5,784.12 | 784.12 | 25,784.12 |
| 2 | 6/26/2006 | | | 20,000.00 | 420.71 | 19,579.29- | 6,204.83 |
| 3 | 6/26/2006 | | | 2,171.69 | 0.00 | 2,171.69- | 4,033.14 |
| 4 | 6/27/2006 | | | 2,700.00 | 1.00 | 2,699.00- | 1,334.14 |
| 2006 Totals | | 0.00 | 0.00 | 29,871.69 | 6,205.83 | 23,665.86- | |
| | | | | | | | |
| Balance Date | 3/31/2008 | | 0.00 | | 218.23 | 218.23 | 1,552.37 |
| Balance Date | 6/30/2008 | | 0.00 | | 34.92 | 34.92 | 1,587.29 |
| Balance Date | 9/30/2008 | | 0.00 | | 36.10 | 36.10 | 1,623.39 |
| Balance Date | 12/31/2008 | | 0.00 | | 36.92 | 36.92 | 1,660.31 |
| 2008 Totals | | 0.00 | 0.00 | 0.00 | 326.17 | 326.17 | |
| | | | | | | | |
| Grand Totals | | 25,000.00 | 0.00 | 29,871.69 | 6,532.00 | 1,660.31 | |

An open balance of 1,660.31 still remains.

Page 1

Ravikumar Jammalamadaka
5 Amy Drive
North Brunswick, NJ  08902

Account #:     204001
Account Type: Cash
Term Length:   5 years

$200,000  The CEO Bonus (200% bonus on your originally invested principal) that will be paid out to you at the close of your account, or your move to the SOP.  Note that this amount will not accrue interest nor change.  This is a reward for your patience.

Rate Period:                          Quarterly

Nominal Annual Rate:                  25.000%

AMORTIZATION SCHEDULE - U.S. Rule (no compounding), 360 Day Year

|  | Date | Payment | Interest Accrued | Interest Paid | Principal Paid | ----------- Balance Due ----------- | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Interest | Principal | Total |
| Loan | 12/28/2004 |  | 0.00 | 0.00 | 0.00 | 0.00 | 100,000.00 | 100,000.00 |
| 2004 Totals |  | 0.00 | 0.00 | 0.00 | 0.00 |  |  |  |
|  |  |  |  |  |  |  |  |  |
| 1 | 1/5/2006 | 15,000.00 | 25,555.56 | 15,000.00 | 0.00 | 10,555.56 | 100,000.00 | 110,555.56 |
| 2 | 4/3/2006 | 17,228.49 | 6,111.11 | 16,666.67 | 561.82 | 0.00 | 99,438.18 | 99,438.18 |
| 3 | 6/21/2006 | 20,000.00 | 5,455.29 | 5,455.29 | 14,544.71 | 0.00 | 84,893.47 | 84,893.47 |
| 2006 Totals |  | 52,228.49 | 37,121.96 | 37,121.96 | 15,106.53 |  |  |  |
|  |  |  |  |  |  |  |  |  |
| 4 | 1/2/2008 | 4,500.00 | 32,483.54 | 4,500.00 | 0.00 | 27,983.54 | 84,893.47 | 112,877.01 |
| 5 | 3/31/2008 | 0.00 | 5,246.89 | 0.00 | 0.00 | 33,230.43 | 84,893.47 | 118,123.90 |
| 6 | 6/30/2008 | 0.00 | 5,305.84 | 0.00 | 0.00 | 38,536.27 | 84,893.47 | 123,429.74 |
| 7 | 9/30/2008 | 0.00 | 5,305.84 | 0.00 | 0.00 | 43,842.11 | 84,893.47 | 128,735.58 |
| 8 | 12/31/2008 | 0.00 | 5,305.84 | 0.00 | 0.00 | 49,147.95 | 84,893.47 | 134,041.42 |
| 2008 Totals |  | 4,500.00 | 53,647.95 | 4,500.00 | 0.00 |  |  |  |
|  |  |  |  |  |  |  |  |  |
| Grand Totals |  | 56,728.49 | 90,769.91 | 41,621.96 | 15,106.53 |  |  |  |

An open balance of 134,041.42 still remains.

Case: 1:09-cv-01221 Document #: 58-2 Filed: 04/27/09 Page 18 of 35 PageID #:390

Page 1

Paul Herink
291 Frank Applegate Road
Jackson, NJ 08527-4215

Account #   104111
Account Type: IRA
Term Length: 5 years

Compound Period:                     Annual

Nominal Annual Rate:                 10.900%

AMORTIZATION SCHEDULE - Normal Amortization, 360 Day Year

|  | Date | Invest | Balance Date | Return | Interest | Net Change | Balance |
|---|---|---|---|---|---|---|---|
|  | Invest 12/22/2003 | 30,476.60 |  |  |  | 30,476.60 | 30,476.60 |
| Balance Date | 3/31/2008 |  | 0.00 |  | 17,018.31 | 17,018.31 | 47,494.91 |
| Balance Date | 6/30/2008 |  | 0.00 |  | 1,308.62 | 1,308.62 | 48,803.53 |
| Balance Date | 9/30/2008 |  | 0.00 |  | 1,359.45 | 1,359.45 | 50,162.98 |
| Balance Date | 12/31/2008 |  | 0.00 |  | 1,397.32 | 1,397.32 | 51,560.30 |
| Balance Date | 3/31/2009 |  | 0.00 |  | 1,405.02 | 1,405.02 | 52,965.32 |
| Grand Totals |  | 30,476.60 | 0.00 | 0.00 | 22,488.72 | 52,965.32 |  |

An open balance of 52,965.32 still remains.

Yahoo! Mail  bigguy8230@yahoo.com                                              4/30/08 12:16 PM

## YAHOO! MAIL

Print - Close Window

## IRA

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Mathew Knowlton<br>6A Clover Ct<br>Raymond NH 03077<br><br>Account # 104096<br>Account Type: IRA<br>Term Length: 5 years | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | Compound Period | | | Annual | | | | | |
| 4 | | | | | | | | | |
| 5 | Nominal Annual Rate | | | 15.900% | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | AMORTIZATION SCHEDULE    Normal Amortization, 360 Day Year | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | Date | Invest | Balance Date | Return | Interest | Net Change | Balance | |
| 11 | Invest | 7/31/03 | 3,000.00 | | | | 3,000.00 | 3,000.00 | |
| 12 | Invest | 1/28/04 | 3,001.01 | | | 239.83 | 3,240.84 | 6,240.84 | |
| 13 | Invest | 3/8/05 | 4,000.01 | | | 1,120.08 | 5,120.09 | 11,360.94 | |
| 14 | Balance Date | 3/31/08 | | 0.00 | | 6,506.15 | 6,506.15 | 17,867.08 | |
| 15 | Grand Totals | | 10,001.02 | 0.00 | 0.00 | 7,866.06 | 17,867.08 | | |
| 16 | | | | | | | | | |
| 17 | An open balance of 17,867.08 still remains. | | | | | | | | |

## 104081

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Mathew Knowlton<br>6A Clover Ct<br>Raymond NH 03077<br><br>Account # 104081<br>Account Type: Cash<br>Term Length: 5 years | | | | | | | |
| 2 | | | | | | | | |
| 3 | Compound Period | | | Annual | | | | |
| 4 | | | | | | | | |
| 5 | Nominal Annual Rate | | | 12.900% | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | AMORTIZATION SCHEDULE    Normal Amortization 360 Day Year | | | | | | | |
| 9 | | | | | | | | |
| 10 | | Date | Invest | Balance Date | Return | Interest | Net Change | Balance |
| 11 | Invest | 4/5/04 | 7,000.00 | | | | 7,000.00 | 7,000.00 |
| 12 | 1 | 1/4/06 | | | 2,000.00 | 2,721.79 | 721.79 | 7,721.79 |
| 13 | Balance Date | 3/31/08 | | 0.00 | | 2,424.03 | 2,424.03 | 10,145.82 |
| 14 | Grand Totals | | 7,000.00 | 0.00 | 2,000.00 | 5,145.82 | 10,145.82 | |
| 15 | | | | | | | | |
| 16 | An open balance of 10,145.82 still remains | | | | | | | |



This certifies that

## G. Matthew Knowlton

has invested $3,000.00

on July 31, 2003

at a term of 5 years

earning 15.9% APR



This certifies that

## G. Matthew Knowlton

has invested an additional *$4,000.01*

On March 8, 2005

at a term of *5* years

earning *15.9%* APR (IRA)

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Member-ship not transferable.

CEDTFCF   3/8/05

Number: TCD-508-5403
Account: I-4936





ir**c** InvestForClosures Financial

This certifies that

## *Wilhelm Hall*

has invested *$10,000.00*

on April 22, 2003

at a term of *5 years*

earning 14.9% APR

5-Year Term: The principal investment must remain untouched for exactly five (5) years from the date the investment payment along with all signed and completed investment documents. A withdrawal of principal prior to the end of the 1st year will incur a 70% penalty on earned interest only. A withdrawal of principal prior to the end of the 3rd year will incur a 35% penalty on earned interest only. A withdrawal of principal prior to the 5th year will incur a 20% penalty on earned interest only. A withdrawal of principal requires a 60-day written notice by mail or electronically via email. Interest payments can be paid on an annual basis per the written request of the investor. Interest is automatically rolled over and compounded during the remainder of the term. Interest payments require a 60-day written notice by mail or electronically via email. If interest is paid out prior to the completion of the next consecutive year of the term, that interest will not be compounded for the year in which it was withdrawn. Upon maturity of said term, unless a withdrawal request has been issued meeting the above stated specifications, your investment will be rolled over and reinvested for another five (5) year term. Membership Interests are not transferable.

_Signature_  CEO IFCF 4/22/03
_Date_

Number: IFCF042203-01

Account # 104079



**InvestForClosures Financial**

*This certifies that*

# *Wilhelm Hall*

*has invested $10,000.00*

*on April 29, 2003*

*at a term of 5 years*

*earning 16.9% APR*

5-Year Term: The principal investment must remain untouched for exactly five (5) years from the date the investment payment along with all signed and completed investment documents. A withdrawal of principal prior to the end of the 1st year will incur a 70% penalty on earned interest only. A withdrawal of principal prior to the end of the 3rd year will incur a 35% penalty on earned interest only. A withdrawal of principal prior to the 5th year will incur a 20% penalty on earned interest only. A withdrawal of principal requires a 60-day written notice by mail or electronically via email. Interest payments can be paid on an annual basis per the written request of the investor. Interest is automatically rolled over and compounded during the remainder of the term. Interest payments require a 60-day written notice by mail or electronically via email. If interest is paid out prior to the completion of the next consecutive year of the term, that interest will not be compounded for the year in which it was withdrawn. Upon maturity of said term, unless a withdrawal request has been issued meeting the above stated specifications, your investment will be rolled over and reinvested for another five (5) year term. Membership Interests are not transferable.

_____ CEO IFcF 2/9/64
Signature                         Date

Number: IFCF042903-02

Account # 104079



**InvestForClosures Financial**

This certifies that

# *Wilhelm Hall*

*has invested* **$15,000**

*on December 18, 2003*

*at a term of 5 years*

*earning 16.9% APR*

5-Year Term: The principal investment must remain untouched for exactly five (5) years from the date the investment payment along with all signed and completed investment documents. A withdrawal of principal prior to the end of the 1st year will incur a 70% penalty on earned interest only. A withdrawal of principal prior to the end of the 3rd year will incur a 35% penalty on earned interest only. A withdrawal of principal prior to the 5th year will incur a 20% penalty on earned interest only. A withdrawal of principal requires a 60-day written notice by mail or electronically via email. Interest payments can be paid on an annual basis per the written request of the investor. Interest is automatically rolled over and compounded during the remainder of the term. Interest payments require a 60-day written notice by mail or electronically via email. If interest is paid out prior to the completion of the next consecutive year of the term, that interest will not be compounded for the year in which it was withdrawn. Upon maturity of said term, unless a withdrawal request has been issued meeting the above stated specifications, your investment will be rolled over and reinvested for another five (5) year term. Membership Interests are not transferable.

_____ CEO—IFCF 12/18/03
Signature                              Date

Number: IFCF0121803-01
Account # 104079



**IFC Ventures**

This certifies that

*Wilhelm Hall*

has invested *$25,000*
On February 08, 2005
at a term of 5 years
earning 25% APR

The terms and conditions of this investment are covered under the standard
Subscription Agreement and your individual account documents. Member-
ship not transferable.

Signature — CEO IFCV 02/08/05
                              Date

Number: IFCV020805-01
Account# 204010

Page 1

Wilhelm Hall
237 Rock Ave.
Park Ridge, NJ 07656

Account #     104079
Account Type: Cash
Term Length: 5 years

Compound Period:                    Annual

Nominal Annual Rate:                16.900%

AMORTIZATION SCHEDULE - Normal Amortization

|  | Date | Invest | Return | Interest | Net Change | Balance |
|---|---|---|---|---|---|---|
| Invest | 4/30/2003 | 20,028.58 | | | 20,028.58 | 20,028.58 |
| Invest | 12/18/2003 | 15,000.00 | | 2,151.45 | 17,151.45 | 37,180.03 |
| 1 | 3/21/2007 | | 26,951.97 | 24,800.52 | 2,151.45- | 35,028.58 |
| 2 | 3/31/2008 | | 0.00 | 6,109.43 | 6,109.43 | 41,138.01 |
| Grand Totals | | 35,028.58 | 26,951.97 | 33,061.40 | 41,138.01 | |

An open balance of 41,138.01 still remains.

Page 1

Wilhelm Hall
237 Rock Ave.
Park Ridge, NJ 07656

Account #:    204010
Account Type: Cash
Term Length:  5 years

Rate Period:                    Annual

Nominal Annual Rate:            25.000%

AMORTIZATION SCHEDULE - U.S. Rule (no compounding)

|  | Date | Loan | Payment | Interest Accrued | Interest Paid | Principal Paid | ------------ Balance Due ------------ | |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | Interest | Principal | Total |
| Loan | 2/8/2005 | 25,000.00 |  | 0.00 | 0.00 | 0.00 | 0.00 | 25,000.00 | 25,000.00 |
| 1 | 3/21/2007 |  | 13,202.05 | 13,202.05 | 13,202.05 | 0.00 | 0.00 | 25,000.00 | 25,000.00 |
| Loan | 3/31/2008 | 0.00 |  | 6,421.23 | 0.00 | 0.00 | 6,421.23 | 25,000.00 | 31,421.23 |
| Grand Totals |  | 25,000.00 | 13,202.05 | 19,623.28 | 13,202.05 | 0.00 |  |  |  |

An open balance of 31,421.23 still remains.

Wilhelm Hall
237 Rock Ave.
Park Ridge, NJ 07656


Account #:    204010 - SOP (IRA)
Account Type: IRA/SOP
Term Length:  2 years

Please see the Cash SOP account for Summary of all Warrants

Compound Period:              Annual

Nominal Annual Rate:          18.000%


AMORTIZATION SCHEDULE - Normal Amortization

|  | Date | Invest | Balance Date | Return | Interest | Net Change | Balance |
|---|---|---|---|---|---|---|---|
| Invest | 6/28/2007 | 25,979.85 | | | | 25,979.85 | 25,979.85 |
| Invest | 6/28/2007 | 50.00 | | | 0.00 | 50.00 | 26,029.85 |
| lance Date | 3/31/2008 | | 0.00 | | 3,555.75 | 3,555.75 | 29,585.60 |
| Grand Totals | | 26,029.85 | 0.00 | 0.00 | 3,555.75 | 29,585.60 | |

An open balance of 29,585.60 still remains.

Page 1

Jonathan Patton
4021-C Camellia Drive
Valdosta, GA  31605

Account #:      204048
Account Type: Cash
Term Length:   2 years

Rate Period:                    Annual

Nominal Annual Rate:            14.000%

AMORTIZATION SCHEDULE - U.S. Rule (no compounding)

|  | Date | Loan | Payment | Interest Accrued | Interest Paid | Principal Paid | ------------ Balance Due ------------ | | |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | Interest | Principal | Total |
| Loan | 12/11/2006 | 40,000.00 |  | 0.00 | 0.00 | 0.00 | 0.00 | 40,000.00 | 40,000.00 |
| Loan | 3/31/2008 | 0.00 |  | 7,287.67 | 0.00 | 0.00 | 7,287.67 | 40,000.00 | 47,287.67 |
| Loan | 6/30/2008 | 0.00 |  | 1,396.16 | 0.00 | 0.00 | 8,683.83 | 40,000.00 | 48,683.83 |
| Loan | 9/30/2008 | 0.00 |  | 1,411.51 | 0.00 | 0.00 | 10,095.34 | 40,000.00 | 50,095.34 |
| Loan | 12/31/2008 | 0.00 |  | 1,411.51 | 0.00 | 0.00 | 11,506.85 | 40,000.00 | 51,506.85 |
| Loan | 3/31/2009 | 0.00 |  | 1,380.82 | 0.00 | 0.00 | 12,887.67 | 40,000.00 | 52,887.67 |
| Grand Totals |  | 40,000.00 | 0.00 | 12,887.67 | 0.00 | 0.00 |  |  |  |

An open balance of 52,887.67 still remains.



irc InvestForClosures Financial

This certifies that

**Donald & Ruth Halverson**

has invested *$35,000*

On April 06, 2004

at a term of 5 years

earning 9.0% APR

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

Signature    CEO IFCF    Date 4/6/04

Number: IFCF040604-01
Account# 104127



**IFC** InvestForClosures Financial

This certifies that

*Donald & Ruth Halverson*

has invested *$20,000*

On August 31, 2004

at a term of 5 years

earning 9.0% APR

The terms and conditions of this investment are covered under the standard
Subscription Agreement and your individual account documents. Membership not
transferable.

Signature CEO-IFCF 8/31/04 Date

Number: IFCF083104-01
Account# 104127



**IFC Ventures**

This certifies that

### Donald & Ruth Halverson

has invested *$20,000*

On July 7, 2005

for a term of *5* years

earning *15%* APR

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

Signature
Date

Number: IFCV070705-01
Account# 204023

Page 1

The Halverson Family Trust
Donald & Ruth Halverson, Trustees
19 Pier Point
New Bern, NC  28562

Account #     104127
Account Type: Cash
Term Length:  5 years

Compound Period:                     Annual

Nominal Annual Rate:               9.000%

AMORTIZATION SCHEDULE - Normal Amortization, 360 Day Year

|        | Date       | Invest    | Return    | Interest  | Net Change | Balance   |
|--------|------------|-----------|-----------|-----------|------------|-----------|
| Invest | 4/6/2004   | 35,000.00 |           |           | 35,000.00  | 35,000.00 |
| Invest | 8/31/2004  | 20,000.00 |           | 1,286.25  | 21,286.25  | 56,286.25 |
| 1      | 3/19/2007  |           | 15,217.38 | 13,931.13 | 1,286.25-  | 55,000.00 |
| 2      | 3/31/2008  |           | 0.00      | 5,129.85  | 5,129.85   | 60,129.85 |
| 3      | 6/30/2008  |           | 0.00      | 1,367.95  | 1,367.95   | 61,497.80 |
| 4      | 9/30/2008  |           | 0.00      | 1,414.45  | 1,414.45   | 62,912.25 |
| 5      | 12/31/2008 |           | 0.00      | 1,446.98  | 1,446.98   | 64,359.23 |
| Grand Totals |      | 55,000.00 | 15,217.38 | 24,576.61 | 64,359.23  |           |

An open balance of 64,359.23 still remains.

Page 1

The Halverson Family Trust
Donald & Ruth Halverson, Trustees
19 Pier Point
New Bern, NC  28562

Account #:    204023
Account Type: Cash
Term Length:  5 years

Rate Period:                         Annual

Nominal Annual Rate:                 15.000%

AMORTIZATION SCHEDULE - U.S. Rule (no compounding)

| | Date | Loan | Payment | Interest Accrued | Interest Paid | Principal Paid | ------------ Balance Due ------------ | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Interest | Principal | Total |
| Loan | 7/7/2005 | 20,000.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 20,000.00 | 20,000.00 |
| 1 | 3/19/2007 | | 5,095.89 | 5,095.89 | 5,095.89 | 0.00 | 0.00 | 20,000.00 | 20,000.00 |
| Loan | 3/31/2008 | 0.00 | | 3,098.63 | 0.00 | 0.00 | 3,098.63 | 20,000.00 | 23,098.63 |
| Loan | 6/30/2008 | 0.00 | | 747.95 | 0.00 | 0.00 | 3,846.58 | 20,000.00 | 23,846.58 |
| Loan | 9/30/2008 | 0.00 | | 756.16 | 0.00 | 0.00 | 4,602.74 | 20,000.00 | 24,602.74 |
| Loan | 12/31/2008 | 0.00 | | 756.16 | 0.00 | 0.00 | 5,358.90 | 20,000.00 | 25,358.90 |
| Grand Totals | | 20,000.00 | 5,095.89 | 10,454.79 | 5,095.89 | 0.00 | | | |

An open balance of 25,358.90 still remains.

Page 1

The Halverson Family Trust
Donald & Ruth Halverson, Trustees
19 Pier Point
New Bern, NC 28562

Account #:    204023 - SOP
Account Type: Cash/SOP
Term Length:  2 years

Warrants:
40,313 Warrants 1:1 for fresh dollars and interest accumulated
3,047 15% Warrant Bonus on accumulated interest for being in IFC since 2004
43,360 Total Warrants as of 3.19.07

Compound Period:              Annual

Nominal Annual Rate:          18.000%

AMORTIZATION SCHEDULE - Normal Amortization

|  |  | Date | Loan | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|---|---|
| Frel | Loan | 3/19/2007 | 20,000.00 |  |  |  | 20,000.00 |
| 204023 Aos | Loan | 3/19/2007 | 5,095.89 | Interest | 0.00 |  | 0.00 25,095.89 |
| act. 104127 | Loan | 3/19/2007 | 15,217.38 | Interest | 0.00 |  | 0.00 40,313.27 |
|  | Loan | 3/31/2008 | 0.00 |  | 7,537.90 | 7,537.90- | 47,851.17 |
| 1 |  | 6/30/2008 |  | 0.00 | 2,147.40 | 2,147.40- | 49,998.57 |
| 2 |  | 9/30/2008 |  | 0.00 | 2,268.43 | 2,268.43- | 52,267.00 |
| 3 |  | 12/31/2008 |  | 0.00 | 2,371.35 | 2,371.35- | 54,638.35 |
| Grand Totals |  |  | 40,313.27 | 0.00 | 14,325.08 | 14,325.08- |  |

An open balance of 54,638.35 still remains.