# EXHIBIT B

**Schaufenbuel, et al. v. InvestForClosures Financial, LLC et al., Case No. 09-cv-1221**
**Investor Summary**

| LAST NAME | FIRST NAME | CITY | STATE | INVESTMENT TOTAL |
|---|---|---|---|---|
| Akagi | Alvin & Mary | Plymouth | MI | $216,636.10 |
| Andrade Lopez | Graciela | Crystal Lake | IL | $0.00 |
| Angelini | Liam | Pembroke Pines | FL | $35,000.00 |
| Arya | Angiras | Plainsboro | NJ | $30,000.00 |
| Bebout | Brad & Linda | Columbus | OH | $89,998.94 |
| Becker | Dan & Josie | Aztec | NM | $3,600.00 |
| Blume | Christine & Michael | West Palm Beach | FL | $25,000.00 |
| Bollier | Gary | Carmel | IN | $160,000.00 |
| Brady | Sean | Billings | MT | $2,500.00 |
| Burge | Richard | Elgin | IL | $125,000.00 |
| Cavaluzzi | Joseph | Port St. Lucie | FL | $47,950.97 |
| Chance | Penny | Upper Marlboro | MD | $55,000.00 |
| Chung | Hee Ja | 0 | 0 | $10,000.00 |
| Clark | Helen | Bellevue | WA | $138,995.86 |
| Clark | Richard | Bellevue | WA | $387,981.74 |
| Clark | Roberta | La Mirada | CA | $70,000.00 |
| Clay | Michael | 0 | 0 | $8,559.60 |
| Coleman | Lorenzo | 0 | 0 | $2,500.00 |
| Connelly | 0 | 0 | 0 | $0.00 |
| Correia | Peter | Fall River | MA | $2,518.12 |
| Crider | Shirley | Elida | OH | $10,000.00 |
| Crisostomo | Olivier | Conyers | GA | $0.00 |
| Cupp | Frank | Vienna | OH | $20,000.00 |
| Czaja | Mary | Lutz | FL | $2,500.00 |
| Denhart | 0 | 0 | 0 | $0.00 |
| Ehrhardt | Eilene & Eugene | Sycamore | IL | $50,000.00 |
| Fenwick | Carol | Dekalb | IL | $10,000.00 |
| Fitzgerald | Tom | Chicago | IL | $75,000.00 |
| Foster | Sherri | Canfield | OH | $78,211.87 |
| Fraga | Joseph | Fremont | CA | $0.00 |
| Gisewhite | Earl | Cortland | OH | $54,944.92 |
| Gisewhite | Madeline | Cortland | OH | $0.00 |
| Gupta | Kailash & Kanta | Gaithersburg | MD | $40,000.00 |
| Gupta | Natasha | Gaithersburg | MD | $65,000.00 |
| Gupta | Nishant | Gaithersburg | MD | $67,000.00 |
| Gurnack | Earl & Mary Ann | Sanford | NC | $100,000.00 |
| Hale | Dave | Rockford | IL | $10,000.00 |
| Hall | Wilhelm | Park Ridge | NJ | $86,008.43 |
| Halverson | Ruth | New Bern | NC | $95,000.00 |
| Hand | Chris & Patricia | Maple Glenn | PA | $11,000.00 |
| Hartwig | Gary | Hewitt | NJ | $5,000.00 |
| Herink | Paul | Jackson | NJ | $30,476.60 |
| Hoover | Beverly | 0 | 0 | $15,000.00 |
| Jackson | Thomas | Cedar City | UT | $10,000.00 |
| Jackson | Victor | College Park | GA | $10,000.00 |
| Jammalamadaka | Ravikumar + Sumathi | North Brunswick | NJ | $100,000.00 |
| Kaufman | Andrew | Hanover Park | IL | $35,000.00 |

**Schaufenbuel, et al. v. InvestForClosures Financial, LLC et al., Case No. 09-cv-1221**
**Investor Summary**

| LAST NAME | FIRST NAME | CITY | STATE | INVESTMENT TOTAL |
|---|---|---|---|---|
| Kim | Hong Ja (Sean) | Niles | IL | $10,000.00 |
| Knoll | Patricia | Pensacola | FL | $8,000.00 |
| Knoll | Stuart | Winter Springs | FL | $7,500.00 |
| Knowlton | G. Matthew | Raymond | NH | $17,000.01 |
| Krismnamachari | Sriram | Bartlett | IL | $10,000.00 |
| Krivanek | Rex | San Jose | CA | $30,000.00 |
| Lawson | William & Sarah | Vancouver | WA | $99,207.74 |
| Leon | Maria Teresa | McAllen | TX | $0.00 |
| Levy | Robert | Fremont | CA | $200,000.00 |
| Lincoln | Mark & Denise | Plano | TX | $183,000.00 |
| Markus | Kathleen | Monroe Twp | NJ | $265,000.00 |
| Marsilio | Emilio & Jo | Youngstown | OH | $40,000.00 |
| Martin | Ann | Youngstown | OH | $24,488.91 |
| Martin | Judd & Darcey | Winter Haven | FL | $35,075.60 |
| Mason | Glen & Jacquelyn | Lindenhurst | NY | $35,000.00 |
| Mathews | Spencer | Escondido | CA | $50,000.00 |
| Meegan | Philip | Cleveland | TN | $42,000.00 |
| Mehta | | 0 | 0 | 0 | $0.00 |
| Michajewicz | Anastazia | Rockford | IL | $13,600.00 |
| Moar | Clyde & Peggy | Brentwood | CA | $70,000.00 |
| Moar | Rex | Alamo | CA | $120,000.00 |
| Mota Ramirez | Jorge | Crystal Lake | IL | $0.00 |
| Murashige | Alvin | Lovell | WY | $1,000,000.00 |
| Ng | Ianhong (Shelly) | Chicago | IL | $70,000.00 |
| Noffsinger | Laura | Canton | MI | $50,000.00 |
| Noffsinger | Marjorie | West Branch | MI | $0.00 |
| Nunez | Rafael & Dolores | Huntley | IL | $5,000.00 |
| O'Dell | Curtis & Stacy | Allen | TX | $100,000.00 |
| Ogundare | Temitope | Fort-Worth | TX | $67,500.07 |
| Ortego | Joshua | New Haven | CT | $100,000.00 |
| Ortiz | Richard | Bronx | NY | $25,000.00 |
| O'Sullivan | Daniel | Rockford | IL | $3,000.00 |
| O'Sullivan | Patrick | Rockford | IL | $4,000.00 |
| Page | Sean & Tiffany | Richmond | IN | $323,395.38 |
| Pastorino | James & Lori | Sterling Heights | MI | $100,000.00 |
| Patton | Jonathan | Valdosta | GA | $40,000.00 |
| Pearse | Joseph | Davenport | IA | $3,197.00 |
| Pearse | Sarah | Rockford | IL | $4,000.00 |
| Principi | Michelina | Hubbard | OH | $40,000.00 |
| Raines | Keith | River Ridge | LA | $94,768.06 |
| Ramirez | Maria Teresa | | 0 | 0 | $32,700.00 |
| Reed | John (III) and Jan | Woodinville | WA | $85,000.00 |
| Reed | John (IV) and Sarah | Yakima | WA | $150,000.00 |
| Richoz | William & Carolyn S. | Elgin | IL | $22,966.84 |
| Riehl | Calvin | Niles | OH | $115,919.89 |
| Robb | Henry & Satoko | San Francisco | CA | $35,000.00 |
| Rodemeyer | Ronald | Longmont | CO | $35,000.00 |

**Schaufenbuel, et al. v. InvestForClosures Financial, LLC et al., Case No. 09-cv-1221**
**Investor Summary**

| LAST NAME | FIRST NAME | CITY | | STATE | INVESTMENT TOTAL |
|-----------|------------|------|---|-------|------------------|
| Rodriguez | Andres | Rockford | | IL | $10,000.00 |
| Rodriguez | Louis & Sophia | Rockford | | IL | $3,600.00 |
| Rodriguez | Louise & Joseph | Rockford | | IL | $2,500.00 |
| Ruen | Travis | Moscow | | ID | $100,000.00 |
| Salas | Carl | Derby | | KS | $2,500.00 |
| Sanata | Nora | Oakdale | | MN | $0.00 |
| Sanchez | Patrick & Margaret | DeKalb | | IL | $2,500.00 |
| Schaufenbuel | Bradley | Downers Grove | | IL | $17,500.00 |
| Schaufenbuel | Robert | Cedar Rapids | | IA | $17,500.00 |
| Schuberth | William & Linda | Woodstock | | IL | $135,000.00 |
| Scott | John | DeKalb | | IL | $10,000.00 |
| Scott | Robin | N. Lauderdale | | FL | $10,036.04 |
| Snyder | Mary O'Sullivan | Rockford | | IL | $20,180.00 |
| Snyder | Thomas | Rockford | | IL | $8,061.00 |
| Steffens | Neil | Elgin | | IL | $5,000.00 |
| Stettheimer | Joseph | Lubbock | | TX | $170,000.00 |
| Stilling | Thomas | | 0 | 0 | $2,500.00 |
| Suchitra | Jagannathan | Bartlett | | IL | $0.00 |
| Szili | Carol | Warren | | OH | $55,458.47 |
| Tajak | Kathleen | Glen Ellyn | | IL | $60,000.00 |
| Terrazas | Alvaro | Carpentersville | | IL | $15,000.00 |
| Terrazas | Leobardo | Hampshire | | IL | $15,000.00 |
| Testa | Lenore | Warren | | OH | $108,078.76 |
| Utterback | Melvin | The Villages | | FL | $12,500.00 |
| Valentin | Maria | Elgin | | IL | $80,000.00 |
| Vanpeursem | Ronald & Kandy | | 0 | 0 | $40,000.00 |
| Waychoff | Timothy | Corpus Christi | | TX | $35,000.00 |
| Weed | Andrew & Nancy | Yakima | | WA | $200,000.00 |
| Wilder | Vernon | Rockford | | IL | $0.00 |
| Wildofsky | Sam | Springfield | | OH | $85,000.00 |
| Yakubovich | Edward | | 0 | 0 | $10,000.00 |
| Zhu | Fong (Richard) & Xinyu | Nashville | | TN | $318,373.54 |
| | | | | | **$7,708,990.46** |

*NOTE: If an entry is 0, there is incomplete information on these entries.

84 N. Eastwood Dr.
#3015
Woodstock, IL 60098




# EXHIBIT C

Toll Free: (877) 610-5982
Office (815) 206-5139
Fax (815) 206-5283

## POWER OF ATTORNEY

In connection with my interest in InvestForClosures Ventures, L.L.C. (the *"L.L.C."*), acquired or to be acquired pursuant to my subscription for Units in the L.L.C., I hereby irrevocably constitute and appoint Francis X. Sanchez, CEO (the *"Managing Member"*), with full power of substitution, my true and lawful attorney-in-fact, with full power and authority in my name, place and stead, to admit additional limited partners to the L.L.C., to return capital contributions to partners through redemption, to be my agent for service of process, to file, prosecute, defend, settle or compromise any and all actions at law or suits in equity for or on behalf of the L.L.C. with respect to any claim, demand or liability asserted or threatened by or against the L.L.C., to execute, acknowledge, swear to, deliver, file and record on my behalf in the appropriate public offices and publish (i) the L.L.C.'s Operating Agreement and amendments thereto; (ii) all certificates and other instruments (including but not limited to a Certificate of Limited Liability Corporation and a certificate of doing business under an assumed name) which the Managing Member deems appropriate to qualify or continue the L.L.C. as a Limited Liability Corporation in the jurisdictions in which the L.L.C. may conduct business or which may be required to be filed by the L.L.C. or the partners under the laws of any jurisdiction; (iii) all instruments which the Managing Member deems appropriate to reflect a change or modification of the L.L.C. in accordance with the terms of the L.L.C. Operating Agreement relating to the L.L.C. or any amendment thereto; (iv) all conveyances and other instruments which the Managing Member deems appropriate to reflect the dissolution and termination of the L.L.C., and (v) certificates of assumed name, and to perform any other powers granted to him by the L.L.C. Operating Agreement.

The foregoing grant of authority is a special power of attorney coupled with an interest, is irrevocable, and shall survive my death or incapacity.

*Executed this* ___July___ *day of* ___Oct___ , 20 05

L.L.C. MEMBER(S):
(If Individual or Joint Partners)

*Roberta K. Clark*
Print Name

*Cynthia Clark Spillane*
Print Name

*Roberta K. Clark*
Signature

*Cynthia Clark Spillane*
Signature

L.L.C. MEMBER(S):
(If Liability Corporation, Plan, Trust or Corporate Partner)

_____
Name

_____
Signature of Authorized Representative

_____
Its

Updated:
May 16, 2005

Web: www.roifinancial.com
Email: Info@roifinancial.com

- 14 -

© 2004-2005 InvestForClosures Ventures, LLC - All Rights Reserved



Realty
Opportunities
INTERNATIONAL

# EXHIBIT D

## An InvestorTainment!® Company

Email: info@roimexico.com        Office: (815) 814-4364            Fax: 815-425-9337

**Principal and Interest Withdrawal Request Form**

By requesting a payout of principal and/or earned interest, the undersigned hereby acknowledges that interest is subject to federal income tax and will be reported to the IRS. Note that it is the responsibility of the undersigned to truthfully report all gains to both federal and state tax authorities when filing income tax returns.

Requests for principal and interest withdrawals are subject to administrative review by InvestForClosures Financial, LLC. Requests for principal and interest withdrawals are subject to the withdrawal period as specified in the terms and conditions. The withdrawal period begins upon receipt of the properly completed Withdrawal Request Form by InvestForClosures Financial, LLC to our mailing address.

*Pursuant to the Terms and Conditions signed and approved by me/us (the undersigned), I/we hereby request a payout of principal and/or earned interest from my/our account as specified below:*

Account #: __10911I__

Investor Name(s): ___Herink___ _____ ___Paul___ _____ ___J___
                      Last                     First              MI

_____ _____ _____
      Last                     First              MI

Principal/Interest Withdrawal:    ☒ Complete principal and interest withdrawal  on  12/22/2008
                                  ☐ Annual interest withdrawal    5-year anniversary date
                                  ☐ This amount: $_____

Please send my interest to me in the following manner:

☒ U.S.P.S.          ☐ DHL                                      ☐ Wire Transfer
(No Charge)         (Overnight - $25 charge)                    ($25 charge)

Note: DHL will not deliver to a P.O. Box.
All charges will be deducted from the interest payment    Bank: _____

Address: __Sterling Trust Co.__                 ABA: _____

_____P.O. Box 2526_____                Account #: __050442__

_____Waco    TX    76702____         Account Title: __Regular IRA__

*By signing below, I agree that I have read the terms and conditions of InvestForClosures Financial and agree to any applicable penalty of interest and forfeiture of any bonuses or warrants, due to withdrawal of principal prior to the maturity of my term.*

Signatures:
____Paul J. Herink____ ___12/17/2008___        _____ _____
        Investor # 1              Date                 Investor # 2              Date

123 S. Eastwood Dr., #117, Woodstock, IL 60098 - - - www.roimexico.com

(4 of 5)          1 of 3

84 N. Eastwood Dr.
3045
Woodstock, IL 60098

Cell # (847) 271-8870
Toll Free: (877) 610-5982
Main Office: (815) 206-5139
Fax: (815) 206-5160    425-9337

**IFC** InvestForClosures Financial

ATTN:
TOM RODRIGUEZ
JIM BOUROSSA
FRANK SANCHEZ

(URGENT)

## Principal and Interest Withdrawal Request Form

FUNDS ARE DUE: DEC 23, 2007
Fax # (815) 425-9337, Cell # (847) 271-8870

By requesting a payout of principal and or earned interest, the undersigned hereby acknowledges that interest is subject to federal income tax and will be reported to the IRS. Note that it is the responsibility of the undersigned to truthfully report all gains to both federal and state tax authorities when filing income tax returns.

Requests for principal and interest withdrawals are subject to administrative review by InvestForClosures Ventures, LLC. Requests for principal and interest withdrawals are subject to the withdrawal period as specified in the terms and conditions. The withdrawal period begins upon receipt of the properly completed Withdrawal Request Form by InvestForClosures Ventures, LLC at the address listed above.

*Pursuant to the Terms and Conditions signed and approved by me as the undersigned, I/we hereby request a payout of principal and or earned interest from my own account as specified below*

Account #: 204 001

Investor Name(s): JAMMALAMADAKA          RAVIKUMAR
                                                              First                                    MI
                     JAMMALAMADAKA          SUMATHI
                                                              Last                                    MI

Principal Interest Withdrawal:  ✓ Complete principal and interest withdrawal
                                                        Annual interest withdrawal
                                                        This amount: $

Investment Type:           ✓ Cash              IRA              MTG

Please send my interest to me in the following manner:

U.S.P.S.                    DHL
(No Charge)               (Where available/charge)
Note: DHL will no deliver to: P.O. Box.
          All charges will be deducted from the interest payment

Address:

✓ Wire Transfer
(+25 charge)

Bank: DCU CREDIT UNION

ABA: 211391825

Account #: 11385010

Account Title: CHECKING

By signing below, I warrant that I have read the terms and conditions of InvestForClosures Ventures and agree to any applicable penalty of interest and forfeiture of issued warrants that may be incurred due to withdrawal of principal prior to the maturity of my term.

Signatures:

_____          10/23/2007          _____          10/23/2007
          Investor 1                    Date                              Investor 2                    Date

Updated:
9/14/2004

Web: www.investforclosures.com
Email: info@investforclosures.com
© 2004 InvestForClosures Financial – All Rights Reserved

CC: RICHARD LUPO
ATTORNEY AT LAW,
NEW JERSEY
STATE ATTORNEY'S OFFICE

*(handwritten left margin, bottom to top):* Please hold these funds available to me. a.Scp

*(handwritten left margin):* URGENT request payment

*(handwritten right margin):* (upon your advice) JIM/FRANK's office any supporting Docs.

*(handwritten right margin):* Dear Richard, Please work with me. Let me know if you need any.

84 N. Eastwood Dr.
# 3015
Woodstock, IL 60098



Toll Free: (877) 610-5982
Main Office: (815) 206-5139
Fax: (815) 206-5283

# Principal and Interest Withdrawal Request Form
## And Forfeiture of Warrants Acknowledgment

By requesting a payout of principal and earned interest, the undersigned hereby acknowledges that interest is subject to federal income tax and will be reported to the IRS. A 1099-INT will be supplied to the undersigned. Note that it is the responsibility of the undersigned to truthfully report all gains to both federal and state tax authorities when filing income tax returns.

Requests for principal interest withdrawals are subject to administrative review by InvestForClosures Financial (IFCF).

------------------------------------------------------------------------------------------

*Pursuant to the Terms and Conditions signed and approved by me/us (the undersigned), I/we hereby request a payout of principal and earned interest from my/our account as specified below.*

Account #: __104C81__

Investor Name(s): _____ Knighton _____     G._____ Matthew_____
                           Last                                  First                      MI

                           Last                                  First                      MI

Principal Withdrawal:    [✓] Complete principal and interest withdrawal

                          [ ] This amount: $

Investment Type:    [✓] Cash     [ ] IRA     [ ] MIG

Please send my interest to me in the following manner:

[✓] U.S.P.S.     [ ] Airborne Express          [ ] Wire Transfer
(No Charge)       (Overnight - $20 charge)                   ($20 charge)

Note: Airborne will not deliver to a P.O. Box.
    All charges will be deducted from the interest payment      Bank: _____

Address: 6A Clever Ct                    ABA: _____

Raymond, NH 03077-2021        Account #: _____

                                              Account Title: _____

*By signing below, I warrant that I have read the terms and conditions of InvestForClosures Financial and agree to any applicable penalty of interest and forfeiture of issued warrants that may be incurred due to withdrawal of principal prior to the maturity of my term.*

Signatures:

_____     1/11/7         _____
      Investor # 1          Date                  Investor # 2             Date

**Updated:**
**9/14/2004**

**Web: www.ifcfinancial.com**
**Email: info@ifcfinancial.com**

© 2004 InvestForClosures Financial – All Rights Reserved



84 N. Eastwood Dr.
# 3015
Woodstock, IL 60098

Toll Free: (877) 610-5982
Main Office: (815) 206-5139
Fax: (815) 206-5283

# Principal and Interest Withdrawal Request Form
## And Forfeiture of Warrants Acknowledgment

By requesting a payout of principal and earned interest, the undersigned hereby acknowledges that interest is subject to federal income tax and will be reported to the IRS. A 1099-INT will be supplied to the undersigned. Note that it is the responsibility of the undersigned to truthfully report all gains to both federal and state tax authorities when filing income tax returns.

Requests for principal interest withdrawals are subject to administrative review by InvestForClosures Financial (IFCF).

------------------------------------------------------------------------

*Pursuant to the Terms and Conditions signed and approved by me/us (the undersigned), I/we hereby request a payout of principal and earned interest from my/our account as specified below.*

| | | | | |
|---|---|---|---|---|
| Account #: | 104 096 | | | |
| Investor Name(s): | Knowlton | | G | Matthew |
| | Last | First | MI |
| | Last | First | MI |

| Principal Withdrawal: | ✔ Complete principal and interest withdrawal |
|---|---|
| | ☐ This amount: $ |

| Investment Type: | ☐ Cash | ✔ IRA | ☐ MIG |

**Please send my interest to me in the following manner:**

☑ U.S.P.S. (No Charge)      ☐ Airborne Express (Overnight - $20 charge)      ☐ Wire Transfer ($20 charge)

Note: Airborne will not deliver to a P.O. Box
All charges will be deducted from the interest payment

Bank: _____

Address: Srw/h Trust Acct # C6371    ABA: _____
P.O. Box 2526    Account #: _____
Waco, TX 76702    Account Title: _____

*By signing below, I warrant that I have read the terms and conditions of InvestForClosures Financial and agree to any applicable penalty of interest and forfeiture of issued warrants that may be incurred due to withdrawal of principal prior to the maturity of my term.*

| Signatures: | | | |
|---|---|---|---|
| | Investor # 1 | Date | Investor # 2 | Date |

**Updated:**
**9/14/2004**

**Web: www.ifcfinancial.com**
**Email: info@ifcfinancial.com**
© 2004 InvestForClosures Financial – All Rights Reserved



2303 Randall Rd
PMB 120
Carpentersville, IL 60110

InvestForClosures Financial    Close this window

Toll Free: (877) 610-5982
Main Office: (847) 426-8701
Fax: (847) 426-8795

## Principal and Interest Withdrawal Request Form
## And Forfeiture of Warrants Acknowledgment

By requesting a payout of principal and earned interest, the undersigned hereby acknowledges that interest is subject to federal income tax and will be reported to the IRS. A 1099 will be supplied to the undersigned. Note that it is the responsibility of the undersigned to truthfully report all gains to both federal and state tax authorities when filing income tax returns.

Requests for principal interest withdrawals are subject to administrative review by InvestForClosures Financial (IFCF).

Pursuant to the Terms and Conditions signed and approved by me/us (the undersigned), I/we hereby request a payout of principal and earned interest from my/our account as specified below.

*NEVER RECEIVED*

Account #: _254013_

Investor Name(s): _REED_      _JOHN_     _A III_
                    Last          First        MI

_____          _____      _____
Last             First        MI

| Principal Withdrawal: | ☒ Complete principal and interest withdrawal |
| | ☒ This amount: $ _80,000.00_ ON _2/17/2008_ |

| Investment Type: | ☒ Cash | ☐ IRA | ☐ MIG |

Please send my interest to me in the following manner:

☒ U.S.P.S.        ☐ Airborne Express              ☐ Wire Transfer
(No Charge)       (Overnight - $20 charge)         ($20 charge)

Note: Airborne will not deliver to a P.O. Box.
All charges will be deducted from the interest payment

Address: _JOHN REED, III_                 Bank: _____

_19311 N.E. 190TH STREET_                 ABA: _____

_WOODINVILLE, WA 98077_                   Account #: _____

                                           Account Title: _____

*By signing below, I warrant that I have read the terms and conditions of InvestForClosures Financial and agree to any applicable penalty of interest and forfeiture of issued warrants that may be incurred due to withdrawal of principal prior to the maturity of my term.*

Signatures:
_John Andrew Reed, III_  _11/30/2007_        _____        _____
Investor #1          Date              Investor #2      Date

**Web: www.investforclosures.com**
**Email: info@investforclosures.com**

84 N. Eastwood Dr.
# 3015
Woodstock, IL 60098



Toll Free: (877) 610-5982
Main Office: (815) 206-5139
Fax: (815) 206-5283

# Principal and Interest Withdrawal Request Form

By requesting a payout of principal and/or earned interest, the undersigned hereby acknowledges that interest is subject to federal income tax and will be reported to the IRS. Note that it is the responsibility of the undersigned to truthfully report all gains to both federal and state tax authorities when filing income tax returns.

Requests for principal and interest withdrawals are subject to administrative review by InvestForClosures Financial, LLC. Requests for principal and interest withdrawals are subject to the withdrawal period as specified in the terms and conditions. The withdrawal period begins upon receipt of the properly completed Withdrawal Request Form by InvestForClosures Financial, LLC at the address listed above.

------------------------------------------------------------------------------------------------------------

*Pursuant to the Terms and Conditions signed and approved by me/us (the undersigned), I/we hereby request a payout of principal and/or earned interest from my/our account as specified below:*

Account #: 104046, 104137, SOP money

Investor Name(s): Valentin          Maria
                  Last              First          MI

                  Last              First          MI

Principal/Interest Withdrawal:    ☑ Complete principal and interest withdrawal
                                  ☐ Annual interest withdrawal
                                  ☐ This amount: $_____

Investment Type:    ☑ Cash       ☐ IRA       ☐ MIG

Please send my interest to me in the following manner:

☑ U.S.P.S.        ☐ DHL
(No Charge)       (Overnight - $25 charge)

Note: DHL will not deliver to a P.O. Box.
  All charges will be deducted from the interest payment

Address: 32 W 121 Bode Rd.
Elgin, IL. 60120
_____

☐ Wire Transfer
(S25 charge)

Bank: _____

ABA: _____

Account #: _____

Account Title: _____

*By signing below, I warrant that I have read the terms and conditions of InvestForClosures Financial and agree to any applicable penalty of interest and forfeiture of issued warrants that may be incurred due to withdrawal of principal prior to the maturity of my term.*

Signatures:
Maria Valentin   4/13/07
Investor # 1          Date          Investor # 2          Date

Updated:          **Web: www.investforclosures.com**
9/14/2004         **Email: info@investforclosures.com**
          **© 2004 InvestForClosures Financial – All Rights Reserved**

## PA SECURITIES COMMISSION ENFORCEMENT ACTIONS

## A SEARCHABLE DATABASE OF ALL CEASE AND DESIST ORDERS AND FINAL ORDERS

PA Securities Commission Website

[ BACK TO SEARCH RESULTS ]                                      [ BACK TO SEARCH ]



**EXHIBIT E**

*For Immediate Release: 06/24/2005*

# Commission Halts Unregistered Activity
# By ROI Financial d/b/a InvestForClosures Ventures, LLC and Francis X. Sanchez

*Harrisburg, PA, 06/24/2005* — To halt the offer and sale of unregistered securities in Pennsylvania, the Pennsylvania Securities Commission issued a Summary Order to Cease and Desist against ROI Financial d/b/a InvestForClosures Ventures, LLC (ROI) and Francis X. Sanchez (Sanchez). ROI is an entity located in Woodstock, Illinois, and maintains a web site at www.roifinancial.com (Web Site). Also located in Woodstock, Illinois, Sanchez is the Managing Member and CEO of ROI.

In or about May 2005, at least one Pennsylvania resident (PA Resident) observed ROI's Web Site. The Web Site states that ROI is offering investors "the potential of receiving returns well above stock market returns" in "an investment in Real Estate - in Real Time - and Real Easy!"

In or about May 2005, at least one PA Resident completed and submitted the contact information requested on the Web Site.

Subsequently, in or about May and June 2005, a representative of ROI (Representative) contacted at least one PA Resident and offered for sale interests (Interests) in ROI.

In or about May and June 2005, the Representative contacted at least one PA Resident and provided instructions to gain access to the "guest area" of the Web Site where offering materials (Materials) can be downloaded.

The Materials consist of a Private Placement Memorandum, Investor Subscription Certification, and a Power of Attorney for ROI.

The Materials indicate that the investment is in interests of ROI; the total capitalization amount is $5,000,000; the minimum investment amount is $25,000; and investor funds will be used "to establish the infrastructure of its [ROI's] Pacific Estates community in Playa Ventura, Mexico."

The PA Resident had no substantive pre-existing relationship with ROI, Sanchez or the Representative, nor was the PA Resident an accredited investor with sufficient knowledge and experience in financial and business matters capable of evaluating the merits and risks of the investment. The Commission directed ROI, Sanchez and all affiliates to stop offering or selling the Interests in the Commonwealth of Pennsylvania, in violation of the 1972 Act, and in particular Section 201 thereof.

Any further solicitations or sales made by ROI, Sanchez or their affiliates in Pennsylvania will constitute further violations of the 1972 Act.

Any further solicitations or sales made by these respondents in Pennsylvania will constitute violations of the 1972 Act and the Commission's Orders. Any person who is solicited by or has information about these respondents is asked to immediately notify the Pennsylvania Securities Commission by calling 800-600-0007, or, in Harrisburg: (717) 787-8062, in Pittsburgh: (412) 565-5083 or in Philadelphia: (215) 560-2088.

*Alternate formats of this release may be available on request;*
*call 717/787-1165.*

**EXHIBIT F**

STATE OF ILLINOIS
SECRETARY OF STATE
SECURITIES DEPARTMENT

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| James D. Bourassa, | ) |
| | ) |
| Francis X. Sanchez, | ) |
| | ) |
| InvestForClosures Financial, L.L.C. | ) |
| its partners, members, officers and | ) |
| directors, agents, employees, affiliates, | ) |
| successors and assigns | ) |
| d/b/a | )   File Number: 07-00023 |
|     ROI Developers | ) |
|     InvestForClosures | ) |
| | ) |
| InvestForClosures Ventures, L.L.C. | ) |
| its partners, members, officers and | ) |
| directors, agents, employees, affiliates, | ) |
| successors and assigns | ) |
| d/b/a | ) |
|     Sands of Gold Escrow, | ) |
|     Sands of Gold, | ) |
|     ROI Financial, | ) |
|     Realty Opportunities International | ) |
|     Escrow 23, and | ) |
|     ROI Escrow. | ) |
| | ) |

## TEMPORARY ORDER OF PROHIBITION

TO RESPONDENT:    James D. Bourassa
254 Gregory M. Sears Drive
Gilberts, IL 60136

Francis X. Sanchez
710 Lake Avenue
Woodstock, Illinois 60098

Temporary Order of Prohibition
-2-

InvestForClosures Financial, L.L.C.
2303 Randall Rd.
PMB 120
Carpentersville, IL 60110

InvestForClosures Financial, L.L.C.
84 N. Eastwood Dr., #3015
Woodstock, IL 60098

InvestForClosures Ventures, L.L.C.
326 Railroad Street
Woodstock, IL 60093

InvestForClosures Ventures, L.L.C.
13908 IL Route 176
Woodstock, IL 60098

On information and belief, I, Jesse White, Secretary of State for the State of Illinois, through my designated representative, who has been fully advised in the premises by the staff of the Securities Department, Office of the Secretary of State, herein find:

1. Respondent **InvestForClosures Financial, L.L.C.** ("Financial") is an entity with last known addresses of 2303 Randall Rd., PMB 120, Carpentersville, IL 60110 and 84 N. Eastwood Dr., #3015, Woodstock, IL 60098. Financial conducted business with the assumed names of ROI Developers and InvestForClosures.

2. Respondent **InvestForClosures Ventures, L.L.C.** ("Ventures") is an entity with last known addresses of 326 Railroad Street, Woodstock, IL 60093, and 13908 IL Route 176, Woodstock, IL 60098. Ventures conducted business with the assumed names of Sands of Gold Escrow, Sands of Gold, ROI Financial, Realty Opportunities International Escrow 23, and ROI Escrow.

3. Respondent **Francis "Frank" X. Sanchez** ("Sanchez") is the Chief Executive Officer of both Financial and Ventures and has a last known address of 710 Lake Avenue, Woodstock, IL 60098.

4. Respondent **James "Jim" D. Bourassa** ("Bourassa") is the President of both Financial and Ventures, and has a last known address of 254 Gregory M. Sears Drive, Gilberts, IL 60136.

Temporary Order of Prohibition
-3-

# COUNT I

## FRAUD IN THE SALE OF SECURITIES
### (Failure to Disclose Default to Subsequent Investors)

5.  From 2001 until the present, Respondent Financial, by and through its officers Sanchez and Bourassa, sold and offered to sell notes to the general public, including residents of the State of Illinois ("Investors") involving the purchase, rehabilitation, and resale of foreclosed properties.

6.  From 2004 until the present, Respondent Ventures, by and through its officers Sanchez and Bourassa, sold and offered to sell notes to the general public, including residents of the State of Illinois involving the purchase, rehabilitation, and resale of foreclosed properties.

7.  Respondents Financial and Ventures solicited Investors to purchase investment notes, some for a set term ranging from ninety (90) days to five (5) years and having a fixed APR ranging from 2.9% to 19.9%.

8.  In or around 2003, at least one Investor ("Investor A") paid to Financial the sum of $35,000 for a note which would mature in three (3) years with a 10% APR, in exchange for which Investor A received a certificate from Financial.

9.  After the end of Investor A's three year investment term, Investor A attempted to redeem his investment. Investor A's Quarterly Statement from Financial represented that at the end of the term, Investor A had accumulated $11,161.50 worth of interest, and that "[a]n open balance of $46,161.50 remains."

10. When Investor A attempted to collect the balance of the account, however, Frank Sanchez and Jim Bourassa, acting as principals of Financial, refused to return Investor A's principal or interest, despite Investor A's repeated requests.

11. Rather, on November 12, 2006 Frank Sanchez, CEO of Financial, represented to Investor A that Financial did not have enough cash available to pay Investor A the sum which Respondents Sanchez, Bourassa, and Financial had previously acknowledged Investor A was due.

12. In November of 2007, subsequent to defaulting on notes payable to Investor A, Frank Sanchez and Jim Bourassa, in connection with an offer made to Investor B, represented to Investor B that Financial and Ventures were prospering entities.

13. Respondents failed to disclose to Investor B that Financial defaulted on a note payable to Investor A.

14. To date, Investor A has still not received the principal or interest on his investment, and has lost contact with Respondents.

Temporary Order of Prohibition
-4-

15.  The activities described above constitute the offer and sale of a security as those terms are defined in Sections 2.1, 2.5, and 2.5a of the Illinois Securities Law of 1953 [815 ILCS 5/1 et. seq.] (the "Act").

16.  Section 12.F of the Act states that it shall be a violation of the provisions of this Act for any person to, "engage in any transaction, practice or course of business in connection with the sale or purchase of securities which works or tends to work a fraud or deceit upon the purchaser or seller thereof."

17.  Section 12.G of the Act states that it shall be a violation of the provisions of this Act for any person to, "obtain money or property through the sale of securities by means of any untrue statement of a material fact or any omission to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading."

18.  Section 12.I of the Act states that it shall be a violation of the provisions of this Act for any person to, "employ any device, scheme, or artifice to defraud in connection with the sale or purchase of any security, directly or indirectly.

19.  By virtue of this conduct, Respondents violated Sections 12.F, 12.G, and 12.I of the Act.

## COUNT II

### FRAUD IN THE SALE OF SECURITIES
### (False and Misleading Statements Relating to Exempt Status)

20.  Paragraphs 1-14 are realleged as if fully set forth herein.

21.  On December 29, 2004 Respondent Frank Sanchez, acting on behalf of Ventures as Chief Executive Officer, filed a Form D Notice of Sale of Securities Pursuant to Regulation D Section 4(6), and/or Uniform Limited Offering Exemption.

22.  In its "Form D" filing, Respondent Ventures claimed an exemption from registration for the Ventures offering, pursuant to Rule 506 of Regulation D.

23.  Respondent Financial also claimed an exemption from registration in the offering materials it distributed to Investors.

24.  Respondents generally solicited at least one Illinois resident to invest in Financial and Ventures by advertising the securities in mediums available to the general public, such as magazines and the Internet.

25.  Investor A learned of the investment opportunities in Financial and Ventures through an advertisement in a magazine of general circulation.

Temporary Order of Prohibition
-5-

26.    Investor A was not an "accredited" investor under Section 501 of Regulation D, nor did Investor A have sufficient knowledge and experience in financial and business matters to be capable of evaluating the merits and risks of the investment.

27.    Investor A had no substantive, pre-existing relationship with Respondents.

28.    Respondents led Investor A to believe that Financial and Ventures were exempt offerings, when Respondents knew or should have known that Respondents' actions of generally soliciting investments in Financial and Ventures violated the exemption requirements of Rule 506 of Regulation D.

29.    The activities described above constitute the offer and sale of a security as those terms are defined in Sections 2.1, 2.5, and 2.5a of the Illinois Securities Law of 1953 [815 ILCS 5/1 *et. seq.*] (the "Act").

30.    Section 12.E of the Act provides, *inter alia*, that it shall be a violation for any person "to make or cause to be made, in any application, report or document filed under this Act or any rule or regulation made by the Secretary of State pursuant to this Act, any statement which was false or misleading with respect to any material fact."

31.    Section 12.F of the Act states that it shall be a violation of the provisions of this Act for any person to, "engage in any transaction, practice or course of business in connection with the sale or purchase of securities which works or tends to work a fraud or deceit upon the purchaser or seller thereof."

32.    Section 12.G of the Act states that it shall be a violation of the provisions of this Act for any person to, "obtain money or property through the sale of securities by means of any untrue statement of a material fact or any omission to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading."

33.    Section 12.H of the Act states that it shall be a violation of the provisions of this Act for any person to, "sign or circulate any statement, prospectus, or other paper or document required by any provision of this Act or pertaining to any security knowing or having reasonable grounds to know any material representation therein contained to be false or true."

34.    Section 12.I of the Act states that it shall be a violation of the provisions of this Act for any person to, "employ any device, scheme, or artifice to defraud in connection with the sale or purchase of any security, directly or indirectly.

35.    By virtue of this conduct, Respondents violated Sections 12.E, 12.F, 12.G, 12.H, and 12.I of the Act.

## COUNT III

## **FAILURE TO REGISTER SECURITIES**

36. Paragraphs 1-14 are realleged as if fully set forth herein.

37. The activities described above constitute the offer and sale of a transferable share and therefore a security as those terms are defined in Sections 2.1, 2.5, and 2.5a of the Illinois Securities Law of 1953 [815 ILCS 5/1 *et. seq.*] (the "Act").

38. Section 5 of the Act provides, *inter alia*, that all securities except those exempt under Section 3 or those offered or sold in transactions exempt under Section 4 "shall be registered either by coordination or by qualification prior . . . to their offer or sale" in the State of Illinois.

39. Respondents failed to file with the Secretary of State an application for registration of the securities described above as required by the Act and, as a result, the securities were not registered pursuant to Section 5 of the Act prior to its offer in the State of Illinois.

40. Section 12.A of the Act provides, *inter alia*, that it shall be a violation for any person "to offer or sell any security except in accordance with the provisions of the Act."

41. Section 12.D of the Act provides, *inter alia*, that it shall be a violation for any person "to fail to file with the Secretary of State any application, report or document required to be filed under the provisions of the Act or any rule or regulation made by the Secretary of State pursuant to the Act."

42. By virtue of the foregoing, Respondent violated Sections 12.A and 12.D of the Act.

## COUNT IV

## **FAILURE TO FILE WITH THE SECRETARY OF STATE**
## **(Respondents Frank Sanchez, Jim Bourassa, and Financial)**

43. Paragraphs 1-14 are realleged as if fully set forth herein.

44. The activities described above constitute the offer and sale of a transferable share and therefore a security as those terms are defined in Sections 2.1, 2.5, and 2.5a of the Illinois Securities Law of 1953 [815 ILCS 5/1 *et. seq.*] (the "Act").

45. In its offering materials, Financial represented that the investments it offered were exempt from registration.

46. Respondents failed to file a Form D Notice of Sale of Securities Pursuant to Regulation D Section 4(6), and/or Uniform Limited Offering Exemption for the offerings of Financial.

47.   Section 12.A of the Act provides, *inter alia*, that it shall be a violation for any person "to offer or sell any security except in accordance with the provisions of the Act."

48.   Section 12.D of the Act provides, *inter alia*, that it shall be a violation for any person "to fail to file with the Secretary of State any application, report or document required to be filed under the provisions of the Act or any rule or regulation made by the Secretary of State pursuant to the Act."

49.   By virtue of the foregoing, Respondent violated Sections 12.A and 12.D of the Act

50.   The aforementioned findings are based upon credible evidence.


## PROHIBITION

51.   Section 11.F(2) of the Act provides, *inter alia*, that the Secretary of State may temporarily prohibit the offer or sale of securities by any person, without notice and prior hearing, if the Secretary of State shall deem it necessary to prevent an imminent violation of the Act or to prevent losses to investors that will occur as a result of prior violations of the Act.

52.   The entry of this **Temporary Order of Prohibition** prohibiting Respondent, or their agents, affiliates, successors and employees, from offering or selling securities in the State of Illinois is in the public interest and for the protection of the investing public and is consistent with the purposes intended by the provisions of the Act.

NOW THEREFORE IT IS HEREBY ORDERED THAT: pursuant to the authority granted by Section 11.F of the Act, Respondents **James D. Bourassa, Francis X. Sanchez, InvestForClosures Financial, L.L.C.**, d/b/a ROI Developers and InvestForClosures, **InvestForClosures Ventures, L.L.C.**, d/b/a Sands of Gold Escrow, Sands of Gold, ROI Financial, Realty Opportunities International Escrow 23, ROI Escrow, and each Respondent's partners, members, officers and directors, agents, employees, affiliates, successors and assigns, are **Temporarily Prohibited** from offering or selling securities in or from this State until the further Order of the Secretary of State.

NOTICE is hereby given that Respondent may request a hearing on this matter by transmitting such request in writing to the Director, Illinois Securities Department, 69 West Washington Street, Suite 1220, Chicago, Illinois 60602. Such request must be made within thirty (30) calendar days of the date of entry of the **Temporary Order of Prohibition**. Upon receipt of a request for hearing, a hearing will be scheduled as soon as reasonably practicable. A request for hearing will not stop the effectiveness of this Temporary Order of Prohibition and will extend the effectiveness of this Temporary Order of Prohibition for sixty (60) days from the date the hearing request is received by the Department.

FAILURE BY ANY RESPONDENT TO REQUEST A HEARING WITHIN THIRTY (30) CALENDAR DAYS AFTER ENTRY OF THIS TEMPORARY ORDER OF

Temporary Order of Prohibition
-8-

PROHIBITION SHALL CONSTITUTE AN ADMISSION OF ANY FACTS ALLEGED
HEREIN AND SHALL CONSTITUTE SUFFICIENT BASIS TO MAKE THIS TEMPORARY
ORDER OF PROHIBITION FINAL.


Dated: This 9th day of November 2007.




_____
JESSE WHITE
Secretary of State
State of Illinois



Attorney for the Secretary of State:

Angela P. Angelakos
Illinois Securities Department
69 West Washington Street
Chicago, Illinois 60602
312-793-3595

Bradley J. Schaufenbuel
5009 Cornell Avenue
Downers Grove, Illinois 60515-4314



Robert N. Schaufenbuel
2340 16th Street N.W.
Cedar Rapids, Iowa 52405-1172

Investforclosures Financial, L.L.C.

c/o James D. Bourassa
254 Gregory M. Sears Drive
Gilberts, Illinois 60136-4024

c/o Francis X. Sanchez
710 Lake Avenue
Woodstock, Illinois 60098-4255

Thursday, April 17th, 2008

### Notice of Election to Void Securities Purchase

Per Section 13 of the Illinois Securities Law of 1953 (815 ILCS 5/13), we hereby exercise our election and right to rescind and void our purchase of the security issued to us on September 26th, 2003 (certificate number IFCF-092603-01, account number 104101). The sale was made in violation of the provisions of the Act (see Temporary Order of Prohibition issued by the Office of the Illinois Secretary of State dated November 9th, 2007). As provided for in 815 ILCS 5/13(A)(1), you, as officers of the organization, are jointly and severally liable to us for the full amount that we paid for the security, plus accumulated interest from the purchase date to the present (at the rate as stipulated), minus the payments of interest and principle made in the past.

*Bradley J Schaufenbuel*

Bradley J. Schaufenbuel

*Robert N Schaufenbuel*

Robert N. Schaufenbuel

| Sender: Complete this section | Complete this section upon Delivery: |
|---|---|
| 1. Complete item 2.<br>2. Print your name and address on the reverse so that we can return the card to you.<br>3. Attach this card to the back of the mailpiece, or on the front if space permits. | GILBERTS<br>USPS |
| 1. Article Number<br><br>7106 9953 3210 6500 8719 | A. Received by *(Printed name)*    B. Date of Delivery<br>JIM Bouqossa |
| 2. Article Addressed to<br><br>James D. Bourassa<br>2__ Gregory M Sears Dr<br>Gilberts, IL 60136-<br>              4624 | C. Signature<br><br>      ☑ Agent<br>      ☐ Addressee |
|  | D. Is delivery address different from item 2?<br>If YES, enter delivery address below  ☐ Yes<br>                                    ☐ No |
| 3. Service Type<br>CERTIFIED MAIL |  |
| 4. Restricted Delivery? *(Extra fee)* |  |

PS Form **3811V**, March 2005 (PSN: 7530-07-000-0300)        Domestic Return Receipt

.CONTRACTTEXT {behavior:"url\(\#default\#userdata\)"; position:relative;} #MAINLIST
.SECTIONTITLE {position:relative; top:.9em;} #BILLS ul {list-style-position:inside;} span.SPELLE
{mso-spl-e:yes;} span.GRAME {mso-gram-e:yes;}

G. Matthew Knowlton
6A Clover Ct.
Raymond, NH 03077-2021
Phone number: 978-609-0799
E-mail: bigguy8230@yahoo.com


September 12, 2007

InvestForClosures Financial
123 S. Eastwood Dr. #117
Woodstock, IL 60098
Attn: Jim Bourassa

Dear Sir:

The undersigned hereby demands that you perform these actions: Account #104081 in G
Matthew Knowlton's name, to be fully liquidated, with the funds from principal and
accrued interest sent directly to the account holder. Account #104096 in G Matthew
Knowlton's name to be fully liquidated, with the funds from principal and accrued
interest sent directly to the IRA holding company on file for that account, Sterling-Trust.
These actions are pursuant to the Withdrawal Request Form filed most recently in
January 2007. These funds should be received on/before Friday, September 28th, 2007
(the "Action").

Please note that if I have to commence legal proceedings in order to require your
performance of the Action, this letter will be tendered in court as evidence of your failure
to attempt to resolve this matter. Further, you may be liable for any court costs, attorney
fees and damages, including punitive damages.

You might want to contact a lawyer to discuss your legal rights and responsibilities.


Yours sincerely,


G. Matthew Knowlton