**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 09-CV-1221 |
|---|---|
| Schaufenbuel, et al. v. InvestForClosures Financial, LLC, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Liam A. Angelini, Ravikumar Jammalamadaka, Sumathi Jammalamadaka, Keith A. Raines, Bonnie C. Raines, Maria Valentin, Paul J. Herink; G. Matthew Knowlton; Wilhelm Hall; Kathleen F. Markus; Jonathan Patton; Kathleen Tajak; Ruth Halverson as Trustee of The Halverson Family Trust; Dave Hale; Joseph Cavaluzzi; Joseph S. Pearse; Andrew Kaufman; Frank M. Cupp

| NAME (Type or print) |
|---|
| Robert C. Thurston |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Robert C. Thurston |

| FIRM |
|---|
| Thurston Law Offices, P.C. |

| STREET ADDRESS |
|---|
| 10469 Bethel Ave. |

| CITY/STATE/ZIP |
|---|
| Huntley, IL 60142-8131 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6209353 | 847-659-8613 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐