**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 09-CV-1221 |
|---|---|
| Schaufenbuel, et al. v. InvestForClosures Financial, LLC, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Bradley J. Schaufenbuel; Robert N. Schaufenbuel; John and Sarah Reed, IV; John and Jan Reed, III; American Mass Media Corporation; Roberta K. Clark; Thomas and Mary O'Sullivan-Snyder; Mary O'Sullivan-Snyder as Administrator of the Estate of Sarah Pearse; Patrick O'Sullivan; Daniel O'Sullivan; Kailash and Kanta Gupta; Nishant Gupta; Natasha Gupta; and William R. Richoz

| NAME (Type or print) |
|---|
| Robert C. Thurston |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Robert C. Thurston |

| FIRM |
|---|
| Thurston Law Offices, P.C. |

| STREET ADDRESS |
|---|
| 10469 Bethel Ave. |

| CITY/STATE/ZIP |
|---|
| Huntley, IL 60142-8131 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6209353 | 847-659-8613 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐