IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| BRADLEY J. SCHAUFENBUEL; et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 09-CV-1221 |
| v. | ) | |
| | ) | |
| INVESTFORCLOSURES FINANCIAL, L.L.C.; et al., | ) | Judge Leinenweber |
| | ) | |
| | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on Thursday, the 29th day of April, 2009 at 10:00 a.m. I shall appear before the Honorable Nan R. Nolan in Room 1858 of the United States District Court, 219 S. Dearborn Street, Chicago, Illinois and there and then present Plaintiffs' Second Motion for Temporary Restraining Order.

PLAINTIFFS' CLASS


By: __/s/ Robert C. Thurston____
    One of Their Attorneys


| | |
|---|---|
| Thurston Law Offices, P.C. | Law Offices of Joel M Weiner, LLC |
| Robert C. Thurston | Joel M. Weiner |
| A.R.D.C. No. 6209353 | 579 N 1st Bank Drive Suite 150 |
| 10469 Bethel Avenue | Palatine, IL 60067-8102 |
| Huntley, IL 60142 | Phone: 847-654-3105 |
| Phone: 847-659-8613 | Fax: 847-358-7165 |
| Fax: 847-628-0930 | Email: jweiner@jweinerlaw.com |
| Email: tj@thurstonlawpc.com | |

-1-

## CERTIFICATE OF SERVICE

     I, Robert C. Thurston, an attorney, hereby certify that I served a copy of this Notice and the referenced documents therein upon all persons on the Service List below by causing the same to be sent via ECF for all Filing Users and via U.S. Mail to all who are not Filing Users on April 27, 2009.

By: __/s/ Robert C. Thurston____

## SERVICE LIST

**Attorneys For Defendants InvestForClosures Financial, L.L.C.; InvestForClosures.com, LLC; InvestForClosures Ventures, LLC; Francis X. Sanchez; and James D. Bourassa**
Robert B. Christie
Jeffry M. Henderson
Harris L. Kay
Henderson & Lyman
175 West Jackson Blvd, Suite 240
Chicago, IL 60604
(312) 986-6960
RChristie@henderson-lyman.com
jhenderson@henderson-lyman.com
ECF FILER

**Attorneys For Defendant Deana M. Guidi; Darcey L. Martin; Tom Rodriguez**
Charles A. Dunlop
Russell W. Baker
Genevieve M. Lynott
Campion Curran Dunlop & Lamb, PC
8600 US Hwy 14, Suite 201
Crystal Lake, IL 60012
(815) 459-8440
cdunlop@ccdllaw.com
rbaker@ccdllaw.com
glynott@ccdllaw.com
ECF FILER

**Defendant Scott D. Wessel**
Scott D. Wessel
1700 Wicker St.
Woodstock, IL 60098-2456
NON-ECF FILER

**Defendant Daniel E. Fitzgerald**
Daniel E. Fitzgerald
606 Hapsfield Lane
Buffalo Grove, IL 60089-3364
NON-ECF FILER

**Defendant Scott Slagle**
Scott Slagle
364 Gertrude St.
Elgin, IL 60123-7451
NON-ECF FILER