AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

SCHAUFENBUEL, et al.

V.

INVESTFORCLOSURES FINANCIAL, L.L.C., et al.

CASE NUMBER: 09CV1221

ASSIGNED JUDGE: JUDGE LEINENWEBER

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

Scott D. Wessel
664 Helen Drive
Northbrook, IL 60062

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert C. Thurston
Thurston Law Offices, P.C.
10469 Bethel Avenue
Huntley, IL 60142

an answer to the complaint which is herewith served upon you, within  30  days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Linda Russi*

---------------------------------

**(By) DEPUTY CLERK**

**February 25, 2009**

---------------------------------

**Date**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
CASE NO. **09CV1221**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Michael Fahey**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( **X** ) Summons & Complaint
(  ) Citation to Discover Assets
(  ) Rule to Show Cause
(  ) Subpoena
(  ) Other:

1. ( **X** ) By leaving a copy with the named party, **Scott D. Wessel** personally on **April 21, 2009**.

2. (  ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. (  ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4. ( **X** ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**      RACE: **Caucasian**      APPROXIMATE AGE: **30**

5. ( **X** ) That the place where and the time of day when the documents were served were as follows:

PLACE: **Woodstock Fire and Rescue District, Station 3, 2900 N. Raffel Rd., Woodstock, IL**
TIME OF DAY: **9:50 AM**

6. (  ) That he was unable to serve the within named party ------- located at - ------ for the reason: -------

Signed and Sworn to before me
This **27th** day of **April 2009**.

Michael Fahey
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/19/11