## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Bradley J Schaufenbuel, et al.

                              Plaintiff,

v.                                     Case No.: 1:09–cv–01221
                                     Honorable Harry D. Leinenweber

InvestForClosures Financial, L.L.C., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 29, 2009:

       MINUTE entry before the Honorable Nan R. Nolan:Status hearing held and continued to 07/29/09 at 9:30 a.m. Plaintiffs' Second Motion for Temporary Restraining Order [61] shall be briefed as follows: Plaintiffs' Memorandum of Law in Support is due by 05/27/09; Defendants' Response is due by 06/17/09; and Plaintiffs' Reply is due by 7/01/09. Plaintiffs' Memorandum of Law in Support of Second Motion for Temporary Restraining Order shall contain factual support, citations to controlling legal authority, and a thorough legal analysis. Preliminary injunction hearing set for 09/15/09 stands.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.