## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; et al., | ) |
| Plaintiffs, | ) ) ) Case No. 09-CV-1221 |
| v. | ) ) |
| INVESTFORCLOSURES FINANCIAL, L.L.C.; et al., | ) Judge Leinenweber ) ) Magistrate Judge Nolan ) |
| Defendants. | ) |

### NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on Tuesday, May 19, 2009 at 9:00 a.m. I shall appear before the Honorable Nan R. Nolan in Room 1858 of the United States District Court, 219 S. Dearborn Street, Chicago, Illinois and there and then present Plaintiffs' Motion to Compel Discovery.

PLAINTIFFS

By:   /s/ Robert C. Thurston
One of Their Attorneys

| | |
|---|---|
| Thurston Law Offices, P.C.<br>Robert C. Thurston<br>A.R.D.C. No. 6209353<br>10469 Bethel Avenue<br>Huntley, IL 60142<br>Phone: 847-659-8613<br>Fax: 847-628-0930<br>Email: tj@thurstonlawpc.com | Law Offices of Joel M Weiner, LLC<br>Joel M. Weiner<br>579 N 1st Bank Drive Suite 150<br>Palatine, IL 60067-8102<br>Phone: 847-654-3105<br>Fax: 847-358-7165<br>Email: jweiner@jweinerlaw.com |

## **CERTIFICATE OF SERVICE**

      I, Robert C. Thurston, an attorney, hereby certify that I served a copy of this Notice and the referenced documents therein upon all persons on the Service List below by causing the same to be sent via ECF for all Filing Users and via U.S. Mail to all who are not Filing Users on May 12, 2009.

By:   /s/ Robert C. Thurston

## **SERVICE LIST**

| **Attorneys For Defendants InvestForClosures Financial, L.L.C.; InvestForClosures.com, LLC; InvestForClosures Ventures, LLC; Francis X. Sanchez; and James D. Bourassa** | **Attorneys For Defendant Deana M. Guidi; Darcey L. Martin; Tom Rodriguez** |
|---|---|
| Robert B. Christie | Charles A. Dunlop |
| Jeffry M. Henderson | Russell W. Baker |
| Harris L. Kay | Genevieve M. Lynott |
| Henderson & Lyman | Campion Curran Dunlop & Lamb, PC |
| 175 West Jackson Blvd, Suite 240 | 8600 US Hwy 14, Suite 201 |
| Chicago, IL 60604 | Crystal Lake, IL 60012 |
| (312) 986-6960 | (815) 459-8440 |
| RChristie@henderson-lyman.com | cdunlop@ccdllaw.com |
| jhenderson@henderson-lyman.com | rbaker@ccdllaw.com |
| ECF FILER | glynott@ccdllaw.com |
|  | ECF FILER |