**PUBLIC NOTICES**

A securities fraud class action suit has been filed in the United States District Court for the Northern District of Illinois captioned Schaufenbuel, et al. v. InvestForClosures Financial, LLC, et al., Case No. 09-cv-1221. The case is currently pending. Plaintiffs allege that various entities known as "InvestForClosures," "ROI" or "Sands of Gold" as lead by Frank Sanchez and Jim Bourassa sold securities in a Ponzi scheme and stole investors money. The proposed class includes all persons who invested money with Sanchez and any of the IFC entities during the period July 1, 1999 through December 31, 2008. Excluded from the Class is any Defendant and any member, officer or director of Defendants.

## AFFIDAVIT

STATE OF TEXAS )
) ss:
CITY AND COUNTY OF DALLAS)

I, Erin Ostenson, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the Notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for national distribution for one insertion(s) on the following date(s): May 11, 2009; advertiser: InvestForClosures Financial, LLC, et al.; and that the foregoing statements are true and correct to the best of my knowledge.

_E. Ostenson_

Sworn to before me this
11th day of May, 2009.

_____
Notary Public



ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012