**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **BRADLEY J. SCHAUFENBUEL; et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 09-CV-1221 |
| v. | ) |
| | ) |
| **INVESTFORCLOSURES FINANCIAL, L.L.C.; et al.,** | ) Judge Leinenweber |
| | ) |
| | ) Magistrate Judge Nolan |
| | ) |
| Defendants. | ) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

    I, Robert C. Thurston, an attorney, hereby certify that I served a copy of Plaintiff's Second Amended Complaint upon all persons on the Service List below by causing the same to be sent via U.S. Mail May 15, 2009.

                                                      By: __/s/ Robert C. Thurston____

**SERVICE LIST**

**Defendant Realty Opportunities
International S. de R.L. de C.V.**
Frank Sanchez, CEO
13906 Rt. 176
Woodstock, IL 60098
NON-ECF FILER

-1-