**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; et al., | ) |
| Plaintiffs, | ) |
| | ) Case No. 09-CV-1221 |
| v. | ) |
| INVESTFORCLOSURES FINANCIAL, L.L.C.; et al., | ) Judge Leinenweber |
| | ) Magistrate Judge Nolan |
| Defendants. | ) |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Robert C. Thurston, an attorney, hereby certify that I served a copy of Plaintiff's Second Motion for Temporary Restraining Order, Amended Motion for Preliminary Injunction, the Stipulated Discovery Schedule – Preliminary Injunction Phase, and this Court's Orders dated March 23, 2009, April 8, 2009, and April 29, 2009 upon all persons on the Service List below by causing the same to be sent via U.S. Mail May 15, 2009.

By: __/s/ Robert C. Thurston__

### SERVICE LIST

**Defendant Realty Opportunities
International S. de R.L. de C.V.**
Frank Sanchez, CEO
13906 Rt. 176
Woodstock, IL 60098
NON-ECF FILER