IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| BRADLEY J. SCHAUFENBUEL; ROBERT N. SCHAUFENBUEL; JOHN AND SARAH REED, IV; JOHN AND JAN REED, III; AMERICAN MASS MEDIA CORPORATION; ROBERTA K. CLARK; on behalf of Themselves and All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>INVESTFORCLOSURES FINANCIAL, L.L.C ROI DEVELOPERS; INVESTFORCLOSURES; INVESTFORCLOSURES.COM, LLC; INVESTFORCLOSURES VENTURES; LLC SANDS OF GOLD ESCROW; SANDS OF GOLD; ROI FINANCIAL; REALTY OPPORTUNITIES INTERNATIONAL ESCROW 23; ROI ESCROW; REALTY OPPORTUNITIES INTERNATIONAL S. de R.L. de C.V; REALTY OPPORTUNITIES INTERNATIONAL; ROI MEXICO; SANDS OF GOLD ESTATES; FRANCIS X. SANCHEZ aka FRANK SANCHEZ; JAMES D. BOURASSA aka JIM BOURASSA; SCOTT D. WESSEL; DEANA M. GUIDI; DANIEL E. FITZGERALD aka DAN FITZGERALD; SCOTT R. SLAGLE; DARCEY L. MARTIN; TOM RODRIGUEZ; and JOHN DOES 1-30.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 09-cv-1221<br>The Honorable Judge Leinenweber |

NOTICE OF MOTION

To:    See Attached Service List

**PLEASE TAKE NOTICE** that on the 19th day of May, 2009 at 9:30 a.m. or as soon thereafter as counsel may appear, I shall appear before the Honorable Judge Harry D. Leinenweber in Room 1941 of the U.S. District Court located at 219 S. Dearborn Street, Chicago, IL and then and there request hearing on the Defendant's Motion for Leave to File Brief in Excess of Local Rule 7.1, a copy of which is herewith served upon you.

Respectfully submitted,

By: /s/Russell W. Baker
Charles A. Dunlop ARCD#6180628
Russell W. Baker ARDC #6287995
Genevieve Lynott ARDC #6275407
Campion, Curran, Dunlop & Lamb, P.C.
8600 U. S. Hwy 14, #201
Crystal Lake, IL 60012

## CERTIFICATE OF SERVICE

I, Russell W. Baker, an attorney, hereby certify that I caused copies of the foregoing Defendants Deana Guidi, Darcey Martin and Tom Rodriguez' Motion for Leave to File Brief in Excess of Local Rule 7.1 to be served upon all persons on the attached Service List, via electronic filing on May 15, 2009. A courtesy copy of this motion and all exhibits will be delivered via Federal Express upon the Honorable Judge Harry D. Leinenweber on May 15, 2009 for delivery on Monday, May 18, 2009.


/s/ Russell W. Baker


CAMPION, CURRAN, DUNLOP & LAMB, P.C.
Attorneys for Defendant Deana Guidi, Darcey Martin and Tom Rodriguez
8600 U.S. Highway 14, Suite 201
Crystal Lake, IL 60012-2759
(815) 459-8440
Fax (815) 455-8134

SERVICE LIST
Schaufenbuel et al. v. Investforclosures Financial, L.L.C. et al.
Case No. 09-cv-1221


Attorneys for Plaintiffs:

Thurston Law Offices, P.C.                     Law Offices of Joel M. Weiner, LLC
Robert C. Thurston                             Joel M. Weiner
10469 Bethel Avenue                            579 N. 1st Bank Drive, Suite 150
Huntley, IL 60142                              Palatine, IL 60067-8102


Attorneys for Defendants:
Investforclosures Financial, LLC
Investforclosures.com.LLC
Investforclosures Ventures, LLC
James D. Bourassa aka Jim Bourassa
Francis X. Sanchez
Robert B. Christie
Jeffry Mark Henderson
Harris L. Kay
Henderson & Lyman
175 West Jackson Boulevard, Suite240
Chicago, IL 60604


Scott D. Wessel
1828 Sebastian
Woodstock, IL 60098


Daniel E. Fitzgerald aka Dan Fitzgerald        Scott R. Slagle
31770 N. Pineview Blvd                         38W512 McQuire Place
Lakemoor, IL 60051                             Geneva, IL 60134