## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1221 | **DATE** | 5/19/2009 |
| **CASE TITLE** | Bradley J. Schaufenbuel, et al vs. Investforforclosures Financial | | |

**DOCKET ENTRY TEXT**

Plaintiffs Motion for Expenses and Fees against defendant Realty Opportunities International S. De R.L. de C.V. ("ROI Mexico") in the amount of $180.00 for Failure to Waive Service is granted. Defendant's Motion for leave to file brief in excess of 15 pages is granted. All parties granted leave to file briefs in excess of 15 pages.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|