IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; ROBERT N. SCHAUFENBUEL; JOHN AND SARAH REED, IV; JOHN AND JAN REED, III; AMERICAN MASS MEDIA CORPORATION; ROBERTA K. CLARK; on behalf of Themselves and All Others Similarly Situated<br><br>    Plaintiffs,<br><br>v.<br><br>INVESTFORCLOSURES FINANCIAL, L.L.C ROI DEVELOPERS; INVESTFORCLOSURES; INVESTFORCLOSURES.COM, LLC; INVESTFORCLOSURES VENTURES; LLC SANDS OF GOLD ESCROW; SANDS OF GOLD; ROI FINANCIAL; REALTY OPPORTUNITIES ) INTERNATIONAL ESCROW 23; ROI ESCROW; REALTY OPPORTUNITIES INTERNATIONAL S. de R.L. de C.V; REALTY OPPORTUNITIES INTERNATIONAL; ROI MEXICO; SANDS OF GOLD ESTATES; FRANCIS X. SANCHEZ aka FRANK SANCHEZ; JAMES D. BOURASSA aka JIM BOURASSA; SCOTT D. WESSEL; DEANA M. GUIDI; DANIEL E. FITZGERALD aka DAN FITZGERALD; SCOTT R. SLAGLE; DARCEY L. MARTIN; TOM RODRIGUEZ; and JOHN DOES 1-30.<br><br>    Defendants. | Case No. 09-cv-1221<br>The Honorable Judge Leinenweber |

## AFFIDAVIT OF DARCEY L. MARTIN

I, DARCEY L. MARTIN, after being sworn upon oath, depose and state:

1. I am over the age of 18 and competent to testify to the statements contained in this affidavit.

1



2. The factual statements set forth in this Affidavit are based upon my personal knowledge.

3. I reside in Winter Haven, Florida, and am an out of state defendant to the above referenced action.

4. I am not an Illinois resident and have never lived in Illinois.

5. I have never been employed in Illinois.

6. I have never been an employee, manager, principal, or agent of any IFC entity.

7 I have not visited Illinois since 1989.

8. Since 2007 I have not transacted any business within Illinois.

9. My only contacts with Illinois are (1) my investment in the IFC entities; and (2) my follow up correspondence regarding my investment.

10. I have not solicited any monies from any persons or companies in Illinois.

11. I did not meet with any investors or IFC entities in Illinois at any time.

12. I learned about and was presented with the opportunity to invest in the IFC entities through IFC's online website while sitting at my home computer in Florida.

13. I negotiated all investment terms via telephone from my home in Florida.

14. I did not at any time solicit or receive any money from any IFC investors.

15. I did not meet with any investors or IFC entities in Illinois.

16. I periodically sent e-mail inquiries to IFC for information regarding my investment.

17. The only assistance I provided to the IFC entities was occasionally relaying IFC investor updates and IFC investor account statements to other investors.

18. I did not create the information in IFC investor updates or IFC investor account statements.

19. I did not receive any compensation from Mr. Sanchez, Mr. Bourassa, or any IFC entity for my relaying IFC investor updates and IFC investor account statements to other IFC investors.

20. I did not make any representations regarding accuracy of the information in IFC investor updates or IFC investor account statements.

_____
DARCEY L. MARTIN

SUBSCRIBED AND SWORN TO before me this 20th day of May, 2009.

_____
Notary Public

CASSANDRA L. SIKES
MY COMMISSION # DD 778734
EXPIRES: April 14, 2012
Bonded Thru Budget Notary Services

CAMPION, CURRAN,
DUNLOP & LAMB, P.C.
8600 Route 14, Ste. 201
Crystal Lake, IL 60118
(815) 459-8440

3