UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRADLEY J. SCHAUFENBUEL, *et. al.*,

Plaintiffs,

v.

INVESTFORCLOSURES FINANCIAL, L.L.C., *et. al.*,

Defendants.

Case No. 09 cv 1221

## DECLARATION OF FRANCIS SANCHEZ

I, Francis Sanchez, have personal knowledge of the facts contained in this Declaration, I am over the age of 18, and if called as a witness at a hearing in the above captioned matter I could testify to the following:

1. Darcey L. Martin ("Ms. Martin") never visited any of the offices of InvestForclosures Financial, L.L.C., InvestForClosures.Com, LLC, InvestForClosures Ventures, LLC, or Realty Opportunities International S. De R.L. De C.V. (singularly and collectively, "IFC").

2. I have never met Ms. Martin in person.

3. Ms. Martin negotiated all investment terms for her investments in IFC from outside Illinois.

4. Ms. Martin was not at any time an employee, manager, principal, or agent of IFC or me.

5. Based on my personal knowledge, Ms. Martin did not solicit or receive any money from any investors on behalf of IFC.

1


EXHIBIT B

6. Based on my personal knowledge, Ms. Martin did not meet with any person who invested in IFC.

7. On occasion, Ms. Martin sent e-mail inquiries to IFC or me for information regarding her investment in IFC.

8. On occasion, Ms. Martin relayed IFC investor updates and IFC investor account statements to other investors, and did so without any compensation from IFC or me.

9. Ms. Martin did not create the information in the IFC investor updates or IFC investor account statements that were sent to her by IFC.

10. Ms. Martin was not instructed to make any representations regarding the accuracy of the information in the IFC investor updates or IFC investor account statements.

11. I am not aware of any representations made by Ms. Martin regarding the accuracy of the information in the IFC investor updates or IFC investor account statements.

FRANCIS SANCHEZ