Exhibit to Memorandum in Support

Part 4

§1962 of RICO and 18 U.S.C. §2." (*See* Plaintiffs' Complaint at ¶323). Therefore, because there are no allegations to support any wrongdoing or liability by Movants under RICO, Plaintiffs' Count XVI should be dismissed.

### XVII. Money Laundering.

Section 1956 of the Racketeering Act prohibits the knowing and voluntarily engaging in financial transactions to disguise or conceal the source of money unlawfully obtained. 18 U.S.C. §1956. Plaintiffs' Count XVII under this section fails to meet its burden of pleading under Rule 9(b) because it fails to provide any factual allegations related to Ms. Martin, Ms. Guidi, or Mr. Rodriguez to support its claim. Plaintiffs' Complaint does not provide any particular allegations that Ms. Martin, Ms. Guidi, or Mr. Rodriguez were involved in the transfer of funds of unlawfully obtained money. (*See* Plaintiffs' Complaint at Count XVII). Instead, Plaintiffs once again rely on a series of conclusory allegations that the "Sanchez and the other Defendants" took certain actions to conceal the theft of money.[1] Rule 9(b) is clear that such general conclusary allegations will not suffice to save a fraud based claim from dismissal.

Nor do Plaintiffs make any allegations which would create a reasonable inference that Ms. Martin, Ms. Guidi, and Mr. Rodriguez had knowledge that the funds were unlawfully obtained, as alleged, or had the requisite intent to conceal the source of these monies. Therefore, Plaintiffs' Count XVII for money laundering should be dismissed for failure to state a claim.

### CONCLUSION

Put simply, Plaintiffs' Complaint does not plead the essential elements against Ms.

---

[1] Moreover, Plaintiffs' Complaint does not provide sufficient factual allegations from which one could reasonably infer that the investments solicited and allegedly not paid back constitutes the stealing of money under 18 U.S.C. §1956.

Martin, Ms. Guidi, or Mr. Rodriguez for its causes of action and is in woeful violation of the heightened pleading requirements of Rule 9(b). Plaintiffs' Complaint is completely devoid of any factual allegations of wrongdoing by Ms. Martin, Ms. Guidi, or Mr. Rodriguez. Plaintiffs do not have any knowledge or reasonable belief of any specific wrongdoing by Ms. Martin, Ms. Guidi, or Mr. Rodriguez and have wrongfully named them in this lawsuit in order to conduct an unwarranted fishing expedition against them and the other Defendants. The Seventh Circuit has made clear that such course is improper. Vicom, Inc. v. Harbridge Merchant Services, Inc., 20 F.3d 771, 776. Moreover, Plaintiffs' failure to comply with the Federal Rules is not without its victim. Plaintiffs' unwarranted and improper Complaint is causing sever and unjust harm to the reputations and financial security of Ms. Martin, Ms. Guidi, and Mr. Rodriguez. Indeed, justice demands that this Court dismiss Plaintiff's improper action against Movants to prevent further harassment and harm to Ms. Martin, Ms. Guidi, and Mr. Rodriguez.

WHEREFORE, Defendants, DARCEY L. MARTIN, DEANA M. GUIDI, and TOM RODRIGUEZ, pray that this Court enter an Order dismissing Plaintiffs' Second Amended Complaint in its entirety, or alternatively Counts I-XVII individually against them, pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.

CAMPION, CURRAN, DUNLOP & LAMB, P.C.

/s/Russell W. Baker

CAMPION, CURRAN, DUNLOP & LAMB, P.C.
Attorneys for Defendant, Deana M. Guidi
8600 U.S. Highway 14, Suite 201
Crystal Lake, IL 60012
(815) 459-8440

A



# EXHIBIT A

InvestForClosures Financial

This certifies that

## Robert Schautenbuel & Bradley Schautenbuel

has invested $35,000
on September 26, 2003
at a term of 2 years
earning 17.9% APR

Note: Interest payments will be paid monthly. Upon maturity of your investment, unless a withdrawal request has been received, your principal will be reinvested in the same plan at the rate and term posted at that time. A withdrawal of principal requires a 90 day written notice by mail or electronically via email. There are no penalties for early withdrawal. Membership interests are not transferable.

Leo Tree 9/26/03
Date

Signature

Number: IPCF092603-01

Acct#: 104101

Page 1

John & Sarah Reed IV
2304 S. 79th Ave.
Yakima, WA  98403


Account #:    204017
Account type: Cash
Term Length:  5 years
(NOTE: interest is compounding)

$160,000  The CEO Bonus (200% bonus on your originally invested principal) that will be paid out to you at the close of your account, or your move to the SOP.  Note that this amount will not accrue interest nor change.  This is a reward for your patience.

Compound Period:            Annual

Nominal Annual Rate:        20.000%


AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Invest | Return | Interest | Net Change | Balance |
|---|---|---|---|---|---|---|
| Invest | 4/6/2005 | 40,000.00 | | | 40,000.00 | 40,000.00 |
| Invest | 9/12/2005 | 40,000.00 | | 3,484.93 | 43,484.93 | 83,484.93 |
| 1 | 3/29/2007 | | 31,050.97 | 27,566.04 | 3,484.93- | 80,000.00 |
| 2 | 3/31/2008 | | 0.00 | 16,105.21 | 16,105.21 | 96,105.21 |
| Grand Totals | | 80,000.00 | 31,050.97 | 47,156.18 | 96,105.21 | |

An open balance of 96,105.21 still remains.

Page 1

John & Sarah Reed IV
2304 S. 79th Ave.
Yakima, WA  98403


Account #:    204017--SOP
Account type: Cash
Term Length:  2 years
(NOTE: interest is compounding)

41,051  Warrants for Fresh dollars and interest Rollover
6,210   20% bonus Warrants on interest rolled over for being in IFC since 2003
47,261   Total Warrants as of 03.29.07

Compound Period:              Annual

Nominal Annual Rate:          18.000%


AMORTIZATION SCHEDULE - Normal Amortization

|  | Date | Invest | Return | Interest | Net Change | Balance |
|---|---|---|---|---|---|---|
| Invest | 3/30/2007 | 10,000.00 | | | 10,000.00 | 10,000.00 |
| Invest | 3/30/2007 | 31,050.97 | | 0.00 | 31,050.97 | 41,050.97 |
| 1 | 3/31/2008 | | 0.00 | 7,413.06 | 7,413.06 | 48,464.03 |
| Grand Totals | | 41,050.97 | | 0.00 7,413.06 | 48,464.03 | |

An open balance of 48,464.03 still remains.

**IFC Ventures**

This certifies that

*John Reed III*

has invested $50,000
On February 17, 2005
at a term of 5 years
earning 20% APR

UPDATED TO 200% CEO BONUS

The terms and conditions of this investment are covered under the standard
Subscription Agreement and your individual account documents. Membership not transferable.

_____    CEO IFCF 2/17/05
Signature                        Date

Number: IFCVitC17305-01
Account# 204013



InvestForeclosures Financial

This certifies that

*American Mass Media Corp.*

*Ianhong Ng*

*has invested $50,000*

*On November 09, 2004*

*at a term of 5 years*

*earning 9.0% APR*

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

Number: IFCF110904-01
Account# 104149

Signature _____ CEO

Date _____



IFC Ventures

This certifies that

*American Mass Media*
*Corporation*

has invested $20,000.00
On July 18, 2005
for a term of 5 years
earning 20% APR

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

Number: IFCV071805-01
Account# 204027

CEO-IFCV    7/14/05
Date

Signature



IFC Ventures

This certifies that

Roberta K. Clark

has invested
$70,000
On July 13, 2005
at a term of 5 years
earning 17% APR

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

Number: IFCV071305-01
Account# 204022

7/13/05
Date

Signature





IFC InvestForClosures Financial

This certifies that

*Maria Valentin*

has invested $40,000
On June 01, 2004
at a term of 5 years
earning 9.0% APR

The terms and conditions of this investment are covered under the standard
Subscription Agreement and your individual account documents. Member-
ship not transferable.

CEO-JFCR    6/1/04
Date

Signature

Number: IFCF060104-01
Account# 104137

Page 1

Maria Valentin
32W121 Bode Road
Elgin, IL  60120

Account #   104137-SOP
Account Type: Cash
Term Length:  2 years

Warrants:
90,061  Warrants 1:1 for fresh dollars and rolled over monies from other accounts
24,018  30% Bonus Warrants on rolled over monies from other accounts for being with IFC since 2001
114,079  Total Warrants as of 10.30.06

Compound Period:              Annual

Nominal Annual Rate:          18.000%

AMORTIZATION SCHEDULE - Normal Amortization, 360 Day Year

| | Date | Invest | Balance Date | Return | Interest | Net Change | Balance |
|---|---|---|---|---|---|---|---|
| Invest | 10/30/2006 | 10,000.00 | | | | 10,000.00 | 10,000.00 |
| Invest | 10/30/2006 | 9,318.03 | | | 0.00 | 9,318.03 | 19,318.03 |
| Invest | 10/30/2006 | 70,742.57 | | | 0.00 | 70,742.57 | 90,060.60 |
| lance Date | 3/31/2008 | | 0.00 | | 24,287.54 | 24,287.54 | 114,348.14 |
| Grand Totals | | 90,060.60 | 0.00 | 0.00 | 24,287.54 | 114,348.14 | |

An open balance of 114,348.14 still remains.



InvestForClosures Financial

This certifies that

*Liam A. Angelini*

has invested $35,000
On July 21, 2004
at a term of 5 years
earning 9.0% APR

The terms and conditions of this investment are covered under the standard
Subscription Agreement and your individual account documents. Member-
ship not transferable.

7/21/04
Date

Signature CEO - IFC

Number: IFCF072104-01
Account# 104143



IFC InvestForClosures

This certifies that

*Keith Raines and*
*Bonnie C. Raines*

have invested $10,000
on December 31, 2001
at a term of 5-years

Per the Graduated Interest Accrual Plan

Note: Interest is accrued and automatically rolled-over unless you choose to receive them on a semi-annual basis (available after first year). Substantial interest penalty for early withdrawal. Membership interests are not transferable.

Signature

Date

Number: IFC 123101-03a

## Graduated Interest Accrual Plan

Account Growth per Year (compound interest plus principle)

12/31/02 @ 20% = $12,000

12/31/03 @ 22% = $14,640

12/31/04 @ 24% = $18,154

12/31/05 @ 26% = $22,874

12/31/06 @ 28% = $29,278

This replaces certificate number IFC123101-03, which was reported lost and is now void.

Case 1:09-cv-01221    Document 58-2    Filed 04/27/2009    Page 14 of 35



Invest and Closures Financial

This certifies that

*Keith Raines*

has invested $41,635.77

on November 11, 2002

at a term of 5 year

earning 15.9% APY

5 Year Term: The principal investment must remain untouched for exactly five (5) years from the date this investment agreement along with all signed and completed investment documents. A withdrawal of principal prior to the end of the 1st year will incur a 70% penalty on earning interest only. A withdrawal of principal prior to the end of the 2nd year will incur a 50% penalty on earning interest only. A withdrawal of principal prior to the 5th year will incur a 30% penalty on earned interest only. A withdrawal of principal requires a 60-day written notice by right of electronically via e-mail. Interest payments can be paid out annual basis per the written request of the investor. Interest is automatically rolled over and compounded during the remainder of this term. Interest payments require a 60-day written notice by mail or electronically via e-mail. If interest is paid out prior to the completion of the next consecutive year of the term, that interest will not be compounded for the year in which it was withdrawn upon maturity of said term, unless a withdrawal request has been issued meeting the above specifications, your investment will be rolled over and reinvested for another five (5) year term Membership interests are not transferable.

Signature _____ Date _____

Number: IFC112603.01



ifc Invest for Closures Financial

This certifies that

*Bonnie C. Raines*

has invested *$43,112.29*

on December 3, 2002

at a term of 5 year

earning 15.9% APY

5-Year Term. The principal invested must remain untouched for exactly five (5) years from the date this investment payment along with all signed and completed investment documents. A withdrawal of principal prior to the end of the 1st year will incur a 70% penalty on earned interest only. A withdrawal of principal prior to the end of the 3rd year will incur a 35% penalty on earned interest only. A withdrawal of principal prior to the 5th year will incur a 20% penalty on earned interest only. A withdrawal of principal requires a 60-day written notice per mail or electronically via email. Interest payments can only be paid on an annual basis per the written request of the investor. Interest is automatically reinvested over and compounded during the remainder of the term. Interest payments require a 60-day written notice by mail or electronically via email. If interest is paid out prior to the completion of the next consecutive year of the term, that interest will not be compounded for the year in which it was withdrawn. Upon maturity of said term, unless a withdrawal request has been issued meeting the above stated specifications, your investment will be rolled over and reinvested for another five (5) year term. Membership interests are not transferable.

Signature _____

Date _____

Number: IFC120303-01

Page 1

Ravikumar & Sumathi Jammalamadaka
5 Amy Drive
North Brunswick, NJ  08902

Account #:   104106
Account Type: Cash
Term Length:  5 years

Compound Period:                     Annual

Nominal Annual Rate:                 8.900%

AMORTIZATION SCHEDULE - Normal Amortization, 360 Day Year

|  | Date | Invest | Balance Date | Return | Interest | Net Change | Balance |
|---|---|---|---|---|---|---|---|
| Invest | 11/18/2003 | 25,000.00 | | | | 25,000.00 | 25,000.00 |
| 2003 Totals | | 25,000.00 | 0.00 | 0.00 | 0.00 | 25,000.00 | |
| 1 | 4/21/2006 | | | | 5,000.00 | 5,784.12 | 784.12 25,784.12 |
| 2 | 6/26/2006 | | | 20,000.00 | 420.71 | 19,579.29- | 6,204.83 |
| 3 | 6/26/2006 | | | 2,171.69 | 0.00 | 2,171.69- | 4,033.14 |
| 4 | 6/27/2006 | | | 2,700.00 | 1.00 | 2,699.00- | 1,334.14 |
| 2006 Totals | | 0.00 | 0.00 | 29,871.69 | 6,205.83 | 23,665.86- | |
| Balance Date | 3/31/2008 | | 0.00 | | 218.23 | 218.23 | 1,552.37 |
| Balance Date | 6/30/2008 | | 0.00 | | 34.92 | 34.92 | 1,587.29 |
| Balance Date | 9/30/2008 | | 0.00 | | 36.10 | 36.10 | 1,623.39 |
| Balance Date | 12/31/2008 | | 0.00 | | 36.92 | 36.92 | 1,660.31 |
| 2008 Totals | | 0.00 | 0.00 | 0.00 | 326.17 | 326.17 | |
| Grand Totals | | 25,000.00 | 0.00 | 29,871.69 | 6,532.00 | 1,660.31 | |

An open balance of 1,660.31 still remains.

Page 1

Ravikumar Jammalamadaka
5 Amy Drive
North Brunswick, NJ 08902

Account #:    204001
Account Type: Cash
Term Length:  5 years

$200,000  The CEO Bonus (200% bonus on your originally invested principal) that will be paid out to you at the close of your account, or your move to the SOP.  Note that this amount will not accrue interest nor change.  This is a reward for your patience.

| Rate Period: | Quarterly |
|---|---|
| Nominal Annual Rate: | 25.000% |

AMORTIZATION SCHEDULE - U.S. Rule (no compounding), 360 Day Year

|   | Date | Payment | Interest Accrued | Interest Paid | Principal Paid | ------------ Balance Due ------------ | | |
|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   | Interest | Principal | Total |
| Loan | 12/28/2004 |   | 0.00 | 0.00 | 0.00 | 0.00 | 100,000.00 | 100,000.00 |
| 2004 Totals |   | 0.00 | 0.00 | 0.00 | 0.00 |   |   |   |
|   |   |   |   |   |   |   |   |   |
| 1 | 1/5/2006 | 15,000.00 | 25,555.56 | 15,000.00 | 0.00 | 10,555.56 | 100,000.00 | 110,555.56 |
| 2 | 4/3/2006 | 17,228.49 | 6,111.11 | 16,666.67 | 561.82 | 0.00 | 99,438.18 | 99,438.18 |
| 3 | 6/21/2006 | 20,000.00 | 5,455.29 | 5,455.29 | 14,544.71 | 0.00 | 84,893.47 | 84,893.47 |
| 2006 Totals |   | 52,228.49 | 37,121.96 | 37,121.96 | 15,106.53 |   |   |   |
|   |   |   |   |   |   |   |   |   |
| 4 | 1/2/2008 | 4,500.00 | 32,483.54 | 4,500.00 | 0.00 | 27,983.54 | 84,893.47 | 112,877.01 |
| 5 | 3/31/2008 | 0.00 | 5,246.89 | 0.00 | 0.00 | 33,230.43 | 84,893.47 | 118,123.90 |
| 6 | 6/30/2008 | 0.00 | 5,305.84 | 0.00 | 0.00 | 38,536.27 | 84,893.47 | 123,429.74 |
| 7 | 9/30/2008 | 0.00 | 5,305.84 | 0.00 | 0.00 | 43,842.11 | 84,893.47 | 128,735.58 |
| 8 | 12/31/2008 | 0.00 | 5,305.84 | 0.00 | 0.00 | 49,147.95 | 84,893.47 | 134,041.42 |
| 2008 Totals |   | 4,500.00 | 53,647.95 | 4,500.00 | 0.00 |   |   |   |
|   |   |   |   |   |   |   |   |   |
| Grand Totals |   | 56,728.49 | 90,769.91 | 41,621.96 | 15,106.53 |   |   |   |

An open balance of 134,041.42 still remains.

Page 1

Paul Herink
291 Frank Applegate Road
Jackson, NJ 08527-4215

Account #   104111
Account Type: IRA
Term Length:  5 years

Compound Period:                   Annual

Nominal Annual Rate:               10.900%

AMORTIZATION SCHEDULE - Normal Amortization, 360 Day Year

|  | Date | Invest | Balance Date | Return | Interest | Net Change | Balance |
|---|---|---|---|---|---|---|---|
| Invest | 12/22/2003 | 30,476.60 | | | | 30,476.60 | 30,476.60 |
| Balance Date | 3/31/2008 | | 0.00 | | 17,018.31 | 17,018.31 | 47,494.91 |
| Balance Date | 6/30/2008 | | 0.00 | | 1,308.62 | 1,308.62 | 48,803.53 |
| Balance Date | 9/30/2008 | | 0.00 | | 1,359.45 | 1,359.45 | 50,162.98 |
| Balance Date | 12/31/2008 | | 0.00 | | 1,397.32 | 1,397.32 | 51,560.30 |
| Balance Date | 3/31/2009 | | 0.00 | | 1,405.02 | 1,405.02 | 52,965.32 |
| Grand Totals | | 30,476.60 | 0.00 | 0.00 | 22,488.72 | 52,965.32 | |

An open balance of 52,965.32 still remains.

Yahoo! Mail    bigguy8230@yahoo.com                                               4/30/08 12:16 PM

**YAHOO! MAIL**                  Print - Close Window

## IRA

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Mathew Knowlton<br>6A Clover Ct<br>Raymond NH 03077<br><br><br>Account # 104086<br>Account Type IRA<br>Term Length: 5 years | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | Compound Period | | | Annual | | | | | |
| 4 | | | | | | | | | |
| 5 | Nominal Annual Rate | | | 15.900% | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | AMORTIZATION SCHEDULE - Normal Amortization, 360 Day Year | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | Date | Invest | Balance Date | Return | Interest | Net Change | Balance | |
| 11 | Invest | 7/31/03 | 3,000.00 | | | | 3,000.00 | 3,000.00 | |
| 12 | Invest | 1/28/04 | 3,001.01 | | | 239.83 | 3,240.84 | 6,240.84 | |
| 13 | Invest | 1/8/05 | 4,000.01 | | | 1,120.00 | 5,120.00 | 11,360.84 | |
| 14 | Balance Date | 4/31/08 | | 0.00 | | 6,506.15 | 6,506.15 | 17,867.08 | |
| 15 | Grand Totals | | 10,001.02 | 0.00 | 0.00 | 7,866.05 | 17,867.08 | | |
| 16 | | | | | | | | | |
| 17 | An open balance of 17,867.08 still remains. | | | | | | | | |

## 104081

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Mathew Knowlton<br>6A Clover Ct<br>Raymond NH 03077<br><br><br>Account # 104084<br>Account Type: Cash<br>Term Length: 5 years | | | | | | | |
| 2 | | | | | | | | |
| 3 | Compound Period | | | Annual | | | | |
| 4 | | | | | | | | |
| 5 | Nominal Annual Rate | | | 12.900% | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | AMORTIZATION SCHEDULE - Normal Amortization, 360 Day Year | | | | | | | |
| 9 | | | | | | | | |
| 10 | | Date | Invest | Balance Date | Return | Interest | Net Change | Balance |
| 11 | Invest | 1/5/04 | 7,000.00 | | | | 7,000.00 | 7,000.00 |
| 12 | 1 | 1/4/06 | | | 2,000.00 | 2,721.79 | 721.79 | 7,721.79 |
| 13 | Balance Date | 4/31/08 | | 0.00 | | 2,424.03 | 2,424.03 | 10,145.82 |
| 14 | Grand Totals | | 7,000.00 | 0.00 | 2,000.00 | 5,145.82 | 10,145.82 | |
| 15 | | | | | | | | |
| 16 | An open balance of 10,145.82 still remains. | | | | | | | |



This certifies that

*G. Matthew Knowlton*

has invested $3,000.00
on July 31, 2003
at a term of 5 years
earning 15.9% APR



This certifies that

*G. Matthew Knowlton*

has invested an additional $4,000.01

On March 8, 2005

at a term of 5 years

earning 15.9% APR (IRA)



InvestForClosures Financial

*This certifies that*

**Wilhelm Hall**

*has invested $10,000.00*

*on April 22, 2003*

*at a term of 5 years*

*earning 14.9% APR*

5-Year Term: The principal investment must remain untouched for exactly five (5) years from the date the the investment payment along with all signed and completed investment documents. A withdrawal of principal prior to the end of the 1st year will incur a 70% penalty on earned interest only. A withdrawal of principal prior to the end of the 3rd year will incur a 35% penalty on earned interest only. A withdrawal of principal prior to the the 5th year will incur a 20% penalty on earned interest only. A withdrawal of principal requires a 60-day written notice by mail or electronically via email. Interest payments can be paid on an annual basis per the written request of the investor. Interest is automatically rolled over and compounded during the remainder of the term. Interest payments require a 60-day written notice by mail or electronically via email. If interest is paid out prior to the completion of the next consecutive year of the term, that interest will not be compounded for the year in which it was withdrawn. Upon maturity of said term, unless a withdrawal request has been issued meeting the above stated specifications, your investment will be rolled over and reinvested for another five (5) year term. Membership interests are not transferable.

CEO IFCF  4/22/03
Date

Signature

Number: IFCF042203-01
Account # 104079



IFC InvestForClosures Financial

This certifies that

*Wilhelm Hall*

has invested $10,000.00

on April 29, 2003

at a term of 5 years

earning 16.9% APR

5-Year Term: The principal investment must remain untouched for exactly five (5) years from the date the investment payment along with all signed and completed investment documents. A withdrawal of principal prior to the end of the 1st year will incur a 70% penalty on earned interest only. A withdrawal of principal prior to the end of the 3rd year will incur a 35% penalty on earned interest only. A withdrawal of principal prior to the 5th year will incur a 20% penalty on earned interest only. A withdrawal of principal requires a 60-day written notice by mail or electronically via email. Interest payments can be paid on an annual basis per the written request of the investor. Interest is automatically rolled over and compounded during the remainder of the term. Interest payments require a 60-day written notice by mail or electronically via email. If interest is paid out prior to the completion of the next consecutive year of the term, that interest will not be compounded for the year in which it was withdrawn. Upon maturity of said term, unless a withdrawal request has been issued meeting the above stated specifications, your investment will be rolled over and reinvested for another five (5) year term. Membership Interests are not transferable.

Number: IFCR042903-02

Account # 104079

Signature    CEO IFCF 2/9/64

Date



**IFC** InvestForClosures Financial

*This certifies that*

*Wilhelm Hall*

*has invested $15,000*

*on December 18, 2003*

*at a term of 5 years*

*earning 16.9% APR*

5-Year Term: The principal investment must remain untouched for exactly five (5) years from the date the investment payment along with all signed and completed investment documents and initial payment are received. A withdrawal of principal prior to the end of the 1st year will incur a 70% penalty on earned interest only. A withdrawal of principal prior to the end of the 3rd year will incur a 35% penalty on earned interest only. A withdrawal of principal prior to the 5th year will incur a 20% penalty on earned interest only. A withdrawal of principal requires a 60-day written notice by mail or electronically via email. Interest payments can be paid on an annual basis per the written request of the investor. Interest is automatically rolled over and compounded during the remainder of the term. Interest payments require a 60-day written notice by mail or electronically via email. If interest is paid out prior to the completion of the next consecutive year of the term, that interest will not be compounded for the year in which it was withdrawn. Upon maturity of said term, unless a withdrawal request has been issued meeting the above stated specifications, your investment will be rolled over and reinvested for another five (5) year term. Membership interests are not transferable.

Signature _____ CEO-IFC  12/18/03 Date

Number: IFCF0121803-01
Account # 104000



Case 1:09-cv-01221    Document 58-2    Filed 04/27/2009    Page 25 of 35

**IFC Ventures**

This certifies that

*Wilhelm Hall*

has invested *$25,000*
On February 08, 2005
at a term of 5 years
earning 25% APR

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

Number: IFCV020805-01
Account# 204010

CEO TFCV 02/08/05
Date

Signature

Page 1

Wilhelm Hall
237 Rock Ave.
Park Ridge, NJ 07656

Account #   104079
Account Type: Cash
Term Length: 5 years

Compound Period:          Annual

Nominal Annual Rate:      16.900%

AMORTIZATION SCHEDULE - Normal Amortization

|        | Date | Invest | Return | Interest | Net Change | Balance |
|--------|------|--------|--------|----------|-----------|---------|
| Invest | 4/30/2003 | 20,028.58 | | | 20,028.58 | 20,028.58 |
| Invest | 12/18/2003 | 15,000.00 | | 2,151.45 | 17,151.45 | 37,180.03 |
| 1 | 3/21/2007 | | 26,951.97 | 24,800.52 | 2,151.45- | 35,028.58 |
| 2 | 3/31/2008 | | 0.00 | 6,109.43 | 6,109.43 | 41,138.01 |
| Grand Totals | | 35,028.58 | 26,951.97 | 33,061.40 | 41,138.01 | |

An open balance of 41,138.01 still remains.

Page 1

Wilhelm Hall
237 Rock Ave.
Park Ridge, NJ  07656


Account #:    204010
Account Type: Cash
Term Length:  5 years

Rate Period:                    Annual

Nominal Annual Rate:            25.000%


AMORTIZATION SCHEDULE - U.S. Rule (no compounding)

| | Date | Loan | Payment | Interest Accrued | Interest Paid | Principal Paid | Balance Due Interest | Balance Due Principal | Balance Due Total |
|---|---|---|---|---|---|---|---|---|---|
| Loan | 2/8/2005 | 25,000.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 25,000.00 | 25,000.00 |
| 1 | 3/21/2007 | | 13,202.05 | 13,202.05 | 13,202.05 | 0.00 | 0.00 | 25,000.00 | 25,000.00 |
| Loan | 3/31/2008 | 0.00 | | 6,421.23 | 0.00 | 0.00 | 6,421.23 | 25,000.00 | 31,421.23 |
| Grand Totals | | 25,000.00 | 13,202.05 | 19,623.28 | 13,202.05 | 0.00 | | | |

An open balance of 31,421.23 still remains.

Page 1

Wilhelm Hall
237 Rock Ave.
Park Ridge, NJ  07656


Account #:    204010 - SOP (IRA)
Account Type: IRA/SOP
Term Length:  2 years

Please see the Cash SOP account for Summary of all Warrants

Compound Period:              Annual

Nominal Annual Rate:          18.000%


AMORTIZATION SCHEDULE - Normal Amortization

|  | Date | Invest | Balance Date | Return | Interest | Net Change | Balance |
|---|---|---|---|---|---|---|---|
| Invest | 6/28/2007 | 25,979.85 | | | | 25,979.85 | 25,979.85 |
| Invest | 6/28/2007 | 50.00 | | | 0.00 | 50.00 | 26,029.85 |
| Jance Date | 3/31/2008 | | 0.00 | | 3,555.75 | 3,555.75 | 29,585.60 |
| Grand Totals | | 26,029.85 | 0.00 | 0.00 | 3,555.75 | 29,585.60 | |

An open balance of 29,585.60 still remains.

Page 1

Jonathan Patton
4021-C Camellia Drive
Valdosta, GA 31605

Account #:    204048
Account Type: Cash
Term Length:   2 years

Rate Period:              Annual

Nominal Annual Rate:      14.000%

AMORTIZATION SCHEDULE - U.S. Rule (no compounding)

|  | Date | Loan | Payment | Interest Accrued | Interest Paid | Principal Paid | ------------ Interest | Balance Due ------------ Principal | Total |
|---|---|---|---|---|---|---|---|---|---|
| Loan | 12/11/2006 | 40,000.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 40,000.00 | 40,000.00 |
| Loan | 3/31/2008 | 0.00 | | 7,287.67 | 0.00 | 0.00 | 7,287.67 | 40,000.00 | 47,287.67 |
| Loan | 6/30/2008 | 0.00 | | 1,396.16 | 0.00 | 0.00 | 8,683.83 | 40,000.00 | 48,683.83 |
| Loan | 9/30/2008 | 0.00 | | 1,411.51 | 0.00 | 0.00 | 10,095.34 | 40,000.00 | 50,095.34 |
| Loan | 12/31/2008 | 0.00 | | 1,411.51 | 0.00 | 0.00 | 11,506.85 | 40,000.00 | 51,506.85 |
| Loan | 3/31/2009 | 0.00 | | 1,380.82 | 0.00 | 0.00 | 12,887.67 | 40,000.00 | 52,887.67 |
| Grand Totals | | 40,000.00 | 0.00 | 12,887.67 | 0.00 | 0.00 | | | |

An open balance of 52,887.67 still remains.



InvestorsChoiceIRA Financial

This certifies that

*Donald & Ruth Halverson*

has invested $35,000

On April 06, 2004

at a term of 5 years

earning 9.0% APR

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

Signature

Date

Number: IFCF040604-01
Account# 104127



InvestForClosures Financial

This certifies that

**Donald & Ruth Halverson**

has invested $20,000
On August 31, 2004
at a term of 5 years
earning 9.0% APR

The terms and conditions of this investment are covered under the standard
Subscription Agreement and your individual account documents. Membership not
transferable.

Number: IFCF083104-01
Account# 104127

_CEO-IFCF_ 8/31/04
Date

Signature



Case: 1:09-cv-01221   Document 58-2   Filed 04/27/2009   Page 32 of 35

IFC Ventures

This certifies that

*Donald & Ruth Halverson*

has invested $20,000
On July 7, 2005
for a term of 5 years
earning 15% APR

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

Number: IFCV070705-01
Account# 204023

_____
Signature

July 7, 2005
Date

Page 1

The Halverson Family Trust
Donald & Ruth Halverson, Trustees
19 Pier Point
New Bern, NC 28562

Account #    104127
Account Type: Cash
Term Length:  5 years

Compound Period:              Annual

Nominal Annual Rate:          9.000%

AMORTIZATION SCHEDULE - Normal Amortization, 360 Day Year

|        | Date       | Invest    | Return    | Interest  | Net Change | Balance   |
|--------|------------|-----------|-----------|-----------|------------|-----------|
| Invest | 4/6/2004   | 35,000.00 |           |           | 35,000.00  | 35,000.00 |
| Invest | 8/31/2004  | 20,000.00 |           | 1,286.25  | 21,286.25  | 56,286.25 |
| 1      | 3/19/2007  |           | 15,217.38 | 13,931.13 | 1,286.25-  | 55,000.00 |
| 2      | 3/31/2008  |           | 0.00      | 5,129.85  | 5,129.85   | 60,129.85 |
| 3      | 6/30/2008  |           | 0.00      | 1,367.95  | 1,367.95   | 61,497.80 |
| 4      | 9/30/2008  |           | 0.00      | 1,414.45  | 1,414.45   | 62,912.25 |
| 5      | 12/31/2008 |           | 0.00      | 1,446.98  | 1,446.98   | 64,359.23 |
| Grand Totals | |  55,000.00 | 15,217.38 | 24,576.61 | 64,359.23 |           |

An open balance of 64,359.23 still remains.

Page 1

The Halverson Family Trust
Donald & Ruth Halverson, Trustees
19 Pier Point
New Bern, NC  28562

Account #:    204023
Account Type: Cash
Term Length:  5 years

Rate Period:                    Annual

Nominal Annual Rate:            15.000%

AMORTIZATION SCHEDULE - U.S. Rule (no compounding)

|  |  |  |  | Interest | Interest | Principal | ----------- | Balance Due | ------------- |
|  | Date | Loan | Payment | Accrued | Paid | Paid | Interest | Principal | Total |
| Loan | 7/7/2005 | 20,000.00 |  | 0.00 | 0.00 | 0.00 | 0.00 | 20,000.00 | 20,000.00 |
| 1 | 3/19/2007 |  | 5,095.89 | 5,095.89 | 5,095.89 | 0.00 | 0.00 | 20,000.00 | 20,000.00 |
| Loan | 3/31/2008 | 0.00 |  | 3,098.63 | 0.00 | 0.00 | 3,098.63 | 20,000.00 | 23,098.63 |
| Loan | 6/30/2008 | 0.00 |  | 747.95 | 0.00 | 0.00 | 3,846.58 | 20,000.00 | 23,846.58 |
| Loan | 9/30/2008 | 0.00 |  | 756.16 | 0.00 | 0.00 | 4,602.74 | 20,000.00 | 24,602.74 |
| Loan | 12/31/2008 | 0.00 |  | 756.16 | 0.00 | 0.00 | 5,358.90 | 20,000.00 | 25,358.90 |
| Grand Totals |  | 20,000.00 | 5,095.89 | 10,454.79 | 5,095.89 | 0.00 |  |  |  |

An open balance of 25,358.90 still remains.

Page 1

The Halverson Family Trust
Donald & Ruth Halverson, Trustees
19 Pier Point
New Bern, NC  28562

Account #:    204023 - SOP
Account Type: Cash/SOP
Term Length:  2 years

Warrants:
40,313 Warrants 1:1 for fresh dollars and interest accumulated
3,047 15% Warrant Bonus on accumulated interest for being in IFC since 2004
43,360 Total Warrants as of 3.19.07

Compound Period:              Annual

Nominal Annual Rate:          18.000%

AMORTIZATION SCHEDULE – Normal Amortization

|        |      | Date       | Loan      | Payment          | Interest  | Principal  | Balance   |
|--------|------|------------|-----------|------------------|-----------|------------|-----------|
| Frey   | Loan | 3/19/2007  | 20,000.00 |                  |           |            | 20,000.00 |
| Aoh 204023 | Loan | 3/19/2007 | 5,095.89  | Interest         | 0.00      | 0.00       | 25,095.89 |
| act. 104127 | Loan | 3/19/2007 | 15,217.38 | Interest       | 0.00      | 0.00       | 40,313.27 |
|        | Loan | 3/31/2008  | 0.00      |                  | 7,537.90  | 7,537.90-  | 47,851.17 |
|        | 1    | 6/30/2008  |           | 0.00             | 2,147.40  | 2,147.40-  | 49,998.57 |
|        | 2    | 9/30/2008  |           | 0.00             | 2,268.43  | 2,268.43-  | 52,267.00 |
|        | 3    | 12/31/2008 |           | 0.00             | 2,371.35  | 2,371.35-  | 54,638.35 |
| Grand Totals | |            | 40,313.27 | 0.00             | 14,325.08 | 14,325.08- |           |

An open balance of 54,638.35 still remains.