UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> INVESTFORCLOSURES FINANCIAL, L.L.C., et. al., <br><br> Defendants. | Case No. 09 cv 1221 |

### NOTICE OF MOTION

To: Robert Craig Thurston  
Thurston Law Offices, P.C.  
10469 Bethel Avenue  
Huntley, IL 60142

Russell Wade Baker  
Campion, Curran, Dunlop & Lamb, P.C.  
8600 U.S. Route 14, Suite 201  
Crystal Lake, IL 60012

PLEASE TAKE NOTICE that on **June 2, 2009** at **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Harry D. Leinenweber in Room 1941 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the Court with Defendants' <u>Motion to Dismiss</u>, a copy of which is filed herewith and hereby served on you.

/s/ Robert B. Christie

### CERTIFICATE OF SERVICE

I, an attorney of record, hereby certify that on May 27, 2009, I electronically filed the forgoing Notice of Motion through the Court's Electronic Cases Filing System, and that pursuant to Local Rule 5.9, such filing constitutes service on all Filing Users that have appeared in the above captioned proceeding.

/s/ Robert B. Christie

Robert B. Christie  
HENDERSON & LYMAN  
175 West Jackson, Suite 240  
Chicago, Illinois 60604  
312-986-6957  
rchristie@henderson-lym.com  
ARDC No. 6229020