**EXHIBIT A**



SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS    CONTACT

## LLC FILE DETAIL REPORT

| Entity Name | INVESTFORCLOSURES.COM, L.L.C. | File Number | 00388815 |
|---|---|---|---|
| Status | INVOLUNTARY DISSOLUTION | On | 08/28/2001 |
| Entity Type | LLC | Type of LLC | Domestic |
| File Date | 03/14/2000 | Jurisdiction | IL |
| Agent Name | JIM D BOURASSA | Agent Change Date | 03/14/2000 |
| Agent Street Address | 1625 COLLEGE GREEN DRIVE | Principal Office | 109 DOUGLAS AVE<br>ELGIN 60120 |
| Agent City | ELGIN | Management Type | MGR   **View** |
| Agent Zip | 60123 | Duration | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2001 |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

**Return to the Search Screen**

**BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE**