**EXHIBIT D**

# IFC InvestForclosures

This certifies that

*Maria Alva Valentin*

has invested $30,000

on September 4, 2001

at a term of 5 years

Per the Graduated Interest Accrual Plan

Note: Interest is accrued and automatically rolled-over, unless you choose to receive them on a quarterly basis (available after first year). Substantial interest penalty for early withdrawal. Membership Interests are not transferable.

9/4/01

Number: IFC090401-01



**EXHIBIT E**

# iFC InvestForclosures

This certifies that

## Keith Raines and Bonnie C. Raines

have invested $10,000

on December 31, 2001

at a term of 5 years

Per the Graduated Interest Accrual Plan

Note: Interest is accrued and automatically rolled-over, unless you choose to receive them on a semi-annual basis (available after first year). Substantial interest penalty for early withdrawal. Membership Interests are not transferable.

Signature     Date 12/31/01

Number: IFC123101-03a

## Graduated Interest Accrual Plan

Account Growth per Year (compound interest plus principle):

12/31/02 @ 20% = $12,000

12/31/03 @ 22% = $14,640

12/31/04 @ 24% = $18,154

12/31/05 @ 26% = $22,874

12/31/06 @ 28% = $29,278

This replaces certificate number IFC123101-03, which was reported lost and is now void.

Case: 1:09-cv-01221 Document #: 91-6 Filed: 05/28/09 Page 4 of 5 PageID #:818



# EXHIBIT F

Note: Interest is accrued and automatically rolled-over, unless you choose to receive them on a semi-annual basis (available after first year). Substantial interest penalty for early withdrawal. Membership Interests are not transferable.

Investor: Keith Raines and Bonnie C. Raines

Address: 1118 S. Dilton Ave.

City: River Ridge

State: LA

Zip: 70123-1245

Phone: 504-738-6218

Email: kr468@aol.com

Investment Date: 12/31/01

Investment Term: 5 years - Graduated Interest Accrual Plan

Investment Amount: $10,000

Special notes: You have first rights to franchising and Warrants to IPO (20,000 Warrants)

Account Growth per Year (compound interest plus principle):

12/31/02 @ 20% = $12,000

12/31/03 @ 22% = $14,640

12/31/04 @ 24% = $18,154

12/31/05 @ 26% = $22,874

12/31/06 @ 28% = $29,278

Go to Member Only page

Add funds to your account

Case: 1:09-cv-01221 Document #: 91-6 Filed: 05/28/09 Page 5 of 5 PageID #:819

# EXHIBIT G



SERVICES   PROGRAMS   PRESS   PUBLICATIONS   DEPARTMENTS   CONTACT

## LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | INVESTFORCLOSURES FINANCIAL, L.L.C. | **File Number** | 00684406 |
| **Status** | INVOLUNTARY DISSOLUTION | **On** | 09/12/2008 |
| **Entity Type** | LLC | **Type of LLC** | Domestic |
| **File Date** | 03/19/2002 | **Jurisdiction** | IL |
| **Agent Name** | JIM D BOURASSA | **Agent Change Date** | 07/07/2004 |
| **Agent Street Address** | 254 GREGORY SEARS DR. | **Principal Office** | 13908 IL RTE 176 WOODSTOCK 60098 |
| **Agent City** | GILBERTS | **Management Type** | MGR  **View** |
| **Agent Zip** | 60136 | **Duration** | PERPETUAL |
| **Annual Report Filing Date** | 00/00/0000 | **For Year** | 2008 |
| **Assumed Name** | INACTIVE - ROI DEVELOPERS<br>INACTIVE - INVESTFORCLOSURES | | |
| **Old LLC Name** | 12/31/2002 - INVESTFORCLOSURES, L.L.C. | | |
| **Series Name** | NOT AUTHORIZED TO ESTABLISH SERIES | | |

**Return to the Search Screen**

**BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE**