Case: 1:09-cv-01221 Document #: 91-7 Filed: 05/28/09 Page 1 of 23 PageID #:820



# EXHIBIT H

*Real Estate*

*Real Time*

*Real Easy !*

InvestorTainment[TM]         Low Risk / High Rates

     

     

Great for IRA's                  Franchise Info

▶ **Message from the CEO**

▶ About InvestForClosures

▶ Reviews and Testimonies

▶ Member Area - Must have current User Name and Password

**Accomplishments:**

Member - Better Business Bureau

Winner of the Republican of the Year Award for Illinois, presented by the National Republican Congressional Committee (NRCC)

Appeared on World Business Review with national television coverage

Legal Notice | Privacy Policy

InvestForClosures, L.L.C.

**Toll-free**:        1-...
**Office**:           847...

PMB 135
244 South Randall Road
Elgin, IL 60123-5529



©1998-2002 InvestForClosures  All Rights Reserved.

InvestForClosures rated
"Low Risk" by Dun & Bradstreet



LOW...........................HIGH

D-U-N-S Number: 13-325-3125

Web-Stat hit counter

Case: 1:09-cv-01221 Document #: 91-7 Filed: 05/28/09 Page 2 of 23 PageID #:821



**Real Estate Secured Investments**

**Real-time Accountability**

**...with Live Cameras!**



Home InvestorTainment® High Rates IRA's Franchise CEO Message Reviews

**InvestorTainment®: Investor Disclosure Process™**

Exclusive to InvestForClosures Financial is the Investor Disclosure Process (IDP). It's a patent pending process that allows investors the ability to see how and where their money is being invested on a real-time, live basis. InvestForClosures Financial uses web cams and other internet tools to create what we call InvestorTainment®

When the visionary and CEO, Frank Sanchez, explained his concept of investor disclosure to me, I created the new word "InvestorTainment" as a combination of investment (think New York) and entertainment (think Hollywood). The word is also a registered trademark, owned by InvestForClosures Financial, and may soon be included in the Webster dictionary.

With InvestorTainment®, the investor can view the progress of any given project as well as its financial information in the Member Only areas of our website. The type of InvestorTainment® depends upon many factors, but the list below covers many typical scenarios:



**Watch your investment LIVE on the web !**

Images and Text:

For a proposed or candidate project, images and a brief description are typical. This allows the investors to see the potential project InvestForClosures Financial may fund using investor money.

Online discussion:

Using the best email and chat technology, we offer live chat sessions to investors in order to facilitate an immediate response on action taken by InvestForClosures Financial. Our investors are the backbone of InvestForClosures Financial and we strive to stay in tune with investor sentiment. Members can also email us for suggestions and comments on our projects.



Streaming Video:

For projects with no access or poor access to the Internet, we enhance the InvestorTainment® with play-back video streaming using RealPlayer, a standard for Internet video. With our state-of-the-art video streaming technology, the movie will play almost instantly once the link is clicked. Our videos include voice-overs to explain what the viewer is watching, and to explain the financial aspects of the investment.

Web Cam:

When bandwidth is available, we can provide a live streaming

video feeds to the website. Along with a textural description of what the viewer is seeing, the live camera feed provides the optimal Investortainment®. InvestForClosures Financial is the industry leader in investor disclosure, and the live camera is the ultimate in investor confidence.



**Video Email:**

Occasionally we send video emails to our investors. These low bandwidth, short videos are "click-and-play", we use the video email to inform you of any changes that have taken place which may effect the financial status of an investment.

**Bonus features:**

In our Member Only areas, we include an easy-to-use web page form for sending us questions and comments.

**Investment Project pages:**

Each project has its own web page, including a description, costs, prices, images, videos, and an ongoing discussion of the investment. One can actually watch the investment in real estate from start to finish.

**MyMoney page:**

Every funded Member gets their own MyMoney<sup>TM</sup> page, which is a secure, password protected web page that includes the term and level of the investment; the investors accumulated interest, any additional bonuses or conditions of the investment, and links to the Member Only pages. The investor can view their MyMoney<sup>TM</sup> page any time and at any location, to check on their money and growth.



Thank you for your interest in InvestorTainment®. If you have any questions or comments, feel free to contact us toll-free at **1-877-610-5982**    or email info@investforclosures.com.

Regards,

*Jim D. Bourassa*
**President and Co-Founder**

<u>About Jim D. Bourassa</u>

Jim D. Bourassa meeting with Congresswoman Shelley Moore Capito, House Banking and Financial Services Committee

Note: Your information is strictly confidential and is never rented, sold or viewed by anyone else



| | |
|---|---|
| Name | |
| Email | |
| Phone | |

State/Province:  Select From List

Click here for a phone call ASAP ☐

Entrepreneurs Only: Info on Franchising?  Select From List



IRA
Investment
Only                    Level Desired

CASH
Investment
Only                    Level Desired

I am an
accredited
investor, have
not received
general
solicitation,
and accept the
terms and
conditions.



© Copyright 1999-2002 - InvestForClosures Financial - All Rights Reserved

Powered by
LivePerson



**Real Estate Secured Investments**

**Real-time Accountability**

**...with Live Cameras!**

Home InvestorTainment ® High Rates IRA's Franchise CEO Message Reviews

**Low Risk / High Rates**

InvestForClosures Financial is a **low risk** company because of five key factors:

**Experienced Management** - The Chief Executive Officer, Francis X. Sanchez, has 22 years of experience in the construction industry, 18 years of real estate acquisitions and management experience, and 11 years of mortgage finance experience.

The Chief Operations Officer, Jim D. Bourassa, has 20 years of experience with computers and software, and 7 years of Internet development experience. Both have owned and managed successful companies prior to InvestForClosures Financial.

**Secure Investment** - Approximately 90% of investors funds goes toward the purchase of real estate.

**Solid Core** - Although InvestForClosures Financial has a patent pending and various trademarks, and is considered a technologically advanced company, the core of the business is very simple. We buy real estate cheap, fix it up, and sell it for more.

**High Profit** - Typical "flips" of foreclosure properties, when performed with a team of professionals using before and after appraisals, will yield profit margins of 50% or more when typically calculated on a cash basis.

**Proprietary Position** - InvestForClosures Financial has an "unfair" competitive advantage because of our proprietary business methods, experience, trademarks, copyrights, distributorship network, trade secrets, and private formulas for success. We are at the forefront of our industry and will maintain this advantage by continually securing our intellectual property and our market position.

**High Rates** are possible when an investor makes a long-term commitment with our company. Because you invest directly in the source instead of a middleman like a bank or an investment broker, the returns are much higher (see rates by filling out the request form below).

Think about it! Who do you think banks lend their money to - - real estate, construction, and finance companies like InvestForClosures Financial. We figure that anyone that has committed themselves to us for this long of a period deserves to share the profits with us.

**Contact us today to secure your future!**



CEO, Francis "Frank" Sanchez meeting with Members of Congress: Shelley Moore Capito (left) and Edward R. Royce (right)



COO, Jim D. Bourassa meeting with General Alexander M. Haig, Secretary of State for Ronald Reagan

Note: Your information is strictly confidential and is never
rented, sold or viewed by anyone else

Name

Email

Phone

State/Province:   Select From List

Click here for a
phone call
ASAP

Entrepreneurs
Only: Info on     Select From List
Franchising?

IRA
Investment        Level Desired
Only

CASH
Investment        Level Desired
Only

I am an
accredited
investor, have
not received
general
solicitation,
and accept the
terms and
conditions.

Click to send

© Copyright 1999-2002 - InvestForClosures Financial - All Rights Reserved

Powered by
LivePerson



**Real Estate Secured Investments**

**Real-time Accountability**

**...with Live Cameras!**



Home  InvestorTainment ®  High Rates  IRA's  Franchise  CEO Message  Reviews

**Tax Deferred Investing:**
**Rollover your IRA**

Tax Deferred accumulation is the process of investing in a
manner that allows your investment to grow without being
taxed. One of the most popular tax deferred vehicles is the
**Individual Retirement Account** or **IRA**.



Time is Money !

When you establish a retirement account, you may not realize
that your IRA is simply a shield or shell that keeps the federal,
state and local governments from taxing your investment
earnings each year. You still must choose what investments
you want to hold inside this retirement account shell.

Real estate investments through InvestForClosures Financial
are an ideal choice. A well-diversified portfolio contains real
estate investments. We offer securities with fixed rates and
terms and no fees (see rates and terms by filling out the
request form below). The funds are securitized by the real
estate.



Don't gamble on stocks...

We can roll-over your current IRA from your bank, investment
firm or former employer into a self-directed IRA, and keep
your money tax sheltered.

Since 1984, the IRA custodian we use has been providing
quality administrative services for self-directed individual
retirement accounts. They currently service over 39,000
accounts whose assets exceed $3.9 billion.

Our IRA custodian offers various types of IRAs including
Traditional and Roth.

**Traditional IRAs**
The first type of IRA created was the Traditional IRA. Annual
contributions to a Traditional IRA may be tax deductible
depending on the individuals Modified Adjusted Gross Income
(MAGI) and whether or not the individual and his/her spouse
are covered by an employer's retirement plan.



Furthermore, earnings accumulate on both principal and
interest paid and is tax deferred up to the point the individual
makes a withdrawal from the IRA.

Why worry?

**Roth IRAs**
Roth IRAs were created by the Taxpayer Relief Act of 1997 to
offer individuals an alternative retirement vehicle with different
tax benefits from its counterpart. Depending on an individual's
Adjusted Gross Income, contributions can be made (even past
age 70 ½) to a Roth IRA but are considered non-deductible.

However, earnings may be withdrawn tax-free and even
penalty-free when certain conditions are met. Contributions to
a Traditional IRA may be converted to a Roth IRA if the
individual's AGI is less than $100,000.

**Who is eligible for a Traditional IRA?**
Anyone who is under the age of 70 ½ and has earned income

is eligible for an IRA.

### How much can be contributed to a Traditional IRA?
For 2002, an individual may contribute any amount up to 100% of his/her compensation or $3,000 whichever is less. If the individual will attain the age 50 by 12-31-02, he/she may make an additional catch-up contribution of $500.

### Who is eligible for a Roth IRA?
Anyone who has earned income and falls within the Modified Adjusted Gross Income (MAGI) limits is eligible for a Roth IRA. If you are single, your MAGI must be less than $110,000. If you are married, your MAGI must be less than $160,000.

### How much can be contributed to a Roth IRA?
For 2002, a maximum limit of $3,000 ($3,500 if the individual will be 50 by 12-31-02) may be contributed by an individual each year. However, both Roth IRA and Traditional IRA contributions may not exceed $3,000 (or $3,500 for persons age 50 or older) jointly.

### Contact us today to upgrade your IRA !

Note: Your information is strictly confidential and is never rented, sold or viewed by anyone else



Hold the winning hand!



Contact us today!

| | |
|---|---|
| Name | |
| Email | |
| Phone | |
| State/Province: | Select From List |
| Click here for a phone call ASAP | ☐ |
| Entrepreneurs Only: Info on Franchising? | Select From List |
| IRA Investment Only | Level Desired |
| CASH Investment Only | Level Desired |
| I am an accredited investor, have not received general solicitation, and accept the terms and conditions. | ☑ |

Click to send

© Copyright 1999-2002 - InvestForClosures Financial - All Rights Reserved



Powered by LivePerson



Call toll-free: 1-877-610-5982

*Real Estate*
*Real Time*
*Real Easy !*



Home | InvestorTainment | High Rates | IRA's | Franchise | CEO Message | Reviews

**National Franchising**

InvestForClosures Financial is the innovator and leader of the Real Estate industry which specializes in distressed and foreclosed properties. We proudly boast our low-cost, highly profitable operating system offering a valuable service to our clients with very little competition.

The Company's foundation is solid and based on our experienced and dedicated people. We are the first in our line of Real Estate business to create a Franchise system designed solely for distressed properties and make this type of business affordable, and for that reason our group of Franchisees will be at the forefront of the industry.

The Real Estate business has exploded over the last 20 years and will continue to grow at a very fast pace. Our franchise package has been developed and designed to respond to the client's expectations when it comes to choices, price, services and convenience. We are revamping the Real Estate Industry. As an InvestForClosures Financial Franchisee you will be in on the ground floor and staking your claim in this billion dollar industry.

The InvestForClosures Financial commitment to value and concern for our clients will give you the foundation you could not possibly get - until now!

Hundreds of counties available to franchise !



**Our Formula for Success**

1. LOW ROYALTIES! Well below the industry average.

2. LOW start up. You can start your own business with just a few thousand dollars.

3. Over 40 combined years of experience in the business.

4. An extensive selection of services and technology to maximize your sales volume.

5. Exclusive marketing techniques.

6. Costs savings provided by a variety of national programs.

7. Comprehensive training and on-going assitance.

8. A personal, experienced staff to support you.

Contact us today about our Franchise opportunity in online real estate - no debt, no employees, no overhead…cash in on our patent-pending process!

Real estate. Real-time. Real easy!

Note: Nothing on this website should be regarded as an offer to sell an InvestForClosures Financial franchise to the residents of any jurisdiction in which the franchise must be registered before it is offered and sold. Nor are contents of this site otherwise directed to residents of such jurisdictions. No

Rehab and market homes for big profits!



InvestForClosures Financial franchise will be sold in any such jurisdiction until the offering has been exempted from the jurisdiction's requirements, or until the offering has been registered and the required Uniform Franchise Offering Circular has been delivered to the prospective franchisee, in compliance with applicable law.

**Get our turn-key operation, and profit from the #1 name brand in foreclosure investing.**

For more, complete this form:

| | |
|---|---|
| Name | |
| Email | |
| Phone | |
| State/Province: | Select From List |
| Click here for a phone call ASAP | ☐ |
| Entrepreneurs Only: Info on Franchising? | Select From List |
| IRA Investment Only | Level Desired |
| CASH Investment Only | Level Desired |
| I am an accredited investor, and accept the terms and conditions. | ☑ |

Office:     847-289-0269
Toll-Free:     1-877-610-5982

CLICK for more!

© Copyright 1998-2002 - InvestForClosures Financial - All Rights Reserved

Powered by LivePerson



**Real Estate Secured Investments**

**Real-time Accountability**

**...with Live Cameras!**



Home InvestorTainment ® High Rates IRA's Franchise CEO Message Reviews

**Message from the CEO**

August 7, 2002

Dear Investors,

Have you ever heard of a guy named Dennis Kozlowski? To be honest with you, I never knew who he was either. However, I'm sure you have heard of Tyco International. Dennis Kozlowski is the former CEO of Tyco International. Today's front page of the Wall Street Journal shows how this CEO enriched himself by creating more than 135 million dollars in loans to himself. I've said before and I'll say it again, all these high-level CEO's that have been committing these white collar crimes should go to jail.

The Investor Disclosure Process™ that we use at InvestForClosures Financial will hopefully put an end to the blatant misuse of investor funds. The process allows for an investor to view the operations of a company live via web cams, on the Internet. Also, it allows for instant financial updates on your investment, as well as your financial status of the company. No more quarterly reports, waiting for something in the mail, or waiting for someone to get back at you with information. From now on, the financial information that you need will be available by the click of a button.

Think of it, what if you were an investor at Tyco and they had the Investor Disclosure Process™. One morning in June 2000, you click on the button for the companies expenditures for the day, and you see a line item that says Kozlowski's apartment, $18 million dollars, then you see another line item that says apartment furnishings $11 million dollars, what would you do?

It's sad but true, the investors of Tyco International paid more than 29 million dollars just for an apartment for the CEO, not to mention another 100 million dollars spent on all kinds of extravagance. Kozlowski spent $6,000 on gold-and-burgundy floral pattern shower curtain. Now I don't know about you, but I usually pick up my shower curtains for about 12 bucks at Wal-Mart.

My point is the financial horizon is changing quickly. InvestForClosures Financial is leading the way, when it comes corporate transparency. What other company do you know of that has their operations live via web cams?

After nearly three years of existence, InvestForClosures Financial has undergone many changes. We have kept our promise to maintain a business and technological edge over our competition. To this date, we are still the only company of our kind. An Investor can invest their money in many different investment programs ranging from a cash investment to an IRA investment, and see exactly where their money is being invested via the live web cams.

On July 20th Jim Bourassa, COO and I formerly introduced the Investor Disclosure Process™ to America at the World Future Society Conference in Philadelphia, PA. The speaker of the house, Dennis Hastert, has reviewed our Investor Disclosure

Our live and interactive presentation to the World Future Society

Our live and interactive presentation to the World Future Society

World Future Society

Attendance at the World Future Society was beyond our expectations

Process™ and is recommending it to the Securities and Exchange Commission for further review.

The Corporate Accountability Bill demands accountability from Americans businesses, increases oversight into corporate practices and punishes those who break the public trust. I applaud President Bush and congratulate on the steps he has taken in the right direction.

Sincerely,

Frank Sanchez,CEO

**About Frank Sanchez**



Frank Sanchez and Dennis Hastert, Speaker of the House

**Contact us today to learn more !**

Note: Your information is strictly confidential and is never rented, sold or viewed by anyone else

| | |
|---|---|
| Name | |
| Email | |
| Phone | |
| State/Province: | Select From List |
| Click here for a phone call ASAP | ☐ |
| Entrepreneurs Only: Info on Franchising? | Select From List |
| IRA Investment Only | Level Desired |
| CASH Investment Only | Level Desired |
| I am an accredited investor, have not received general solicitation, and accept the terms and conditions. | ☑ |



© Copyright 1999-2002 - InvestForClosures Financial - All Rights Reserved



Powered by LivePerson





*Real Estate*
*Real Time*
*Real Easy !*



Home | InvestorTainment | High Rates | IRA's | Franchise | CEO Message | About Us | Reviews

**About InvestForClosures**

**Introduction**

InvestForClosures (IFC) is a unique investment opportunity combining Old World real estate strategies with New World Internet technology.

We have developed a unique business process that we call the "Investor Disclosure Process" (patent pending). It allows investors to see via webcams what is actually being done with their money. It will also serve as a management / training tool for corporate IFC, enabling IFC to monitor franchises on a "real-time" basis.

Currently we hold 10 trademarks. One of them is InvestorTainment^TM. Now, investors no longer have to take a broker's word or read a quarterly report to find out what is happening with their money. Investors can watch what happens with their money - Live on the web! It's not only an investment - it's entertainment - it's InvestorTainment™! Also, our live web chats and accessibility to our investors via email and cell phones have not only made InvestForClosures a safe investment, but also the world's first interactive real estate investment.

InvestForClosures specializes in buying properties via foreclosures, repossessions, bank REO's, and Sheriff's sales. We use cash to buy distressed properties at a deep discount, rehab the property as needed, and sell it below fair market value. A typical project would take between 3 weeks and 3 months to rehab after the property is purchased. The ability to affect a quick return on cash invested is one of the key elements to financial profits, given the principles of the "time value of money".

The use of the Internet and digital technology puts InvestForClosures on the cutting edge of real estate investing. We believe it is the new standard by which other securities and real estate investment companies will have to model themselves. The interactivity between investor and investment has put us in a class of our own.

Given that foreclosures and distressed properties are at an all time high, its not by chance that InvestForClosures has positioned itself in such a way as to take full advantage of this economic trend. The CEO and founder of InvestForClosures has been self employed all his adult life, 23 years. Having been personally involved in many economic ups and downs, he has developed a keen sense for economic trends. There always has been and there always will be a need for housing and real estate.

We are in the process of developing a nationwide avenue for people, not only to purchase distressed properties, but also to sell them. We are the first company to integrate, nationalize, and franchise the "Mom and Pop" concept of two or three guys pooling their money together-buying a property-fixing it up-and selling it for a profit. Think about it! These days one can't even buy a sandwich without it coming from some type of

















franchise. It is the vision of InvestForClosures that, in conjunction with the Investor Disclosure Process, a Nationwide Syndication of InvestForClosures will provide the structure and regulated means for investors to invest in distressed real estate.

InvestForClosures policy is to purchase property only where the projected gross profit margin will be at least a 50% return on cash invested. A certified appraiser will be used to insure both pre-purchase offers and post rehab completion sales are in line with projections.

### Licensing/Franchising

InvestForClosures will begin to sell licenses to other businesses to allow them to use our Investor Disclosure Process. The prices for these licenses will range between $2,500 and $25,000, depending on a number of factors that have yet to be determined.

Attorneys have completed the national franchising process for 35 states, and are currently working on the remaining 15 states. A typical franchise containing a population base of 150,000 people will sell for a base price of $9,500.

### The Company

InvestForClosures is an Illinois-based Limited Liability Company specializing in the sale of privately placed securities and the acquisition and sale of distressed real estate. It is headed by Francis Xavier Sanchez, a Robert Allen Master graduate and Mortgage Broker doing business in 11 States. Mr. Sanchez contributes 22 years of investing, construction, and lending experience. Mr. Sanchez has a B.A. degree in radio, television, and film production. (See Biography)

The Company's basic investment strategy is very simple. Buy low + Sell high = Profits. The more times it's done, the more profits. Investment in distressed real estate involves significant risks. However, experience and a sound business plan coupled with innovative marketing and expertise management will help ensure InvestForClosures longevity in this newly created Internet marketplace, as well as profitability.

Statistics prove that foreclosures and distressed properties are at an all time high. InvestForClosures has positioned itself in such a way to take full advantage of economic hard times and prosper in economic good times.

### Planned Marketing Segments

InvestForClosures will closely monitor the pulse of 2 real estate markets, the sellers market and the buyers market.

*The Sellers Market* - Potential distressed properties will be identified from the following sources:

- Pre-Foreclosures (private sector)
- Bank REO's
- HUD Repossessions
- FHA Repossessions
- VA Repossessions
- Sheriff's Auctions
- County Auctions
- City Auctions

*The Buyers Market* - Potential purchasers of distressed properties will be identified from the following sources:

- First time buyers
- Move up buyers
- Private investors
- InvestForClosures investors

### Reaching our Markets

InvestForClosures is a multifaceted company, and so are our markets. First, we are in the investor market, investors looking only for a high ROI. Second, we are in the real estate market; we deal with sellers of distressed properties (see Marketing Segments). Third, we are in the IRA market; investors looking







to shelter their gains by sheltering their tax consequences in the retirement funds sector. Fourth, we are in the franchise market; entrepreneurs looking to establish a business. Lastly, we will be in the licensing of our business process market: the Investor Disclosure Process (IDP), allowing for other companies to allow their investors to watch what happens with their investor funds on a live basis on the Internet.

We have reached these markets through a prolific and self-perpetuating presence on the Internet. We have also become adept at receiving media exposure in Television, Radio, Magazines, and Newspapers. We have been in more than 300 television markets nationwide. In addition, they are teaching our business process at the University of Indiana.

### Characteristics of Business

InvestForClosures will project an image of professionalism and experience.

As Christians, the Management highly believes in an atmosphere of fair business practice. The win-win philosophy is how we do business. No exceptions.

IFC Management will maintain open lines of communication between all members, investors and clients. Our management believes in investor's feedback, and we encourage online discussion between IFC and investors (InvestorTainment). The company was created with the specific intentions of being a new breed of company, one where investors finally get a chance to see what is happening with their money. This will help keep InvestForClosures on the cutting edge of technology, and grow IFC leaps and bounds ahead of its competition. Currently we have no competition, yet we intend to be a beacon of light in a combination of industries where it has been said that people would sell their own mothers for a commission (Real Estate, Finance, Construction).

Our investment process (patent pending) will enable investors from all over the United States and eventually the world, the ability to view their investments dollars at work, live via the Internet, thus removing the "Fear of Investing". We believe we will revolutionize the investment industry.

From acquisition to sale, it will be InvestForClosures policy to conduct business in such a way that its members, contractors, real estate agents/brokers and other third-party vendors all share in a fair profit.

In doing so the buyer will be assured of a quality product at a fair price and InvestForClosures will generate the goodwill and "free" advertising of satisfied buyers, contractors and real estate agents/brokers.

### Mission Statement and Goals

Mission: It is our intention to create a national presence. We will have franchises in every state in the country. The Investor Disclosure Process will literally revolutionize the way investing is conducted. The concept is one that only makes perfect logical sense. Why should anyone invest in a company that they can't see on a live basis on the web, when there is a company right next to it that allows investors to watch them, live. We will remove the fear of investing.

### Goals:

InvestForClosures intends to keep itself on the cutting edge of technology. We will grow to be the number-one real estate investment company in the country that specializes in the acquisition, rehab and sale of distressed properties.

Our patented investment process will eventually revolutionize the way all investments are made. Here is an example of how we compare next to traditional investments:

### InvestForClosures

* Live interaction with corporate heads
* Live viewing of business operations
* Interaction with other investors



BEFORE



AFTER



* Educational
* Up to the second "Real-Time" financial and business reports

**Traditional Investments**

* No interaction with corporate heads
* No viewing of business operations
* No interaction with other investors
* Not educational
* Quarterly or annual reports

As word gets out that there is a Company that allows investors to monitor daily operations and be involved in true interactive investing, management believes InvestForClosures will prove itself to be a leader in the investment industry.

The core of our business is Real Estate.

Shelter is one of the basic necessities of life just like food and clothing. Since medieval times there has been a business surrounding real estate.

Live and interactive

InvestForClosures will purchase foreclosures and "situations".

This is the basic formula for InvestForClosures product. Buy at a deep discount, repair, and sell at moderate discount, as quickly as possible.

**Our Profit Formula**

InvestForClosures anticipates that it will acquire any property where the projected profit margin will be more than a 50% annual return on cash invested. An appraiser will be used to ensure acquisition price as well as a completed market price.

The basic formula will be like the simple example below:

An appraiser appraises a property at $100,000 when it's completed.



InvestForClosures will accept $90,000 for the property, less $8,000 for cosmetic repair, less $2,000 for marketing, less $15,000 profit = acquisition price of $65,000.

The project will typically be completed within a 3-month period or less.

What makes InvestForClosures different from other companies is a solid business plan, very competitive investment offerings, no debt, innovative marketing, and a unique vision! The reason any company fails is because it wasn't based on a solid business foundation from the beginning. InvestForClosures was 4 years in the planning and 3 three years of operation.

God bless you and accept our invitation to share in the vision of InvestForClosures as we remove the Fear of Investing by using our "Investor Disclosure Process" (Patent Pending).

**Contact us today to take advantage of our success!**

For more, complete this form:

| | |
|---|---|
| Name | |
| Email | |
| Phone | |
| State/Province: | Select From List |
| Click here for a phone call ASAP | |
| Entrepreneurs Only: Info on Franchising? | Select From List |
| I accept the | |

Case: 1:09-cv-01221 Document #: 91-7 Filed: 05/28/09 Page 17 of 23 PageID #:836

terms and
conditions -
give me more
info 

CLICK for more!

© Copyright 1998-2002 - InvestForClosures - All Rights Reserved





*Real Estate*
*Real Time*
*Real Easy !*



Home | InvestorTainment | High Rates | IRA's | Franchise | CEO Message | About Us | Reviews

**Reviews**

InvestForClosures (IFC) has made it a point to form alliances with major media outlets to insure our niche in the market place. We have been featured in Inman News, Lender's Technologies, Crain's Chicago Business, as well as Business Wire.

InvestForClosures has received the top award, Pure Gold, from the Real Estate Library. We have also won the Golden Web Award two years in a row, for our outstanding web design and content.

InvestForClosures has appeared on World Business Review twice, with national television coverage - ABC, NBC, CBS, FOX, UPN, Public TV, PBS - The Business Channel, America's Voice, and the Knowledge Network! We have also been shown in 40 countries worldwide, including Hong Kong, Canada, and Europe. See our link on the World Business Review website for more information.

**Testimonies**

"InvestForClosures was selected to appear on the program because it is developing one of the most innovative, alternate investment strategies offered by Internet technologies in online real estate investing"

*World Business Review*

To Whom it May Concern,

Thanks for the opportunity to express my experiences to date.

I have interacted mostly with Mr. Frank Sanchez and have found him to be extremely knowledgeable, easily reachable when a question has arisen, and truly enthusiastic about his product.

After my initial conversation with him, investing in his company was automatic.

Thanks

*Dr. Christopher M. Hand, Ph.D.*

I have followed InvestForClosures from the beginning. I like the photos and webcam; they give me a better understanding of what the company is doing. It's easy to follow the action.

*Neil Steffens*













I would definitely recommend InvestForClosures to anyone looking at diversifying their investments. Thank you very much for this fantastic opportunity.

**Carl and Marisel Salas**

We invited InvestForClosures to give an overview of their business at our Kiwanis meeting. We found their presentation to be very informative and interesting. Their approach to real estate investments certainly is innovative!

**Richard Burge**

**Fox Valley Kiwanis Member**



AT FIRST, I MUST SAY I HAD A LOT OF DOUBT. IT ALL SOUNDED TO GOOD TO BE TRUE. SO, I STARTED TO REFERENCE WHATEVER I COULD INCLUDING LOCAL COURT RECORDS AND BETTER BUSINESS BUREAU. AFTER THAT, I STARTED TO THINK THIS COULD BE A SOUND INVESTMENT. ONE THAT I COULD LOOK FORWARD TO. AFTER MEETING FRANK AND JIM, TO DROP OFF MY CHECK, I COULD SEE A LOT OF PASSION AND KNOWLEDGE IN WHAT THEY WERE DOING. THEY, TOO, WERE GLAD TO MEET ME AS A PERSON AND AS A INVESTOR. THEY EVEN TREATED ME TO A LUNCH ON THAT DAY. I WAS VERY HAPPY ABOUT THE FACT THAT I COULD MEET THE C.E.O. AND C.O.O. AT A SAME TIME (in what company, can you do this?) AND I COULD SEE THEIR APPRECIATION TOWARDS THE INVESTORS. NEEDLESS TO SAY, I FEEL VERY LUCKY AND EXCITED TO BE IN THIS VENTURE WITH THEM.

THANKS TO JIM AND FRANK.

VERY SINCERELY,

**SEAN KIM CMD.BS.R.T.(R).(T)**

**Contact us today to begin your success story !**

For more, complete this form:

| | |
|---|---|
| Name | |
| Email | |
| Phone | |

State/Province:  Select From List

Click here for a phone call ASAP ☐

Entrepreneurs Only: Info on Franchising?  Select From List

I accept the terms and conditions - give me more info ☑

CLICK for more!

© Copyright 1998-2002 - InvestForClosures - All Rights Reserved


Powered by
LivePerson



**Real Estate Secured Investments**

**Real-time Accountability**

**...with Live Cameras!**



Home  InvestorTainment ®  High Rates  IRA's  Franchise  CEO Message  Reviews

**Copyright, Trademark and Patent Notice**

**InvestForClosures, L.L.C.**
PMB#135
244 S. Randall Road, Elgin, IL 60123-5529

**InvestorTainment**® is a registered trademark with the
Patent and Trademark Office (USPTO Registration Number:
2624997) for InvestForClosures



**Additional Trademarks of InvestForClosures:**

- Real Estate. Real-time. Real Easy... Keep an eye on
  your ROI !$^{TM}$
- Virtual Internet Personality$^{TM}$
- Investor Disclosure Process$^{TM}$
- InvestorTainment Wireless$^{TM}$
- MyMoney$^{TM}$
- InvestorTainment Passport$^{TM}$
- InvestorTainment Direct$^{TM}$
- InvestorTainment: An Enriching Experience$^{TM}$

The **Investor Disclosure Process**$^{TM}$ is also a filed patent
pending with the Patent and Trademark Office that allows
investors to watch their money being worked live over the
Web.

*Patent Highlights:*
*"Using digital technology, including but not limited to web
cameras, digital cameras, PDA's, robot cam's, or any digital
image capturing device, a continuous stream of images are
captured and uploaded to target location. This digital stream of
images includes any type of time-based interval, for example:
1 frame every 10 seconds, 30 frames a second, 1 frame an
hour, ect.*

*Textural descriptions and sound can also be provided to
increase the quality of information to the end user.*

*The end user can view the images using any Internet
technology, including but not limited to personal computers,
television, PDA's, dedicated Internet appliances, wearable
computers, or a virtual reality interface.*

*The end user also has the option of providing feedback based
upon the provided information, by interacting with the
organization using Internet and digital technology. This
feedback includes, but is not limited to questions or
suggestions to the management.*



*The management can then respond to the end user, using Internet and digital technology, completing the InvestorTainment®, or Investor Disclosure Process<sup>TM</sup>.*

*Overall, this business process is a quantum leap over the current investor disclosure methods of periodic reports, because they are reality-based, and are in real-time."*

Our domain name itself, "investforclosures.com" has been appraised at $7,000 to $9,000 (GreatDomains.com / file 52177).

Other domain names that InvestForClosures, L.L.C. holds include:

Investforclosures.net

Investforclosures.org

investforeclosures.com

investortainment.com

realestateinvesting411.com

All other company and/or product names are trademarks of their respective holders.

All content included on this site, such as text, graphics, logos, button icons, images, audio clips, and software, is the property of InvestForClosures, L.L.C. and protected by U.S. and international copyright laws. The compilation (meaning the collection, arrangement, and assembly) of all content on this site is the exclusive property of InvestForClosures, L.L.C. and protected by U.S. and international copyright laws.

All software used on this site is the property of InvestForClosures, L.L.C. or its software suppliers and protected by U.S. and international copyright laws. Any use, including the reproduction, modification, distribution, transmission, republication, display, or performance, of the content on this site is strictly prohibited.

Furthermore, no part of any web page may be adapted, disassembled, modified, translated, or used to create derivative works without the express written permission of InvestForClosures, L.L.C..

InvestForClosures, L.L.C. owns and reserves all title and rights, including copyright rights, trademark rights, business process patents, and trade secrets in every web page. Information in any web page may change without notice and InvestForClosures, L.L.C. continues to own all title and rights in all versions of every web page.

Copyright, trademark, and patent protection subsists in all works whether or not a copyright, trademark, or patent notice has been placed on the works.

Note: Your information is strictly confidential and is never rented, sold or viewed by anyone else

Name

Email

Phone

State/Province:    Select From List

Click here for a



phone call ASAP

Entrepreneurs Only: Info on Franchising?    Select From List

IRA Investment Only    Level Desired

CASH Investment Only    Level Desired

I am an accredited investor, have not received general solicitation, and accept the terms and conditions.

Click to send

© Copyright 1999-2002 - InvestForClosures - All Rights Reserved



Powered by LivePerson