

**EXHIBIT K**

This certifies that

*Keith Raines*

has invested *$41,635.77*

on November 11, 2002

at a term of 5 year

earning 15.9% APY

5-Year Term: The principal investment must remain untouched for exactly five (5) years from the date the investment payment along with all signed and completed investment documents. A withdrawal of principal prior to the end of the 1st year will incur a 70% penalty on earned interest only. A withdrawal of principal prior to the end of the 3rd year will incur a 35% penalty on earned interest only. A withdrawal of principal prior to the 5th year will incur a 20% penalty on earned interest only. A withdrawal of principal requires a 60-day written notice by mail or electronically via email. Interest payments can be paid on an annual basis per the written request of the investor. Interest is automatically rolled over and compounded during the remainder of the term. Interest payments require a 60-day written notice by mail or electronically via email. If interest is paid out prior to the completion of the next consecutive year of the term, that interest will not be compounded for the year in which it was withdrawn. Upon maturity of said term, unless a withdrawal request has been issued meeting the above stated specifications, your investment will be rolled over and reinvested for another five (5) year term. Membership Interests are not transferable.

Signature — CEO, IFCF    Date 11/26/02

Number: IFC112602-01



**EXHIBIT L**

This certifies that

*Bonnie C. Raines*

has invested $43,112.29

on December 3, 2002

at a term of 5 year

earning 15.9% APY

5-Year Term: The principal investment must remain untouched for exactly five (5) years from the date the investment payment along with all signed and completed investment documents. A withdrawal of principal prior to the end of the 1st year will incur a 70% penalty on earned interest only. A withdrawal of principal prior to the end of the 3rd year will incur a 35% penalty on earned interest only. A withdrawal of principal prior to the 5th year will incur a 20% penalty on earned interest only. A withdrawal of principal requires a 60-day written notice by mail or electronically via email. Interest payments can be paid on an annual basis per the written request of the investor. Interest is automatically rolled over and compounded during the remainder of the term. Interest payments require a 60-day written notice by mail or electronically via email. If interest is paid out prior to the completion of the next consecutive year of the term, that interest will not be compounded for the year in which it was withdrawn. Upon maturity of said term, unless a withdrawal request has been issued meeting the above stated specifications, your investment will be rolled over and reinvested for another five (5) year term. Membership Interests are not transferable.

_____  12/03/02
Signature            Date

Number: IFC120302-01



**EXHIBIT M**

This certifies that

*Joseph Cavaluzzi*

has invested *$10,807.10*

on June 05, 2003

at a term of 5 years

earning 15.9% APR

5-Year Term: The principal investment must remain untouched for exactly five (5) years from the date the investment payment along with all signed and completed investment documents. A withdrawal of principal prior to the end of the 1st year will incur a 70% penalty on earned interest only. A withdrawal of principal prior to the end of the 3rd year will incur a 35% penalty on earned interest only. A withdrawal of principal prior to the 5th year will incur a 20% penalty on earned interest only. A withdrawal of principal requires a 60-day written notice by mail or electronically via email. Interest payments can be paid on an annual basis per the written request of the investor. Interest is automatically rolled over and compounded during the remainder of the term. Interest payments require a 60-day written notice by mail or electronically via email. If interest is paid out prior to the completion of the next consecutive year of the term, that interest will not be compounded for the year in which it was withdrawn. Upon maturity of said term, unless a withdrawal request has been issued meeting the above stated specifications, your investment will be rolled over and reinvested for another five (5) year term. Membership Interests are not transferable.

Signature: [signed] CEO-IFCF  Date: 6/5/03

Number: IFCF060503-01
Account # 104085



**IFC** InvestForClosures Financial

**EXHIBIT N**

This certifies that

*Robert Schaufenbuel & Bradley Schaufenbuel*

has invested *$35,000*
on September 26, 2003
at a term of 2 years
earning 17.9% APR

Note: Interest payments will be paid monthly. Upon maturity of your investment, unless a withdrawal request has been received, your principal will be reinvested in the same plan at the rate and term posted at that time. A withdrawal of principal requires a 90 day written notice by mail or electronically via email. There are no penalties for early withdrawal. Membership Interests are not transferable.

Signature: *[signature]* CEO - IFCF  Date: 9/26/03

Number: IFCF092603-01

Acct#: 104101

**EXHIBIT O**

InvestForClosures Financial

This certifies that

*American Mass Media Corp.*

*Ianhong Ng*

has invested *$50,000*

On November 09, 2004

at a term of *5* years

earning 9.0% APR

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

Signature CEO-IFCF    11/9/04 Date

Number: IFCF110904-01
Account# 104149

# EXHIBIT P



SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS    CONTACT

## LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | INVESTFORCLOSURES VENTURES, LLC | **File Number** | 01384422 |
| **Status** | INVOLUNTARY DISSOLUTION | **On** | 06/13/2008 |
| **Entity Type** | LLC | **Type of LLC** | Domestic |
| **File Date** | 12/30/2004 | **Jurisdiction** | IL |
| **Agent Name** | JAMES D. BOURASSA | **Agent Change Date** | 11/30/2005 |
| **Agent Street Address** | 254 GREGORY M. SEARS DRIVE | **Principal Office** | 13908 IL ROUTE 176 WOODSTOCK 60098 |
| **Agent City** | GILBERTS | **Management Type** | MGR  **View** |
| **Agent Zip** | 60136 | **Duration** | |
| **Annual Report Filing Date** | 00/00/0000 | **For Year** | 2007 |
| **Assumed Name** | INACTIVE - SANDS OF GOLD ESCROW<br>INACTIVE - SANDS OF GOLD<br>INACTIVE - ROI FINANCIAL<br>INACTIVE - REALTY OPPORTUNITIES INTERNATIONAL ESCROW 23<br>INACTIVE - ROI ESCROW | | |
| **Series Name** | NOT AUTHORIZED TO ESTABLISH SERIES | | |

**Return to the Search Screen**

**BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE**