

# EXHIBIT Q

## REALTY OPPORTUNITIES INTERNATIONAL S. DE R.L. DE C.V.

CONSTANCIA DE PARTE SOCIAL No. 3      CAPITAL SOCIAL MÍNIMO $3,000.00

TITULAR: INVESTFORCLOSURES VENTURES, LLC      VALOR DE LA PARTE SOCIAL $2,999.00

La sociedad denominada INVESTFORCLOSURES VENTURES, LLC, de nacionalidad estadounidense, con domicilio en 84 N Eastwood Dr., PMB 3015 Woodstock, Illinois, Estados Unidos de América, es titular de 1 (una) parte social del capital social mínimo de REALTY OPPORTUNITIES INTERNATIONAL Sociedad de Responsabilidad Limitada de Capital Variable, la que fue constituida el día 8 de abril de 2005, ante la fe del Licenciado José Visoso del Valle, Notario No. 145 del Distrito Federal.

### DERECHOS Y OBLIGACIONES DE LOS SOCIOS
### ESTATUTOS SOCIALES

**PRIMERA**. La sociedad se denomina REALTY OPPORTUNITIES INTERNATIONAL y dicha denominación deberá usarse siempre seguida de las palabras SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE, o de sus abreviaturas "S. DE R.L. DE C.V."

**SEGUNDA**. El domicilio social se ubicará en MÉXICO, DISTRITO FEDERAL. Sin embargo, la sociedad podrá establecer agencias o sucursales dentro o fuera de la República Mexicana, así como señalar domicilios convencionales para el cumplimiento de determinados actos y contratos.

**TERCERA**. La duración de la sociedad será de NOVENTA Y NUEVE AÑOS, que se contarán a partir de la firma de la escritura constitutiva.

**CUARTA**. Los objetos o fines de la sociedad son:
  a) La compra, venta, arrendamiento, uso y en general la administración de toda clase de bienes inmuebles.
  b) Proyectar, desarrollar, promover, comercializar y administrar todo tipo de desarrollos inmobiliarios y condominios.
  c) Compraventa, arrendamiento, subarrendamiento, administración, así como la construcción, remodelación, por cuenta propia o de terceros de todo tipo de inmuebles, como terrenos, casas, condominios, hoteles y cabañas.
  d) La compraventa, arrendamiento, subarrendamiento, importación y exportación de mobiliario y equipo, así como toda clase de bienes muebles, vinos, licores, alimentos, bebida que sean necesarios para las actividades de la sociedad.
  e) Solicitar y obtener los permisos, licencias y concesiones necesarios para llevar a cabo el objeto social.
  f) Establecer, construir, operar las oficinas, sucursales y realizar otras actividades que puedan ser requeridas para el cumplimento del objeto de la sociedad.
  g) Recibir y ejercer los poderes o mandatos que le otorguen las personas a las que preste servicios y delegar en sus funcionarios, apoderados o empleados el ejercicio de dichos poderes o mandatos y actuar como representante, contratista, subcontratista, comisionista, mediador, agente, distribuidor o intermediario.
  h) Celebrar toda clase de contratos y actos mercantiles que sean necesarios para la realización de su objeto social.
  i) La compra, venta, arrendamiento, posesión, adquisición, disposición; así como administración, uso y operación bajo cualquier título o derecho de todos los bienes muebles que fueren necesarios o convenientes para la realización del objeto de la sociedad.
  j) La adquisición, uso, venta, cesión, explotación y registro en nombre propio o por cuenta de otros y bajo cualquier título, de toda clase de patentes, permisos, privilegios, inventos, mejoras, procesos, franquicias, marcas, nombres comerciales, modelos industriales y derechos de autor, relacionados con su objeto social, así como para prestar o recibir asistencia técnica de cualquier clase.
  k) La sociedad ya sea por propia cuenta o por medio de terceros podrá realizar en forma enunciativa, más no limitativa, lo siguiente: a) Actuar como comisionista, representante, distribuidor o almacenista de todo aquello que directa o indirectamente se relacione con los fines anteriores; b) Formar parte de otras empresas, asociaciones, sociedades, corporaciones y uniones, adquiriendo acciones o participaciones en las mismas, o bien, interviniendo como parte en la constitución de las sociedades que tengan los fines señalados con anterioridad; c) En general, ejecutar todos los actos, celebrar cualquier clase de contratos, otorgar todo tipo de documentos, así como delegar todas las facultades que sean necesarias para alcanzar los fines señalados con anterioridad;
  l) Adquirir, emitir, girar, suscribir, firmar, aceptar, avalar, endosar, descontar y en general negociar cualquier forma de títulos de crédito; así como suscribir y emitir obligaciones.
  m) La obtención y otorgamiento de préstamos, bajo cualquier circunstancia y sin limitación alguna, pudiendo otorgar avales u obligarse solidariamente, así como constituir garantía de obligaciones propias o a favor de terceros; derivados de los referidos préstamos de manera enunciativa más no limitativa, otorgar avales, fianzas, hipotecas y prendas, sin incurrir en los supuestos contemplados por la Ley Federal de Instituciones de Fianzas.
  n) La instalación, construcción o adaptación de infraestructura para la realización del objeto o la prestación de servicios.
  o) En general la ejecución de todas las actividades relacionadas con los objetos antes señalados que sean permitidas por las leyes.

**QUINTA.** Los socios actuales o futuros de la sociedad, se obligan formalmente con la Secretaría de Relaciones Exteriores a considerarse como nacionales, respecto a las partes sociales de la Sociedad que adquieran o de las que sean titulares, así como de los derechos y obligaciones que deriven de los contratos en que sea parte la sociedad con autoridades mexicanas, y a no invocar por lo mismo la protección de su Gobierno, bajo la pena, en caso contrario, de perder en beneficio de la Nación todos los bienes que hubiesen adquirido.

**SEXTA.** El capital será variable y se integrará por un mínimo de TRES MIL PESOS, MONEDA NACIONAL y un máximo ilimitado.

**SÉPTIMA.** El capital social se dividirá en partes sociales que podrán ser de valor y categoría desiguales pero que, en todo caso serán múltiplo de UN PESO MONEDA NACIONAL.
Cada socio no tendrá más de una parte social. Cuando un socio haga una nueva aportación o adquiera la totalidad o una fracción de la parte social de otro socio, se aumentará en la cantidad respectiva el valor de su parte social, a no ser que se trate de partes sociales que tengan derechos diversos, pues entonces se conservará la individualidad de las partes sociales.
Podrán expedirse constancias en las que se exprese el valor de las partes sociales de cada socio, en el entendido de que dichas constancias no son títulos de crédito. Las constancias inmediatamente antes citadas serán firmadas, en su caso por el Presidente del Consejo de Gerentes.
Bajo la responsabilidad del Secretario de Consejo de Gerentes, la sociedad llevará a cabo un libro Especial de Socios, en el cual se inscribirán el nombre y domicilio de cada uno de los socios, con indicación de sus aportaciones y las transmisiones de las partes sociales que se hicieran conforme a la cláusula Ocho Punto Cinco de los estatutos de la sociedad, en su caso, las que no surtirán efectos hacia terceros sino después de su inscripción.

**OCTAVA.** Las partes sociales únicamente podrán cederse previo acuerdo favorable de los socios, tomando en la Asamblea General de Socios, o en Sesión del Consejo de Gerentes.
Cuando un socio tenga una oferta de buena fe por parte de una tercera persona (Oferta) los socios tendrán el derecho del tanto y gozarán de un plazo de quince días naturales para ejercitarlo, contado desde la fecha en que se hubiese otorgado la autorización por parte de la Asamblea General de Socios o del Consejo de Gerentes. El socio o los socios que ejerzan su derecho del tanto deberán cumplir con los mismos términos de la Oferta. Si fuesen varios los socios que quieran hacer uso de este derecho, les competerá a todos en proporción a sus aportaciones.
De no existir socios interesados en adquirir dichas partes sociales, éstas podrán ser adquiridas por terceros, siempre que la adquisición se lleve a cabo dentro de los siguientes tres meses, de conformidad con el primer párrafo de esta Cláusula Octava.

**NOVENA.** Los aumentos de capital se harán mediante aportaciones adicionales de los socios o mediante la admisión de nuevos socios. En ambos casos se requerirá el acuerdo favorable de los socios.

**DÉCIMA.** Las disminuciones de capital se harán mediante el retiro parcial o total de las aportaciones, sin más formalidades que las establecidas en los estatutos de la sociedad.
Los socios tendrán en proporción a sus partes sociales, preferencia para disminuir sus aportaciones al capital social, salvo acuerdo en contrario.

**DÉCIMA PRIMERA.** La sociedad será administrada por un Consejo de Gerentes o por un Gerente, nombrados por los socios en Asamblea o fuera de Asamblea, en términos de los Artículo Doce y Trece de los estatutos sociales. El gerente o los miembros del Consejo de Gerentes no necesitan ser socios.

**DÉCIMA SEGUNDA.** La asamblea de socios elegirá al Gerente o los miembros del Consejo de Gerentes, quienes tendrán las facultades especiales que les confieran al momento de su nombramiento, así como las que en el futuro resuelvan los socios.

**CLÁUSULA TRANSITORIA.** La administración de la sociedad estará a cargo de un Consejo de Gerentes, designando a Don Francis X. Sánchez como Presidente y al señor Jim Donald Bourassa como Secretario y Tesorero quienes tendrán las facultades y poderes referidos en el artículo diez de los estatutos sociales.

CONSEJO DE GERENTES

PRESIDENTE

_____
FRANCIS X. SANCHEZ

SECRETARIO Y TESORERO

_____
JIM DONALD BOURASSA

México, Distrito Federal a 18 de abril de 2005.

## REALTY OPPORTUNITIES INTERNATIONAL S. DE R.L. DE C.V.

| | |
|---|---|
| EQUITY SHARE CERTIFICATE NO. 3. | FIXED SHARE CAPITAL: $ 3,000.00 |
| OWNER: INVESTFORCLOSURES VENTURES, LLC | VALUE OF THE EQUITY CERTIFICATE: $ 2,999.00 |

The company INVESTFORCLOSURES VENTURES, LLC, of American nationality, with address at 84 N Eastwood Dr. PMB 3015 Woodstock, Illinois, USA, is owner of 1 (one) capital interest of the fixed capital of REALTY OPPORTUNITIES INTERNATIONAL Limited Liability Company of Variable Capital, that was incorporated on April 8, 2005, in the presence of Notary No. 145 of the Federal District, the Lawyer Jose Visoso del Valle.

RIGHTS AND OBLIGATIONS OF THE PARTNERS
BYLAWS

FIRST. The company is denominated REALTY OPPORTUNITIES INTERNATIONAL. The denomination should be used followed by the words Sociedad de Responsabilidad Limitada de Capital Variable (Limited Liability Company of Variable Capital), or by the abbreviation "S. DE R.L. DE C.V.".

SECOND. The corporate domicile will be located in MEXICO, FEDERAL DISTRICT. Nevertheless, the company will be able to establish agencies or branches inside or outside of the Mexican Republic, as well as to indicate conventional addresses for the fulfillment of certain acts and contracts.

THIRD. The duration of the company will be NINETY NINE YEARS, which will be counted from the company signature of the constitution deed.

FOURTH. The objectives or aims of the company are:

a) The purchase, sale, lease, use and in general the administration of all kind of real estate.
b) To project, develop, promote, market and administrate all kinds of real estate developments and of condominiums.
c) Buying and selling, lease, sublease, administration as well as the construction, remodeling by own account or for third parties all types of buildings, like land, houses, condominiums, hotels and cabins.
d) Buying and selling, lease, sublease, importation and exportation of furniture and equipment, as well as all kinds of personal property, wines, liqueur, food, and beverages that could be necessary for the company's activities.
e) To request and obtain the permits, licenses and concessions necessaries to develop the corporate purpose.
f) To establish, build, operate the offices, branches and perform other activities that could be requested for the accomplishment of the corporate purpose.
g) To receive and exert the powers of attorney and mandates granted by the people to whom the company serve and delegate in the company's representatives or employees the exercise of this powers or mandates and to act like representative, contractor, subcontractor, commission agent, mediator, agent, distributor or intermediary.
h) To celebrate all kinds of contracts and commercial acts necessary for the accomplishment of corporate purpose.
i) The purchase, sale, lease, possession, acquisition, disposal; as well as administration, use and operation under any title or right of all personal property that will be necessary or advisable for the accomplishment of the object of the company.
j) The acquisition, use, sale, cession, exploitation and registry in own name or on behalf of others and under any title, of all kind of patents, permits, privileges, inventions, improvements, processes, franchises, marks, commercial names, industrial models, and author rights, related to the social object, as well as to lend or receive technical assistance of any kind.
k) The company either by its own or by a third party, will be able to make, in declarative but not limitative form the following activities: a) Act as agent, representative, distributor or warehouse of everything directly or indirectly related to the previous aims; b) To join other companies, associations, societies, corporations and unions, acquiring social shares or participations in the same ones, or participating in the incorporation of companies with similar corporate objectives; c) In general, to execute all the acts, and celebrate any kind of contracts, grant any kind of documents, as well as delegate all the authority that are necessary to accomplish the aims previously indicated.
l) To acquire, issue, draw, subscribe to, sign, accept, guarantee, endorse, discount and in general negotiate any kind of credit titles, as well as subscribe and draw bonds.
m) The obtaining and granting of loans, under any circumstance and without any limitation, being able to grant guarantees or to commit itself shared in common, as well as to constitute guarantees of own obligations or in favor of third parties; derivatives of the referred loans, in declarative but not limitative form, grant guarantees, bails, mortgages or pledges, without incurring the assumptions contemplated by the Federal Law of Institutions of Guarantees.
n) To install, build or adapt infrastructure for the accomplishment of the object or the benefit of services.
o) In general the execution of all the activities related to the aims before indicated that they are allowed by the laws.

FIFTH. The actual or future partners of the company, formally commit themselves with the Ministry of Foreign Affairs to consider themselves like nationals, with respect to the social shares that they acquire or of that they are titular, as well

as of the rights and obligations that derive from contracts in that the company be a party with Mexican authorities, and not to invoke the protection of their Government, under the sanction for violation to lose in benefit of the Mexican Nation all the goods that they had acquired.

SIXTH. The capital will be variable and will be composed by a minimum of THREE THOUSAND PESOS, MEXICAN CURRENCY and a maximum unlimited.

SEVENTH. The capital will be divided in shares that could be of unequal value and category, but will always be multiples of ONE PESO, MEXICAN CURRENCY.
Each partner will not have more than a share. When a partner makes a new contribution or acquires the totality or a fraction of the share of another partner, the value of its social share will be increased in the respective amount, unless the shares have diverse rights, because then the individuality of the equity interests will be conserved.
The company will be able to issue certificates of shares expressing the value of the shares of each partner, with the understanding these certificates are not credit instruments. The certificates immediately before mentioned will be signed, in their case by the Chairman of the Administration Board.
Under the responsibility of the Administration Board Secretary the company will maintain a Partner's Special Book, in which the name and address of each one of the partners will be inscribed, indicating their contributions and the transmissions of the shares made according to clause 8.5 of the bylaws of the company, in such case, shall not have effect on third parties until registered in the book.

EIGHTH. The shares may only be transferred with prior approval of the partners, taken in the General Partners Meeting, or in Session of the Administration Board.
When a partner has an offer in good faith from a third person (The Offer) the partners have the right to acquire the share and enjoys a term of fifteen natural days to exercise it, counted from the date in which the authorization from General Partners Meeting or the Administration Board had been granted. The partner (s) who exerts their right to acquire the social share, have to fulfill the terms of the Offer. If the partners were several whom they wish to make use of this right, the social share will correspond to all of them in proportion to their contributions.
If there are not partners interested in the social shares, these could be acquired by the third party, whenever the acquisition is carried out within following the three months, in accordance with the first paragraph of this Clause Eighth.

NINTH. The increases of capital will become by means of additional contributions of the partners or the admission of new partners. In both cases the favorable agreement of the partners will be required.

TENTH. The decreases of capital will become by means of the partial or total retirement of the contributions, without more formalities than the established ones in the bylaws of the company.
The partners will have in proportion to their equity shares, preference to decrease their contributions to the share capital, except for agreement in opposite.

ELEVENTH. The company will be administrated by an Administration Board or by a Manager, appointed by the partners in Partners Meeting or outside of it, in terms of Articles Twelve and Thirteen of the corporate bylaws. The manager or the members of the Administration Board do not need to be partners.

TWELFTH. The Partners Meeting will choose the Manager or the Administration Board, whom will have the special authority the Partners confer to them at the time of their appointment, as well as those granted in the future by the partners.

TRANSITORY CLAUSE. The administration of the company will be in charge of an Administration Board, designating Mr. Francis X. Sanchez as President and Mr. Jim Bourassa as Secretary and Treasurer, who will have the authority and powers referred in the Article Ten of the bylaws.

ADMINISTRATION BOARD

| PRESIDENT | SECRETARY AND TREASURER |
|---|---|
| FRANCIS X. SANCHEZ | JIM DONALD BOURASSA |

Mexico, Federal District.<br>April 18, 2005.