

| Contact Us | \| | What's New | \| | Guest Area | Member Only |



**Real Estate. Real-time. Real Easy!** ™

InvestForClosures Financial saves distressed homeowners from bankruptcy, foreclosure, and ruined credit by paying off their mortgage, performing necessary cosmetic repairs, and selling the house at a profit. The distressed homeowner has a fresh start, the community gets a face-lift, the new owners get affordable housing, and our joint venture partners receive a fair return for their money while watching their money being worked LIVE on the Web. It's a win-win-win!

**Click here to contact us.**



| Mexico Property | Nationwide Properties | Company Profile |
|---|---|---|
| If you are looking for a private place to enjoy a relaxing, quiet, peaceful lifestyle on pristine land that has been untouched for generations... you have found it. | Search our Real Estate Listings for quality, affordable homes. | Learn how InvestForClosures Financial became a leading force in Real Estate Investment. |
| **Click here for more...** | **Click here for more...** | **Click here for more...** |

>>> Click to Contact Us

  

Legal Notice                                                                                          Privacy Policy

©1999-2005 InvestForClosures Financial. All Rights Reserved.



| Contact Us | What's New | Guest Area | Member Only |



**Real Estate. Real-time. Real Easy!** ™

InvestForClosures Financial saves distressed homeowners from bankruptcy, foreclosure, and ruined credit by paying off their mortgage, performing necessary cosmetic repairs, and selling the house at a profit. The distressed homeowner has a fresh start, the community gets a face-lift, the new owners get affordable housing, and our joint venture partners receive a fair return for their money while watching their money being worked LIVE on the Web. It's a win-win-win!

**Click here to contact us.**



| Mexico Property | Nationwide Properties | Company Profile |
|---|---|---|
| If you are looking for a private place to enjoy a relaxing, quiet, peaceful lifestyle on pristine land that has been untouched for generations... you have found it. | Search our Real Estate Listings for quality, affordable homes. | Learn how InvestForClosures Financial became a leading force in Real Estate Investment. |
| Click here for more... | Click here for more... | Click here for more... |

>>> Click to Contact Us

   

Legal Notice                                      Privacy Policy

©1999-2005 InvestForClosures Financial. All Rights Reserved.





### Learn More

*We may supply qualified investors will all pertinent investment information including a private placement memorandum (PPM) and subscription agreement. We comply with SEC Regulations D, Section 506 regarding private placements. As such, our private placement is designed for "accredited" and "sophisticated" investors as defined by the SEC. We must ask you questions about your income, net worth, and investing experience to determine if you qualify for our private placement. If so, we will be pleased to provide you with a user ID and password to enter the guest area of our website where our business plan, PPM, and subscription agreement are available. Please complete the questionnaire below, "click to send form", and we will contact you to ensure you meet the SEC guidelines for solicitation.*

Note: Your information is strictly confidential and is never rented, sold or viewed by anyone else.



Francis "Frank" Sanchez, CEO
accepting award in Washington, D.C.

### ** Investor Certificates currently not available to PA residents.

- Full name:
- Email:
- Verify Email:
- Street:
- Address 2:
- City:
- State/Province:   Select From List
- Zip:
- Phone:
- Referred by:
- Call me: ☐

I am an accredited investor, have not received general solicitation, and accept the terms and conditions.

Please click on "accredited investor" link to your left to check what criteria you meet.

☐ Required field

[ Click to send ]

Case: 1:09-cv-01221 Document #: 91-12 Filed: 05/28/09 Page 5 of 16 PageID #:872

© 2004 - 2005 ROI Financial. All Rights Reserved.





Case: 1:09-cv-01221 Document #: 91-12 Filed: 05/28/09 Page 8 of 16 PageID #:875



©2004-2005 InvestForClosures Ventures. All Rights Reserved.

# *Sands of Gold Estates*

ROI MEXICO: YOUR GATEWAY TO PARADISE™





at Playa Ventura





## Searching for oceanfront property that is peaceful, idyllic, untouched…and affordable?

Build your luxury dream home, vacation getaway, or second home on the Pacific Ocean in a secluded 3,500 acre Mexican hideaway, just 62 kilometers to the south of Acapulco.

Sands of Gold Estates lies on pristine coastal land that has been untouched for generations. Live life the way you want to in a private residential community, and enjoy all that the ancient lands of Pacific Mexico have to offer.

## Relaxing. Quiet. Peaceful.

The secluded paradise that is Sands of Gold Estates is in the Mexican state of Guerrero. The natives call their home Playa Ventura, after the Ventura family, who still own much of the surrounding land.

Playa Ventura, like all of Pacific Mexico, is a land washed by the ocean and sheltered by the western mountains. The sun rises over the Sierra Madre Occidental and its southern extension, the Sierra Madre del Sur.



These green, jungle-clad sierras descend to a narrow coastal strip where Sands of Gold Estates are perched over the Pacific. Your new property will be part of a vast, sun-drenched western coastland that stretches along 1,000 miles of sandy beaches, palm-strewn headlands and blue lagoons.

### Tropical, Secluded and Safe.

It's always summer at Sands of Gold Estates. You can swim, surf, horseback ride, fish, bike ride, snorkel and hike year-round. Typical daytime temperatures hover between 80° F and 85° F degrees; 65° F to 70° F degrees at night. The tropical rain season lasts only from July through September.

Sands of Gold Estates maintains a high level of security year round. In addition to our independent security, Mexican federal government officers are headquartered on the beach, which is located in the southern extension of a protected area for giant sea turtles. This naturally protected location is ideal for coastal enthusiasts who not only want to own beach front property, but also enjoy the natural romance of watching the sun melt into the Pacific waters nightly.

### This Land is Your Land.

How you'll live at Sands of Gold Estates is up to you, because you decide what style of home fits your needs. Offered by Realty Opportunities International (ROI) Mexico, an international property development and investment company, land at Sands of Gold Estates is available **at a fraction of the cost** of comparable oceanfront properties elsewhere in Mexico and the U.S. Modern infrastructure and communications will



supply familiar U.S. comforts. A paved access road leads to the ocean, and a fresh water lagoon will provide 100 percent clean spring water. Infrastructure is in place for basic telephone and electric services; ROI Mexico will install modern amenities, including Internet service and cell phone capability.

## An Appreciating Investment

You'll appreciate Sands of Gold twice: for its beauty and value.

The real estate market in Mexico will continue to appreciate.

Industry experts have reported that many coastal areas experience a gain of 20 to 30 percent annually. These values are based on comparisons of similar land and vacation home developments in Acapulco, Cancun, Puerto Vallarta and other coastal resort areas.

There are currently 2 million Americans who own property in Mexico, and of those, it is estimated that over 400,000 spend at least 6 months per year in the country.



### Mexico Real Estate, Safe and Easy

Attentive service, transparency, and real estate expertise from ROI Mexico makes buying or investing in Sands of Gold Estates safe and easy. In the post-NAFTA environment, Mexico has realized that they are in a global marketplace and the government no longer interferes with ownership rights.

### Step-by-Step Assistance

ROI Mexico guides you through every step in obtaining the property, necessary permits and financing to build your Sands of Gold Estates home.

And through our own hand-picked, local legal advisors, we ensure all proper procedures for Mexican real estate purchases are followed, including entitlement through Stewart Title & Guarantee Co.

### Familiarity

ROI Mexico has a direct connection with Mexico through its CEO, Frank Sanchez. A dual citizen of the U.S. and Mexico, his intimate familiarity with Mexico will ensure a smooth transaction throughout the purchase process.

### Real-Time Disclosure and Transparency

Whether you invest or purchase property, ROI Mexico will do more that just tell you about the progress at Sands of Gold Estates – we'll show you!

Our InvestorDisclosureSystem® is a patent-pending technique that gives you the ability to see how and where your money is being utilized on a real-time, live basis. Through web cams and other internet tools, you can view the progress of any given project as well as its financial information in the Member Only areas of the ROI Mexico web site, www.ROImexico.com

### The Property Purchase

Thanks to several steps taken in the last decade to open up property ownership, it is easier then ever to own and control land in Mexico.

### Setting up a Trust System (Fidei Comiso)

There are a few restrictions that apply to coastal areas, which require setting up a legal Trust System. This "fidei comiso," or bank trust, gives you, the beneficiary of the trust, the same rights and obligations as full ownership would provide. You form and own a Trust, and the Trust owns the land. A major bank acts as the administrator to handle the paperwork.

The term of the Trust is 50 years, with automatic renewal rights. You have complete control over the property; you can use, rent, sell or leave it to your heirs.

### Establishing a Fidei Comiso

A fidei comiso must be established and recorded by a "notario" or, notary public. ROI Mexico has a team of notarios in place to establish the trust, as well as a bank to administer it. Notarios and banks charge competitive fees for their services; fees depend partly upon the stated property value. ROI Mexico will supply you with cost estimates of fees for establishing and maintaining the fidei comiso.

Find an online FAQ about Sands of Gold Estates, the Trust, and living in Mexico at **www.sandsofgoldestates.com.**

### Getting There

Flights from the U.S. arrive at Acapulco International Airport. From there, Sands of Gold Estates is easily accessible down Route #200, which runs south in between the mountains and coastline.

*InvestorDisclosureSystem is a trademark of InvestForClosures Financial, LLC.*



Brochure Pocket

Business Card

Mini CD

*For available properties at Sands of Gold Estates,
see the insert enclosed with this brochure.
Reserve your lot by calling (877) 610-5982 today!*

## About ROI Mexico

Sands of Gold Estates is an investment opportunity offered by InvestForClosures Ventures, L.L.C. (IFCV), for properties owned by Realty Opportunities International S. de. R.L. de C.V., an affiliated Mexican corporation.

IFCV specializes in the sale of privately placed securities and the development of the infrastructure for the Sands of Gold community in Playa Ventura, Mexico. It is one of the InvestorTainment® companies, quickly becoming a leader in national and international real estate investment and development.

The InvestorTainment family of companies brings to investors and homeowners more than 50 years of business experience in real estate investing, development, construction, lending, and information technology. The company is headquartered in the Chicagoland area.



*ROI Mexico: Your Gateway to Paradise*™

Toll-Free: **(877) 610-5982**

84 N. Eastwood Drive #3015
Woodstock, IL 60098
Headquarters Phone: (815) 206-5139
Fax: (815) 206-5283
E-mail: info@sandsofgoldestates.com
www.ROImexico.com
www.sandsofgoldestates.com

© 2005 ROI - Mexico