```
                                            082 01 00    PAGE:            1
                                         DATE: 04/30/03  ACCOUNT:3110005802
                                                         DOCUMENTS:       0
```

# EXHIBIT AC

```
        INVESTFORCLOSURES FINANCIALLLC                          30
        PMB #135   244 S RANDALL RD                              0
        ELGIN IL  60123-5529                                     0
```

===================================================================
CALL A COMMERCIAL BANKER AND ASK ABOUT OUR CASH MANAGEMENT SERVICES, SUCH
AS OUR SWEEP ACCOUNT.
CALL 630.954.2890 TO USE OUR AUTOMATED TELEBANKING SERVICE FOR ACCOUNT
INFORMATION. OR GO TO WWW.UCBANK.NET TO ENROLL FOR INTERNET BANKING.
===================================================================
                COMMMERCIAL CHECKING ACCOUNT 3110005802
===================================================================

```
       DESCRIPTION              DEBITS     CREDITS    DATE      BALANCE

BALANCE LAST STATEMENT ...................................  03/31/03   65,139.05
MIG / earned interest             596.67               04/03/03   64,542.38    0403-6170019785
MIG / Earned Interest             596.67               04/07/03   63,945.71    0407-6170019891
MIG / Earned Interest             581.67               04/21/03   63,364.04    0421-6170020200
Earned Interest / MIG             522.08               04/24/03   62,841.96    0424-6170020284
Earned Interest / MIG             522.08               04/24/03   62,319.88    0424-6170020287
MIG / Earned Interest           1,491.67               04/28/03   60,828.21    0428-6170020361
MIG / Earned Interest           1,491.67               04/28/03   59,336.54    0428-6170020362
SRV FEE TS                         20.00               04/29/03   59,316.54    0429-0064000018
TRF TO ELGIN STATE BANK TS     40,000.00               04/29/03   19,316.54    0429-0064000016
BALANCE THIS STATEMENT ...................................  04/30/03   19,316.54

TOTAL CREDITS        (0)            .00   MINIMUM BALANCE           19,316.54
TOTAL DEBITS         (9)      45,822.51   AVERAGE BALANCE           60,700.96
TAX ID NUMBER             36-4341404
```

===================================================================
                      CERTIFICATES OF DEPOSIT
===================================================================

```
CERTIFICATE  INTEREST MATURITY  NEXT INT   NEXT INT   INTEREST    CURRENT
NUMBER       RATE     DATE      DATE       AMOUNT     PAID 2003   BALANCE

005789       2.2300   01/08/04  05/07/03B    55.29      165.26    30,165.26

             2.2300                                     165.26    30,165.26
```

INTEREST WILL BE PAID BY COMPOUNDING

```
                                      082 01 00       PAGE:           1
                                      DATE: 05/30/03  ACCOUNT:3110005802
                                                      DOCUMENTS:       0




              INVESTFORCLOSURES FINANCIALLLC                    30
              PMB #135   244 S RANDALL RD                        0
              ELGIN IL   60123-5529                              0


==================================================================
   CALL A COMMERCIAL BANKER AND ASK ABOUT OUR CASH MANAGEMENT SERVICES, SUCH
   AS OUR SWEEP ACCOUNT.
   CALL 630.954.2890 TO USE OUR AUTOMATED TELEBANKING SERVICE FOR ACCOUNT
   INFORMATION. OR GO TO WWW.UCBANK.NET TO ENROLL FOR INTERNET BANKING.

==================================================================
                   COMMMERCIAL CHECKING ACCOUNT 3110005802
==================================================================
        DESCRIPTION              DEBITS      CREDITS    DATE     BALANCE

BALANCE LAST STATEMENT  .................................  04/30/03   19,316.54
Earned Interest / MIG             596.67                  05/06/03   18,719.87   0506-61700205
Earned Interest / MIG             596.67                  05/13/03   18,123.20   0513-61700207
WIRE FEE TS                        20.00                  05/14/03   18,103.20   0514-00640000
WIRE FEE TS                        20.00                  05/14/03   18,083.20   0514-00640000
WIRE FEE TS                        20.00                  05/14/03   18,063.20   0514-00640000
WIRE FEE TS                        20.00                  05/14/03   18,043.20   0514-00640000
WIRE TO SUNTRUST BANK TS          969.02                  05/14/03   17,074.18   0514-00640000
WIRE TO SUNTRUST BANK TS        1,617.45                  05/14/03   15,456.73   0514-00640000
WIRE TO SUNTRUST BANK TS        1,628.73                  05/14/03   13,828.00   0514-00640000
WIRE TO SUNTRUST BANK TS        2,167.37                  05/14/03   11,660.63   0514-00640000
MIG / Earned Interest             581.67                  05/19/03   11,078.96   0519-61700209
MIG / Earned Interest             522.08                  05/23/03   10,556.88   0523-61700210
MIG / Earned Interest             522.08                  05/23/03   10,034.80   0523-61700210
Earned Interest                 1,491.67                  05/27/03    8,543.13   0527-61700211
Earned Interest                 1,491.67                  05/27/03    7,051.46   0527-61700211
BALANCE THIS STATEMENT  .................................  05/30/03    7,051.46

TOTAL CREDITS        (0)            .00   MINIMUM BALANCE           7,051.46
TOTAL DEBITS        (15)      12,265.08   AVERAGE BALANCE          13,669.69
TAX ID NUMBER              36-4341404
                    * * *  C O N T I N U E D  * * *
```

```
                                  082 01 00      PAGE:             1
                                  DATE: 07/31/03 ACCOUNT:3110005802
                                                 DOCUMENTS:        1




          INVESTFORCLOSURES FINANCIALLLC                    30
          PMB #135   244 S RANDALL RD                        1
          ELGIN IL  60123-5529                               0


===============================================================================
    CALL A COMMERCIAL BANKER AND ASK ABOUT OUR CASH MANAGEMENT SERVICES, SUCH
    AS OUR SWEEP ACCOUNT.
    CALL 630.954.2890 TO USE OUR AUTOMATED TELEBANKING SERVICE FOR ACCOUNT
    INFORMATION. OR GO TO WWW.UCBANK.NET TO ENROLL FOR INTERNET BANKING.


===============================================================================
                 COMMMERCIAL CHECKING ACCOUNT 3110005802
===============================================================================
        DESCRIPTION              DEBITS    CREDITS    DATE     BALANCE

BALANCE LAST STATEMENT ................................. 06/30/03    9,309.78
Earned Interest                    596.67             07/02/03    8,713.11    0702-6170021838
Earned Interest                    596.67             07/03/03    8,116.44    0703-6170021873
Earned Interest                  1,939.17             07/10/03    6,177.27    0710-6170021964
Earned Interest                    581.67             07/22/03    5,595.60    0722-6170022148
Corporate Internet Banking ACH Transfer Out
                                 2,000.00             07/22/03    3,595.60    0722-6170022150
Earned Interest                    522.08             07/24/03    3,073.52    0724-6170022197
Earned Interest                    522.08             07/24/03    2,551.44    0724-6170022200
Earned Interest                  1,491.67             07/28/03    1,059.77    0728-6170022246
Earned Interest                  1,491.67             07/28/03      431.90-   0728-6170022247
DEPOSIT                                     10,000.00 07/29/03    9,568.10    0729-0058054620
WIRE FROM ELGIN STATE BANK KM              100,000.00 07/30/03  109,568.10    0730-0064000014
Xinyu / Earned Interest          1,491.67             07/30/03  108,076.43    0730-6170022320
INCOMING WIRE FEE KM                 7.00             07/30/03  108,069.43    0730-0064000016
Earned Interest                    522.08             07/31/03  107,547.35    0731-6170022346
BALANCE THIS STATEMENT ................................. 07/31/03  107,547.35

TOTAL CREDITS      (2)   110,000.00  MINIMUM BALANCE          431.90-
TOTAL DEBITS      (12)    11,762.43  AVERAGE BALANCE        12,616.61
TAX ID NUMBER             36-4341404
                  * * * C O N T I N U E D * * *
```

```
                              082 01 00      PAGE:              1
                              DATE: 10/31/03 ACCOUNT:3110005802
                                             DOCUMENTS:         1




          INVESTFORCLOSURES FINANCIALLLC                   30
          PMB #135   244 S RANDALL RD                       1
          ELGIN IL   60123-5529                             0


==============================================================================
    CALL A COMMERCIAL BANKER AND ASK ABOUT OUR CASH MANAGEMENT SERVICES, SUCH
    AS OUR SWEEP ACCOUNT.
    CALL 630.954.2890 TO USE OUR AUTOMATED TELEBANKING SERVICE FOR ACCOUNT
    INFORMATION. OR GO TO WWW.UCBANK.NET TO ENROLL FOR INTERNET BANKING.

==============================================================================
                  COMMMERCIAL CHECKING ACCOUNT 3110005802
==============================================================================
            DESCRIPTION           DEBITS     CREDITS     DATE      BALANCE

BALANCE LAST STATEMENT ................................ 09/30/03   31,521.91
SPENCER MATHEWS / Earned Interest
                                  522.08                10/01/03   30,999.83  1001-6170023499
KAILASH GUPTA / Earned Interest   596.67                10/01/03   30,403.16  1001-6170023497
Funds transfer                 25,000.00                10/02/03    5,403.16  1002-6170023555
SPENCER MATHEWS/ Earned Intrest   223.75                10/06/03    5,179.41  1006-6170023605
Corporate Internet Banking ACH Transfer Out
                                  596.67                10/06/03    4,582.74  1006-6170023617
MISCELLANEOUS CREDIT                         25,000.00 10/07/03    29,582.74  1007-0052587420
WIRE FEE TS                        20.00                10/09/03   29,562.74  1009-0064000040
WIRE TO SUNTRUST BANK TS        3,000.00                10/09/03   26,562.74  1009-0064000038
Helen Clark/ MIG Payment        1,939.17                10/17/03   24,623.57  1017-6170023859
WIRE FEE TS                        20.00                10/21/03   24,603.57  1021-0064000008
WIRE TO COMMERCE BANK TS        4,572.05                10/21/03   20,031.52  1021-0064000006
Judd & Darcey Martin/ Interest Payment
                                  581.67                10/21/03   19,449.85  1021-6170023900
JOHN SARAH REED / Earned Interest
                                  522.08                10/23/03   18,927.77  1023-6170023999
JOHN REED III / Earned Interest   522.08                10/23/03   18,405.69  1023-6170024002
WIRE FEE TS                        20.00                10/24/03   18,385.69  1024-0064000019
WIRE TO FIRSTSTAR BANK TS         522.08                10/24/03   17,863.61  1024-0064000017
Xinyu Zhu/ Earned Interest      1,491.67                10/27/03   16,371.94  1027-6170024048
Fong Zhu/ Earned Interest       1,491.67                10/27/03   14,880.27  1027-6170024049
SPENCER MATHEWS/Earned Interest   522.08                10/29/03   14,358.19  1029-6170024096
SERVICE CHARGE                     56.10                10/31/03   14,302.09
BALANCE THIS STATEMENT ................................ 10/31/03   14,302.09
                 * * *  C O N T I N U E D  * * *
```

```
                           082 01 00       PAGE:          1
                       DATE: 04/30/04  ACCOUNT:3110005802
                                       DOCUMENTS:         1




          INVESTFORCLOSURES FINANCIALLLC                  30
          PMB #135    244 S RANDALL RD                     0
          ELGIN IL   60123-5529                            1


===============================================================================
     CALL A COMMERCIAL BANKER AND ASK ABOUT OUR CASH MANAGEMENT SERVICES, SUCH
     AS OUR SWEEP ACCOUNT.
     CALL 630.954.2890 TO USE OUR AUTOMATED TELEBANKING SERVICE FOR ACCOUNT
     INFORMATION. OR GO TO WWW.UCBANK.NET TO ENROLL FOR INTERNET BANKING.

===============================================================================
                 COMMMERCIAL CHECKING ACCOUNT 3110005802
===============================================================================
         DESCRIPTION          DEBITS     CREDITS   DATE      BALANCE

BALANCE LAST STATEMENT .................................  03/31/04   992,169.16
SPENCER MATHEWS/ Earned Interest   522.08           04/01/04  991,647.08   0401-6170027761
KAILASH KANTA GUPTA/ Earned Interest
                                   596.67           04/02/04  991,050.41   0402-6170027789
SPENCER MATHEWS/ Earned Interest   223.75           04/05/04  990,826.66   0405-6170027814
KAILASH KANTA GUPTA/ Earned Interest
                                   596.67           04/07/04  990,229.99   0407-6170027877
KANTA NISHANT GUPTA/Earned Interest
                                   626.50           04/07/04  989,603.49   0407-6170027879
Philip Meegan/ Earned Interest     626.50           04/07/04  988,976.99   0407-6170027880
WIRE TRANSFER                    3,000.00           04/08/04  985,976.99   0408-0029831560
SERVICE CHARGE                      20.00           04/08/04  985,956.99   0408-0029831540
WIRE FEE KM                         20.00           04/16/04  985,936.99   0416-0064000029
WIRE OUT TO CHARLES SCHWAB PER FAX KM
                                 1,491.67           04/16/04  984,445.32   0416-0064000027
ROBIN R SCOTT/ earned interest      66.91           04/23/04  984,378.41   0423-6170028276
JOHN REED III/ earned interest     522.08           04/23/04  983,856.33   0423-6170028270
JUDD DARCEY MARTIN/ Earned Interest
                                   747.50           04/23/04  983,108.83   0423-6170028274
JOHN SARAH REED/ earned interest   895.00           04/23/04  982,213.83   0423-6170028271
CURTIS STACEY ODELL/ Earned Interest
                                   908.33           04/26/04  981,305.50   0426-6170028303
SEAN TIFFANY PAGE/ earned interest
                                 1,491.67           04/27/04  979,813.83   0427-6170028336
SEAN TIFFANY PAGE/ earned interest
                                 1,840.65           04/27/04  977,973.18   0427-6170028335
WIRE FEE KM                         20.00           04/28/04  977,953.18   0428-0064000045
                   * * *  C O N T I N U E D  * * *
```

```
                                      082 01 00     PAGE:         2
                                      DATE: 04/30/04 ACCOUNT:3110005802
                                                     DOCUMENTS:       1



              INVESTFORCLOSURES FINANCIALLLC

================================================================================
                  COMMMERCIAL CHECKING ACCOUNT 3110005802
================================================================================
         DESCRIPTION              DEBITS     CREDITS    DATE      BALANCE

WIRE OUT TO CHICAGO TITLE & TRT CO PER FAX KM
                                312,302.66             04/28/04  665,650.52    0428-0064000043
SPENCER MATHEWS/ Earned Interest    522.08             04/29/04  665,128.44    0429-6170028478
FONG XINYU ZHU/ Earned Interest   1,491.67             04/29/04  663,636.77    0429-6170028475
FONG XINYU ZHU/ Earned Interest   1,491.67             04/29/04  662,145.10    0429-6170028476
BALANCE THIS STATEMENT .................................. 04/30/04  662,145.10

 TOTAL CREDITS        (0)           .00  MINIMUM BALANCE          662,145.10
 TOTAL DEBITS        (22)     330,024.06 AVERAGE BALANCE          953,668.75
 TAX ID NUMBER              36-4341404

================================================================================
                            CERTIFICATES OF DEPOSIT
================================================================================
CERTIFICATE  INTEREST  MATURITY  NEXT INT      NEXT INT    INTEREST    CURRENT
   NUMBER     RATE       DATE      DATE         AMOUNT    PAID 2004    BALANCE

 3410005799   2.0000  01/08/05 05/07/04B        50.26       209.47    30,575.24

  *TOTAL*     2.0000                                        209.47    30,575.24

  (B) INTEREST WILL BE PAID BY COMPOUNDING


================================================================================
                                    LOANS
================================================================================
  LOAN      CURRENT   MATURITY   NEXT PYMT         NEXT PYMT         CURRENT
 NUMBER      RATE       DATE     DUE DATE         AMOUNT DUE         BALANCE

    1459     5.2300  01/08/04   01/08/04                 .00              .00
                                INTEREST PAID 2004:      101.69
    1581     5.0000  10/24/04   10/24/04           30,000.00         30,000.00
                                INTEREST PAID 2004:         .00

 *TOTAL*     5.0000                                                  30,000.00

                             TOTAL INTEREST PAID 2004:    101.69
```

```
                                      082 01 00       PAGE:           1
                                      DATE: 05/28/04  ACCOUNT:3110005802
                                                      DOCUMENTS:      5




          INVESTFORCLOSURES FINANCIALLLC                           30
          PMB #135    244 S RANDALL RD                              0
          ELGIN IL   60123-5529                                     5


==================================================================
   CALL A COMMERCIAL BANKER AND ASK ABOUT OUR CASH MANAGEMENT SERVICES, SUCH
   AS OUR SWEEP ACCOUNT.
   CALL 630.954.2890 TO USE OUR AUTOMATED TELEBANKING SERVICE FOR ACCOUNT
   INFORMATION. OR GO TO WWW.UCBANK.NET TO ENROLL FOR INTERNET BANKING.

==================================================================
              COMMMERCIAL CHECKING ACCOUNT 3110005802
==================================================================
       DESCRIPTION              DEBITS      CREDITS    DATE        BALANCE

BALANCE LAST STATEMENT ................................ 04/30/04   662,145.10
KAILASH KANTA GUPTA/ Earned Interest
                                 596.67                05/04/04   661,548.43
SPENCER MATHEWS/ Earned Interest  223.75               05/05/04   661,324.68
WIRE FEE KM                        20.00               05/10/04   661,304.68
WIRE OUT TO TONY ALLEN FROM ACCT #3110005802 KM
                               2,625.00                05/10/04   658,679.68
KANTA NISHANT GUPTA/ Earned Interest
                                 626.50                05/11/04   658,053.18
TRAVIS RUEN/ Earned Interest   1,658.33                05/11/04   656,394.85
WIRE TRANSFER                  1,291.46                05/12/04   655,103.39
SERVICE CHARGE                    45.00                05/12/04   655,058.39
KAILASH KANTA GUPTA/ Earned Interest
                                 596.67                05/13/04   654,461.72
Philip Meegan/Earned Interest     626.50               05/13/04   653,835.22
WIRE TRANSFER                  1,491.67                05/14/04   652,343.55
SERVICE CHARGE                    20.00                05/14/04   652,323.55
STOP PAYMENT FEE                  15.00                05/14/04   652,308.55
TRANSFER TO NEW ACCT #6310002323 KM
                             480,000.00                05/19/04   172,308.55
CHECK # 1005                     580.42                05/20/04   171,728.13
BUDD DARCEY MARTIN/ Earned Interest
                                 747.50                05/21/04   170,980.63
ROBIN R SCOTT/ Earned Interest   100.00                05/24/04   170,880.63
ALVIN MARY AKAGI/Earned Interest 928.95                05/24/04   169,951.68
CHECK # 1006                     580.42                05/24/04   169,371.26
JOHN REED III/ Earned Interest   522.08                05/25/04   168,849.18
JOHN SARAH REED/ Earned Interest 895.00                05/25/04   167,954.18
                      * * *  C O N T I N U E D  * * *
```

```
                              082 01 00     PAGE:          1
                              DATE: 06/30/04 ACCOUNT:3110005802
                                             DOCUMENTS:     14




          INVESTFORCLOSURES FINANCIALLLC                    30
          PMB #135   244 S RANDALL RD                        0
          ELGIN IL   60123-5529                             14


==============================================================================
    CALL A COMMERCIAL BANKER AND ASK ABOUT OUR CASH MANAGEMENT SERVICES, SUCH
    AS OUR SWEEP ACCOUNT.
    CALL 630.954.2890 TO USE OUR AUTOMATED TELEBANKING SERVICE FOR ACCOUNT
    INFORMATION. OR GO TO WWW.UCBANK.NET TO ENROLL FOR INTERNET BANKING.

==============================================================================
                  COMMMERCIAL CHECKING ACCOUNT 3110005802
==============================================================================
       DESCRIPTION              DEBITS     CREDITS    DATE       BALANCE

BALANCE LAST STATEMENT ...................................05/28/04   159,686.03
CHECK # 1004                      522.08             06/02/04   159,163.95    0602-0033191540
CHECK # 1007                      522.08             06/02/04   158,641.87    0602-0033191550
WIRE FEE KM                        20.00             06/04/04   158,621.87    0604-0064000012
WIRE OUT TO TONY ALLEN KM       8,061.30             06/04/04   150,560.57    0604-0064000010
CHECK # 1012                      134.19             06/04/04   150,426.38    0604-0050806000
CHECK # 1013                    5,787.39             06/04/04   144,638.99    0604-0050806010
SPENCER MATHEWS/ Earned Interest  223.75             06/07/04   144,415.24    0607-6170029382
MICHELINA PRINCIPI/ Earned Interest
                                  275.00             06/07/04   144,140.24    0607-6170029380
KAILASH KANTA GUPTA/ Earned Interest
                                  596.67             06/07/04   143,543.57    0607-6170029364
KAILASH KANTA GUPTA/ Earned Interest
                                  596.67             06/07/04   142,946.90    0607-6170029378
CHECK # 1008                      580.42             06/07/04   142,366.48    0607-0036817420
CHECK # 1010                      580.42             06/07/04   141,786.06    0607-0036817430
Philip Meegan/ Earned Interest    626.50             06/08/04   141,159.56    0608-6170029399
CHECK # 1011                      522.08             06/09/04   140,637.48    0609-0031027070
KANTA NISHANT GUPTA/ Earned Interest
                                  626.50             06/10/04   140,010.98    0610-6170029477
TRAVIS RUEN/ Earned Interest    1,658.33             06/11/04   138,352.65    0611-6170029503
CHECK # 1017                      600.00             06/14/04   137,752.65    0614-0034773280
WIRE FEE TS                        20.00             06/16/04   137,732.65    0616-0064000010
WIRE TO CITIBANK NA TS          1,491.67             06/16/04   136,240.98    0616-0064000008
CHECK # 1014                      262.50             06/17/04   135,978.48    0617-0030003020
CHECK # 1016                      522.08             06/17/04   135,456.40    0617-0030012690
CHECK # 1019                      580.42             06/21/04   134,875.98    0621-0032660970
                   * * *  C O N T I N U E D  * * *
```

```
                              082 01 00    PAGE:           2
                              DATE: 06/30/04 ACCOUNT:3110005802
                                           DOCUMENTS:     14
```

INVESTFORCLOSURES FINANCIALLLC

================================================================================
COMMMERCIAL CHECKING ACCOUNT 3110005802
================================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE | |
|---|---|---|---|---|---|
| JUDD DARCEY MARTIN/ Earned Interest | | | | | |
| | 747.50 | | 06/22/04 | 134,128.48 | 0622-6170029746 |
| ROBIN R SCOTT/ Earned Interest | 100.00 | | 06/23/04 | 134,028.48 | 0623-6170029760 |
| ALVIN MARY AKAGI/ Earned Interest | | | | | |
| | 928.95 | | 06/23/04 | 133,099.53 | 0623-6170029757 |
| CHECK # 1018 | 522.08 | | 06/23/04 | 132,577.45 | 0623-0035455200 |
| CHECK # 1015 | 522.00 | | 06/24/04 | 132,055.45 | 0624-0036442930 |
| JOHN REED III/ Earned Interest | 522.08 | | 06/25/04 | 131,533.37 | 0625-6170029834 |
| JOHN SARAH REED/ Earned Interest | 895.00 | | 06/25/04 | 130,638.37 | 0625-6170029835 |
| CURTIS STACEY ODELL/ Earned Interest | | | | | |
| | 908.33 | | 06/25/04 | 129,730.04 | 0625-6170029832 |
| SEAN TIFFANY PAGE/ Earned Interest | | | | | |
| | 1,491.67 | | 06/25/04 | 128,238.37 | 0625-6170029840 |
| SEAN TIFFANY PAGE/ Earned Interest | | | | | |
| | 1,840.65 | | 06/25/04 | 126,397.72 | 0625-6170029839 |
| Corporate Internet Banking DDA Transfer In | | 100,000.00 | 06/29/04 | 226,397.72 | 0629-0038000002 |
| WIRE FEE TS | 20.00 | | 06/29/04 | 226,377.72 | 0629-0064000004 |
| WIRE TO BANK OF AMERICA TS | 70,416.67 | | 06/29/04 | 155,961.05 | 0629-0064000002 |
| FONG XINYU ZHU/ Earned Interest | 1,491.67 | | 06/29/04 | 154,469.38 | 0629-6170029932 |
| FONG XINYU ZHU/ Earned Interest | 1,491.67 | | 06/29/04 | 152,977.71 | 0629-6170029933 |
| CHECK # 1022 | 522.08 | | 06/30/04 | 152,455.63 | 0630-0032776900 |
| BALANCE THIS STATEMENT ................. | | | 06/30/04 | 152,455.63 | |

```
TOTAL CREDITS    (1)   100,000.00  MINIMUM BALANCE       126,397.72
TOTAL DEBITS    (37)   107,230.40  AVERAGE BALANCE       139,592.40
TAX ID NUMBER          36-4341404
```

================================================================================
YOUR CHECKS SEQUENCED
================================================================================
DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/02 | 1004* | 522.08 | 06/04 | 1012 | 134.19 | 06/14 | 1017 | 600.00 | 0602-0033191540 | 0604-0050806000 | 0614-0034773280 |
| 06/02 | 1007 | 522.08 | 06/04 | 1013 | 5,787.39 | 06/23 | 1018 | 522.08 | 0602-0033191550 | 0604-0050806010 | 0623-0035455200 |
| 06/07 | 1008* | 580.42 | 06/17 | 1014 | 262.50 | 06/21 | 1019* | 580.42 | 0607-0036817420 | 0617-0030003020 | 0621-0032660970 |
| 06/07 | 1010 | 580.42 | 06/24 | 1015 | 522.00 | 06/30 | 1022 | 522.08 | 0607-0036817430 | 0624-0036442930 | 0630-0032776900 |
| 06/09 | 1011 | 522.08 | 06/17 | 1016 | 522.08 | | | | 0609-0031027070 | 0617-0030012690 | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
```
                    * * * C O N T I N U E D * * *
```

```
        INVESTFORCLOSURES FINANCIALLLC              30
        PMB #135   244 S RANDALL RD                  0
        ELGIN IL   60123-5529                       18
```

========================================================================
CALL A COMMERCIAL BANKER AND ASK ABOUT OUR CASH MANAGEMENT SERVICES, SUCH
AS OUR SWEEP ACCOUNT.
CALL 630.954.2890 TO USE OUR AUTOMATED TELEBANKING SERVICE FOR ACCOUNT
INFORMATION. OR GO TO WWW.UCBANK.NET TO ENROLL FOR INTERNET BANKING.

========================================================================
                COMMMERCIAL CHECKING ACCOUNT 3110005802
========================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE | |
|---|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................ | | | 06/30/04 | 152,455.63 | |
| SPENCER MATHEWS/ Earned Interest | 522.08 | | 07/01/04 | 151,933.55 | 0701-6170030008 |
| CHECK # 1024 | 580.42 | | 07/01/04 | 151,353.13 | 0701-0033856950 |
| SPENCER MATHEWS/ Earned Interest | 223.75 | | 07/06/04 | 151,129.38 | 0706-6170030083 |
| MICHELINA PRINCIPI/ Earned Interest | | | | | |
| | 275.00 | | 07/06/04 | 150,854.38 | 0706-6170030081 |
| KAILASH KANTA GUPTA/ Earned Interest | | | | | |
| | 596.67 | | 07/06/04 | 150,257.71 | 0706-6170030079 |
| CHECK # 1026 | 134.19 | | 07/06/04 | 150,123.52 | 0706-0036404460 |
| CHECK # 1020 | 522.08 | | 07/06/04 | 149,601.44 | 0706-0036401110 |
| CHECK # 1023 | 522.08 | | 07/06/04 | 149,079.36 | 0706-0036400160 |
| CHECK # 1027 | 5,787.39 | | 07/06/04 | 143,291.97 | 0706-0036404450 |
| KAILASH KANTA GUPTA/ Earned Interest | | | | | |
| | 596.67 | | 07/07/04 | 142,695.30 | 0707-6170030113 |
| Philip Meegan/ Earned Interest | 626.50 | | 07/08/04 | 142,068.80 | 0708-6170030182 |
| KANTA NISHANT GUPTA/ Earned Interest | | | | | |
| | 626.50 | | 07/09/04 | 141,442.30 | 0709-6170030208 |
| TRAVIS RUEN/ Earned Interest | 1,658.33 | | 07/09/04 | 139,783.97 | 0709-6170030210 |
| CHECK # 1031 | 336.42 | | 07/12/04 | 139,447.55 | 0712-0033707520 |
| CHECK # 1030 | 522.08 | | 07/12/04 | 138,925.47 | 0712-0033700380 |
| CHECK # 1021 | 580.42 | | 07/13/04 | 138,345.05 | 0713-0035432890 |
| CHECK # 1025 | 580.42 | | 07/13/04 | 137,764.63 | 0713-0035432900 |
| WIRE FEE TS | 20.00 | | 07/15/04 | 137,744.63 | 0715-0067000007 |
| WIRE TO SKY BANK TS | 8,105.91 | | 07/15/04 | 129,638.72 | 0715-0067000005 |
| CHECK # 1028 | 300.00 | | 07/15/04 | 129,338.72 | 0715-0037580690 |
| OUTGOING WIRE  CITIBANK FBO SCHWAB DA | | | | | |
| | 1,491.67 | | 07/16/04 | 127,847.05 | 0716-0067000007 |
| OUTGOING WIRE FEE DA | 20.00 | | 07/16/04 | 127,827.05 | 0716-0067000010 |

```
                * * *  C O N T I N U E D  * * *
```

```
                                    082 01 00       PAGE:            1
                                    DATE: 12/31/04  ACCOUNT:3110005802
                                                    DOCUMENTS:      10




            INVESTFORCLOSURES FINANCIALLLC                      30
            PMB #135   244 S RANDALL RD                          0
            ELGIN IL   60123-5529                               10


=================================================================
    CALL A COMMERCIAL BANKER AND ASK ABOUT OUR CASH MANAGEMENT SERVICES, SUCH
    AS OUR SWEEP ACCOUNT.
    CALL 630.954.2890 TO USE OUR AUTOMATED TELEBANKING SERVICE FOR ACCOUNT
    INFORMATION. OR GO TO WWW.UCBANK.NET TO ENROLL FOR INTERNET BANKING.

=================================================================
              COMMMERCIAL CHECKING ACCOUNT 3110005802
=================================================================
         DESCRIPTION              DEBITS      CREDITS    DATE       BALANCE

BALANCE LAST STATEMENT ............................... 11/30/04       549.54
Corporate Internet Banking DDA Transfer In       4,000.00 12/01/04  4,549.54
CHECK # 1095                        522.00                12/01/04  4,027.54
SPENCER MATHEWS/ Earned Interest    522.08                12/02/04  3,505.46
CHECK # 1105                        522.08                12/02/04  2,983.38
CHECK # 1098                        580.42                12/03/04  2,402.96
CHECK # 1106                        580.42                12/03/04  1,822.54
SPENCER MATHEWS/ Earned Interest    223.75                12/06/04  1,598.79
MICHELINA PRINCIPI/ Earned Interest
                                    275.00                12/06/04  1,323.79
CAROL SZILI/ Earned Interest        423.17                12/06/04    900.62
KAILASH KANTA GUPTA/ Earned Interest
                                    596.67                12/06/04    303.95
Corporate Internet Banking DDA Transfer In       1,000.00 12/07/04  1,303.95
WIRE FROM THE ELGIN STATE BA TS                 15,000.00 12/08/04 16,303.95
WIRE FEE TS                           7.00                12/08/04 16,296.95
KAILASH KANTA GUPTA/ Earned Interest
                                    596.67                12/08/04 15,700.28
Philip Meegan/ Earned Interest      626.50                12/09/04 15,073.78
ROBERT J LEVY/ Earned Interest    2,000.00                12/09/04 13,073.78
KANTA NISHANT GUPTA/ Earned Interest
                                    626.50                12/10/04 12,447.28
TRAVIS RUEN/ Earned Interest      2,083.33                12/10/04 10,363.95
CHECK # 1107                        269.79                12/13/04 10,094.16
WIRE FEE TS                          20.00                12/15/04 10,074.16
WIRE TO CASTLE BANK TS            3,800.00                12/15/04  6,274.16
CHECK # 1123                        522.08                12/15/04  5,752.08
WIRE FROM THE ELGIN STATE BA TS                  3,800.00 12/16/04  9,552.08
                    * * * C O N T I N U E D * * *
```

```
                    082 00001 00          PAGE:    1
                    ACCOUNT:       3110005802  03/31/2005
                    DOCUMENTS:                      12




         INVESTFORCLOSURES FINANCIALLLC                    30
         84 N. EASTWOOD DRIVE  #3015                        0
         WOODSTOCK IL  60098                               12


==============================================================================
     CALL A COMMERCIAL BANKER AND ASK ABOUT OUR CASH MANAGEMENT SERVICES, SUCH
     AS OUR SWEEP ACCOUNT.
     CALL 630.954.2890 TO USE OUR AUTOMATED TELEBANKING SERVICE FOR ACCOUNT
     INFORMATION. OR GO TO WWW.UCBANK.NET TO ENROLL FOR INTERNET BANKING.

==============================================================================
                    COMMMERCIAL CHECKING ACCOUNT 3110005802
==============================================================================
         DESCRIPTION       DEBITS     CREDITS    DATE      BALANCE

BALANCE LAST STATEMENT ............................ 02/28/05    3,800.66-
WIRE FR HARRIS KS                     35,000.00 03/01/05       31,199.34    000067000036
Corporate Internet Banking DDA Transfer In
                                       5,000.00 03/01/05       36,199.34    000038000002
INC WIRE FEE KS              7.00               03/01/05       36,192.34    000067000038
NSF FEE CHARGE              25.00               03/01/05       36,167.34    000049000048
Corporate Internet Banking DDA Transfer Out
                         5,000.00               03/02/05       31,167.34    000038000001
SPENCER MATHEWS/Earned Interest
                           522.08               03/02/05       30,645.26    926170038219
FONG XINYU ZHU/Earned Interest
                         1,491.67               03/02/05       29,153.59    926170038216
FONG XINYU ZHU/Earned Interest
                         1,491.67               03/02/05       27,661.92    926170038217
ROBIN R SCOTT/Back Interest
                           190.94               03/03/05       27,470.98    926170038312
SPENCER MATHEWS/Earned Interest
                           223.75               03/04/05       27,247.23    926170038338
MICHELINA PRINCIPI/Earned Interest
                           275.00               03/04/05       26,972.23    926170038336
CAROL SZILI/Earned Interest
                           423.17               03/04/05       26,549.06    926170038332
KAILASH KANTA GUPTA/Earned Interest
                           596.67               03/04/05       25,952.39    926170038334
KAILASH KANTA GUPTA/Earned Interest
                           596.67               03/07/05       25,355.72    926170038384
CHECK # 1151               134.19               03/07/05       25,221.53    000036259020
CHECK # 1142               522.00               03/07/05       24,699.53    000036256900
               * * *  C O N T I N U E D  * * *
```