H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118



**EXHIBIT AE**

Page 1 of 4
Statement Period
05/01/08 through 05/31/08
E0   P PA   0A 54          0032
Enclosures 0
Account Number   0029 1583 8255

```
02885 001 SCM999 I  34 0
```
INVESTFORCLOSURES VENTURES LLC
DBA SANDS OF GOLD
123 S EASTWOOD DR # 117
WOODSTOCK IL 60098-3519

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.



**Customer Service Information**
www.bankofamerica.com

For additional information or service, you may call:
☎ 1.888.BUSINESS (1.888.287.4637)

Or you may write to:
✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

### Online Business Suite can help you spend less time on bookkeeping and payroll.

Manage cash flow better.
Process payroll and taxes, with a few clicks.
Generate invoices and accept payments - in minutes.
To find out how Online Business Suite can help your business, visit www.bankofamerica.com/suite.

### Do you still have money in a previous employer's 401(k) plan?

If you still have retirement savings with a former employer, or in multiple IRAs, consolidate those assets into a single Rollover IRA from Bank of America, N.A. It may help you simplify the tracking and management of your retirement savings and preserve tax-deferred growth benefits. To learn more, stop by a local banking center or visit www.bankofamerica.com/myIRA.

INVESTFORCLOSURES VENTURES LLC
DBA SANDS OF GOLD

Page 2 of 4
Statement Period
05/01/08 through 05/31/08
E0  P PA  0 A 54
Enclosures 0
Account Number  0029 1583 8255

## Deposit Accounts

## Business Economy Checking

INVESTFORCLOSURES VENTURES LLC  DBA SANDS OF GOLD

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 0029 1583 8255 | Statement Beginning Balance | $3,066.00 |
| Statement Period | 05/01/08 through 05/31/08 | Amount of Deposits/Credits | $19,000.00 |
| Number of Deposits/Credits | 4 | Amount of Withdrawals/Debits | $22,000.12 |
| Number of Withdrawals/Debits | 9 | Statement Ending Balance | $65.88 |
| Number of Deposited Items | 0 | | |
| | | Average Ledger Balance | $4,878.04 |
| Number of Days in Cycle | 31 | Service Charge | $12.00 |

### Your Total Qualifying Balance Is Based on the Following Accounts

| Account Name | Account Number | Qualifying Balance ($) | Type of Balance | Date |
|---|---|---|---|---|
| Business Economy Checking | 0029 1583 8255 | 5,137.65 | Average | 05-29 |
| | **Total Qualifying Balance** | **$5,137.65** | | |

A monthly maintenance fee was applied to your account this statement cycle. You can avoid this fee by maintaining one of the balance requirements disclosed in the Business Schedule of Fees.

### Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 05/02 | 5,000.00 | Wire Type:Wire IN Date: 080502 Time:1120 Et Trn:2008050200127970 Seq:2008050200037054/003011 Orig:Realty Opportunities Inte ID:65501789583 Snd Bk:Standard Chartered Bank Limit ID:026002561 Pmt Det:54392122347479 | 903705020127970 |
| 05/06 | 5,000.00 | Wire Type:Wire IN Date: 080506 Time:1124 Et Trn:2008050600124341 Seq:2008050600051655/004820 Orig:Realty Opportunities Inte ID:65501789583 Snd Bk:Standard Chartered Bank Limit ID:026002561 Pmt Det:54392122378676 Abono A Cta 002915838255 | 903705060124341 |
| 05/13 | 5,000.00 | Wire Type:Wire IN Date: 080513 Time:1549 Et Trn:2008051300209973 Seq:4537300134Fs/327795 Orig:Realty Opportunities Inte ID:65501789583 Snd Bk:Jpmorgan Chase Bank, N.A. ID:0002 Pmt Det:S Wf Of 08/05/13 Abono A Cta 002915838255 | 903705130209973 |
| 05/20 | 4,000.00 | Wire Type:Intl IN Date:080520 Time:1243 Et Trn:2008052000161588 Seq:54392122518992/091279 Orig:Realty Opportunities Inte ID:65501789583 Pmt Det:Abonoa Cta 002915838255 | 903705200161588 |

H

INVESTFORCLOSURES VENTURES LLC
DBA SANDS OF GOLD

Page 3 of 4
Statement Period
05/01/08 through 05/31/08
E0  P PA  0A 54              0032
Enclosures 0
Account Number  0029 1583 8255

## Withdrawals and Debits

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 05/02 | 12.00 | Wire Transfer Fee | 903705020015943 |
| 05/06 | 12.00 | Wire Transfer Fee | 903705060013559 |
| 05/07 | 10.00 | Online Business Suite Invoicing Services | 943205070052700 |
| 05/13 | 13,000.00 | Customer Withdrawal Image | 813108520631824 |
| 05/13 | 12.00 | Wire Transfer Fee | 903705130069483 |
| 05/16 | 4,906.00 | Customer Withdrawal Image | 813108120917710 |
| 05/22 | 4,000.00 | IL Tlr cash withdrawal from Chk 8255 Banking Ctr Carpentersville  #0000256 IL Confirmation# 1472646637 | 957605229936652 |
| 05/30 | 12.00 | Monthly Maintenance Fee | |
| **Card Account # 4635 8100 0021 5241:** | | | |
| 05/27 | 36.12 | CheckCard  0525 Fedex Kinko'S #0589 | 905705251306952 |
| **Subtotal** | **36.12** | | |

### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 05/01 | 3,066.00 | 05/13 | 5,020.00 | 05/27 | 77.88 |
| 05/02 | 8,054.00 | 05/16 | 114.00 | 05/30 | 65.88 |
| 05/06 | 13,042.00 | 05/20 | 4,114.00 | | |
| 05/07 | 13,032.00 | 05/22 | 114.00 | | |

## How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ........................................................................................................... $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ................ $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) ............................... $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE ........................................................................................................... $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ........................................................................................................................... $ _____
2. Add any deposits not shown on this statement ................................................................................................................. $ _____

                                                                          **SUBTOTAL** ....................................... $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ................................................... $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ..................................................................................... $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

### IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.



Bank of America, N.A. Member FDIC and     Equal Housing Lender