**EXHIBIT AF**

CONTRATO PRIVADO DE COMPRAVENTA A PLAZOS QUE CELEBRAN POR UNA PARTE, COMO VENDEDORA LA SRITA. ROSA MIRAMONTES LOMELÍ, Y POR LA OTRA COMO COMPRADOR, EL SR. FRANK SANCHEZ, AL TENOR DE LAS SIGUIENTES DECLARACIONES Y CLAUSULAS.

DECLARACIONES

I.- DECLARA LA VENDEDORA QUE:

a) Es propietaria del predio rústico ubicado en la Col. Juan N. Alvarez, denominado "Playa Ventura", Municipio de Copala, Estado de Guerrero, México, con una superficie de 95,550 Mts2. (a reserva de mediciones precisas) y que forma parte de la Escritura # 11,074 Volumen 19 Tomo 6to, inscrito en el Folio de Derechos Reales # 2370, correspondiente al Distrito de Altamirano de la Delegación del Registro Público de la propiedad del Estado de Guerrero el 11 de Junio de 2004, otorgada ante Notario Público # 1 Lic. Juan Pablo Leyva y Córdoba de la Cd. De Chilpancingo, Estado de Guerrero.

b) El predio mencionado está al corriente en el pago del Impuesto Predial, y tiene la cuenta # 544.

II.- DECLARA EL COMPRADOR QUE:



a) Conoce el predio rústico mencionado en la Declaración I.a) de este contrato y reconoce a la Srita. Rosa Miramontes Lomelí como su legítima propietaria, y se hace sabedor de la situación legal que guarda la posesión objeto de este contrato.

III.- DECLARAN AMBAS PARTES QUE:

Han convenido en la celebración del presente contrato, en el que desean expresamente dejar establecidas ciertas obligaciones y derechos, por lo que es su deseo sujetarse a las siguientes:

CLAUSULAS

PRIMERA.- MATERIA DE LA COMPRAVENTA A PLAZOS

La Srita. Rosa Miramontes Lomelí vende, en tanto que el Sr. Frank Sánchez adquiere para sí, la propiedad del predio rústico mencionado en la Declaración I.a) de este contrato, con las siguientes medidas y colindancias: al Sur 278 mts. con el Océano Pacífico; al Norte 476 mts con el Canal de Riego; al Oriente 240 mts. con Sr. Jesús Ventura García; al Poniente 263 mts. con Familia Fonnegra.

SEGUNDA.- PRECIO DE LA COMPRAVENTA A PLAZOS

El precio pactado por ambas partes para el presente Contrato de Compraventa a Plazos es la cantidad de: $ 270,000.00 (DOSCIENTOS SETENTA MIL PESOS), cantidad ésta que será pagada de la siguiente manera: $ 20,000.00 (Veinte Mil Pesos) como apartado, $ 100,000.00 (Cien Mil Pesos) a la firma del presente contrato, sin que pase del miércoles 29 de septiembre del presente año, y el saldo de: $ 150,000.00 (Ciento Cincuenta Mil Pesos) a pagar en un plazo de 3 años, cubriendo un interés mensual del 1% (Uno Por Ciento) sobre saldos insolutos.

TERCERA.- POSESIÓN

La Vendedora entregará al Comprador, la posesión jurídica y formal de un área de 278 Mts. de largo por 67 Mts. de ancho (por verificarse), denominada "Frentero de Mar" como parte de la venta total del predio mencionado, libre de toda limitante física, autorizándole a disponer de él a título de dueño, a partir de haber recibido el Enganche de: $ 120,000.00 (Ciento Veinte Mil Pesos). Del área restante podrá disponer conforme se vaya abonando al saldo ($ 150,000.00).

CUARTA.- ELEVACION A ESCRITURA PÚBLICA

Las partes se obligan a elevar a escritura pública el presente Contrato de Compraventa a Plazos tan pronto como en ella se haga el pago total del precio convenido y pueda consignar la transmisión de dominio del cien por ciento de la propiedad vendida. A dicho acto y en el momento oportuno, la Vendedora se obliga a comparecer a fin de otorgar la escritura correspondiente, ante Notario Público.

QUINTA.- JURISDICCCION Y GASTOS DE ESCRITURACIÓN

Las partes contratantes se someten expresamente a las Leyes y Tribunales de la Cd. De México, Distrito Federal, México, con renuncia expresa de cualquier otro fuero que pudiera corresponderles en razón de sus domicilios presente o futuros, para la interpretación y cumplimiento del presente contrato. De igual manera convienen en que todos los gastos inherentes a la elevación de escritura pública del presente contrato sean pagados por el comprador, salvo el Impuesto Sobre la Renta, el cual será pagado por la Vendedora.

SEXTA.- DOMICILIOS

Las partes señalan como sus respectivos domicilios para todos los efectos legales procedentes, los siguientes:

SR. FRANK SANCHEZ
Estados Unidos de Norteamérica

SRITA. ROSA MIRAMONTES LOMELI
Cd. De México, D.F., México

_____
SR. FRANK SANCHEZ

_____
SRITA. ROSA MIRAMONTES LOMELÍ