IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 09-CV-1221 |
| v. | ) |
| | ) |
| INVESTFORCLOSURES FINANCIAL, L.L.C.; et al., | ) Judge Leinenweber |
| | ) |
| | ) Magistrate Judge Nolan |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Robert C. Thurston, an attorney, hereby certify that I served a copy each of Plaintiffs' Amended Second Motion for Temporary Restraining Order, Statement of Facts and Memorandum of Law in support of same upon all persons on the Service List below by causing the same to be sent via ECF for all Filing Users and via U.S. Mail to all who are not Filing Users on May 28, 2009.

By: ___/s/ Robert C. Thurston_____

## SERVICE LIST

**Attorneys For Defendants InvestForClosures Financial, L.L.C.; InvestForClosures.com, LLC; InvestForClosures Ventures, LLC; Francis X. Sanchez; and James D. Bourassa**
Robert B. Christie
Jeffry M. Henderson
Harris L. Kay
Henderson & Lyman
175 West Jackson Blvd, Suite 240
Chicago, IL 60604
(312) 986-6960
RChristie@henderson-lyman.com
jhenderson@henderson-lyman.com
ECF FILER

**Attorneys For Defendant Deana M. Guidi; Darcey L. Martin; Tom Rodriguez**
Charles A. Dunlop
Russell W. Baker
Genevieve M. Lynott
Campion Curran Dunlop & Lamb, PC
8600 US Hwy 14, Suite 201
Crystal Lake, IL 60012
(815) 459-8440
cdunlop@ccdllaw.com
rbaker@ccdllaw.com
glynott@ccdllaw.com
ECF FILER

**Defendant Scott D. Wessel**
Scott D. Wessel
1700 Wicker St.
Woodstock, IL 60098-2456
NON-ECF FILER

**Defendant Daniel E. Fitzgerald**
Daniel E. Fitzgerald
606 Hapsfield Lane
Buffalo Grove, IL 60089-3364
NON-ECF FILER

-1-

-2-

| | |
|---|---|
| **Defendant Scott Slagle** | **Defendant Realty Opportunities International S. de R.L. de C.V.** |
| Scott Slagle | Frank Sanchez, CEO |
| 364 Gertrude St. | 13906 Rt. 176 |
| Elgin, IL 60123-7451 | Woodstock, IL 60098 |
| NON-ECF FILER | NON-ECF FILER |