# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Bradley J Schaufenbuel, et al.

                            Plaintiff,

v.                                                         Case No.: 1:09−cv−01221
                                                        Honorable Harry D. Leinenweber

InvestForClosures Financial, L.L.C., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 19, 2009:

      MINUTE entry before the Honorable Nan R. Nolan:Motion hearing held. Plaintiffs' Motion to Compel [74] is entered and continued and Defendants' will accept Plaintiff's amendment of documents and complete inspection no later than 06/30/09 as discussed in open court. Defendants' oral Motion to issue discovery no later than 05/26/09 is granted. Counsel for Defendant Darcey's oral Motion to Withdraw Pro Se appearance is granted. Parties joint request to accept document's electronically is granted. Status hearing previously set for 07/29/09 is stricken and reset for 07/09/09 at 9:00 a.m.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.