UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.2**
Eastern Division

Bradley J Schaufenbuel, et al.
                                        Plaintiff,

v.                                      Case No.: 1:09−cv−01221
                                        Honorable Harry D. Leinenweber

InvestForClosures Financial, L.L.C., et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 2, 2009:

    MINUTE entry before the Honorable Harry D. Leinenweber: Responses to defendants motions to dismiss to be filed by 7/17/2009. Reply briefs to be filed by 8/7/2009. The court will rule orallly on 9/10/2009 at 9:00 a.m.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.