**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **BRADLEY J. SCHAUFENBUEL**; et al., | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 09-CV-1221** |
| **v.** | ) | |
| | ) | |
| **INVESTFORCLOSURES FINANCIAL, L.L.C.**; et al., | ) | **Judge Leinenweber** |
| | ) | |
| | ) | **Magistrate Judge Nolan** |
| | ) | |
| **Defendants.** | ) | |

<u>**VOLUNTARY DISMISSAL OF DEFENDANT WESSEL WITHOUT PREJUDICE**</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss without prejudice Defendant Scott Wessel from the above-captioned case.

PLAINTIFFS

By: ___/s/ Robert C. Thurston_____
      One of Their Attorneys

| | |
|---|---|
| Thurston Law Offices, P.C. | Law Offices of Joel M Weiner, LLC |
| Robert C. Thurston | Joel M. Weiner |
| A.R.D.C. No. 6209353 | 579 N 1st Bank Drive Suite 150 |
| 10469 Bethel Avenue | Palatine, IL 60067-8102 |
| Huntley, IL 60142 | Phone: 847-654-3105 |
| Phone: 847-659-8613 | Fax: 847-358-7165 |
| Fax: 847-628-0930 | Email: jweiner@jweinerlaw.com |
| Email: tj@thurstonlawpc.com | |

-1-