**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **BRADLEY J. SCHAUFENBUEL; et al.,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**INVESTFORCLOSURES FINANCIAL,** )<br>**L.L.C.; et al.,** )<br>)<br>)<br>Defendants. ) | Case No. 09-CV-1221<br><br>Judge Leinenweber<br><br>Magistrate Judge Nolan |

## NOTICE OF FILING

TO:     ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on Thursday, the 12th day of June, I filed electronically with the United States District Court for the Northern District of Illinois the Voluntary Dismissal of Defendant Wessel Without Prejudice.

                              PLAINTIFFS


                              By:  /s/ Robert C. Thurston
                                    One of Their Attorneys


Thurston Law Offices, P.C.          Law Offices of Joel M Weiner, LLC
Robert C. Thurston                  Joel M. Weiner
A.R.D.C. No. 6209353                579 N 1st Bank Drive Suite 150
10469 Bethel Avenue                 Palatine, IL 60067-8102
Huntley, IL 60142                   Phone: 847-654-3105
Phone: 847-659-8613                 Fax: 847-358-7165
Fax: 847-628-0930                   Email: jweiner@jweinerlaw.com
Email: tj@thurstonlawpc.com

-1-

## CERTIFICATE OF SERVICE

I, Robert C. Thurston, an attorney, hereby certify that I served a copy of this Notice and the referenced documents therein upon all persons on the Service List below by causing the same to be sent via ECF for all Filing Users on June 12, 2009 and via U.S. Mail to all who are not Filing Users on June 13, 2009.

By: ___/s/ Robert C. Thurston____

## SERVICE LIST

**Attorneys For Defendants InvestForClosures Financial, L.L.C.; InvestForClosures.com, LLC; InvestForClosures Ventures, LLC; and Francis X. Sanchez**
Robert B. Christie
Jeffry M. Henderson
Harris L. Kay
Henderson & Lyman
175 West Jackson Blvd, Suite 240
Chicago, IL 60604
(312) 986-6960
RChristie@henderson-lyman.com
jhenderson@henderson-lyman.com
ECF FILER

**Attorneys For Defendant Deana M. Guidi; Darcey L. Martin; Tom Rodriguez**
Charles A. Dunlop
Russell W. Baker
Genevieve M. Lynott
Campion Curran Dunlop & Lamb, PC
8600 US Hwy 14, Suite 201
Crystal Lake, IL 60012
(815) 459-8440
cdunlop@ccdllaw.com
rbaker@ccdllaw.com
glynott@ccdllaw.com
ECF FILER

**Defendant Scott D. Wessel**
Scott D. Wessel
1700 Wicker St.
Woodstock, IL 60098-2456
NON-ECF FILER

**Defendant Daniel E. Fitzgerald**
Daniel E. Fitzgerald
606 Hapsfield Lane
Buffalo Grove, IL 60089-3364
NON-ECF FILER

**Defendant Scott Slagle**
Scott Slagle
364 Gertrude St.
Elgin, IL 60123-7451
NON-ECF FILER

**Defendant Realty Opportunities International S. de R.L. de C.V.**
Frank Sanchez, CEO
13906 Rt. 176
Woodstock, IL 60098
NON-ECF FILER