## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 09-CV-1221 |
| v. | ) |
| | ) |
| INVESTFORCLOSURES FINANCIAL, L.L.C.; et al., | ) Judge Leinenweber |
| | ) |
| | ) Magistrate Judge Nolan |
| | ) |
| Defendants. | ) |

### DECLARATION OF ATTORNEY'S FEES AWARDED AS SANCTIONS

I, Robert C. Thurston, an attorney, do hereby declare in support of sanctions awarded by this Court on May 19, 2009 as follows:

1.      I performed work on serving the subpoenae, preparing and presenting the Motion for Expenses and Fees for Failure to Waive Service and my billable time was a total of 8.1 hours.  I bill at a rate of $250.00 per hour.  In addition, I incurred a parking charge to appear in court in the amount of $27.00.  The total amount of my fees and costs for this work is $2,052.00.  A true and correct copy of the invoice representing these fees and costs is attached hereto as Exhibit A.

2.      Were it not for the sanctions awarded by this Court, my clients Plaintiffs would have to pay this bill.

3.      The fees charged for this work are reasonable and customary.

4.      I make this Declaration under oath and pursuant to Fed.R.Civ.P. Rule 11 and the laws regarding perjury.

Robert C. Thurston
A.R.D.C. No. 6209353
Thurston Law Offices, P.C.
10469 Bethel Avenue                        By:_____
Huntley, IL 60142                                      Robert C. Thurston
Phone: 847-659-8613

**Thurston Law Offices, P.C.**

10469 Bethel Avenue
Huntley, IL 60142-8131

Phone 847-659-8613   Fax 847-628-0930

**www.thurstonlawpc.com**

**Professional Services Invoice**

| Date | Invoice # |
|------|-----------|
| 6/8/2009 | TLOPC772 |

| Bill To |
|---------|
| InvestForClosures Group |



| File Name |
|-----------|
| 09-006 - Federal Case |

| Serviced | Description | Qty | Amount |
|----------|-------------|-----|--------|
| 5/13/2009 | Prepare courtesy copies of motions for Judges Leinenweber and Nolan; prepare cover letter to Judge Leinenweber re 5/19 motion and preceding motion in Judge Nolan's courtroom in case parties are late for 9:30 motion; email to counsel re same; | 0.9 | 225.00 |
| 5/13/2009 | Prepare Motion for Expenses and Fees for Failure to Waive Service against ROI Mexico, Certification of RCT in support, and Notice of Motion; review documents in support in preparation of same; legal research on FRCP 4(d) re same; file and serve same; prepare cover letter for courtesy copies to Judge Leinenweber re same; | 2.9 | 725.00 |
| 5/15/2009 | Prepare Amended Notice of Motion for Failure to Waive Service and prepare service upon ROI Mexico; file same; | 0.5 | 125.00 |
| 5/19/2009 | Prepare for, travel to USDC NDIL, and appear for Motion for Fees and Costs for Failure to Waive Service; return to office; | 3.7 | 925.00 |
| 5/20/2009 | Receive and review Order from Judge Leinenweber in accordance with rulings made on 5/19; | 0.1 | 25.00 |
| 5/19/2009 | Parking Hearing USDC NDIL Motion for Failure to Waive | | 27.00 |

Please make your check payable to "Thurston Law Offices, P.C." Thank you.

| **Total** | $2,052.00 |
|-----------|-----------|

**Now you can pay by credit card - Visa, Mastercard, American Express - through PayPal.com.  Send us an email if you would like to pay by credit card!**

| **Payments/Credits** | $0.00 |
|----------------------|-------|
| **Balance Due** | $2,052.00 |