IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; et al., | ) |
| Plaintiffs, | ) |
| | ) Case No. 09-CV-1221 |
| v. | ) |
| | ) |
| INVESTFORCLOSURES FINANCIAL, L.L.C.; et al., | ) Judge Leinenweber |
| | ) |
| | ) Magistrate Judge Nolan |
| | ) |
| Defendants. | ) |

### CERTIFICATION OF ROBERT C. THURSTON

I, Robert C. Thurston, an attorney and counsel for Plaintiff, hereby certify as follows:

1. Service of the First Amended Complaint was effected upon Defendant Realty Opportunities International S. de R.L. de C.V. ("ROI Mexico") by serving Frank Sanchez, CEO of ROI Mexico and an authorized person, on April 20, 2009, and proof of service was filed with the Court on April 30, 2009. (Document #68.)

2. Service of the Second Amended Complaint was effected upon ROI Mexico on May 15, 2009. (Document #80.)

3. ROI Mexico has not appeared or pleaded in response to the Complaint and more than 30 days has passed since service of both the First Amended Complaint and Second Amended Complaint.

4. I make this Declaration under oath and pursuant to Fed.R.Civ.P. Rule 11 and the laws regarding perjury.

_____
Robert C. Thurston