UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> INVESTFORCLOSURES FINANCIAL, L.L.C., *et. al.*, <br><br> Defendants. | Case No. 09 cv 1221 |

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**

Defendants InvestForClosures Financial, L.L.C., InvestForClosures.com LLC, InvestForClosures Ventures, LLC, and Francis Sanchez, through their attorneys and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certify that:

1) Defendants InvestForClosures Financial, L.L.C., InvestForClosures.com LLC, and InvestForClosures Ventures, LLC do not have a parent company, and

2) No publicly owned company owns 10% or more of defendants InvestForClosures Financial, L.L.C., InvestForClosures.com LLC, and InvestForClosures Ventures, LLC.

                                              INVESTFORCLOSURES FINANCIAL, L.L.C.,
                                              INVESTFORCLOSURES.COM LLC,
                                              INVESTFORCLOSURES VENTURES, LLC, and
                                              FRANCIS SANCHEZ

                                  By:   Robert B. Christie
                                          One of Defendants' Attorneys

                                          Robert B. Christie
                                          HENDERSON & LYMAN
                                          175 West Jackson, Suite 240
                                          Chicago, Illinois 60604
                                          312-986-6957
                                          rchristie@henderson-lym.com
                                          ARDC No. 6229020

## CERTIFICATE OF SERVICE

      I, an attorney of record, hereby certify that on July 1, 2009, I electronically filed the foregoing Certificate of Interest through the Court's Electronic Cases Filing System, and that pursuant to Local Rule 5.9 such filing constitutes service on all Filing Users that have appeared in the above captioned proceeding.

                                                /s/ Robert B. Christie

Robert B. Christie  
HENDERSON & LYMAN  
175 West Jackson, Suite 240  
Chicago, Illinois  60604  
312-986-6957  
rchristie@henderson-lym.com  
ARDC No. 6229020