IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; et al., | ) |
| Plaintiffs, | ) |
| | ) Case No. 09-CV-1221 |
| v. | ) |
| | ) |
| INVESTFORCLOSURES FINANCIAL, L.L.C.; et al., | ) Judge Leinenweber |
| | ) |
| | ) Magistrate Judge Nolan |
| | ) |
| Defendants. | ) |

### DECLARATION OF ROBERT C. THURSTON

I, Robert C. Thurston, an attorney and counsel for Plaintiff, hereby certify as follows:

1. On June 2, 2009, this Court held a hearing to set briefing schedules on Defendants' motions to dismiss.

2. Before the proceedings, I inquired to Defendants' counsel whether they intended to seek a stay of the pending discovery related to the motion for preliminary injunction.

3. Attorney Robert Christie, counsel for certain of the Defendants, responded cryptically, "I don't believe there is a need to move to stay discovery."

4. During the hearing, I made representations to this Court about the discovery schedule before Judge Nolan on the preliminary injunction and Defendants' counsel remained silent.

5. I make this Declaration under oath and pursuant to Fed.R.Civ.P. Rule 11 and the laws regarding perjury.

_____
Robert C. Thurston