**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **BRADLEY J. SCHAUFENBUEL**; et al., )<br>)<br>Plaintiffs, )<br>) Case No. 09-CV-1221<br>v. )<br>)<br>**INVESTFORCLOSURES FINANCIAL**, ) Judge Leinenweber<br>L.L.C.; et al., )<br>) Magistrate Judge Nolan<br>)<br>Defendants. ) | |

### REQUEST FOR ENTRY OF DEFAULT – SCOTT SLAGLE

NOW COME Plaintiffs, by and through their attorneys Thurston Law Offices, P.C. and Law Offices of Joel M Weiner, LLC, and request that pursuant to Fed.R.Civ.P. 55(a) the Clerk enter Default against Defendant Scott Slagle. Plaintiffs submit the Certification of Robert C. Thurston in support of this Request.

PLAINTIFFS

By: __/s/ Robert C. Thurston_____
      One of Their Attorneys

| | |
|---|---|
| Thurston Law Offices, P.C.<br>Robert C. Thurston<br>A.R.D.C. No. 6209353<br>10469 Bethel Avenue<br>Huntley, IL 60142<br>Phone: 847-659-8613<br>Fax: 847-628-0930<br>Email: tj@thurstonlawpc.com | Law Offices of Joel M Weiner, LLC<br>Joel M. Weiner<br>579 N 1st Bank Drive Suite 150<br>Palatine, IL 60067-8102<br>Phone: 847-654-3105<br>Fax: 847-358-7165<br>Email: jweiner@jweinerlaw.com |