IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; et al., | ) |
| Plaintiffs, | ) |
| | ) Case No. 09-CV-1221 |
| v. | ) |
| INVESTFORCLOSURES FINANCIAL, L.L.C.; et al., | ) Judge Leinenweber |
| | ) Magistrate Judge Nolan |
| Defendants. | ) |

## CERTIFICATION OF ROBERT C. THURSTON

I, Robert C. Thurston, an attorney and counsel for Plaintiff, hereby certify as follows:

1. Service of the Second Amended Complaint was effected upon Scott Slagle by personal service on April 10, 2009. (Document #48.)

2. Scott Slagle has not appeared or pleaded in response to the Second Amended Complaint and more than 30 days has passed since service of the Second Amended Complaint.

3. I make this Declaration under oath and pursuant to Fed.R.Civ.P. Rule 11 and the laws regarding perjury.

_____
Robert C. Thurston