IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 09-CV-1221 |
| v. ) | |
| ) | |
| INVESTFORCLOSURES FINANCIAL, ) | Judge Leinenweber |
| L.L.C.; et al., ) | |
| ) | Magistrate Judge Nolan |
| ) | |
| Defendants. ) | |

## CERTIFICATION OF ROBERT C. THURSTON

I, Robert C. Thurston, an attorney and counsel for Plaintiff, hereby certify as follows:

1. Service of the First Amended Complaint was effected upon Daniel E. Fitzgerald aka Dan Fitzgerald ("Dan Fitzgerald") via Waiver of Service on March 23, 2009. (Document #36.)

2. Service of the Second Amended Complaint was effected upon Dan Fitzgerald by mail on April 27, 2009. (Document #58-4.)

3. Dan Fitzgerald has not appeared or pleaded in response to the First Amended Complaint or the Second Amended Complaint and more than 30 days has passed since service of both complaints.

4. I make this Declaration under oath and pursuant to Fed.R.Civ.P. Rule 11 and the laws regarding perjury.

_____
Robert C. Thurston