# EXHIBIT A



SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS    CONTACT

## LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | INVESTFORCLOSURES FINANCIAL, L.L.C. | **File Number** | 00684406 |
| **Status** | INVOLUNTARY DISSOLUTION | **On** | 09/12/2008 |
| **Entity Type** | LLC | **Type of LLC** | Domestic |
| **File Date** | 03/19/2002 | **Jurisdiction** | IL |
| **Agent Name** | JIM D BOURASSA | **Agent Change Date** | 07/07/2004 |
| **Agent Street Address** | 254 GREGORY SEARS DR. | **Principal Office** | 13908 IL RTE 176 WOODSTOCK 60098 |
| **Agent City** | GILBERTS | **Management Type** | MGR   **View** |
| **Agent Zip** | 60136 | **Duration** | PERPETUAL |
| **Annual Report Filing Date** | 00/00/0000 | **For Year** | 2008 |
| **Assumed Name** | INACTIVE - ROI DEVELOPERS<br>INACTIVE - INVESTFORCLOSURES | | |
| **Old LLC Name** | 12/31/2002 - INVESTFORCLOSURES, L.L.C. | | |
| **Series Name** | NOT AUTHORIZED TO ESTABLISH SERIES | | |

**Return to the Search Screen**

**BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE**



## EXHIBIT B

July 3, 2009

Thurston Law Offices, P.C.
10469 Bethel Avenue
Huntley, Illinois 60142

Attention:  Robert C. Thurston

RE:     09CV1221

Dear Mr. Thurston:

Enclosed please find copies of all statements, checks and deposits for account number 3110005802.

At the present time I am still trying to obtain copies of the wire transfers and loan information.

If you have any questions, please feel free to contact me at 773-602-8218.

Very truly yours,

Joanne Targia

Encl.



```
                                    082 01 00    PAGE:         1
                                    DATE: 10/31/03  ACCOUNT:3110005802
                                                  DOCUMENTS:      1
```

# EXHIBIT C

```
      INVESTFORCLOSURES FINANCIALLLC              30
      PMB #135   244 S RANDALL RD                  1
      ELGIN IL  60123-5529                         0
```

```
==============================================================================
     CALL A COMMERCIAL BANKER AND ASK ABOUT OUR CASH MANAGEMENT SERVICES, SUCH
     AS OUR SWEEP ACCOUNT.
     CALL 630.954.2890 TO USE OUR AUTOMATED TELEBANKING SERVICE FOR ACCOUNT
     INFORMATION. OR GO TO WWW.UCBANK.NET TO ENROLL FOR INTERNET BANKING.
==============================================================================
             COMMMERCIAL CHECKING ACCOUNT 3110005802
==============================================================================
```

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE | |
|---|---|---|---|---|---|
| BALANCE LAST STATEMENT ................................. | | | 09/30/03 | 31,521.91 | |
| SPENCER MATHEWS / Earned Interest | | | | | |
| | 522.08 | | 10/01/03 | 30,999.83 | 1001-6170023499 |
| KAILASH GUPTA / Earned Interest | 596.67 | | 10/01/03 | 30,403.16 | 1001-6170023497 |
| Funds transfer | 25,000.00 | | 10/02/03 | 5,403.16 | 1002-6170023555 |
| SPENCER MATHEWS/ Earned Intrest | 223.75 | | 10/06/03 | 5,179.41 | 1006-6170023605 |
| Corporate Internet Banking ACH Transfer Out | | | | | |
| | 596.67 | | 10/06/03 | 4,582.74 | 1006-6170023617 |
| MISCELLANEOUS CREDIT | | 25,000.00 | 10/07/03 | 29,582.74 | 1007-0052587420 |
| WIRE FEE TS | 20.00 | | 10/09/03 | 29,562.74 | 1009-0064000040 |
| WIRE TO SUNTRUST BANK TS | 3,000.00 | | 10/09/03 | 26,562.74 | 1009-0064000038 |
| Helen Clark/ MIG Payment | 1,939.17 | | 10/17/03 | 24,623.57 | 1017-6170023859 |
| WIRE FEE TS | 20.00 | | 10/21/03 | 24,603.57 | 1021-0064000008 |
| WIRE TO COMMERCE BANK TS | 4,572.05 | | 10/21/03 | 20,031.52 | 1021-0064000006 |
| Judd & Darcey Martin/ Interest Payment | | | | | |
| | 581.67 | | 10/21/03 | 19,449.85 | 1021-6170023900 |
| JOHN SARAH REED / Earned Interest | | | | | |
| | 522.08 | | 10/23/03 | 18,927.77 | 1023-6170023999 |
| JOHN REED III / Earned Interest | 522.08 | | 10/23/03 | 18,405.69 | 1023-6170024002 |
| WIRE FEE TS | 20.00 | | 10/24/03 | 18,385.69 | 1024-0064000019 |
| WIRE TO FIRSTSTAR BANK TS | 522.08 | | 10/24/03 | 17,863.61 | 1024-0064000017 |
| Xinyu Zhu/ Earned Interest | 1,491.67 | | 10/27/03 | 16,371.94 | 1027-6170024048 |
| Fong Zhu/ Earned Interest | 1,491.67 | | 10/27/03 | 14,880.27 | 1027-6170024049 |
| SPENCER MATHEWS/Earned Interest | 522.08 | | 10/29/03 | 14,358.19 | 1029-6170024096 |
| SERVICE CHARGE | 56.10 | | 10/31/03 | 14,302.09 | |
| BALANCE THIS STATEMENT ................................. | | | 10/31/03 | 14,302.09 | |

```
                    * * * C O N T I N U E D * * *
```

```
                          082 01 00      PAGE:          1
                          DATE: 04/30/04  ACCOUNT:3110005802
                                          DOCUMENTS:      1




            INVESTFORCLOSURES FINANCIALLLC              30
            PMB #135   244 S RANDALL RD                  0
            ELGIN IL  60123-5529                         1


========================================================================
    CALL A COMMERCIAL BANKER AND ASK ABOUT OUR CASH MANAGEMENT SERVICES, SUCH
    AS OUR SWEEP ACCOUNT.
    CALL 630.954.2890 TO USE OUR AUTOMATED TELEBANKING SERVICE FOR ACCOUNT
    INFORMATION. OR GO TO WWW.UCBANK.NET TO ENROLL FOR INTERNET BANKING.

========================================================================
            COMMMERCIAL CHECKING ACCOUNT 3110005802
========================================================================
    DESCRIPTION           DEBITS    CREDITS   DATE      BALANCE

BALANCE LAST STATEMENT ...................................  03/31/04   992,169.16
SPENCER MATHEWS/ Earned Interest    522.08       04/01/04   991,647.08    0401-6170027761
KAILASH KANTA GUPTA/ Earned Interest
                                    596.67       04/02/04   991,050.41    0402-6170027789
SPENCER MATHEWS/ Earned Interest    223.75       04/05/04   990,826.66    0405-6170027814
KAILASH KANTA GUPTA/ Earned Interest
                                    596.67       04/07/04   990,229.99    0407-6170027877
KANTA NISHANT GUPTA/Earned Interest
                                    626.50       04/07/04   989,603.49    0407-6170027879
Philip Meegan/ Earned Interest      626.50       04/07/04   988,976.99    0407-6170027880
WIRE TRANSFER                     3,000.00       04/08/04   985,976.99    0408-0029831560
SERVICE CHARGE                       20.00       04/08/04   985,956.99    0408-0029831540
WIRE FEE KM                          20.00       04/16/04   985,936.99    0416-0064000029
WIRE OUT TO CHARLES SCHWAB PER FAX KM
                                  1,491.67       04/16/04   984,445.32    0416-0064000027
ROBIN R SCOTT/ earned interest       66.91       04/23/04   984,378.41    0423-6170028276
JOHN REED III/ earned interest      522.08       04/23/04   983,856.33    0423-6170028270
JUDD DARCEY MARTIN/ Earned Interest
                                    747.50       04/23/04   983,108.83    0423-6170028274
JOHN SARAH REED/ earned interest    895.00       04/23/04   982,213.83    0423-6170028271
CURTIS STACEY ODELL/ Earned Interest
                                    908.33       04/26/04   981,305.50    0426-6170028303
SEAN TIFFANY PAGE/ earned interest
                                  1,491.67       04/27/04   979,813.83    0427-6170028336
SEAN TIFFANY PAGE/ earned interest
                                  1,840.65       04/27/04   977,973.18    0427-6170028335
WIRE FEE KM                          20.00       04/28/04   977,953.18    0428-0064000045
                  * * * C O N T I N U E D * * *
```

```
                              082 01 00     PAGE:           1
                          · DATE: 05/28/04  ACCOUNT:3110005802
                                            DOCUMENTS:      5




          INVESTFORCLOSURES FINANCIALLLC              30
          PMB #135   244 S RANDALL RD                  0
          ELGIN IL  60123-5529                         5
```

```
==============================================================================
    CALL A COMMERCIAL BANKER AND ASK ABOUT OUR CASH MANAGEMENT SERVICES, SUCH
    AS OUR SWEEP ACCOUNT.
    CALL 630.954.2890 TO USE OUR AUTOMATED TELEBANKING SERVICE FOR ACCOUNT
    INFORMATION. OR GO TO WWW.UCBANK.NET TO ENROLL FOR INTERNET BANKING.

==============================================================================
          COMMMERCIAL CHECKING ACCOUNT 3110005802
==============================================================================
```

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................... | | | 04/30/04 | 662,145.10 |
| KAILASH KANTA GUPTA/ Earned Interest | | | | |
| | 596.67 | | 05/04/04 | 661,548.43 |
| SPENCER MATHEWS/ Earned Interest | 223.75 | | 05/05/04 | 661,324.68 |
| WIRE FEE KM | 20.00 | | 05/10/04 | 661,304.68 |
| WIRE OUT TO TONY ALLEN FROM ACCT #3110005802 KM | | | | |
| | 2,625.00 | | 05/10/04 | 658,679.68 |
| KANTA NISHANT GUPTA/ Earned Interest | | | | |
| | 626.50 | | 05/11/04 | 658,053.18 |
| TRAVIS RUEN/ Earned Interest | 1,658.33 | | 05/11/04 | 656,394.85 |
| WIRE TRANSFER | 1,291.46 | | 05/12/04 | 655,103.39 |
| SERVICE CHARGE | 45.00 | | 05/12/04 | 655,058.39 |
| KAILASH KANTA GUPTA/ Earned Interest | | | | |
| | 596.67 | | 05/13/04 | 654,461.72 |
| Philip Meegan/Earned Interest | 626.50 | | 05/13/04 | 653,835.22 |
| WIRE TRANSFER | 1,491.67 | | 05/14/04 | 652,343.55 |
| SERVICE CHARGE | 20.00 | | 05/14/04 | 652,323.55 |
| STOP PAYMENT FEE | 15.00 | | 05/14/04 | 652,308.55 |
| TRANSFER TO NEW ACCT #6310002323 KM | | | | |
| | 480,000.00 | | 05/19/04 | 172,308.55 |
| CHECK # 1005 | 580.42 | | 05/20/04 | 171,728.13 |
| JUDD DARCEY MARTIN/ Earned Interest | | | | |
| | 747.50 | | 05/21/04 | 170,980.63 |
| ROBIN R SCOTT/ Earned Interest | 100.00 | | 05/24/04 | 170,880.63 |
| ALVIN MARY AKAGI/Earned Interest | 928.95 | | 05/24/04 | 169,951.68 |
| CHECK # 1006 | 580.42 | | 05/24/04 | 169,371.26 |
| JOHN REED III/ Earned Interest | 522.08 | | 05/25/04 | 168,849.18 |
| JOHN SARAH REED/ Earned Interest | 895.00 | | 05/25/04 | 167,954.18 |

```
                    * * * C O N T I N U E D * * *
```

# EXHIBIT D



SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS    CONTACT

## LLC FILE DETAIL REPORT

| Entity Name | INVESTFORCLOSURES VENTURES, LLC | File Number | 01384422 |
| --- | --- | --- | --- |
| Status | INVOLUNTARY DISSOLUTION | On | 06/13/2008 |
| Entity Type | LLC | Type of LLC | Domestic |
| File Date | 12/30/2004 | Jurisdiction | IL |
| Agent Name | JAMES D. BOURASSA | Agent Change Date | 11/30/2005 |
| Agent Street Address | 254 GREGORY M. SEARS DRIVE | Principal Office | 13908 IL ROUTE 176 WOODSTOCK 60098 |
| Agent City | GILBERTS | Management Type | MGR  **View** |
| Agent Zip | 60136 | Duration | |
| Annual Report Filing Date | 00/00/0000 | For Year | 2007 |
| Assumed Name | INACTIVE - SANDS OF GOLD ESCROW<br>INACTIVE - SANDS OF GOLD<br>INACTIVE - ROI FINANCIAL<br>INACTIVE - REALTY OPPORTUNITIES INTERNATIONAL ESCROW 23<br>INACTIVE - ROI ESCROW | | |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

**Return to the Search Screen**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



# ROI / InvestForClosures - Investor Upedate

Wednesday, April 16, 2008 12:38 PM
From:
"Frank Sanchez" <francissanchez@live.com>
Add sender to Contacts
To:
info@roifinancial.com
Hello Everyone

I write to you in excellent spirits and grateful to God for every door that has been open, every person that has been put in our path and for each investor who has prayed for the success of the Sands of Gold Project.

I open my update to you in this way  because after analyzing our project in every manner, logistically, politically, financially, and after much personal and spiritual reflection;  I whole heartedly believe that this project has been put forth to all of us as a work for God in this world.

It is difficult for me to explain all the things that have happened which cause me to make the above statement, but as I put forth the updated information, I think you will agree that there can be no other explanation other than God's hand at work.

Not to keep you in suspense, I will tell you now that we have received the long awaited Letter of Commitment (LOC) (March 28, 2008) that we have been working so hard to obtain.  Also, the contract that is tied to the Letter of Commitment has been drafted, presented to us, and it is being reviewed this very moment by 2 attorneys, 4 accountants, and our project consultant team Panorama.   Note that we will not reveal the actual sources via email within the final contract has been signed, so you will have the link to a masked version of the agreement (www.roimexico.com/Contract_for_Bond_masked.doc). Trusted staff and board members will receive the actual contract upon the signature of a Non Disclosure, Non Circumvention Agreement.

I want you to understand that this process has been the largest, most complicated, physically and mentally challenging task that, as a company, we have ever dared to achieve.  However, all of our prayers and the test of our faith have been answered.  I have attached the actual agreement that we will sign and date April 17, 2008. (Assuming everything is agreed upon April 16, in our 11 AM conference call with the attorneys for both parties)  I don't anticipate any problems in that at this point, only proofs and clarifications will be discussed.

You will see that the gross amount of the contract funding is for $4,926,744,186.05. Once the fees and escrow reserves are subtracted, it leaves a net amount of $2,850,000,000.00 Note that the gross amount of the loan includes a 3 year interest reserve set aside used to pay the debt for the first 3 years.

We know that it has been a long hard road for everyone, but sifting through the complexities and reaffirming our alliances with all those involved (Mexico and USA) in the process; the hard work has finally paid off.  We are also giving you the link to our latest Proforma (www.roimexico.com/ROI-ProForma-040808-2.xls).  However, note we will not reveal the backup formulations as it is now proprietary information.

You will notice in the Proforma that there have been many changes to the project which is one of the reasons that it has taken so long.  The project has more than doubled in scope since our last update to you.  ($1.4B to $2.85B)

One of the reasons for the expansion of the project scope is what we are calling the Eco Park Annex (labeled Mata de Mangle), (www.roimexico.com/Eco-Park-map.gif) which will connect up to the Sands of

Gold land (labeled Playa Venture) and be an ecological destination with some very exclusive home sites and the world's first ecological, glass constructed shopping mall , allowing for people to shop in the comfort of an air conditioned environment all the while being able to see the pristine ecological surroundings.  See the example of the type of church construction that I have in mind and then imagine a similar structure built for a shopping mall. http://www.wayfarerschapel.org/your-visit/architecture/

Also, the funders required that we provide actual documentation that the Mexican government would provide assistance in infrastructure; beach lands lease concessions, permits, security, and political support, before they would give us the LOC.  Obviously we were successful in doing so and note that although they are in Spanish, we are having them translated and can provide copies of the translated letters to you upon request. (www.roimexico.com/carta_de_Bernardo_y_Marcos.pdf)  The point is, this also added more time to the equation.

In order to complete this process it was necessary that we refortified our organization in order to ready ourselves for this tremendous undertaking.  Some of you remember in previous emails that I said, there was going to be some changes in organizational structure and personnel.  The funders also request that we have a formal board structure in place.  This needed consideration, and also took more time.

We have created a Board of Directors.  We have already had our first meeting and are still formulating the board and prospective members.  Those that have been asked to be on the board are loyal investors that have impeccable credentials and character.  We will update you on this later, once this has been completed, and will introduce the board members via our new website.

We have also added a few more members to our staff.  Jim Sweeney was a financial analyst for Harris Bank in their International Division.  (God brought this man to me) Also, we have added Dave Hale, freelance writer who has had published articles in many of Americas top magazine as the Northwest Quarterly. Here is an article he is working on for the Sands of Gold (www.roimexico.com/David-Hale-Northwest-Quarterly.doc). He will help in the redesigning of the website and will be in charge of coordinating our global marketing effort.  (He is also an investor)

Darcy Martin, one of our most treasured investors, has joined the team and may have already had contact with some of you.  She has been helping us with the account reviews and at this time is about half way through them.  Some of you may have already gotten your review.  Others will receive it soon.

Mark Lincoln, the CFO of Hope for the Heart Ministries, www.hopefortheheart.org has also been a tremendous help to us, both with his financial savvy and his Spiritual guidance.   Aside from being an all around incredible person, he is also an investor.

As you can see, many people from within our own investor base have rolled up their sleeves and helped us out with this incredible undertaking.  I don't know how Jim and I could ever thank them sufficiently, but let it be known that we are both very grateful to God, for these people and to all of you that really pray for our success; because let me tell you, it is making a huge difference.

Another phenomenon that has occurred during this entire process is the coming forth of investors offering their fields of expertise to us.  We didn't really ask anyone to help us and I feel that was a big mistake.  There are some incredibly talented and knowledgeable people that are right within our own investor base.  The people I mentioned above sensed that we could use a lending hand and they were right.  We have embraced their help and are open to anyone else that may be able to offer assistance.

Jim and I are no corporate big shot wheeler dealers, we are just regular people like yourselves.  We recognized an opportunity, and moved forward on it the best we could.  However, we have come to realize, we can only do so much.  We have both given everything that we have to this project.  Jim has had continuous stress related health problems and I have lost my precious wife over this project.  I don't blame her either.  Who wants to be married to someone that works 20 hours a day?

The reality is this.  Both Jim and I had a meeting with each other, because let's face it, the company is basically Jim and I, and we decided to really renew our faith in the Lord, and go back to the days when

we both met and realized we were both members of one of our nation's most recognized churches, Willow Creek: http://en.wikipedia.org/wiki/Willow_Creek_Community_Church .

 All we wanted to do was create good for people in the world.  Hence, we developed the Investor Disclosure System®  Now we have been blessed with investors coming forward to help out, as well as miracles that have taken place in the financing of this project.

I just want to give you one example of what I consider actual miracles that could in no way be interpreted to be "just by chance".

**An actual miracle**

7 years ago we hired a young man named Dan Fitzgerald; some of you may have spoken with him on previous occasions.  Dan's father used to have a seat on the Chicago Board of Trade.  He got tired of retirement and started using his contacts to help people put deals like ours together.  Well, it turns out that he winds up brokering our deal (Miracle) and gives us the greatest advice that we ever had in this process.  He says, work every angle in tandem and don't put all your eggs in one basket, so he leads us down the path of several roads to a master funding solution.

He tell us he has just successfully brokered a 5.2 Billion dollar deal with a gentleman that is doing a project similar to ours, but in Panama.  He says by chance the man is in town and perhaps as a favor to him he would agree to me with Jim and me.

We meet the guy and are completely blown away by the organization of his proforma and the presentation of his project.  It made us realize just how far we still had to go in order to really put together a top-notch package.  The next day I send the guy a thank you email and end it with a PS.  I ask him "you aren't by any chance Karate Ken of NIU"?  5 minutes later I get a phone call that registers "Unnamed"  The voice asks me "Did you go to Northern?  And I reply, "Are you Karate Ken"?

Can you even begin to believe this?  It turns out that Ken was a friend of mine that I had hung around with when I attended Northern Illinois University, 27 years ago.  UNBELIVABLE!  The guy had been all around the world, including becoming a Special Forces agent in the military (which is where he found his Panama land) and winds up being the guy that gets put in front of us by Dan's dad.  (Huge Miracle)

Once we established that we were old friends Ken sent me a copy of his entire Proforma and Executive Summary for his Panama Project that has already been accepted and has received the first payout of his $5..2 B. (Miracle)  He said to basically drop our numbers into his format.  He saved us at least a year's time in research and expense.  (Miracle) This and the letters from the Mexican Government changed everything for us nearly overnight.  Within 2 weeks of meeting Ken, we were able to get the Letter of Commitment. (Huge Miracle)


Can you see where I am coming from? What are the chances that a crazy kid I knew nearly 30 years ago, who at that time was a black belt in karate, and who used any willing or non willing participant for his karate demonstrations, (myself included) winds up being the person to helps us shortcut our process and get us our Letter of Commitment.  A Miracle!  Don't you agree?

**Funding Process**

Now let me explain a little bit of what I anticipate will happen.  Upon the final signature of the contract for funding, there is a minimum of 120 days before the first payout.  Here are the steps that have been given to us by the funders (www.roimexico.com/Bond_Process_Outline-101507.doc)  We are about to complete step 5 in the process and for the most part the rest is up to the funders, hence the 120 days.

Once we have actually completed the contract tied to the Letter of Commitment, then that will activate a number of other pending situations like various land sales, hotel sales, and a bridge loan.  This will mean money for the company.

There are 2 serious contenders for a bridge loan commitment to us. One is in the amount of 2 million dollars and another is for 4 million. Both carry different terms with them, and truthfully, we aren't happy with either of them. However, they are both on standby readiness waiting for proof of the signed contract tied to the LOC. Upon receipt of a bridge loan we will immediately pay out approximately 1 million dollars to our investors.

I have attached the Quarterly draw schedule that is tied to the master funding agreement (www.roimexico.com/ROI-Investment_Draw_Schedule-040408..xls). In the proforma you will notice a line item labeled "equity enhancement" This money is to be used to pay the bonuses that have been promised and 15 people that will be completely cashed out.

We anticipate the bridge loan to happen rather quickly but are still planning on at least 30 days from today.

I want to thank all of you from the bottom of our hearts, and a special thanks to all those who have helped out directly. I sincerely mean this, when I ask you to pray for the success of the Sands of Gold Project. Pray for the Holy Spirit to continue to perform miracles for us. Thanks for keeping the faith. We will let you know how the meeting went tomorrow, and hopefully we will soon be sending the email that says GLORY TO GOD—IT IS FINISHED!

Francis 'Frank' Sanchez
Founder and Chief Executive Officer

Realty Opportunities International/ InvestForClosures Financial
ROI Mexico: Live your dreams on the Sands of Gold

      815-814-4364    Main Office

      847-977-5501    Cellular

      815-425-9337    Fax

fs@roimexico.com

**EXHIBIT F**

> From: "Darcey Martin" <darcey.martin@d2dsolutions.com>
> To: "'Darcey Martin'" <darcey.martin@d2dsolutions.com>
> Subject: ROI Update 1.24.09
> Date: Mon, 26 Jan 2009 07:10:31 -0500
>
>
>
>
>
>
> Dear Investor,
>
>
>
> I have officially been given approval to give updates to our investor
> base of those that inquire on the latest happenings of ROI, and am
> here to answer any questions that I can or at least formulate a list
> of questions to bring forward to get answers out to the investor base.
> As you may or may not know we are now meeting twice per week to find
> out the latest that is happening and to get an update on what is
> currently being worked on.  I will be forwarding this onto interested parties
> in a bullet point format.
>
>
>
> Please find the 1.24.09 update below.  I will be getting an update out
> like this once or twice per week for your information.
>
>
>
>
>
> A new update was also posted yesterday by Frank, at:
> http://www.roimexico.com/ceo-update.html
>
>
>
>
>
>
>
> Adam
>
> ** Steve and Benson have ND/NC and are working on questions. JV
> agreement is in Adam's review.  Will call Adam on Wednesday to find
> out status of review and timeline for completion of agreement. Adam
> has apologized that his attorney has been slow on it, he said he would
> stay on him.  Benson and Steve to have a conference call with Adam, this didn't
> happen last week.
> Will follow up to see if the 2 parties can get together, this is not
> holding up agreement.
>

> 2.      Steve getting checklist done for himself and starting process.
> Now having an issue getting his funding together.   Will be contacting Steve
> to find out whatever happened to Tyler and if he could possibly move
> forward.
>
>
> 3.      Mexican Bank-tweak proforma and marketing plan-Status?
>
> They have the package.  Will be following up this week to get a
> response back from the bank.
>
> 4.      Touching base with Construction company-will be looking at doing
> JV with them.  Letter sent to them regarding partnership, and updated
> on funding process.  Will be waiting for a response to this so then a
> partnership can be made.  Will be put on hold until bank is wrapped up.
> Make outline and agreement to move forward, at least until response
> back from bank, bank is #1 priority.
>
>
>
> 5.      Leo-send email/ phone calls about timeline for the return of the
> fee.  .   Leo making up a structured payment plan to give 12K back.  To get
> plan from him.
>
>
> 6.       memo which will need to be tweaked/approved by Frank, that will
> accompany said
> check and Account statement reflecting any withdraw.  This process
> will be the best way to keep everything in order with a very clear
> paper trail as to disbursements and payouts.
>
>
> 7.  Robert ND/NC agreement signed.  Sent full package on 1.13.09, also
> sent note regarding
> SBLOC.   Sent follow up note on the 19th, Still no word back about package.
> Will follow up on the package this week, now that ball is in Bank's court.
>
>
>
> Adjourned.
>
>
>
> Darcey L. Martin, CCFC
> Financial Specialist
> email: darcey.martin@d2dsolutions.com
> blog: www.debt2dreams.wordpress.com
> <http://www.debt2dreams.wordpress.com/>
>
> phone: 863-875-1220
> fax: 863-875-1143
>

```
>                 Check out Darcey's latest on her Money Blog, add it to
> your RSS feeds, it is a must read in this economic environment.
>
>
```

> From: "Darcey Martin" <darcey.martin@d2dsolutions.com>
> To: "'Darcey Martin'" <darcey.martin@d2dsolutions.com>
> Subject: ROI Update 1.27.09
> Date: Tue, 27 Jan 2009 19:17:15 -0500
>
>
>
>
>
>
> Dear Investor,
>
>
>
> For those anticipating an update from our Tuesday Meeting, very
> strange the conference call service we use, something seems to be
> wrong with their network(nothing to do with us or IFC), it goes from
> all circuits busy to network difficulties, we have moved to Wednesday
> evening same time so I will get you an update after that, a quick
> conversation with Jim said things are continuing to move forward, of
> course I was 101 questions but he said he didn't want to get into
> everything that Frank would cover on Wednesday but things have been
> progressing thus far this week as planned and will continue to push
> tomorrow so they can report even more to us.  I think we are getting
> into the grove of these meetings and the constant questions that I
> bring to the table, I don't shy away from the tough questions, so they
> know they need to be prepared and ready with constant progress on their end
with all lines in the water.
>
>
>
> Darcey

> From: "Darcey Martin" <darcey.martin@d2dsolutions.com>
> To: "'Darcey Martin'" <darcey.martin@d2dsolutions.com>
> Subject: ROI Update 1.28.09
> Date: Wed, 28 Jan 2009 19:41:01 -0500
>
>
>
>
> Please find the 1.28.09 update below.
>
>
>
>
> Adam
>
> ** Steve and Benson have ND/NC and are working on questions. JV
> agreement is in Adam's review.  Have called on status of review and
> timeline for completion of agreement, Adam said any day now. Will
> follow up Adam on Agreement Thursday and/or Friday.  Adam has
> apologized that his attorney has been slow on it, he said he would
> stay on him.  Steve had conference call with Adam, not very
> productive, will be re-scheduling when everything is in order on their end.
>
> 2.      Steve getting checklist done for himself and starting process.
> Now having an issue getting his funding together.   There is nothing on
> Tyler, no word from the guy.
>
>
> 3.      Mexican Bank-tweak proforma and marketing plan-Status?
>
> They have the package.  No response yet.  Will be following up with
> phone call to get a response back from the bank.
>
> 4.      Touching base with Construction company-will be looking at doing
> JV with them.  Letter sent to them regarding partnership, and updated
> on funding process.  Will be waiting for a response to this so then a
> partnership can be made.  Will be put on hold until bank is wrapped up.
> Make outline and agreement to move forward, at least until response
> back from bank, bank is #1 priority.
>
>
>
> 5.      Leo-send email/ phone calls about timeline for the return of the
> fee.  .   Leo making up a structured payment plan to give 12K back.  To get
> plan from him, no response to email.
>
>
> 6.       memo which will need to be tweaked/approved by Frank, that will
> accompany said
> check and Account statement reflecting any withdraw.  This process
> will be the best way to keep everything in order with a very clear
> paper trail as to disbursements and payouts.

> 
> 
> 7.  Robert ND/NC agreement signed.  Sent full package on 1.13.09, also
> sent note regarding
> SBLOC.    Sent follow up note on the 19th, Still no word back about package.
> Will do another follow up by phone on the package this week.
> 
> 
> 
> Adjourned.
> 
> 
> 
> Darcey L. Martin, CCFC
> Financial Specialist
> email: darcey.martin@d2dsolutions.com
> blog: www.debt2dreams.wordpress.com
> <http://www.debt2dreams.wordpress.com/>
> 
> phone: 863-875-1220
> fax: 863-875-1143
> 
>               Check out Darcey's latest on her Money Blog, add it to
> your RSS feeds, it is a must read in this economic environment.
> 
>

> From: "Darcey Martin" <darcey.martin@d2dsolutions.com>
> To: "'Darcey Martin'" <darcey.martin@d2dsolutions.com>
> Cc: "'Jim Bourassa'" <jimdonaldbourassa@gmail.com>, "'Francis
> Sanchez'" <francisxaviersanchez@gmail.com>
> Subject: RE: ROI Update 1.28.09
> Date: Sat, 31 Jan 2009 13:23:05 -0500
>
>
>
>
> Please find the 1.31.09 update below.
>
>
>
>
> Adam
>
> Adam's attorney  is looking to make some changes to Payment structure.
> Adam said any day now, to get changes back. Will follow up with Adam
> on Agreement.  Adam has apologized that his attorney has been slow on
> it, he said he would stay on him.  Steve had conference call with
> Adam, agreement on their end is moving forward, this is different from our
agreement.
>
>
>
> Mexican Bank
>
> They have the package.  Received an email from Jorge's assistant, that
> Jorge is out of town but that we would get a call next week (the first
> week in
> Feb)  Frank to call Tuesday afternoon if no call has been received yet.
>
> Construction company-
>
>   Making progress on ongoing outline and straw-man agreement(will be
> determined after Adam agreement).  Will continue to work on outline
>
>
>
> Leo-send email/ phone calls about timeline for the return of the
> fee.  .   Leo making up a structured payment plan to give 12K back.  Leo
> has replied looking for acct number.
>
>
>
>
>
>
> Robert
>
>     Still no word back about package.  Will do another follow up by

```
> phone on the package AGAIN this week for funding.
>
>
>
>
>
> Adjourned.
>
>
>
> Darcey L. Martin, CCFC
> Financial Specialist
> email: darcey.martin@d2dsolutions.com
> blog: www.debt2dreams.wordpress.com
> <http://www.debt2dreams.wordpress.com/>
>
> phone: 863-875-1220
> fax: 863-875-1143
>
>               Check out Darcey's latest on her Money Blog, add it to
> your RSS feeds, it is a must read in this economic environment.
>
```

> From: "Darcey Martin" <darcey.martin@d2dsolutions.com>
> To:
> Cc: "'Francis Sanchez'" <francisxaviersanchez@gmail.com>, "'Jim
> Bourassa'" <jimdonaldbourassa@gmail.com>
> Subject: ROI Update 02.07.09
> Date: Sat, 7 Feb 2009 12:03:42 -0500
>
>
>
>
>
>
> Please find the 02.07.09  update below.
>
>
>
> Mexican Bank--they have the package.
>
> Action Item:  Frank to call  Monday to find out the status.  Will make
> contact with Poncho, Marcos, one other gentleman regarding potential
> synergy with bank to help move funding along.
>
>
>
> Adam-Attorney has reviewed contract, has forwarded the comments.  Adam
> working with Steve on separate deal.
>
> Action Item:  We will be responding back to comments by Tuesday.
>
>
>
> Option Contracts---no expiration.  It is a very different set up in Mexico.
>
> Action Item:  Will make more contact to confirm solid relationships,
> Poncho can check up on this.
>
>
>
> Robert---Still no word back about package.  Have gotten email Friday
> evening
> (2/6) saying to call and discuss project.
>
> Action Item:  Frank to call and discuss the package that was sent, on
> Saturday after our meeting.
>
>
>
> Construction company- Making progress on ongoing outline and straw-man
> agreement(will be determined after Adam agreement).  Have been
> emailing back and forth with Zac.  No huge pressure since we need bank
> and Adam is handled.
>

```
> Leo- Leo making up a structured payment plan to give 12K back.  Leo
> has replied looking for acct number.  Emailing back and forth, trying
> to get money to us.
>
> Adjourned.
>
>
> Darcey L. Martin, CCFC
> Financial Specialist
> email: darcey.martin@d2dsolutions.com
> blog: www.debt2dreams.wordpress.com
> <http://www.debt2dreams.wordpress.com/>
>
> phone: 863-875-1220
> fax: 863-875-1143
>
>                Check out Darcey's latest on her Money Blog, add it to
> your RSS feeds, it is a must read in this economic environment.
>
>
```

darcey.martin@d2dsolutions.com
CC: francisxaviersanchez@gmail.com, jimdonaldbourassa@gmail.com
Sent: 2/19/2009 3:06:42 A.M. Pacific Standard Time
Subj: ROI Update 02.18.09

Please find the 02.18.09  update below.

Mexican Bank—Jorge is in Monicello or Monteray or somewhere will not be in office until 2.23, Monday, we have set up a meeting for 02.23.09 at 4pm CST.  Frank, Jim, Darcey, and a board member will be on call.

**Action Item:**  Will re-send agenda and confirm appt for Monday by Friday of this week.  W**ill be contacting political connections regarding potential synergy with bank to help move funding along.  We will need 5-6 letters, Looking to send Robert all letters by the end of the week.  Also will continue to make calls.**

Here are some things that come to mind when thinking how political connections can help this process.

1.     Are they familiar with Jorge and Gregoria you were working with.

2.     Are they familiar with the 35M application process (I don't know the official name of this)

3.     Importance of this project for the region

a.     Money in the locals hands with the purchasing of the land from individuals-exercising options
b.     Jobs created from work that needs to be done-infrastructure

c.     Positive PR for the region

d.     Focal point of being a "Green Project"

e.     Focal point of being world class development/golf course designed by XXXX ( I can't remember name)

f.     Focal point of exclusiveness of clientele that will be visiting/living there

g.     Creation of additional business opportunities to support the development.

Adam—Adam to work out deal with Mike prior to entering our JV, conference call to happen this week or next week.  Once into other agreement, will be able to address our JV Agreement.

**Action Item:  Jim to send latest versions of agreements to board for review.**

Option Contracts--- It is a very different set up in Mexico.  Group leaders handle for many individuals

***Action Item:  Group Leaders(9-12) calls need to be made, ongoing, still making contacts.***

Michael---Is in Europe this week, returning on Monday the 23rd.  Have set up a meeting to discuss outline sent last week, Monday 2.23.09—11am CST.  Frank, Jim, Darcey, and a board member will be on call.

***Action Item:  Send out confirmation of meeting and meeting agenda by Friday for Monday's Meeting.***

Construction company— Making progress on ongoing outline and straw-man agreement(will be determined after Adam agreement).  Have been emailing back and forth with Zac.  No huge pressure since we need bank and Adam to be handled first.

Leo- Leo making up a structured payment plan to give 12K back.  Leo has replied looking for acct number.  Emailing back and forth, trying to get money to us.  Expecting check this week or next.

John's Proposal email will be sent out for review.

Adjourned.

*Darcey L. Martin, CCFC*
**Financial Specialist**
email: darcey.martin@d2dsolutions.com
blog: www.debt2dreams.wordpress.com

phone: 863-875-1220
fax: 863-875-1143

*Check out Darcey's latest on her Money Blog, add it to your RSS feeds, it is a must read in this economic environment.*

From: darcey.martin@d2dsolutions.com
CC: francisxaviersanchez@gmail.com, jimdonaldbourassa@gmail.com
Sent: 2/22/2009 1:30:51 A.M. Pacific Standard Time
Subj: ROI Update 02.21.09

Please find the 02.21.09 update below.

Mexican Bank—we have set up a meeting for 02.23.09 at 4pm CST. Frank, Jim, Darcey, and Mark will be on call, waiting to hear confirmation on agenda

**Action Item:  W**ill be contacting political connections regarding potential synergy with bank to help move funding along.  We will need 5-6 letters, *Darcey to draft letters,* Frank to review, Robert to Translate.  *Frank to send Darcey the list on Saturday.*  Also will continue to make calls.

Here are some things that come to mind when thinking how political connections can help this process.

1.      Are they familiar with Jorge and Gregoria you were working with.

2.      Are they familiar with the 35M application process (I don't know the official name of this)

3.      Importance of this project for the region

a.      Money in the locals hands with the purchasing of the land from individuals-exercising options
b.      Jobs created from work that needs to be done-infrastructure
C.       Positive PR for the region
d.      Focal point of being a "Green Project"
e.      Focal point of being world class development/golf course designed by XXXX ( I can't remember name)
f.      Focal point of exclusiveness of clientele that will be visiting/living there
g.      Creation of additional business opportunities to support the development.

```
Adam—Adam to work out deal with Mike prior to entering our JV,
conference call to happen this week.  Once into other agreement, will
be able to address our JV Agreement.  Should have more information
after call happens on Monday (2/23).
```

**Action Item:  Looking to get the final agreement sent to board for review.**

Option Contracts--- It is a very different set up in Mexico.  Group leaders handle for many individuals

**Action Item:  Group Leaders(9-12) calls need to be made, ongoing, still making contacts.**

Michael--- Have set up a meeting to discuss outline sent last week, Monday 2.23.09—1:30pm CST. Frank, Jim, Darcey, and Mark will be on call.  This meeting has been confirmed by Michael.

**Action Item:  Have meeting on Monday, will know more after this meeting.**

Construction company— Making progress on ongoing outline and straw-man agreement(will be determined after Adam agreement).  Have been emailing back and forth with Zac.  No huge pressure since we need bank and Adam to be handled first.

Leo- Leo making up a structured payment plan to give 12K back.  Leo has replied looking for acct number.  Emailing back and forth, trying to get money to us.  Still nothing have sent another email on 2/19.

Preferred Share/ROI Mexico Bond Conversion—protection for Investors.  Mark will be following up on steps that will need to be taken to do this.

Adjourned.

Darcey L. Martin, CCFC
**Financial Specialist**
email: darcey.martin@d2dsolutions.com
blog: www.debt2dreams.wordpress.com

phone: 863-875-1220
fax: 863-875-1143

*Check out Darcey's latest on her Money Blog, add it to your RSS feeds, it is a must read in this economic environment.*

From: darcey.martin@d2dsolutions.com
To: RcoyoteR@aol.com
Sent: 2/22/2009 2:28:37 A.M. Pacific Standard Time
Subj: RE: Just checking in

We should know much more after the Monday Meetings.  And since I will be attending both meetings, we will know what is really going on and I will not leave the meetings without all our questions answered…..

*Darcey L. Martin, CCFC*
**Financial Specialist**
**D2D Cash Flow Solutions**
email: darcey.martin@d2dsolutions.com
website: www.d2dsolutions.com

blog: www.debt2dreams.wordpress.com

phone: 863-875-1220
fax: 863-875-1143

*Check out Darcey's latest on her Money Blog, add it to your RSS feeds, it is a must read in this economic environment.*

**From:** RcoyoteR@aol.com [mailto:RcoyoteR@aol.com]
**Sent:** Tuesday, February 17, 2009 7:02 PM
**To:** francissanchez@live.com; francisxaviersanchez@gmail.com; francisxsanchez@hotmail.com; francisxsanchez@live.com; fs@roimexico.com; jb@roimexico.com; jimdonaldbourassa@gmail.com; jimdonaldbourassa@hotmail.com; darcey.martin@d2dsolutions.com
**Subject:** Just checking in


Frank, Jim, Darcey,                                    02/17/2009

 I'm still hoping and praying that this will soon all be in it's final stages.  I hope to get the $16,500 by end of this month.  And the rest shortly after.  If there is anything I can do to help move things forward just let me know.  I really want to understand this entire deal.  But, it is still very hard for me to understand it in depth.

 As I've always said I'm not wanting to or able to go through this type of business dealings.  Because it's just added so much physical and mental stress to me.  Even though I know it does no good to allow myself to get upset.  You still tend to do so.  I really do pray everything is finally in line now so we can be done with this.  As I'm quite sure you all wish you'd never had me as one of your Investors because I have not let you forget me.

 Well, please let me know that I can still plan of this month for some of my money.  As we already have planned on it.  Being's today is now 2/17/09 I know you'd have to have this money very soon in order to make sure us Investors get some cash by end of month.  Also, please make sure you give me my updated statement.  I figure the statement should show my money I'm owed with the deduction of my $16,500

I should be getting here in the next 2 wks.   So, figuring my Bonus that I'm owed of $140,000 plus my Interest on my Initial $70,000 which I figure out to be no less than $131,000 totaling $271,000 at this time.

 So, please make sure I get my updated statement.  The last one I had gotten was from when Jim e-mailed to me the latest at that time had been $140,000 plus $102,000   totaling $242,000

 So, it needs to be updates when my money comes in at end of this month.

 Thank you

Roberta Clark (Robbie)

From: darcey.martin@d2dsolutions.com
CC: jimdonaldbourassa@gmail.com, francisxaviersanchez@gmail.com
Sent: 2/28/2009 9:14:50 A.M. Pacific Standard Time
Subj: ROI Update 02.28.09

Please find the 02.28.09 update below.

Mexican Bank—Meeting went well, follow-up/thank you has been sent, they responded Friday saying they are reviewing and they will let us know. Waiting to hear about setting up site visit for first or second week in March. Will have a "Town Hall" meeting for all land owners, contractors, political contacts and associates to give an update on the project and to find out if there are any synergies that we can utilize immediately. Darcey drafted memo, sent to Frank. Now getting translated by Robert to get sent out. Once we get a date of site visit, will get a time and location for meeting to update all interested parties.

*Action Item: Will be working contacts down there to get the word out with the memo. Once a date is planned will be setting up additional meetings in Mexico with political contacts to see if any synergies exist that can assist in moving the process along. Will send the translated memo to officials.*

Adam—Adam to work out deal with Mike prior to entering our JV. Once into other agreement, will be able to address our JV Agreement. Mike's deal could be falling through and Adam could be moving forward with ours sooner. Adam is now pursuing both deals and will keep us posted.

*Action Item: Jim is working with Adam to button up Agreement. Also to see if Cooper has been contacted by Adam.*

Option Contracts--- It is a very different set up in Mexico. Group leaders handle for many individuals. Group Leaders(9-12). Will set up meeting(s) for when down in Mexico to do site review with bank.

Michael--- Meeting went well, follow-up/thank you has been sent. Have invited Michael to site review to discuss how him and the bank can work together to finance the project. Will follow up once we get the date of bank meeting.

John—have sent a note to John catching him up on the Michael meeting, john responded.

*Action Item: Will be setting up meeting with John early in the week.*

Adan— sent him an email (2/27) outlining the process for funding that we received from Michael.

*Action Item: Will follow up later next week if we don't hear from him.*

Construction company— Making progress on ongoing outline and straw-man agreement(will be determined after Adam agreement). Have been emailing back and forth with Zac. No huge pressure since we need bank and Adam to be handled first.

Leo- Leo making up a structured payment plan to give 12K back. Leo has replied looking for acct number. Emailing back and forth, trying to get money to us. Still nothing have sent another email on 2/26.

*Action Item: Will continue trying to contact.*

Preferred Share/ROI Mexico Bond Conversion—protection for Investors.  Mark will be working on setting this up.

Website Update—done 2.27.09; will shoot for 1-2 per month.

Adjourned.

*Darcey L. Martin, CCFC*
**Financial Specialist**
email: darcey.martin@d2dsolutions..com
blog: www.debt2dreams.wordpress.com

phone: 863-875-1220
fax: 863-875-1143

*Check out Darcey's latest on her Money Blog, add it to your RSS feeds, it is a must read in this economic environment.*

From: darcey.martin@d2dsolutions.com
CC: jimdonaldbourassa@gmail.com, francisxaviersanchez@gmail.com
Sent: 3/4/2009 4:56:27 P.M. Pacific Standard Time
Subj: ROI Update 03.04.09

Please find the 03.04.09 update below.

Mexican Bank—Jorge was to call Frank Wednesday afternoon.  Waiting to hear about setting up site visit for first or second week in March.  Will  have a "Town Hall" meeting for all land owners, contractors, political contacts and associates to give an update on the project and to find out if there are any synergies that we can utilize immediately.  Once we get a date of site visit, will get a time and location for meeting to update all interested parties.

*Action Item:  Will be following up with Jorge on Thursday.  Once a date is planned will be setting up additional meetings in Mexico with political contacts to see if any synergies exist that can assist in moving the process along.  Get Poncho's Daughter's email for contacts.  More contacts being updated. Will send more memos to officials.*

Adam—Adam to work out deal prior to entering our JV.  Once into other agreement, will be able to address our JV Agreement.   Adam is now pursuing both deals and will keep us posted.  Looks like Cooper is out, now working on another avenue for the cash.  Finalized JV Agreement.

*Action Item:  Need to make a step by step process on how everything will work.*

Option Contracts--- It is a very different set up in Mexico.  Group leaders handle for many individuals.  Group Leaders(9-12). Will set up meeting(s) for when down in Mexico to do site review with bank.

Michael--- Meeting went well, follow-up/thank you has been sent. Have invited Michael to site review to discuss how him and the bank can work together to finance the project.  Will follow up once we get the date of bank meeting.

John—have sent a note to John catching him up on the Michael meeting, have exchanged emails and phone calls.  He has been traveling but should be able to talk by end of week.

*Action Item:  Will be setting up meeting with John by end of the week.*

Adan— sent him an email (2/27) outlining the process for funding that we received from Michael.  He is no longer an option.  Closed.

Construction company— Making progress on ongoing outline and straw-man agreement(will be determined after Adam agreement).  Have been emailing back and forth with Zac.  No huge pressure since we need bank and Adam to be handled first.

Leo- Leo making up a structured payment plan to give 12K back.  Leo has replied looking for acct number.  Emailing back and forth, trying to get money to us.  Still nothing have sent another email on 2/26.

*Action Item:  Will continue trying to contact.*

Preferred Share/ROI Mexico Bond Conversion—protection for Investors.  Mark will be working on setting this up.

Website Update—done 2.27.09; will shoot for 1-2 per month.

Adjourned.

*Darcey L. Martin, CCFC*
**Financial Specialist**
email: darcey.martin@d2dsolutions..com
blog: www.debt2dreams.wordpress.com

phone: 863-875-1220
fax: 863-875-1143

*Check out Darcey's latest on her Money Blog, add it to your RSS feeds, it is a must read in this economic environment.*

**From:** Darcey Martin [mailto:darcey.martin@d2dsolutions.com]
**Sent:** Thursday, April 02, 2009 8:44 AM
**Cc:** francisxaviersanchez@gmail.com
**Subject:** SOG note to Investors

Frank is planning time this weekend to talk to investors about the Sands of Gold project, and answer your questions. Please click "Reply All"(Frank's email is CC'ed) and let him know your preferred time for a call (Frank is in the Central Standard Time zone), and your phone number.

Thanks,


*Darcey L. Martin, CCFC*
**Financial Specialist**
email: darcey.martin@d2dsolutions.com
blog: www.debt2dreams.wordpress.com
phone: 863-875-1220
fax: 863-875-1143
*Check out Darcey's latest on her Money Blog, add it to your RSS feeds, it is a must read in this economic environment.*