## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 09CV1221    Assigned/Issued By: DAJ

Judge Name:    Designated Magistrate Judge:

---

### FEE INFORMATION

**Amount Due:**
- [ ] $350.00
- [ ] $39.00
- [ ] $5.00
- [ ] IFP
- [ ] No Fee
- [ ] Other _____
- [ ] $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

- [✓] Summons
- [ ] Alias Summons
- [ ] Third Party Summons
- [ ] Lis Pendens
- [ ] Non Wage Garnishment Summons
- [ ] Abstract of Judgment
  _____
  _____
  *(Victim, Against and $ Amount)*
- [ ] Wage-Deduction Garnishment Summons
- [ ] Citation to Discover Assets
- [ ] Other
- [ ] Writ _____
  *(Type of Writ)*
  _____
  _____
  *(Type of issuance)*

5 Original and 0 copies on 07/20/09 as to AMO REALTY
*(Date)*
INTERNATIONAL LTD, INVESTFORCLOSURES NATIONAL LLC, WAYNE O'DAY,
SANCHEZ & RIVERA EXCHANGE CORP, SANCHEZ & RIVERA GROUP LLC.