### *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 09CV1221                    Assigned/Issued  By:  DAJ

Judge Name:                              Designated Magistrate Judge:

---

## FEE INFORMATION

***Amount Due:***   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____          ☐ Other
        (Type of Writ)                 _____
                                       _____
                                       (Type of issuance)

4____ Original and 0_____ copies on 07/20/09_____ as to _____
                                          (Date)
SANCHEZ & RIVERA TITLE CORP, MAURICIO SANCHEZ, RICHARD SANCHEZ,

SALOMON SANCHEZ JR.