**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division**

Bradley J Schaufenbuel, et al.

                                            Plaintiff,

v.                                                               Case No.: 1:09−cv−01221

                                                                           Honorable Harry D. Leinenweber

InvestForClosures Financial, L.L.C., et al.

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 21, 2009:

        MINUTE entry before the Honorable Harry D. Leinenweber:For the reasons stated in open court, plaintiffs' Motion for Relief from Stay [101] is granted.Stay ordered lifted. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.