**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Bradley J Schaufenbuel, et al.

                                        Plaintiff,

v.                                                           Case No.: 1:09−cv−01221
                                                                         Honorable Harry D. Leinenweber

InvestForClosures Financial, L.L.C., et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 29, 2009:

      MINUTE entry before the Honorable Nan R. Nolan:Status hearing held and continued to 08/13/09 at 9:00 a.m. At Plaintiffs' request, responses to outstanding written discovery due by 08/14/09, oral discovery regarding injunctive relief to be completed by 9/18/09, and preliminary Injunction hearing previously set to begin on 09/14/09 is stricken and reset for 11/02/09 at 9:00 a.m. In light of the agreement reached counsel in open court on 05/19/09, Plaintiffs' Motion to Compel [74] is denied as moot. Attorney Christie advised that his firm intends to seek leave to withdraw based on nonpayment of attorneys' fees. The Court requests that defendant Francis X. Sanchez be present in Courtroom 1858 of the Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, Illinois at 9:00 a.m. on 08/13/09.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.