## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1221 | **DATE** | 8/5/2009 |
| **CASE TITLE** | Bradley J Schaufenbuel, et al vs. InvestForClosures Financial, L.L.C. et al | | |

**DOCKET ENTRY TEXT**

Enter Order Granting Temporary Restraining Order and Temporary Restraining Order With Asset Freeze.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|