IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; ROBERT N. SCHAUFENBUEL; JOHN AND SARAH REED, IV; JOHN AND JAN REED, III; AMERICAN MASS MEDIA CORPORATION; ROBERTA K. CLARK; on behalf of Themselves and All Others Similarly Situated<br>        Plaintiffs,<br><br>v.<br><br>INVESTFORCLOSURES FINANCIAL, L.L.C ROI DEVELOPERS; INVESTFORCLOSURES; INVESTFORCLOSURES.COM, LLC; INVESTFORCLOSURES VENTURES; LLC SANDS OF GOLD ESCROW; SANDS OF GOLD; ROI FINANCIAL; REALTY OPPORTUNITIES INTERNATIONAL ESCROW 23; ROI ESCROW; REALTY OPPORTUNITIES INTERNATIONAL S. de R.L. de C.V; REALTY OPPORTUNITIES INTERNATIONAL; ROI MEXICO; SANDS OF GOLD ESTATES; FRANCIS X. SANCHEZ aka FRANK SANCHEZ; JAMES D. BOURASSA aka JIM BOURASSA; SCOTT D. WESSEL; DEANA M. GUIDI; DANIEL E. FITZGERALD aka DAN FITZGERALD; SCOTT R. SLAGLE; DARCEY L. MARTIN; TOM RODRIGUEZ; and JOHN DOES 1-30.      Defendants. | Case No. 09-cv-1221<br>The Honorable Judge Leinenweber |

CERTIFICATE OF SERVICE

To:    See Attached Service List

       I, Russell W. Baker, an attorney, hereby certify that I caused copies of the Defendant Darcey L. Martin's Reply in Support of Motion to Dismiss for Lack of Personal Jurisdiction to be served upon all persons on the attached Service List, via electronic filing and by U.S. Post, deposited at approximately 5:00 p.m. at Crystal Lake, IL, on August 5, 2009.

                                              By:/s/ Russell W. Baker
                                              Russell W. Baker #6287995
                                              Charles A. Dunlop #6180628
                                              Campion, Curran, Dunlop & Lamb, P.C.
                                              8600 U. S. Hwy 14, #201
                                              Crystal Lake, IL 60012-2759
                                              Ph.(815) 459-8440 Fax (815) 455-8134
                                              Attorneys for Deana Guidi, Darcey
                                              Martin and Tom Rodriguez

SERVICE LIST
<u>Schaufenbuel et al. v. Investforclosures Financial, L.L.C. et al.</u>
<u>Case No. 09-cv-1221</u>

Attorneys for Plaintiffs:

Thurston Law Offices, P.C.
Robert C. Thurston
10469 Bethel Avenue
Huntley, IL 60142

Law Offices of Joel M. Weiner, LLC
Joel M. Weiner
579 N. 1st Bank Drive, Suite 150
Palatine, IL 60067-8102

Attorneys for Defendants:
<u>Investforclosures Financial, LLC</u>
<u>Investforclosures.com.LLC</u>
<u>Investforclosures Ventures, LLC</u>
<u>James D. Bourassa aka Jim Bourassa</u>
<u>Francis X. Sanchez</u>
Robert B. Christie
Jeffry Mark Henderson
Harris L. Kay
Henderson & Lyman
175 West Jackson Boulevard, Suite 240
Chicago, IL 60604

Daniel E. Fitzgerald aka Dan Fitzgerald
31770 N. Pineview Blvd
Lakemoor, IL 60051

Scott R. Slagle
38W512 McQuire Place
Geneva, IL 60134