UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRADLEY J. SCHAUFENBUEL, *et. al.*,
        Plaintiffs,

v.

INVESTFORCLOSURES FINANCIAL, L.L.C., *et. al.*,
        Defendants.

Case No. 09 cv 1221

## NOTICE OF MOTION

To:
| | |
|---|---|
| Robert Craig Thurston<br>Thurston Law Offices, P.C.<br>10469 Bethel Avenue<br>Huntley , IL 60142<br>(service via ECF System) | Russell Wade Baker<br>Campion, Curran, Dunlop & Lamb, P.C.<br>8600 U.S. Route 14, Suite 201<br>Crystal Lake , IL 60012<br>(service via ECF System) |
| Francis X. Sanchez<br>13906 Il. Rt. 176<br>Woodstock, IL 60098<br>(service via U.S. Mail and<br>e-mail(francisxsanchez@hotmail.com) | InvestForClosure Ventures LLC<br>c/o Francis X. Sanchez<br>13906 Il. Rt. 176<br>Woodstock, IL 60098<br>(service via U.S. Mail and<br>e-mail(francisxsanchez@hotmail.com) |
| InvestForClosure Financial LLC<br>c/o Francis X. Sanchez<br>13906 Il. Rt. 176<br>Woodstock, IL 60098<br>(service via U.S. Mail and<br>e-mail(francisxsanchez@hotmail.com) | InvestForClosure.com LLC<br>c/o Francis X. Sanchez<br>13906 Il. Rt. 176<br>Woodstock, IL 60098<br>(service via U.S. Mail and<br>e-mail(francisxsanchez@hotmail.com) |

PLEASE TAKE NOTICE that on **August 13, 2009** at **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Harry D. Leinenweber in Room 1941 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the Court with Messrs. Christie and Henderson's <u>Unopposed Motion to Withdraw</u>, a copy of which is filed herewith and hereby served on you.

                                                  /s/ Robert B. Christie

### CERTIFICATE OF SERVICE

        I, an attorney of record, hereby certify that on August 10, 2009, I electronically filed the forgoing Notice of Motion through the Court's Electronic Cases Filing System, and that pursuant to Local Rule 5.9, such filing constitutes service on all Filing Users that have appeared in the above captioned proceeding, and, for those persons indicated above, by depositing same in the U.S. mail at 175 West Jackson Street, Chicago, Illinois, with proper postage prepaid, in accordance with Rule 5(a) of the Federal Rules of Civil Procedure.

                                                  /s/ Robert B. Christie

Robert B. Christie
HENDERSON & LYMAN
175 West Jackson, Suite 240
Chicago, Illinois 60604
312-986-6957
rchristie@henderson-lym.com
ARDC No. 6229020