# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Bradley J Schaufenbuel, et al.

                                        Plaintiff,

v.                                                    Case No.: 1:09−cv−01221
                                                      Honorable Harry D. Leinenweber

InvestForClosures Financial, L.L.C., et al.

                                        Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 11, 2009:

        MINUTE entry before the Honorable Nan R. Nolan: Status hearing set for
8/13/2009 is amended to begin at 10:00 AM.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.