IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; ROBERT N. SCHAUFENBUEL; JOHN AND SARAH REED, IV; JOHN AND JAN REED, III; AMERICAN MASS MEDIA CORPORATION; ROBERTA K. CLARK; on behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>INVESTFORCLOSURES FINANCIAL, L.L.C ROI DEVELOPERS; INVESTFORCLOSURES; INVESTFORCLOSURES.COM, LLC; INVESTFORCLOSURES VENTURES; LLC SANDS OF GOLD ESCROW; SANDS OF GOLD; ROI FINANCIAL; REALTY OPPORTUNITIES INTERNATIONAL ESCROW 23; ROI ESCROW; REALTY OPPORTUNITIES INTERNATIONAL S. de R.L. de C.V; REALTY OPPORTUNITIES INTERNATIONAL; ROI MEXICO; SANDS OF GOLD ESTATES; FRANCIS X. SANCHEZ aka FRANK SANCHEZ; JAMES D. BOURASSA aka JIM BOURASSA; SCOTT D. WESSEL; DEANA M. GUIDI; DANIEL E. FITZGERALD aka DAN FITZGERALD; SCOTT R. SLAGLE; DARCEY L. MARTIN; TOM RODRIGUEZ; and JOHN DOES 1-30.<br><br>Defendants. | Case No. 09-cv-1221<br>The Honorable Judge Leinenweber |

### AFFIDAVIT OF SCOTT D. WESSEL

I, SCOTT D. WESSEL, after being sworn upon oath, depose and state:

1.  I am over the age of 18 and competent to testify to the statements contained in this affidavit.

1



2. The factual statements set forth in this Affidavit are based upon my personal knowledge.

3. I was employed by the IFC Entities described in the above captioned lawsuit from approximately January 2002 to February 2006 and was involved with said entities until approximately February 2007.

4. To the best of my knowledge and information, Defendant DEANA M. GUIDI, was not involved with and had no knowledge of any of the wrongdoing described in Plaintiffs' Second Amended Complaint.

5. To the best of my knowledge and information, Defendant TOM RODRIGUEZ was not involved with and had no knowledge of any of the wrongdoing described in Plaintiffs' Second Amended Complaint.

6. To the best of my knowledge and information, Defendant DARCEY L. MARTIN was not involved with and had no knowledge of any of the wrongdoing described in Plaintiffs' Second Amended Complaint.

7. To the best of my knowledge and information, Defendant DAN FITZGERALD was not involved with and had no knowledge of any of the wrongdoing described in Plaintiffs' Second Amended Complaint.

8. On or about July 15, 2009, I met with Plaintiffs' counsel ROBERT C. THURSTON and JOEL M. WIENER and informed them that to the best of my knowledge and information Defendants DEANA M. GUDI, TOM RODRIGUEZ, DARCEY L. MARTIN, and DAN FITZGERALD were not involved with and had no knowledge of any of the wrongdoing described in Plaintiffs' Second Amended Complaint.

9. I have settled the above lawsuit with Plaintiffs through their counsel and have been dismissed from the above captioned lawsuit.

10. If called to testify at deposition and/or trial I will testify consistent with the statements in paragraphs 1-9 above.

Scott D. Wessel

SUBSCRIBED AND SWORN TO before me this 11th day of ~~May~~ August, 2009.

Notary Public

"OFFICIAL SEAL"
DIANE M. MCNAMER
Notary Public, State of Illinois
My Commission Expires 01/08/2011

CAMPION, CURRAN,
DUNLOP & LAMB, P.C.
8600 Route 14, Ste. 201
Crystal Lake, IL 60118
(815) 459-8440

3