IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; ROBERT N. SCHAUFENBUEL; JOHN AND SARAH REED, IV; JOHN AND JAN REED, III; AMERICAN MASS MEDIA CORPORATION; ROBERTA K. CLARK; on behalf of Themselves and All Others Similarly Situated ) ) ) ) ) ) ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) ) | Case No. 09-cv-1221 The Honorable Judge Leinenweber |
| INVESTFORCLOSURES FINANCIAL, L.L.C ROI DEVELOPERS; INVESTFORCLOSURES; INVESTFORCLOSURES.COM, LLC; INVESTFORCLOSURES VENTURES; LLC SANDS OF GOLD ESCROW; SANDS OF GOLD; ROI FINANCIAL; REALTY OPPORTUNITIES INTERNATIONAL ESCROW 23; ROI ESCROW; REALTY OPPORTUNITIES INTERNATIONAL S. de R.L. de C.V; REALTY OPPORTUNITIES INTERNATIONAL; ROI MEXICO; SANDS OF GOLD ESTATES; FRANCIS X. SANCHEZ aka FRANK SANCHEZ; JAMES D. BOURASSA aka JIM BOURASSA; SCOTT D. WESSEL; DEANA M. GUIDI; DANIEL E. FITZGERALD aka DAN FITZGERALD; SCOTT R. SLAGLE; DARCEY L. MARTIN; TOM RODRIGUEZ; and JOHN DOES 1-30.          Defendants.) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

CERTIFICATE OF SERVICE

To:   See Attached Service List

   I, Russell W. Baker, an attorney, hereby certify that I caused copies of the Defendants' Response in Opposition to Plaintiffs' Motion to Strike, to be served upon all persons on the attached Service List, via electronic filing and via U.S. Post, deposited at approximately 5:00 p.m. at Crystal Lake, IL, on August 12, 2009.

By: /s/ Russell W. Baker
Russell W. Baker #6287995
Charles A. Dunlop ARCD#6180628
Campion, Curran, Dunlop & Lamb, P.C.
8600 U. S. Hwy 14, #201
Crystal Lake, IL  60012-2759
Ph.(815) 459-8440  Fax (815) 455-8134
Attorneys for Deana Guidi, Darcey
Martin and Tom Rodriguez

SERVICE LIST
Schaufenbuel et al. v. Investforclosures Financial, L.L.C. et al.
Case No. 09-cv-1221

Attorneys for Plaintiffs:

Thurston Law Offices, P.C.
Robert C. Thurston
10469 Bethel Avenue
Huntley, IL 60142

Law Offices of Joel M. Weiner, LLC
Joel M. Weiner
579 N. 1st Bank Drive, Suite 150
Palatine, IL 60067-8102

Attorneys for Defendants:
Investforclosures Financial, LLC
Investforclosures.com.LLC
Investforclosures Ventures, LLC
James D. Bourassa aka Jim Bourassa
Francis X. Sanchez
Robert B. Christie
Jeffry Mark Henderson
Harris L. Kay
Henderson & Lyman
175 West Jackson Boulevard, Suite 240
Chicago, IL 60604

Scott D. Wessel
1828 Sebastian
Woodstock, IL 60098

Daniel E. Fitzgerald aka Dan Fitzgerald
31770 N. Pineview Blvd
Lakemoor, IL 60051

Scott R. Slagle
38W512 McQuire Place
Geneva, IL 60134