UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> INVESTFORCLOSURES FINANCIAL, L.L.C., *et. al.*, <br><br> Defendants. | Case No. 09 cv 1221 |

**NOTICE OF MOTION**

To: Robert Craig Thurston
Thurston Law Offices, P.C.
10469 Bethel Avenue
Huntley , IL 60142
(service via ECF System)

Russell Wade Baker
Campion, Curran, Dunlop & Lamb, P.C.
8600 U.S. Route 14, Suite 201
Crystal Lake , IL 60012
(service via ECF System)

Francis X. Sanchez
13906 Il. Rt. 176
Woodstock, IL 60098
(service via U.S. Mail and
e-mail(francisxsanchez@hotmail.com)

InvestForClosure Ventures LLC
c/o Francis X. Sanchez
13906 Il. Rt. 176
Woodstock, IL 60098
(service via U.S. Mail and
e-mail(francisxsanchez@hotmail.com)

InvestForClosure Financial LLC
c/o Francis X. Sanchez
13906 Il. Rt. 176
Woodstock, IL 60098
(service via U.S. Mail and
e-mail(francisxsanchez@hotmail.com)

InvestForClosure.com LLC
c/o Francis X. Sanchez
13906 Il. Rt. 176
Woodstock, IL 60098
(service via U.S. Mail and
e-mail(francisxsanchez@hotmail.com)

James Bourassa
254 Gregory M. Sears Dr.
Gilberts, IL 60136
e-mail (jimdonaldbourassa@gmail.com)

PLEASE TAKE NOTICE that on **August 13, 2009** at **10:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Nan R. Nolan in Room 1825 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the Court with certain defendants' Motion for Clarification on Temporary Restraining Order Dated August 5, 2009, a copy of which is filed herewith and hereby served on you.

                                                                          /s/   Robert B. Christie

**CERTIFICATE OF SERVICE**

   I, an attorney of record, hereby certify that on August 12, 2009, I electronically filed the forgoing Notice of Motion through the Court's Electronic Cases Filing System, and that pursuant to Local Rule 5.9, such filing constitutes service on all Filing Users that have appeared in the above captioned proceeding, and, for those persons indicated above by e-mail and by depositing same in the U.S. mail at 175 West Jackson Street, Chicago, Illinois, with proper postage prepaid, in accordance with Rule 5(a) of the Federal Rules of Civil Procedure.

                      /s/ Robert B. Christie

Robert B. Christie
HENDERSON & LYMAN
175 West Jackson, Suite 240
Chicago, Illinois  60604
312-986-6957
rchristie@henderson-lym.com
ARDC No. 6229020