IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>INVESTFORCLOSURES FINANCIAL, L.L.C., )<br>et al. )<br>) | Case No. 09 C 1221<br><br>Magistrate Judge Nan R. Nolan |

**EXTENSION OF TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE**

This matter is before the Court on Plaintiffs' oral motion for an extension of the Temporary Restraining Order With Asset Freeze ("TRO"). The TRO is set to expire on August 19, 2009 at 3:00 o'clock p.m. Plaintiffs seek an extension of the TRO to give the parties time to prepare for the preliminary injunction hearing and engage in expedited discovery. For this reason, the Court finds good cause for an additional ten (10) day extension of the TRO in this case pursuant to Fed. R. Civ. P. 65(b). Accordingly, the Court hereby orders as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT** the Temporary Restraining Order With Asset Freeze is extended and shall expire at 3 o'clock p.m. on September 2, 2009 or such later date as agreed upon by the parties hereto.

**IT IS FURTHER ORDERED**, pursuant to Federal Rule of Civil Procedure 65, that each Defendant restrained and enjoined by the Temporary Restraining Order With Asset Freeze shall appear before this Court, on the 18th floor of the Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, Illinois, on September 2, 2009 at 9:30 a.m., and then and there show cause why this Court should not enter a preliminary injunction and order preliminary

relief against the Defendants extending the temporary relief granted in the Temporary Restraining Order with Asset Freeze until a final adjudication on the merits may be had;

**Provided that,** Defendants must file with the Clerk's Office and deliver to counsel for the Plaintiffs any affidavits or legal memorandum responding to the order to show cause why a preliminary injunction should not enter no later than Friday, August 28, 2009 at 12:00 p.m. An evidentiary hearing on Plaintiffs' request for a preliminary injunction is not necessary unless Defendants demonstrate that they have, and intend to introduce, evidence that raises a genuine and material factual issue.

**Provided further that,** if any party to this action intends to present the testimony of witnesses at the hearing on the preliminary injunction in this matter, that party shall, by Friday, August 28, 2009 at 12:00 p.m., file with this Court and serve on all other parties a statement disclosing the name, address, telephone number of any such witness, and either a summary of the witness' expected testimony or the witness' affidavit or declaration revealing the substance of any such witness' expected testimony.

**IT IS SO ORDERED**, this 14th day of August, 2009.

*Nan R. Nolan*
UNITED STATES MAGISTRATE JUDGE