## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1221 | **DATE** | 8/13/2009 |
| **CASE TITLE** | Bradley J. Schaufenbuel, et al vs. Investforclosures Financial, et al | | |

**DOCKET ENTRY TEXT**

Attorneys Robert B. Christie and Jeffry M. Henderson, the attorneys of record for defendants Francis X. Sanchez, InvestForClosure Financial LLC, InvestForClosure.com LLC and InvestForClosure Ventures, LLC Unopposed Motion to withdraw their appearance as attorney is granted. Defendants' response to the Motion to Disqualify to be filed by 8/27/2009. Plaintiffs' reply brief to be filed by 9/3/2009. The Court will rule by mail.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | WAP |
|---|---|---|