IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; ROBERT N. SCHAUFENBUEL; JOHN AND SARAH REED, IV; JOHN AND JAN REED, III; AMERICAN MASS MEDIA CORPORATION; ROBERTA K. CLARK; on behalf of Themselves and All Others Similarly Situated )<br>Plaintiffs, )<br><br>v. )<br><br>INVESTFORCLOSURES FINANCIAL, L.L.C ROI DEVELOPERS; INVESTFORCLOSURES; INVESTFORCLOSURES.COM, LLC; INVESTFORCLOSURES VENTURES; LLC SANDS OF GOLD ESCROW; SANDS OF GOLD; ROI FINANCIAL; REALTY OPPORTUNITIES INTERNATIONAL ESCROW 23; ROI ESCROW; REALTY OPPORTUNITIES INTERNATIONAL S. de R.L. de C.V; REALTY OPPORTUNITIES INTERNATIONAL; ROI MEXICO; SANDS OF GOLD ESTATES; FRANCIS X. SANCHEZ aka FRANK SANCHEZ; JAMES D. BOURASSA aka JIM BOURASSA; SCOTT D. WESSEL; DEANA M. GUIDI; DANIEL E. FITZGERALD aka DAN FITZGERALD; SCOTT R. SLAGLE; DARCEY L. MARTIN; TOM RODRIGUEZ; and JOHN DOES 1-30.<br>Defendants. | Case No. 09-cv-1221<br>The Honorable Judge Leinenweber |

NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on the 25th day of August, 2009 at 9:30 a.m. or as soon thereafter as counsel may appear, I shall appear before the Honorable Judge Harry D. Leinenweber in Room 1941 of the U.S. District Court located at 219 S. Dearborn Street, Chicago, IL and then and there request hearing on the Defendants Darcey L. Martin, Deana M. Guidi and Tom Rodriguez's Motion for Clarification, a copy of which is herewith served upon you.

Respectfully submitted,

By: /s/Russell W. Baker
Charles A. Dunlop ARCD#6180628
Russell W. Baker ARDC #6287995
Genevieve Lynott ARDC #6275407
Campion, Curran, Dunlop & Lamb, P.C.
8600 U. S. Hwy 14, #201
Crystal Lake, IL 60012

## CERTIFICATE OF SERVICE

    I, Russell W. Baker, an attorney, hereby certify that I caused copies of the foregoing Defendants Darcey L. Martin, Deana M. Guidi and Tom Rodriguez's Motion for Clarification to be served upon all persons on the attached Service List, via electronic filing on August 19, 2009. A courtesy copy of this motion and all exhibits will be delivered via Federal Express upon the Honorable Judge Harry D. Leinenweber on August 21, 2009.

/s/ Russell W. Baker

CAMPION, CURRAN, DUNLOP & LAMB, P.C.
Attorneys for Defendant Deana Guidi, Darcey Martin and Tom Rodriguez
8600 U.S. Highway 14, Suite 201
Crystal Lake, IL 60012-2759
(815) 459-8440
Fax (815) 455-8134