

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: James Bourassa
(Please print)

STREET ADDRESS: 254 Gregory M. Sears Drive

CITY/STATE/ZIP: Gilberts, Illinois 60136

PHONE NUMBER: (847) 380-9444

CASE NUMBER: 09 cv 1221

Signature

Date: 8/13/09

F I L E D

AUG 17 2009 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT