

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Francis X. Sanchez
(Please print)

STREET ADDRESS: 13906 Il Rt. 176

CITY/STATE/ZIP: Woodstock, Illinois 60098

PHONE NUMBER: (847) 977-5501

CASE NUMBER: 09 cv 1221

_____  8/13/09
Signature                  Date

FILED

AUG 17 2009 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT