**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; et al., ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | Case No. 09-CV-1221 |
| v. ) | |
| ) | |
| INVESTFORCLOSURES FINANCIAL, ) | Judge Leinenweber |
| L.L.C.; et al., ) | |
| ) | Magistrate Judge Nolan |
| ) | |
|     Defendants. ) | |

## **VOLUNTARY DISMISAL OF CERTAIN DEFENDANTS WITHOUT PREJUDICE**

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss without prejudice Defendants Sanchez & Rivera Exchange Corp. ("S&R Exchange"), Sanchez & Rivera Group, LLC ("S&R Group"), Sanchez & Rivera Title Company, Sanchez & Rivera Title, LLC ("S&R Title"), and Mauricio Sanchez from the above-captioned case.

                                              PLAINTIFFS

                                              By:   /s/ Robert C. Thurston
                                                       One of Their Attorneys

| | |
|---|---|
| Thurston Law Offices, P.C. | Law Offices of Joel M Weiner, LLC |
| Robert C. Thurston | Joel M. Weiner |
| A.R.D.C. No. 6209353 | 579 N 1st Bank Drive Suite 150 |
| 10469 Bethel Avenue | Palatine, IL 60067-8102 |
| Huntley, IL 60142 | Phone: 847-654-3105 |
| Phone: 847-659-8613 | Fax: 847-358-7165 |
| Fax: 847-628-0930 | Email: jweiner@jweinerlaw.com |
| Email: tj@thurstonlawpc.com | |

-1-