IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; et al., | ) |
| Plaintiffs, | ) ) ) Case No. 09-CV-1221 |
| v. | ) ) |
| INVESTFORCLOSURES FINANCIAL, L.L.C.; et al., | ) Judge Leinenweber ) ) Magistrate Judge Nolan ) |
| Defendants. | ) |

### NOTICE OF FILING

TO:   ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on Thursday, the 26th day of August, 2009, I filed electronically with the United States District Court for the Northern District of Illinois the Voluntary Dismissal of Certain Defendants Without Prejudice.

PLAINTIFFS

By: ___/s/ Robert C. Thurston_____
     One of Their Attorneys

| | |
|---|---|
| Thurston Law Offices, P.C.<br>Robert C. Thurston<br>A.R.D.C. No. 6209353<br>10469 Bethel Avenue<br>Huntley, IL 60142<br>Phone: 847-659-8613<br>Fax: 847-628-0930<br>Email: tj@thurstonlawpc.com | Law Offices of Joel M Weiner, LLC<br>Joel M. Weiner<br>579 N 1st Bank Drive Suite 150<br>Palatine, IL 60067-8102<br>Phone: 847-654-3105<br>Fax: 847-358-7165<br>Email: jweiner@jweinerlaw.com |

-1-

-2-

## CERTIFICATE OF SERVICE

I, Robert C. Thurston, an attorney, hereby certify that I served a copy of this Notice and the referenced documents therein upon all persons on the Service List below by causing the same to be sent via ECF for all Filing Users on August 26, 2009 and via email to all who are not Filing Users on August 26, 2009.

By: __/s/ Robert C. Thurston____

## SERVICE LIST

**Defendant Francis X. Sanchez**
Frank Sanchez
13906 Rt. 176
Woodstock, IL 60098
(847) 977-5501
francisxsanchez@hotmail.com
NON-ECF FILER; ACCEPTING SERVICE VIA EMAIL

**Attorneys For Defendant Deana M. Guidi; Darcey L. Martin; Tom Rodriguez**
Charles A. Dunlop
Russell W. Baker
Genevieve M. Lynott
Campion Curran Dunlop & Lamb, PC
8600 US Hwy 14, Suite 201
Crystal Lake, IL 60012
(815) 459-8440
cdunlop@ccdllaw.com
rbaker@ccdllaw.com
glynott@ccdllaw.com
ECF FILER

**Defendant James D. Bourassa**
James Bourassa
254 Gregory M. Sears Dr.
Gilberts, IL 60136
(847) 380-9444
jimdonaldbourassa@gmail.com
NON-ECF FILER; ACCEPTING SERVICE VIA EMAIL