**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
Eastern Division**

Bradley J Schaufenbuel, et al.

                Plaintiff,

v.                                        Case No.: 1:09−cv−01221

                                                  Honorable Harry D. Leinenweber

InvestForClosures Financial, L.L.C., et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 13, 2009:

      MINUTE entry before the Honorable Nan R. Nolan:Magistrate Judge Status hearing held on 8/13/2009 and continued to 9/2/2009 at 09:30 a.m. Counsel reported district court granted Counsel Robert B Christie andJeffry M Henderson Motion to withdraw appearances as counsel for defendants Francis X.Sanchez, InvestForClosure Financial LLC, InvestForClosure.com LLC and InvestForClosure Ventures, LLC [132]. Defendants InvestForClosures Financial, L.L.C., InvestForClosures.com, LLC, InvestForClosures Ventures, LLC, Francis X Sanchez to clarify the Temporary Restraining Order dated August 5, 2009 [137] is moot for the reasons stated in open court. As discussed in open court, parties are directed to provide the court with a status report/proposal as to how the parties wish to proceed at the 09/02/09 status hearing no later than noon time on 08/28/09.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.