## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHEN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; ROBERT N. SCHAUFENBUEL JOHN AND SARAH REED, IV; JOAN AND JAN REED, III; AMERICAN MASS MEDIA CORPORATION; ROBERTA K. CLARK; MARIA A VALENTIN; LIAM A. ANGELINI; KEITH A. AND BONNIE C. RAINES; RAVIKUMAR AND SUMATHI JAMMALAMADAKA; PAUL J. HERINK; G. MATTHEW KNOWLTON; WILHELM HALL; KATHLEEN F. MARKUS; JONATHAN PATTON; KATHLEEN TAJAK; RUTH HALVERSON, AS TRUSTEE OF THE HALVERSON FAMILY TRUST; DAVE HALE; JOSEPH CAVALUZZI; JOSEPH S. PEARSE; ANDREW KAUFMAN; FRANK M. CUPP; THOMAS AND MARY O'SULLIVAN-SNYDER; MARY O'SULLIVAN-SNYDER AS ADMINISTRATOR OF THE ESTATE OF SARAH PEARSE; PATRICK O'SULLIVAN; DANIEL SULLIVAN; KAILASH AND KANTA GUPTA; NISHANT GUPTA; NATASHA GUPTA; WILLIAM R. RICHOZ; ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILAR SITUATED, <br><br> PLAINTIFFS, <br> VS. <br><br> INVESTFORCLOSURES FINANCIAL, LLC; ROI DEVELOPERS; INVESTFORCLOSURES; INVESTFORCLOSURES.COM, LLC; INVESTFORCLOSURES VENTURES, LLC; SANDS OF GOLD ESCROW; SANDS OF GOLD; ROI FINANCIAL; REALTY OPPORTUNITIES INTERNATIONAL S. DE R.L. DE C.V.; REALTY OPPORTUNITIES INTERNATIONAL; ROI MEXICO; SANDS OF GOLD ESTATES; FRANCIS X. SANCHEZ AKA FRANK SANCHEZ; JAMES D. BOURASSA AKA JIM BOURASSA; SCOTT D. WESSEL; DEANA M GUIDI; DANIEL E. FITZGERALD AKA DAN FITZGERALD; SCOTT SLAGLE; DARCEY L. MARTIN; TOM RODRIGUEZ; AMO REALTY INTERNATIONAL, LTD.; WAYNE M. O'DAY; RICHARD SANCHEZ; SALOMON SANCHEZ JR.; SANCHEZ & RIVERA EXCHANGE CORP; SANCHEZ & RIVERA GROUP, LLC; SANCHEZ & RIVERA TITLE CO.; SANCHEZ & RIVERA TITLE, LLC; MAURICIO SANCHEZ; INVESTFORCLOSURES NATIONAL, LLC; AND JOHN DOES 1 – 30, <br><br> DEFENDANTS. | NO. 09-cv-01221 <br><br> JUDGE LEINENWEBER <br><br> MAGISTRATE JUDGE NOLAN |

## **RE-NOTICE OF MOTION**

To:    All Counsel of Record

On **September 2, 2009,** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Nan R. Nolan,** or any judge sitting in her stead, in the courtroom usually occupied by her in **Room 1858** at the U.S.D.C. for the Northern District of Illinois, Eastern Division, Chicago, Illinois and shall then and there present ***Defendant, Francis Sanchez's Motion to Extend.***

Respectfully submitted,

**SANCHEZ DANIELS & HOFFMAN LLP**

By: s/Elaine C. Davenport
      One of the Attorneys for Defendant
      FRANCIS SANCHEZ

Elaine C. Davenport
Nora C. Elias
**SANCHEZ DANIELS & HOFFMAN LLP**
**333 West Wacker Drive**
**Suite 500**
**Chicago, Illinois 60606**
**(312) 641-1555**

## PROOF OF SERVICE

     I hereby certify that on August 28, 2009, I electronically filed *Defendant's Motion to Extend,* using the ECF System.

s/Elaine C. Davenport