IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 09-CV-1221 |
| v. ) | |
| ) | |
| INVESTFORCLOSURES FINANCIAL, ) | Judge Leinenweber |
| L.L.C.; et al., ) | |
| ) | Magistrate Judge Nolan |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' STATUS REPORT ON TRO

NOW COME Plaintiffs, by and through their attorneys Thurston Law Offices, P.C. and Law Offices of Joel M Weiner, LLC, and file the following Status Report on the TRO pursuant to this Court's Order dated August 14, 2009:

<u>TRO Termination / Extension by Consent / Preliminary Injunction Show Cause</u>

At the August 13, 2009 hearing, this Court laid out the options available to Frank Sanchez and the other Defendants subject to the Temporary Restraining Order, namely: (1) consent to an extension of the TRO to complete discovery and adequately prepare for a preliminary injunction hearing scheduled for November 2, 2009; (2) provide this Court with a list of witnesses, documents, and a description of contested matters that will be part of a preliminary injunction hearing on September 2, 2009 before the expiration of the current TRO and otherwise show cause why a preliminary injunction shall not enter; or (3) do nothing and allow a preliminary injunction to enter on September 2, 2009 by operation of law. This Court encouraged Mr. Sanchez, who was present in the courtroom for the hearing and who was still receiving advice from counsel Robert Christie, to meet and confer with Plaintiffs' counsel as to those Defendants' position on the options set forth

above. This Court also suggested to Mr. Sanchez to retain new counsel in this matter.

Despite numerous attempts[1] to contact Mr. Sanchez and reminders of the above-stated obligations, Mr. Sanchez refused to respond to emails, accept telephone calls or return voicemails. (See true and correct copies of emails and a letter summarizing these attempts attached hereto as Exhibit A.) Plaintiffs counsel did not hear anything from Mr. Sanchez since the August 13, 2009 hearing until attorney Elaine Davenport telephoned at approximately 1:30 pm on August 27, 2009 to advise that she was entering an Appearance for Mr. Sanchez (and perhaps others) and was getting up to speed on this matter. During that telephone conversation, I advised Ms. Davenport of today's deadline, August 28, 2009, regarding this Court's Order and the TRO and that I needed to know her position on this for purposes of submitting a report to the Court. I sent an email to Ms. Davenport to confirm our telephone conversation with a copy of this Court's August 14, 2009 Order. (A true and correct copy of this email without the Court Order is attached hereto as Exhibit B.)

I did not receive any response from Ms. Davenport. Instead, this morning I received via ECF Ms. Davenport and her associate's Appearances for Mr. Sanchez and a Motion to Extend the time for the preliminary injunction proceedings and in which to respond to discovery. (Document #154). [Discussed below] I do not believe that Mr. Sanchez is in compliance with this Court's Orders and I have made a good faith effort to try to meet and confer with Mr. Sanchez on this issue.

---

[1] Plaintiffs do not feel it was their affirmative obligation to contact Mr. Sanchez on this issue because, according to the Court, it was Mr. Sanchez's burden to make it clear to the Court what his intentions were. However, to comply with the spirit of this Court's intentions and to avoid unnecessary delays, Plaintiffs' counsel did make the attempts.

Defendant Frank Sanchez's New Counsel / Motion to Extend Time

As of 1:30 pm yesterday, August 27, 2009, Mr. Sanchez has obtained new counsel through his brother's law firm Sanchez Daniels & Hoffman, LLP.[2] Sanchez seeks additional time to prepare for the Preliminary Injunction and respond to discovery. I sent an email to Ms. Davenport this morning objecting to the motion and the extension.

Plaintiffs' discovery requests were served upon Mr. Sanchez on March 31, 2009. Through various delays and tactics, the deadline to respond to such discovery was extended several times. Finally, on July 21, 2009, Judge Leinenweber granted Plaintiffs' Motion for Relief from the Automatic Stay caused by the motion to dismiss under the Private Securities Litigation Reform Act (PSLRA) because of the burden on Plaintiffs to prove their case in the preliminary injunction proceedings. This Court acknowledged Judge Leinenweber's Order on July 29, 2009 and set a deadline to respond to written discovery of August 14, 2009 and an oral discovery deadline of September 18, 2009.

Further, Mr. Sanchez's lack of legal representation prior to yesterday is no surprise. Mr. Christie's firm filed their <u>Unopposed</u> Motion to Withdraw on July 30, 2009. (Document #116) With Mr. Sanchez present in the courtroom, the motion was granted by Judge Leinenweber on August 13, 2009 and Judge Leinenweber explained to Mr. Sanchez the consequences of proceeding *pro se* in this case and that the LLCs could not continue without counsel. Later on that same date, this Court spend a great deal of time explaining the consequences of withdrawing counsel to Mr. Sanchez and that he would be proceeding *pro se*, which included

---

[2] Manuel Sanchez, the principal of Sanchez Daniels & Hoffman, LLP, is Frank Sanchez's brother and has already responded to discovery via a third party subpoena to the law firm.

that Plaintiffs' counsel could now contact him regarding the case as long as he was not represented. This Court also explained in great detail the September 2, 2009 TRO hearing date and the requirements to report to the Court by August 28, 2009. This was also reiterated in this Court's August 14, 2009 Order.

Mr. Sanchez elected to ignore this Court's Orders and inquiries from Plaintiffs' counsel. Only at the eleventh hour did Mr. Sanchez retain new counsel and attempt to get more time. Notably, the Motion to Extend does not discuss Mr. Sanchez's position on consenting to an extension of the TRO or provide details of Mr. Sanchez's response to the Rule to Show Cause why a preliminary injunction should not enter. As such, Plaintiffs are handicapped in providing to this Court a list of witnesses, documents, and other information as to how they intend to proceed because they know not to what facts, law, etc. Mr. Sanchez intends to contest.

This Court has a legally-obligated timeline to follow. The initial TRO was entered on August 5, 2009 and continued for 10 business days as provided by law with an expiration of August 19, 2009. By oral motion, Plaintiffs requested an extension of the TRO, which was entered by the Court effective August 19, 2009 and to terminate at 3:00 pm on September 2, 2009. Plaintiffs have filed the required surety bond with the Court. (A courtesy copy is attached hereto). The next required step is for Defendants to show cause why the TRO should not be converted to a preliminary injunction. Due to Mr. Sanchez's inaction, Plaintiffs do not believe there is any substantial basis why the TRO should not be converted to a preliminary injunction.

Discovery

As stated above, not only has Mr. Sanchez not provided any discovery responses to date, **none** of the Defendants has responded to discovery. Since Plaintiffs have the burden of moving forward on the preliminary injunction, this is highly prejudicial to Plaintiffs. Again, I have made numerous requests to Mr. Sanchez and Mr. Bourassa to provide their discovery. (See Exhibit A.)

At the August 13, 2009 hearing, Mr. Christie stated that Mr. Sanchez had 25 boxes of responsive documents to produce. I represented that we could provide office space for the review and indeed notified Mr. Sanchez by email that we had office space in Woodstock, Illinois to review the documents and requested convenient dates to do so. (See Exhibit A.) Mr. Sanchez did not respond and Plaintiffs' counsel has still not had an opportunity to see those documents. I have also asked to have dates to take their depositions to which I have received no response.

Defendants Guidi, Martin and Rodriguez used a different tactic to avoid discovery. Despite demands for them to respond to discovery in accordance with this Court's ordered deadline of August 14, 2009, these Defendants filed a Motion for Clarification five days later claiming Judge Leinenweber's ruling on July 21, 2009 lifting the stay of discovery did not apply to them. (Document #142). This put an additional delay on discovery. Judge Leinenweber denied the Motion for Clarification on August 25, 2009. (Order, Document #151). However, Plaintiffs do not know when these Defendants need to comply with severely overdue discovery responses and documents.

-6-

Respectfully submitted,

PLAINTIFFS

By: __/s/ Robert C. Thurston____
      One of Their Attorneys

| | |
|---|---|
| Thurston Law Offices, P.C. | Law Offices of Joel M Weiner, LLC |
| Robert C. Thurston | Joel M. Weiner |
| A.R.D.C. No. 6209353 | 579 N 1st Bank Drive Suite 150 |
| 10469 Bethel Avenue | Palatine, IL 60067-8102 |
| Huntley, IL 60142 | Phone: 847-654-3105 |
| Phone: 847-659-8613 | Fax: 847-358-7165 |
| Fax: 847-628-0930 | Email: jweiner@jweinerlaw.com |
| Email: tj@thurstonlawpc.com | |

## CERTIFICATE OF SERVICE

    I, Robert C. Thurston, an attorney, hereby certify that I served a copy of Plaintiffs' Status Report on TRO upon all persons on the Service List below by causing the same to be sent via ECF for all Filing Users and via email to all who are not Filing Users on August 28, 2009.

                                                      By: ___/s/ Robert C. Thurston_____

## SERVICE LIST

**Defendant Francis X. Sanchez**
Elaine C. Davenport
Nora C. Elias
Sanchez Daniels & Hoffman LLP
333 W. Wacker Dr., Suite 500
Chicago, IL 60606
(312) 641-1555
edavenport@sanchezdh.com
ECF FILER

**Attorneys For Defendant Deana M. Guidi; Darcey L. Martin; Tom Rodriguez**
Charles A. Dunlop
Russell W. Baker
Genevieve M. Lynott
Campion Curran Dunlop & Lamb, PC
8600 US Hwy 14, Suite 201
Crystal Lake, IL 60012
(815) 459-8440
cdunlop@ccdllaw.com
rbaker@ccdllaw.com
glynott@ccdllaw.com
ECF FILER

**Defendant James D. Bourassa**
James Bourassa
254 Gregory M. Sears Dr.
Gilberts, IL 60136
(847) 380-9444
jimdonaldbourassa@gmail.com
NON-ECF FILER; ACCEPTING SERVICE VIA EMAIL

**EXHIBIT A**

**TJ Thurston**

| | |
|---|---|
| **From:** | TJ Thurston [tj@thurstonlawpc.com] |
| **Sent:** | Monday, August 17, 2009 7:28 AM |
| **To:** | 'Frank Sanchez'; 'Jim Bourassa'; Joel M. Weiner (jweiner@jweinerlaw.com); 'Russell Baker' |
| **Subject:** | Schaufenbuel, et al. v. InvestForClosures, et. al - Discovery |
| **Attachments:** | 090817 baker.pdf |

Mr. Baker:

Please see attached letter regarding your clients' discovery.

All parties:

By regular mail today, I am sending a DVD and Bates key for Plaintiffs first document production. I will be sending written responses to discovery as soon as I receive the signed versions back from my clients.

==I expect to receive all of your discovery responses promptly since we are on an expedited schedule and depositions relating to the preliminary injunction must be completed by September 18, 2009. I will be contacting you shortly to schedule dates for you or your clients to comply with that schedule.==

Thank you.

**Robert C. ("TJ") Thurston**
**Thurston Law Offices, P.C.**
10469 Bethel Avenue
Huntley, IL 60142
p 847.659.8613
f 847.628.0930
c 630.853.3744
tj@thurstonlawpc.com
www.thurstonlawpc.com
**Licensed in IL and NJ (active), and PA (inactive)**

**Please DONATE to help Cure MS**
**http://www.thurstonlawpc.com/fb2face/**

PRIVILEGED AND CONFIDENTIALITY NOTICE
The information contained in this email is intended for the named recipients only. It may contain privileged and confidential matter. If you have received this email in error, please notify the sender immediately by replying to this email or by calling 1-847-659-8613. Do not disclose the contents to anyone. Thank you for your cooperation in this regard.

# TJ Thurston

| | |
|---|---|
| **From:** | TJ Thurston [tj@thurstonlawpc.com] |
| **Sent:** | Tuesday, August 18, 2009 7:28 AM |
| **To:** | 'Frank Sanchez'; 'Jim Bourassa'; Joel M. Weiner (jweiner@jweinerlaw.com); 'Russell Baker' |
| **Subject:** | Schaufenbuel, et al. v. InvestForClosures, et. al - Discovery responses |
| **Attachments:** | rogs sanchez 01 schaufenbuel.pdf |

Gentlemen:

Attached please find Plaintiff Bradley Schaufenbuel's responses to Sanchez's Interrogatories in the above-referenced matter being served upon you by email only. I will be serving other clients' responses to discovery as I receive them.

Please advise when you intend to provide your responses to discovery requests as they were due last Friday, August 14, 2009, or if a meet and confer needs to take place pursuant to LR 37.2 prior to a motion to compel. Thank you.

**Robert C. ("TJ") Thurston**
**Thurston Law Offices, P.C.**
10469 Bethel Avenue
Huntley, IL 60142
p 847.659.8613
f 847.628.0930
c 630.853.3744
tj@thurstonlawpc.com
www.thurstonlawpc.com
**Licensed in IL and NJ (active), and PA (inactive)**

**Please DONATE to help Cure MS**
**http://www.thurstonlawpc.com/fb2face/**

**PRIVILEGED AND CONFIDENTIALITY NOTICE**
The information contained in this email is intended for the named recipients only. It may contain privileged and confidential matter. If you have received this email in error, please notify the sender immediately by replying to this email or by calling 1-847-659-8613. Do not disclose the contents to anyone. Thank you for your cooperation in this regard.

# TJ Thurston

| | |
|---|---|
| **From:** | TJ Thurston [tj@thurstonlawpc.com] |
| **Sent:** | Wednesday, August 19, 2009 3:56 PM |
| **To:** | 'Frank Sanchez'; 'Jim Bourassa' |
| **Cc:** | 'Russell Baker'; Joel M. Weiner (jweiner@jweinerlaw.com) |
| **Subject:** | Schaufenbuel, et al. v. InvestForClosures Financial, LLC, et al. - Discovery |

Messrs. Sanchez and Bourassa:

Please advise when you will be providing responses to the discovery responses served upon you. Further, please provide some dates in early September when you are available for deposition.

Mr. Sanchez: My co counsel has office space in Woodstock, IL that can house your document production for our review. This was recommended by Judge Nolan. Please advise of some dates in the next 2 weeks when you can make your 25 boxes of materials available for review at Joel Weiner's Woodstock office.

Thank you.

**Robert C. ("TJ") Thurston**
**Thurston Law Offices, P.C.**
10469 Bethel Avenue
Huntley, IL 60142
p 847.659.8613
f 847.628.0930
c 630.853.3744
tj@thurstonlawpc.com
www.thurstonlawpc.com
**Licensed in IL and NJ (active), and PA (inactive)**

**Please DONATE to help Cure MS**
**http://www.thurstonlawpc.com/fb2face/**

PRIVILEGED AND CONFIDENTIALITY NOTICE
The information contained in this email is intended for the named recipients only. It may contain privileged and confidential matter. If you have received this email in error, please notify the sender immediately by replying to this email or by calling 1-847-659-8613. Do not disclose the contents to anyone. Thank you for your cooperation in this regard.

# TJ Thurston

| | |
|---|---|
| **From:** | TJ Thurston [tj@thurstonlawpc.com] |
| **Sent:** | Thursday, August 20, 2009 6:00 AM |
| **To:** | 'Frank Sanchez'; 'Jim Bourassa'; Joel M. Weiner (jweiner@jweinerlaw.com); 'Russell Baker' |
| **Subject:** | Schaufenbuel, et al. v. InvestForClosures, et. al - TRO / Preliminary Injunction |

Mr. Sanchez:

As per Judge Nolan's Order dated August 14, 2009 (Document #140), the TRO is set to expire on 9/2 at 3 pm and a show cause hearing is set for 9/2 at 9:30 am. The Court has required you and the other Defendants subject to the TRO to submit to the Court either an agreed extension of the TRO or a plan for hearings on the Preliminary Injunction. Judge Nolan wanted us to meet and confer on this issue prior to 8/28/09.

Please advise as to your position on this matter. Thank you.

**Robert C. ("TJ") Thurston**
**Thurston Law Offices, P.C.**
10469 Bethel Avenue
Huntley, IL 60142
p 847.659.8613
f 847.628.0930
c 630.853.3744
tj@thurstonlawpc.com
www.thurstonlawpc.com
**Licensed in IL and NJ (active), and PA (inactive)**

**Please DONATE to help Cure MS**
**http://www.thurstonlawpc.com/fb2face/**

PRIVILEGED AND CONFIDENTIALITY NOTICE
The information contained in this email is intended for the named recipients only. It may contain privileged and confidential matter. If you have received this email in error, please notify the sender immediately by replying to this email or by calling 1-847-659-8613. Do not disclose the contents to anyone. Thank you for your cooperation in this regard.



**Thurston Law Offices, P.C.**
10469 Bethel Avenue
Huntley, IL 60142
www.thurstonlawpc.com

Phone: 847.659.8613
Fax: 847.628.0930
Cell: 630-853-3744

Robert C. ("T.J.") Thurston
Attorney-at-Law
Email: tj@thurstonlawpc.com

August 25, 2009

**VIA EMAIL AND REGULAR MAIL**
Frank Sanchez
13906 Ill. Route 176
Woodstock, IL 60098

    RE:    Schaufenbuel, et al. v. InvestForClosures, et al.
              U.S.D.C. N.D.IL. Case No. 09-cv-1221

Dear Mr. Sanchez:

On August 17, 2009, I sent an email to you stating that I expected discovery responses since they were past due (due on Aug. 14) and requested dates for your deposition. You did not respond to that email.

On August 18, 2009, while I was producing my clients' responses to your discovery requests, I asked you via email to advise when you intended to produce your discovery responses. You did not respond to that email.

On August 19, 2009, I sent another email asking when you and Mr. Bourassa intended to provide discovery responses and I also advised that I had office space available in Woodstock to review your 25 boxes of documents and for you to provide convenient dates when you could produce those documents. You did not respond to that email.

On August 20, 2009, I sent you an email inquiring as to your position on Judge Nolan's requirement that we report to her on or before August 28, 2009 as to how we will proceed on the expiration of the TRO and the rule to show cause on the preliminary injunction. A copy of that email is attached hereto. You did not respond to that email.

On August 25, 2009, I attempted to call you on 847-977-5501 (the number provided by Mr. Christie in his Motion to Withdraw) and got your voicemail where you identified yourself as "Frank Sanchez". I left you a message asking you to call me to discuss your position on the TRO/Preliminary Injunction and discovery matters. You have not returned that call.

I am writing today to ask you to comply with Judge Nolan's Order and provide me with your position on the preliminary injunction matters as well as provide your documents and responses to discovery. Please consider this the first step in a LR 37.2 meet and confer process. Failure to comply by Thursday, August 27, 2009 will result in my report to Judge Nolan that you have failed to comply with the Court's Orders on discovery and the meet and confer process on the TRO. I will provide

THURSTON LAW OFFICES, P.C.
**August 25, 2009**
**Page 2 of 2**

the Court with copies of my emails and this letter as evidence of my attempts to reach you.

Please contact me no later than 4:00 pm on Thursday, August 27, 2009 to discuss these matters. Thank you for your attention to these matters.

Very truly yours,

Robert C. ("T.J.") Thurston

Encl.

cc: Jim Bourassa (via email only w/ encl.)
Russell Baker (via email only w/ encl.)
Joel Weiner (via email only w/ encl.)

# TJ Thurston

| | |
|---|---|
| **From:** | TJ Thurston [tj@thurstonlawpc.com] |
| **Sent:** | Thursday, August 20, 2009 6:00 AM |
| **To:** | 'Frank Sanchez'; 'Jim Bourassa'; Joel M. Weiner (jweiner@jweinerlaw.com); 'Russell Baker' |
| **Subject:** | Schaufenbuel, et al. v. InvestForClosures, et. al - TRO / Preliminary Injunction |

Mr. Sanchez:

As per Judge Nolan's Order dated August 14, 2009 (Document #140), the TRO is set to expire on 9/2 at 3 pm and a show cause hearing is set for 9/2 at 9:30 am. The Court has required you and the other Defendants subject to the TRO to submit to the Court either an agreed extension of the TRO or a plan for hearings on the Preliminary Injunction. Judge Nolan wanted us to meet and confer on this issue prior to 8/28/09.

Please advise as to your position on this matter. Thank you.

**Robert C. ("TJ") Thurston**
**Thurston Law Offices, P.C.**
10469 Bethel Avenue
Huntley, IL 60142
p 847.659.8613
f 847.628.0930
c 630.853.3744
tj@thurstonlawpc.com
www.thurstonlawpc.com
**Licensed in IL and NJ (active), and PA (inactive)**

**Please DONATE to help Cure MS**
**http://www.thurstonlawpc.com/fb2face/**

PRIVILEGED AND CONFIDENTIALITY NOTICE
The information contained in this email is intended for the named recipients only. It may contain privileged and confidential matter. If you have received this email in error, please notify the sender immediately by replying to this email or by calling 1-847-659-8613. Do not disclose the contents to anyone. Thank you for your cooperation in this regard.

**EXHIBIT B**

**TJ Thurston**

| | |
|---|---|
| **From:** | TJ Thurston [tj@thurstonlawpc.com] |
| **Sent:** | Thursday, August 27, 2009 2:24 PM |
| **To:** | 'edavenport@sanchezdh.com' |
| **Cc:** | 'Russell Baker'; Joel M. Weiner (jweiner@jweinerlaw.com) |
| **Subject:** | Schaufenbuel, et al. v. InvestForClosures, LLC, et al. |
| **Attachments:** | ORDER 090814 nolan TRO extension.pdf |

Ms. Davenport:

This will confirm our telephone conversation today that you will be filing an Appearance on behalf of Frank Sanchez and other defendants in the above-referenced matter. My contact information is as below. I have cc'ed my co counsel Joel Weiner and other defendants counsel Russell Baker on this email.

Attached please find the Order entered by Judge Nolan continuing the TRO and requiring the parties to report to her no later than Friday, Aug. 28, 2009 at 12:00 noon as to Sanchez, et al.'s position on continuing the TRO by consent or whether they will challenge the Preliminary Injunction and providing a list of witnesses, etc. or not challenge and allow a preliminary injunction to enter on 9/2 by operation of law (rule to show cause).

Please let me know your position on this ASAP.

Also, your clients, depending on who they are, are overdue in responding to discovery. I would also like to take some depositions of these clients ASAP as oral discovery on the preliminary injunction phase is to be completed by 9/18. Mr. Sanchez has advised the Court that he has approximately 25 boxes of documents to review. I would like to review those at a convenient location (I've proposed my co counsel's office in Woodstock) at the earliest possible time.

Please advise if I am to delete Mr. Sanchez and Mr. Bourassa from my email and service lists and begin sending all service copies of documents to you immediately. I am about to serve more responses to discovery from some of my clients and I do not wish to run afoul of communicating with a party that is represented by counsel. Please also indicate when you intend to formally file your appearance. There have been some recent filings with the Court and I want to assure that you receive any that you deem necessary. For example, I filed our proof of Surety Bond in compliance with the TRO Order. Please advise if you need a copy of that.

I will also be making a supplemental document production (I have previously provided a DVD of documents to Messrs. Sanchez and Bourassa) shortly with more documents. Please advise if receiving a CD/DVD of those documents is acceptable to you. Also please advise if Mr. Sanchez or Mr. Bourassa provided you with the DVD previously produced.

I would appreciate your prompt attention to this matter as I am on a strict schedule with respect to the TRO and preliminary injunction and do not wish to bother the Court for an extension. Thank you.

**Robert C. ("TJ") Thurston**
**Thurston Law Offices, P.C.**
10469 Bethel Avenue
Huntley, IL 60142
p 847.659.8613
f 847.628.0930
c 630.853.3744
tj@thurstonlawpc.com
www.thurstonlawpc.com
**Licensed in IL and NJ (active), and PA (inactive)**

**Please DONATE to help Cure MS**
http://www.thurstonlawpc.com/fb2face/

**PRIVILEGED AND CONFIDENTIALITY NOTICE**
The information contained in this email is intended for the named recipients only. It may contain privileged and confidential matter. If you have received this email in error, please notify the sender immediately by replying to this email or by calling 1-847-659-8613. Do not disclose the contents to anyone. Thank you for your cooperation in this regard.

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Bradley J. Schaufenbuel, et. al )<br>        Plaintiffs, )<br>)<br>)<br>V. )<br>)<br>)<br>)<br>Investforclosures Financial, LLC, et. al )<br>        Defendants. ) | TEMPORARY RESTRAINING<br>ORDER COST BOND<br><br>Case No. 09-CV-1221<br>Judge Leinenweber<br>Magistrate Noland |

WHEREAS, the Plaintiffs have applied for a TEMPORARY RESTRAINING ORDER in the above entitled action, restraining the Defendants from doing things as more fully set forth in the orders issued by U.S. Magistrate Nan R. Nolan.

Now, therefore SURETEC INSURANCE COMPANY as Surety, does hereby and pursuant to federal law, undertake that the Plaintiff will pay to the Defendants, so enjoined, such damages and costs not exceeding the sum of ONE THOUSAND DOLLARS ($1,000) as Defendants may sustain by reason of the temporary restraining order, if the Court shall finally decide that the Plaintiffs were not entitled thereto, such damages and costs to be ascertained by a reference, or otherwise as the Court may direct.

This 26th day of August, 2009.

SURETEC INSURANCE COMPANY
U.S. TREASURY (NAIC) #10916

_____
Carlyle Poindexter, Attorney-in-Fact
Illinois Insurance/NAIC #2458419

POA #: 3310000

# SureTec Insurance Company
## LIMITED POWER OF ATTORNEY

*Know All Men by These Presents,* That SURETEC INSURANCE COMPANY (the "Company"), a corporation duly organized and existing under the laws of the State of Texas, and having its principal office in Houston, Harris County, Texas, does by these presents make, constitute and appoint

Carlyle Poindexter

its true and lawful Attorney-in-fact, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include waivers to the conditions of contracts and consents of surety, providing the bond penalty does not exceed

Two Million Five Hundred Thousand Dollars and no/100 ($2,500,000.00)

and to bind the Company thereby as fully and to the same extent as if such bond were signed by the President, sealed with the corporate seal of the Company and duly attested by its Secretary, hereby ratifying and confirming all that the said Attorney(s)-in-Fact may do in the premises. Said appointment shall continue in force until 9/30/11 and is made under and by authority of the following resolutions of the Board of Directors of the SureTec Insurance Company:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and of behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached. (Adopted at a meeting held on 20th of April, 1999.)

*In Witness Whereof,* SURETEC INSURANCE COMPANY has caused these presents to be signed by its President, and its corporate seal to be hereto affixed this 28th day of October, A.D. 2008.

SURETEC INSURANCE COMPANY

By: _____
B.J. King, President

State of Texas        ss:
County of Harris

On this 28h day of October, 2008 before me personally came B.J. King, to me known, who, being by me duly sworn, did depose and say, that he resides in Houston, Texas, that he is President of SURETEC INSURANCE COMPANY, the company described in and which executed the above instrument; that he knows the seal of said Company; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said Company; and that he signed his name thereto by like order.



Michelle Denny
Notary Public
State of Texas
Expires August 27, 2012

_____
Michelle Denny, Notary Public
My commission expires August 27, 2012

I, M. Brent Beaty, Assistant Secretary of SURETEC INSURANCE COMPANY, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Company, which is still in full force and effect; and furthermore, the resolutions of the Board of Directors, set out in the Power of Attorney are in full force and effect.

Given under my hand and the seal of said Company at Houston, Texas this 19TH day of AUGUST, 20 09, A.D.

_____
M. Brent Beaty, Assistant Secretary

Any instrument issued in excess of the penalty stated above is totally void and without any validity.
For verification of the authority of this power you may call (713) 812-0800 any business day between 8:00 am and 5:00 pm CST.



TELEPHONE
(919) 859-5294
(800) 373-2804

FACSIMILE
(919) 834-7039

WEBSITE
WWW.SuretyOne.org

5 W. Hargett Street, 4th Floor
Raleigh, NC 27601

FEDERAL TREASURY LISTING (T-LIST) OF QUALIFIED SURETIES

Suretec Insurance Company (NAIC #10916)
BUSINESS ADDRESS: 952 Echo Lane, Suite 450, Houston, TX 77024. PHONE: (713) 812-0800. UNDERWRITING LIMITATION b/: $5,853,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MI, MS, MO, MT, NE, NV, NM, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VA, WA, WV, WY. INCORPORATED IN: Texas.




**Department of Financial and Professional Regulation**
Division of Insurance
State of Illinois

*Secretary Dean Martinez*

This is to certify that, pursuant to requirements of the Illinois Insurance Code,

## POINDEXTER CARLYLE T

has qualified as an insurance producer with the following authority
CASUALTY   - since 09/25/07          FIRE        - since 09/25/07

**ORIGINAL PRODUCER LICENSE ISSUED   09/25/07**
**ANNUAL LICENSE FEE PAID TO   09/25/09**

*In testimony whereof, I cause to be affixed my signature as the Director of Insurance in the city of Springfield, on this 30th day of September, 2007*

Michael T. McRaith
Director of Insurance