Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1221 | **DATE** | 9/2/2009 |
| **CASE TITLE** | Bradley J Schaufenbuel, et al vs. InvestForClosures Financial, L.L.C. et al | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to a telephone status on 09/08/09 at 8:30 a.m. Counsel shall set-up telephone conference and call chambers at 8:30 a.m. on 09/08/09. Status hearing also set for 09/10/09 immediately following appearance before the district court. Defendant Sanchez's Motion to Extend [#154] is granted. By agreement of all parties subject to the TRO, the TRO is extended until 09/08/09 at 3 p.m. Defendant Francis Sanchez and the entities enjoined in paragraphs I(B) - I(K) of the Temporary Restraining Order with Asset Freeze [#122-2] agree to extend the TRO until 10/05/09 at 3 p.m. As discussed in open court, Plaintiffs' Motion for Preliminary Injunction [#7] is denied without prejudice with the understanding that the relief sought therein is incorporated into the relief sought by Plaintiffs' Amended Motion for Preliminary Injunction [#63]. Counsel shall meet and confer on outstanding discovery issues as soon as possible.

Notices mailed by Judicial staff.

| | |
|---|---|
| Courtroom Deputy Initials: | LXS |