**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **BRADLEY J. SCHAUFENBUEL, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 09 C 1221** |
| **v.** | ) | |
| | ) | **Magistrate Judge Nan R. Nolan** |
| **INVESTFORCLOSURES FINANCIAL, L.L.C.,** | ) | |
| **et al.** | ) | |
| | ) | |

**ORDER**

The second sentence of the second paragraph on page two of the Order Granting Temporary Restraining Order [#121-2] entered in this case on August 5, 2009 is amended to read as follows:  "On November 9, 2007, the Illinois Securities Department issued a Temporary Order of Prohibition, which concluded that Defendants IFC Financial, IFC Ventures, Sanchez, and James Bourassa (Bourassa), President of IFC.com and IFC Ventures, had violated Illinois securities laws and temporarily prohibited them from offering or selling securities in the State of Illinois."

**E N T E R:**

_Nan R. Nolan_

_____

**Nan R. Nolan
United States Magistrate Judge**

**Dated:  September 3, 2009**