

# J.P.Morgan

Court Orders and Levies Department
LA2-9381
451 Florida Street
Baton Rouge, Louisiana 70801

Tuesday, August 25, 2009

US DISTRICT COURT
219 S DEARBORN ST
CHICAGO, IL 60604

Re: BRADLEY J SCHAUFENBUL ET AL vs INVESTFORCLOSURES FIN, et al.

CASE No: 09CV1221  09cv1221

**FILED**

SEP 0 1 2009 TC
Sep 1. 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JPMorgan Chase Bank, N.A. ("**JPMC**") is in receipt of your Temporary Restraining Order for the above referenced case.

JPMC conducted a search of its current systems of the named judgment debtors. The amounts held in each account is listed below:

| Received Date | Account Number | Amount of Hold | Present Balance |
|---|---|---|---|

If funds not held, provide reasons: NO RECORDS LOCATED

Please allow this letter to serve as JPMC's answer to the Order.

If you should have any questions regarding this matter, please contact the bank at (225) 332- 7250 between the hours of 8:00am - 6:00pm CST.

Very truly yours,

NATALYA N KADOLINA
Legal Processing Specialist
JPMorgan Chase Bank, N.A.
Court Orders and Levies Department

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL, et al., | ) |
| Plaintiffs, | ) ) ) |
| | ) Case No. 09 C 1221 |
| v. | ) |
| | ) Magistrate Judge Nan R. Nolan |
| INVESTFORCLOSURES FINANCIAL, L.L.C., et al. | ) ) ) |

## TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE

This cause having been heard on Plaintiffs' Motions for Temporary Restraining Order For the reasons stated in the Order Granting Temporary Restraining Order entered this day Plaintiffs have made a sufficient showing in support of the relief granted. Accordingly the Court hereby orders as follows:

I.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**

A. All funds and assets of Francis X. Sanchez (a.k.a. Frank Sanchez), held in the name of Francis X. Sanchez, and held for the benefit of Francis X. Sanchez are hereby frozen;

B. All funds and other corporate assets of InvestForClosures Financial, L.L.C. all funds and other assets held in the name of InvestForClosures Financial, L.L.C. and all funds and other assets held for the benefit of InvestForClosures Financial, L.L.C. are hereby frozen;

C. All funds and other corporate assets of ROI Developers, all funds and other assets held in the name of ROI Developers, and all funds and other assets held for the benefit of ROI Developers are hereby frozen;

D. All funds and other corporate assets of InvestForClosures, all funds and other assets held in the name of InvestForClosures, and all funds and other assets held for the

benefit of InvestForClosures are hereby frozen;

E.   All funds and other corporate assets of InvestForClosures.com, LLC. all funds and other assets held in the name of InvestForClosures.com, LLC, and all funds and other assets held for the benefit of InvestForClosures.com, LLC are hereby frozen;

F   All funds and other corporate assets of InvestForClosures Ventures, LLC. all funds and other assets held in the name of InvestForClosures Ventures, LLC. and all funds and other assets held for the benefit of InvestForClosures Ventures, LLC are hereby frozen;

G.   All funds and other corporate assets of Sands of Gold Escrow. all funds and other assets held in the name of Sands of Gold Escrow. and all funds and other assets held for the benefit of Sands of Gold are hereby frozen;

H.   All funds and other corporate assets of Sands of Gold, all funds and other assets held in the name of Sands of Gold, and all funds and other assets held for the benefit of Sands of Gold are hereby frozen;

I.   All funds and other corporate assets of ROI Financial, all funds and other assets held in the name of ROI Financial, and all funds and other assets held for the benefit of ROI Financial are hereby frozen;

J.   All funds and other corporate assets of Realty Opportunities International Escrow 23, all funds and other assets held in the name of Realty Opportunities International Escrow 23, and all funds and other assets held for the benefit of Realty Opportunities International Escrow 23 are hereby frozen;

K.   All funds and other corporate assets of ROI Escrow. all funds and other assets held in the name of ROI Escrow. and all funds and other assets held for the benefit of ROI Escrow are hereby frozen;

-2-

L.  All funds and other corporate assets of Realty Opportunities International S. de R.L. de C.V all funds and other assets held in the name of Realty Opportunities International S. de R.L. de C.V and all funds and other assets held for the benefit of Realty Opportunities International S. de R.L. de C.V are hereby frozen;

M.  All funds and other corporate assets of Realty Opportunities International, all funds and other assets held in the name of Realty Opportunities International, and all funds and other assets held for the benefit of Realty Opportunities International are hereby frozen;

N  All funds and other corporate assets of ROI Mexico, all funds and other assets held in the name of ROI Mexico, and all funds and other assets held for the benefit of ROI Mexico are hereby frozen;

O.  All funds and other corporate assets of Sands of Gold Estates, all funds and other assets held in the name of Sands of Gold Estates, and all funds and other assets held for the benefit of Sands of Gold Estates are also hereby frozen;

P  Accordingly Defendants Francis X. Sanchez, InvestForClosures Financial, L.L.C. ROI Developers, InvestForClosures, InvestForClosures.com LLC, InvestForClosures Ventures, LLC, Sands of Gold Escrow, Sands of Gold, ROI Financial, Realty Opportunities International Escrow 23, ROI Escrow Realty Opportunities International S. de R.L. de C V Realty Opportunities International, ROI Mexico, and Sands of Gold Estates and their officers, agents, servants, employees, attorneys, depositors, banks, and those persons in active concert or participation with any one or more of them who receive actual notice of this Order or of the terms of the asset freeze provisions contained herein, by personal service, mail, facsimile transmission or otherwise, are hereby temporarily restrained and enjoined from, directly or indirectly:

-3-

(1) transferring, selling, encumbering, receiving, changing, pledging, hypothecating, assigning, liquidating, incurring debt upon, or otherwise disposing of, or withdrawing, any funds, assets or property owned by controlled by, or in the possession of Defendants Francis X. Sanchez, InvestForClosures Financial, L.L.C. ROI Developers, InvestForClosures, InvestForClosures.com LLC, InvestForClosures Ventures, LLC. Sands of Gold Escrow. Sands of Gold, ROI Financial, Realty Opportunities International Escrow 23, ROI Escrow. Realty Opportunities International S. de R.L. de C.V Realty Opportunities International, ROI Mexico, and Sands of Gold Estates, including any and all accounts at any financial institution in the name of any one or more of them, any and all accounts at any financial institution in which any one or more of them have signatory authority or a beneficial interest, account no. 3110005802 in the name of InvestForClosures Financial L.L.C. held at United Community Bank (now known as Park National Bank), account no. 1720030844 in the name of InvestForClosures Ventures, LLC held at Harris Bank, and account no. 002915838255 in the name of InvestForClosures Ventures, LLC d/b/a Sands of Gold held at Bank of America;

(2). transferring, selling, encumbering, receiving, changing, pledging, assigning, withdrawing, liquidating or otherwise disposing of, in any manner any funds or assets, that constitute Plaintiffs' investment funds or any accounts or property into which Plaintiffs' investment funds were deposited or invested; and

(3). soliciting, accepting or receiving any funds from individuals or entities for the purpose of investment.

II.

**IT IS HEREBY FURTHER ORDERED THAT** any bank, financial or brokerage institution or other person or entity holding any such funds or other assets referred to in Section I of this Order in the name of, or for the benefit of, or under the control of Defendants

-4-

Francis X. Sanchez, InvestForClosures Financial, L.L.C. ROI Developers, InvestForClosures, InvestForClosures.com LLC. InvestForClosures Ventures, LLC. Sands of Gold Escrow. Sands of Gold, ROI Financial, Realty Opportunities International Escrow 23, ROI Escrow. Realty Opportunities International S. de R.L. de C.V Realty Opportunities International, ROI Mexico, and Sands of Gold Estates, or any account holding Plaintiffs' investment funds wherever located, and which receives actual notice of this Order or of the terms of the asset freeze provisions contained herein, by personal service, mail, facsimile transmission or otherwise, shall hold and retain within its control and prohibit the withdrawal, removal, transfer disposition, pledge, encumbrance, assignment, set off, sale, liquidation, dissipation, concealment, or other disposal of any such funds or other assets.

III.

**IT IS HEREBY FURTHER ORDERED THAT,** this Order shall expire at 3 o'clock p.m. on August 19, 2009 or such later date as may be extended by the Court for good cause or agreed upon by the parties hereto.

**IT IS SO ORDERED,** this 5th day of August, 2009 at 3 o'clock p.m.

Nan R Nolan

UNITED STATES MAGISTRATE JUDGE