IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; et al., | ) |
| Plaintiffs, | ) |
| | ) Case No. 09-CV-1221 |
| v. | ) |
| INVESTFORCLOSURES FINANCIAL, L.L.C.; et al., | ) Judge Leinenweber |
| | ) Magistrate Judge Nolan |
| Defendants. | ) |

### CERTIFICATION OF ROBERT C. THURSTON

I, Robert C. Thurston, an attorney and counsel for Plaintiff, hereby certify as follows:

1. I was never told by Mr. Baker on April 29, 2009 or at any other time that the Campion attorneys had obtained conflict of interest waivers from their clients.

2. I did not receive Mr. Baker's letter dated August 7, 2009 about the pending motion until August 13, 2009. (True and correct copies of the August 13, 2009 email from Kathy Pease and my email dated August 14, 2009 advising that I never received the letter on August 7, 2009 are attached hereto as Exhibit A.)

3. I make this Certification under oath and pursuant to Fed.R.Civ.P. Rule 11 and the laws regarding perjury.

_____
Robert C. Thurston

**TJ Thurston**

**EXHIBIT A**

| | |
|---|---|
| **From:** | Maura A. Grana [mgrana@ccdllaw.com] |
| **Sent:** | Thursday, August 13, 2009 11:21 AM |
| **To:** | tj@thurstonlawpc.com |
| **Subject:** | Schaufenbuel, et al. v. IFC |
| **Attachments:** | 20050224214533655.pdf |

**Kathy Pease**

**Legal Secretary**

**Campion, Curran, Dunlop & Lamb, P.C.**

**8600 U.S. Hwy 14, #201**

**Crystal Lake, IL 60012**

**(815) 459-8440**

**THIS EMAIL CONTAINS PRIVILEGED AND CONFIDENTIAL INFORMATION** INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS EMAIL IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR COPYING OF THIS EMAIL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY A REPLY EMAIL AND DELETE THE ORIGINAL EMAIL. THANK YOU.

# Campion, Curran, Dunlop & Lamb



Russell W. Baker

August 7, 2009

Robert C. Thurston
Thurston Law Offices, P.C.
10469 Bethel Ave
Huntley, IL 60142

Re: Shaufenbuel, et al. v. InvestForClosures, et al.

Dear Mr. Thurston:

It has come to our attention that your Motion to Strike and Motion to Disqualify Counsel, both filed on August 6, 2009, contain several misrepresentations to the Court. Specifically, paragraphs 2 and 6 of your Motion to Strike and paragraph 18 of your Motion to Disqualify Counsel, are blatant misstatements of fact. These statements are in direct violation of Federal Rule of Civil Procedure 11 and Illinois Rule of Professional Conduct 8.4. This letter will serve notice of the impropriety of these statements and request that you withdraw these statements and/or motions immediately.

If you have any questions or concerns regarding this matter, please do not hesitate to contact me.

Yours very truly,
Campion, Curran,
Dunlop & Lamb, P.C.

Russell W. Baker

cc: Robert Christie

## Maura A. Grana

**To:** tjthurstonlawpc.com

**Subject:** Schaufenbuel v. IFC- Letter from Russ Baker/Campion, Curran, Dunlop & Lamb, P.C.

**Maura Grana**

**Legal Secretary**

**Campion, Curran, Dunlop & Lamb, P.C.**

**8600 U.S. Hwy 14, #201**

Crystal Lake, IL 60012

(815) 459-8440

**THIS EMAIL CONTAINS PRIVILEGED AND CONFIDENTIAL INFORMATION** INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS EMAIL IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR COPYING OF THIS EMAIL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY A REPLY EMAIL AND DELETE THE ORIGINAL EMAIL. THANK YOU.

8/7/2009



Schaufenbuel v. IFC - Message (HTML)

To: tjthurstonlawpc.com
Cc:
Subject: Schaufenbuel v. IFC- Letter from Russ Baker/Campion, Curran, Dunlop & Lamb, P.C.
Attach: 20050219174203831.pdf (71 KB)

Maura Grana

Legal Secretary

Campion, Curran, Dunlop & Lamb, P.C.

8600 U.S. Hwy 14, #201

Crystal Lake, IL 60012

(815) 459-8440

# TJ Thurston

| | |
|---|---|
| **From:** | TJ Thurston [tj@thurstonlawpc.com] |
| **Sent:** | Friday, August 14, 2009 1:44 PM |
| **To:** | 'Maura A. Grana' |
| **Cc:** | 'rbaker@ccdllaw.com' |
| **Subject:** | RE: Schaufenbuel, et al. v. IFC |

FYI, I never received this the first time it was allegedly sent.

**TJ Thurston**
**Thurston Law Offices, P.C.**
Huntley, IL
**847-659-8613**
www.thurstonlawpc.com
**Licensed in IL and NJ (active), and PA (inactive)**

**Please DONATE to help Cure MS**
**http://www.thurstonlawpc.com/fb2face/**

---

**From:** Maura A. Grana [mailto:mgrana@ccdllaw.com]
**Sent:** Thursday, August 13, 2009 11:21 AM
**To:** tj@thurstonlawpc.com
**Subject:** Schaufenbuel, et al. v. IFC



**Kathy Pease**

**Legal Secretary**

**Campion, Curran, Dunlop & Lamb, P.C.**

**8600 U.S. Hwy 14, #201**

**Crystal Lake, IL 60012**

**(815) 459-8440**

**THIS EMAIL CONTAINS PRIVILEGED AND CONFIDENTIAL INFORMATION** INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS EMAIL IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR COPYING OF THIS EMAIL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY A REPLY EMAIL AND DELETE THE ORIGINAL EMAIL. THANK YOU.