IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; et al., | ) |
| Plaintiffs, | ) ) ) Case No. 09-CV-1221 |
| v. | ) ) |
| INVESTFORCLOSURES FINANCIAL, L.L.C.; et al., | ) Judge Leinenweber ) ) Magistrate Judge Nolan ) |
| Defendants. | ) |

## NOTICE OF FILING

TO:   ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on September 3, 2009, I filed electronically with the United States District Court for the Northern District of Illinois Plaintiffs' Reply in Support of their Motion to Disqualify Counsel and Certification of Robert C. Thurston.

PLAINTIFFS

By: __/s/ Robert C. Thurston_____
       One of Their Attorneys

| | |
|---|---|
| Thurston Law Offices, P.C. | Law Offices of Joel M Weiner, LLC |
| Robert C. Thurston | Joel M. Weiner |
| A.R.D.C. No. 6209353 | 579 N 1st Bank Drive Suite 150 |
| 10469 Bethel Avenue | Palatine, IL 60067-8102 |
| Huntley, IL 60142 | Phone: 847-654-3105 |
| Phone: 847-659-8613 | Fax: 847-358-7165 |
| Fax: 847-628-0930 | Email: jweiner@jweinerlaw.com |
| Email: tj@thurstonlawpc.com | |

-1-

## CERTIFICATE OF SERVICE

I, Robert C. Thurston, an attorney, hereby certify that I served a copy of this Notice and the referenced documents therein upon all persons on the Service List below by causing the same to be sent via ECF for all Filing Users and via email to all who are not Filing Users on September 3, 2009.

By: __/s/ Robert C. Thurston____

## SERVICE LIST

| **Defendants Francis X. Sanchez; InvestForClosures Financial, LLC.; ROI Developers; InvestForClosures; InvestForClosures.com, LLC; InvestForClosures Ventures, LLC; Sands of Gold Escrow; ROI Financial; Realty Opportunities International Escrow 23; and ROI Escrow**<br>Hugh C. O'Donnell<br>Elaine C. Davenport<br>Nora C. Elias<br>Sanchez Daniels & Hoffman LLP<br>333 W. Wacker Dr., Suite 500<br>Chicago, IL 60606<br>(312) 641-1555<br>HODonnell@sanchezdh.com<br>edavenport@sanchezdh.com<br>NElias@sanchezdh.com<br>ECF FILER | **Attorneys For Defendant Deana M. Guidi; Darcey L. Martin; Tom Rodriguez**<br>Charles A. Dunlop<br>Russell W. Baker<br>Genevieve M. Lynott<br>Campion Curran Dunlop & Lamb, PC<br>8600 US Hwy 14, Suite 201<br>Crystal Lake, IL 60012<br>(815) 459-8440<br>cdunlop@ccdllaw.com<br>rbaker@ccdllaw.com<br>glynott@ccdllaw.com<br>ECF FILER |
| --- | --- |
| **Defendant James D. Bourassa**<br>James Bourassa<br>254 Gregory M. Sears Dr.<br>Gilberts, IL 60136<br>(847) 380-9444<br>jimdonaldbourassa@gmail.com<br>NON-ECF FILER; ACCEPTING SERVICE VIA EMAIL | |