IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; ROBERT N. SCHAUFENBUEL; JOHN AND SARAH REED, IV; JOHN AND JAN REED, III; AMERICAN MASS MEDIA CORPORATION; ROBERTA K. CLARK; on behalf of Themselves and All Others Similarly Situated<br>    Plaintiffs,<br><br>  v.<br><br>INVESTFORCLOSURES FINANCIAL, L.L.C ROI DEVELOPERS; INVESTFORCLOSURES; INVESTFORCLOSURES.COM, LLC; INVESTFORCLOSURES VENTURES; LLC SANDS OF GOLD ESCROW; SANDS OF GOLD; ROI FINANCIAL; REALTY OPPORTUNITIES INTERNATIONAL ESCROW 23; ROI ESCROW; REALTY OPPORTUNITIES INTERNATIONAL S. de R.L. de C.V; REALTY OPPORTUNITIES INTERNATIONAL; ROI MEXICO; SANDS OF GOLD ESTATES; FRANCIS X. SANCHEZ aka FRANK SANCHEZ; JAMES D. BOURASSA aka JIM BOURASSA; SCOTT D. WESSEL; DEANA M. GUIDI; DANIEL E. FITZGERALD aka DAN FITZGERALD; SCOTT R. SLAGLE; DARCEY L. MARTIN; TOM RODRIGUEZ; and JOHN DOES 1-30.<br>    Defendants. | Case No. 09-cv-1221<br>The Honorable Judge Leinenweber |

## NOTICE OF FILING

To: See Attached Service List

**PLEASE TAKE NOTICE** that on the 4th day of September, 2009 I caused to be filed Supplemental Exhibits to Defendants Darcey L. Martin, Deana M. Guidi and Tom Rodriguez' Response to Plaintiff's Motion to Disqualify previously filed as Document #150 on August 27, 2009.

               Respectfully submitted,

               By: /s/Russell W. Baker
               Charles A. Dunlop ARCD#6180628
               Russell W. Baker ARDC #6287995
               Genevieve Lynott ARDC #6275407
               Campion, Curran, Dunlop & Lamb, P.C.
               8600 U. S. Hwy 14, #201
               Crystal Lake, IL 60012

## CERTIFICATE OF SERVICE

  I, Russell W. Baker, an attorney, hereby certify that I caused copies of the foregoing Defendants Darcey L. Martin, Deana M. Guidi and Tom Rodriguez's Supplemental Exhibits to Defendants Darcey Martin, Deana Guidi and Tom Rodriguez' Response to Plaintiff's Motion to Disqualify to be served upon all persons on the attached Service List, via electronic filing on September 4, 2009. A courtesy copy of the Supplemental Exhibits will be delivered via Federal Express upon the Honorable Judge Harry D. Leinenweber on September 4, 2009.

                       /s/ Russell W. Baker

CAMPION, CURRAN, DUNLOP & LAMB, P.C.
Attorneys for Defendant Deana Guidi, Darcey Martin and Tom Rodriguez
8600 U.S. Highway 14, Suite 201
Crystal Lake, IL 60012-2759
(815) 459-8440
Fax (815) 455-8134