

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **BRADLEY J. SCHAUFENBUEL**; et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 09-CV-1221 |
| v. | ) |
| | ) |
| **INVESTFORCLOSURES FINANCIAL, L.L.C.**; et al., | ) Judge Leinenweber |
| | ) |
| | ) Magistrate Judge Nolan |
| | ) |
| Defendants. | ) |

**FIFTH SET OF INTERROGATORIES — PRELIMINARY INJUNCTION PHASE**

Plaintiffs' Class, by and through their attorneys, Thurston Law Offices, P.C. and Law Offices of Joel M Weiner, LLC, propound the following Fifth Set of Interrogatories to be answered under oath by Defendant, Tom Rodriguez ("Rodriguez") within 30 days after service hereof pursuant to Rule 33 of the Federal Rules of Civil Procedure ("F.R.C.P.").

**DEFINITIONS AND INSTRUCTIONS**

In connection with these Interrogatories, the following definitions apply when such are applicable:

1. "Identify" means: (a) with respect to an individual, to state the individual's name, last known address, social security number, last known telephone number, last known email address, last known employer, last known title of employment, and dates of employment; (b) with respect to an entity other than an individual, to state the entity's name and the address of the entity's principal place of business; (c) with respect to a document, to state the type of document, date of the document, author of the document, senders and receivers of the document and a summary of the contents of the document; and (d) with respect to a communication, to state: (i) whether the communication was oral, written or both written and oral; (ii) the identity of the individuals who were parties to the communication; (iii) the date(s) of the communication; (iv) the substance of the communication; (v) with respect to an asset, to state the type of asset, all owners including without limitation joint owners, ownership type (e.g. joint tenancy, partnership, etc.), its location, any associated account number, the current balance and/or value of the asset, and the source of funds for the asset; and (vi) the type or title of any document (*e.g.* memorandum, letter, note, etc.) that constitutes all or a part of any written communication.

2. "Person" or "persons" means any individual or entity, including, but not limited to partnerships, associations, corporations, or any other form of business or any body of government or instrumentality or subdivision thereof.

3. As used herein, "Related to" or "Relating to" means referring to, recording, reflecting upon or in any way logically or factually connected with the matters discussed.

4. "You," "Your" and/or "Rodriguez" refers to Tom Rodriguez.

5. "Complaint" means the currently pending Complaint filed in this action.

6. "Answer" shall mean any and all Answers, Affirmative Defenses or other responsive pleadings to the currently pending Complaint on file with the Court.

7. "ROI Mexico" means Realty Opportunities International S. de R.L. de C.V., Realty Opportunities International, ROI Mexico, Sands of Gold Estates and each of their predecessors, parent companies, subsidiaries, affiliated companies, successors in interest, and/or their members, shareholders, directors, officers, agents, representatives, and control group employees.

8. The term "Party" or "Parties" shall mean and include each and every Plaintiff and Defendant, collectively.

9. The term "Communication" means any oral, written or electronic transmission of information, opinion, belief, idea or statement, including, but not limited to, letters or correspondence, conversations, meetings, discussions, telephone calls, telegrams, telecopies, telexes, seminars, conferences, messages, notes, e-mails or memoranda.

10. The term "or" is meant to include the term "and" if that interpretation would call for the further disclosure of additional information, and vice versa.

11. The term "all" is meant to include the term "any" if that interpretation would call for the further disclosure of additional information, and vice versa.

12. Use of the singular shall be deemed to include the plural, and use of the masculine shall be deemed to include the feminine as appropriate and vice versa.

13. Unless stated otherwise, information requested by these Interrogatories is for the period January 1, 2000 to the present and continuing forward pursuant to F.R.C.P. 26(e).

14. Pursuant to F.R.C.P. 26(e), these Interrogatories shall be deemed continuing so as to require supplemental responses should you or your attorney

obtain further information between the time responses are served and the time of trial.

      15.    In answering these interrogatories, furnish not merely information available from your personal knowledge, but all information available to you, including information in the possession of your attorneys, agents, investigators, and all persons acting on your behalf. If you cannot answer the interrogatories in full after exercising due diligence to secure the information, so state and answer to the extent possible, specifying the reason for your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portions.

      16.    "Document" is used in the broadest possible sense and means, including without limitation all documents, copies of documents, correspondence, letters, telephone messages, voicemail messages, electronic mail ("email") messages, facsimiles / faxes, electronic files and documents, including without limitation spreadsheets, databases, Portable Document Format files, raw data, and attachments thereto. A draft or non-identical copy of a document, including an otherwise identical copy but for handwritten matter, is a separate document within the meaning of this term.

      17.    If you are producing electronic documents and/or email in lieu of a written response to these Interrogatories, you are instructed that if such information is stored in Microsoft Office 2003 or lesser format you shall produce it in its native format on CDs or DVDs readable by Microsoft Windows 2000 or greater. If the data is stored in another format, Defendants request that the information be produced in multi-page Adobe Portable Document Format (PDF) version 5.0 or greater on CDs or DVDs readable by Microsoft Windows 2000 or greater. Production of electronic data or documents shall be in compliance with The Sedona Conference® Cooperation Proclamation (July 2008) and/or any Standing Order of this Court on electronic discovery.

      18.    If any information requested by these Interrogatories is claimed to be immune from discovery on the grounds of privilege or otherwise:

        a.    identify the communication or document or source of information;
        b.    identify the person or persons making the communication or authoring the document and all persons receiving the documents;
        c.    specify the type of privilege or other reason asserted for withholding the requested information;
        d.    specify the basis for the assertion; and
        e.    describe the withheld information to a degree sufficient to enable the court to decide if any such claim has been properly invoked.

# INTERROGATORIES

**INTERROGATORY NO. 1:** Identify each person that supplied information to respond to these Interrogatories, indicating to which Interrogatory such person's information was responsive, as well as each person's employer, title, current residence address, date of birth, driver's license number and issuing state, and last four digits of their social security number, and, if different, give the full name, as well the current residence address, date of birth, driver's license number and issuing state, and last four digits of the social security number of the individual signing these answers.

    **ANSWER:**


**INTERROGATORY NO. 2:** Did you ever wire transfer money from a bank or financial account held by any of the following entities or persons to a bank or financial institution in Mexico:

    (a)    InvestForClosures Financial, L.L.C.

    (b)    ROI Developers

    (c)    InvestForClosures

    (d)    InvestForClosures.com, LLC

    (e)    InvestForClosures Ventures, LLC

    (f)    Sands of Gold Escrow

    (g)    Sands of Gold

    (h)    ROI Financial

    (i)    Realty Opportunities International Escrow 23

    (j)    ROI Escrow

    (k)    Realty Opportunities International S. de R.L. de C.V.

    (l)    Realty Opportunities International

    (m)    ROI Mexico

    (n)    Sands of Gold Estates

    (o)     Francis X. Sanchez aka Frank Sanchez

    (p)     James D. Bourassa aka Jim Bourassa

    (q)     Scott D. Wessel

    (r)     Deana M. Guidi

    (s)     Daniel E. Fitzgerald aka Dan Fitzgerald

    (t)     Scott Slagle

    (u)     Darcey L. Martin

    (v)     Tom Rodriguez

    (w)    Wayne O'Day

    (x)     Sanchez and Rivera Title Company

    (y)     Stewart Title Company

    (z)     Sterling Trust Company

**ANSWER:**


**INTERROGATORY NO. 3:** If your answer to Interrogatory No. 2 is anything other than an unqualified no, for <u>each</u> wire transfer provide the following information:

    (a)     Identify the bank or entity originating the wire transfer;

    (b)     Identify the type and number of the account from which the funds were transferred;

    (c)     The owner or name on the account from which the funds were transferred and the type of ownership of the account (jointly held; corporate; partnership; etc.);

    (d)     Who gave you the instructions to wire transfer the money;

    (e)     What were the wire transfer instructions;

    (f)     For what purpose was the money being wired;

(g) The amount of the wire transfer (in U.S. Dollars);

(h) The source of funds that were in the account from which the transfer was made;

(i) The date and time of the transfer;

(j) All confirmations that the wire transfer was complete and successful;

(k) Identify the bank or entity receiving the wire transfer;

(l) Identify the type and number of the account to which the funds were transferred;

(m) The owner, beneficiary or name on the account to which the funds were transferred and the type of ownership of the account (jointly held; corporate; partnership; etc.);

(n) Whether there were forwarding wire transfer instructions, including without limitation instructions to send the money to another bank, entity or account after the initial wire transfer; and

(o) How you accounted for the wire transfer in the books maintained for the business.

**ANSWER:**

**INTERROGATORY NO. 4:** How much money did any of the entities listed in Interrogatory No. 2 receive from investors?

**ANSWER:**

**INTERROGATORY NO. 5:** Where is the money today that was received from investors by any of the entities listed in Interrogatory No. 2?

**ANSWER:**

**INTERROGATORY NO. 6:**  What did Frank Sanchez tell you about properties or assets owned in Mexico?

    **ANSWER:**


**INTERROGATORY NO. 7:**  What assets do Frank Sanchez or ROI Mexico currently own in Mexico?

    **ANSWER:**


**INTERROGATORY NO. 8:**  What is your current home address and telephone number?

    **ANSWER:**


**INTERROGATORY NO. 9:**  During what time frame were you employed by any of the entities listed in Interrogatory No. 2 and what was/were your title(s) during each period?

    **ANSWER:**


                        PLAINTIFFS' CLASS

                        By: ___/s/ Robert C. Thurston_____
                              One of Their Attorneys

| | |
|---|---|
| Thurston Law Offices, P.C. | Law Offices of Joel M Weiner, LLC |
| Robert C. Thurston | Joel M. Weiner |
| A.R.D.C. No. 6209353 | 579 N 1st Bank Drive Suite 150 |
| 10469 Bethel Avenue | Palatine, IL 60067-8102 |
| Huntley, IL 60142 | Phone: 847-654-3105 |
| Phone: 847-659-8613 | Fax: 847-358-7165 |
| Fax: 847-628-0930 | Email: jweiner@jweinerlaw.com |
| Email: tj@thurstonlawpc.com | |

## CERTIFICATE OF SERVICE

    I, Robert C. Thurston, an attorney, hereby certify that I served this Fifth Set of Interrogatories – Preliminary Injunction Phase by sending a copy via email to all members of the Service List below except where noted otherwise on April 23, 2009.

                           By: __/s/ Robert C. Thurston____
                                 Robert C. Thurston

## SERVICE LIST

**Attorneys For Defendants InvestForClosures Financial, L.L.C.; InvestForClosures.com, LLC; InvestForClosures Ventures, LLC; Francis X. Sanchez; and James D. Bourassa**
Robert B. Christie
Jeffry M. Henderson
Harris L. Kay
Henderson & Lyman
175 West Jackson Blvd, Suite 240
Chicago, IL 60604
(312) 986-6960
RChristie@henderson-lyman.com

**Attorneys For Defendant Deana M. Guidi**
Charles A. Dunlop
Russell W. Baker
Genevieve M. Lynott
Campion Curran Dunlop & Lamb, PC
8600 US Hwy 14, Suite 201
Crystal Lake, IL 60012
(815) 459-8440
rbaker@ccdllaw.com
glynott@ccdllaw.com

**NOT SENT TO DARCEY MARTIN**
Darcey Martin is not being served a copy of this document as a result of notification by Campion Curran that they represent her, yet no appearance is on file reflecting such representation as yet

**Tom Rodriguez, Unrepresented**
Tom Rodriguez
c/o Consolidated School District #158
650 Academic Drive
Algonquin, IL 60102
**VIA REGULAR MAIL**

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **BRADLEY J. SCHAUFENBUEL; et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 09-CV-1221 |
| v. ) | |
| ) | |
| **INVESTFORCLOSURES FINANCIAL,** ) | Judge Leinenweber |
| **L.L.C.; et al.,** ) | |
| ) | Magistrate Judge Nolan |
| ) | |
| Defendants. ) | |

**FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS— PRELIMINARY INJUNCTION PHASE**

  Plaintiffs' Class, by and through their attorneys, Thurston Law Offices, P.C. and Law Offices of Joel M Weiner, LLC, hereby requests that Defendant, Tom Rodriguez ("Rodriguez"), produce documents identified below at Thurston Law Offices, P.C., 10469 Bethel Avenue, Huntley, IL 60142 within 30 days after service hereof pursuant to Rule 34 of the Federal Rules of Civil Procedure ("F.R.C.P.").

**DEFINITIONS AND INSTRUCTIONS**

  1. "Person" or "persons" means any individual or entity, including, but not limited to partnerships, associations, corporations, or any other form of business or any body of government or instrumentality or subdivision thereof.

  2. As used herein, "Related to" or "Relating to" means referring to, recording, reflecting upon or in any way logically or factually connected with the matters discussed.

  3. "You," "Your" and/or "Rodriguez" refers to Tom Rodriguez, its members, managers, officers, directors, subsidiaries, parent companies, and other entities in which IFCF owns more than a 5% interest and legal counsel and other agents acting on the behalf of any of the foregoing.

  4. "Complaint" means the currently pending Complaint filed in this action.

  5. "Answer" shall mean any and all Answers, Affirmative Defenses or other responsive pleadings to the currently pending Complaint on file with the Court.

  6. "ROI Mexico" means Realty Opportunities International S. de R.L. de C.V., Realty Opportunities International, ROI Mexico, Sands of Gold Estates and each of their predecessors, parent companies, subsidiaries, affiliated companies,

successors in interest, and/or their members, shareholders, directors, officers, agents, representatives, and control group employees.

7. The term "Party" or "Parties" shall mean and include each and every Plaintiff and Defendant, collectively.

8. The term "Communication" means any oral, written or electronic transmission of information, opinion, belief, idea or statement, including, but not limited to, letters or correspondence, conversations, meetings, discussions, telephone calls, telegrams, telecopies, telexes, seminars, conferences, messages, notes, e-mails or memoranda.

9. The term "or" is meant to include the term "and" if that interpretation would call for the further disclosure of additional information, and vice versa.

10. The term "all" is meant to include the term "any" if that interpretation would call for the further disclosure of additional information, and vice versa.

11. Use of the singular shall be deemed to include the plural, and use of the masculine shall be deemed to include the feminine as appropriate and vice versa.

12. Unless stated otherwise, information requested by these Requests is for the period January 1, 2000 to the present and continuing forward pursuant to F.R.C.P. 26(e).

13. Pursuant to F.R.C.P. 26(e), these Requests shall be deemed continuing so as to require supplemental responses should you or your attorney obtain further information between the time responses are served and the time of trial.

14. In answering these Requests, furnish not merely information available from your personal knowledge, but all information available to you, including information in the possession of your attorneys, agents, investigators, and all persons acting on your behalf. If you cannot answer the Requests in full after exercising due diligence to secure the information, so state and answer to the extent possible, specifying the reason for your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portions.

15. "Document" is used in the broadest possible sense and means, including without limitation all documents, copies of documents, correspondence, letters, telephone messages, voicemail messages, electronic mail ("email") messages, facsimiles / faxes, electronic files and documents, including without limitation spreadsheets, databases, Portable Document Format files, raw data, and attachments thereto. A draft or non-identical copy of a document, including an otherwise identical copy but for handwritten matter, is a separate document within the meaning of this term.

16.	If you are producing electronic documents and/or email in lieu of a written response to these Requests, you are instructed that if such information is stored in Microsoft Office 2003 or lesser format you shall produce it in its native format on CDs or DVDs readable by Microsoft Windows 2000 or greater.  If the data is stored in another format, Defendants request that the information be produced in multi-page Adobe Portable Document Format (PDF) version 5.0 or greater on CDs or DVDs readable by Microsoft Windows 2000 or greater.  Production of electronic data or documents shall be in compliance with The Sedona Conference® Cooperation Proclamation (July 2008) and/or any Standing Order of this Court on electronic discovery.

17.	If any information requested by these Requests is claimed to be immune from discovery on the grounds of privilege or otherwise:

a.	identify the communication or document or source of information;
b.	identify the person or persons making the communication or authoring the document and all persons receiving the documents;
c.	specify the type of privilege or other reason asserted for withholding the requested information;
d.	specify the basis for the assertion; and
e.	describe the withheld information to a degree sufficient to enable the court to decide if any such claim has been properly invoked.
f.	If you are producing electronic documents and/or email, Plaintiff/Defendants request that if such information is stored in Microsoft Office 2003 or lesser format you shall produce it in its native format on CDs or DVDs readable by Microsoft Windows 2000 or greater.  If the data is stored in another format, Plaintiff/Defendants request that the information be produced in multi-page Adobe Portable Document Format (PDF) version 5.0 or greater on CDs or DVDs readable by Microsoft Windows 2000 or greater.

## **DOCUMENT REQUESTS**

**REQUEST NO. 1:**  All documents that you reviewed or support your responses to the Fifth Set of Interrogatories – Preliminary Injunction Phase served upon you.

**RESPONSE:**

**REQUEST NO. 2:**  All documents showing wire transfers referenced in Interrogatories Nos. 2 and 3 of the Fifth Set of Interrogatories – Preliminary Injunction Phase served upon you.

**RESPONSE:**

**REQUEST NO. 3:** All accountings or financial books, including without limitation all accountings kept electronically, that you kept on behalf of any of the following entities or persons:

    (a)    InvestForClosures Financial, L.L.C.

    (b)    ROI Developers

    (c)    InvestForClosures

    (d)    InvestForClosures.com, LLC

    (e)    InvestForClosures Ventures, LLC

    (f)    Sands of Gold Escrow

    (g)    Sands of Gold

    (h)    ROI Financial

    (i)    Realty Opportunities International Escrow 23

    (j)    ROI Escrow

    (k)    Realty Opportunities International S. de R.L. de C.V.

    (l)    Realty Opportunities International

    (m)    ROI Mexico

    (n)    Sands of Gold Estates

    (o)    Francis X. Sanchez aka Frank Sanchez

    (p)    James D. Bourassa aka Jim Bourassa

    (q)    Scott D. Wessel

    (r)    Deana M. Guidi

    (s)    Daniel E. Fitzgerald aka Dan Fitzgerald

    (t)    Scott Slagle

-5-

    (u)    Darcey L. Martin

    (v)    Tom Rodriguez

    (w)    Wayne O'Day

    (x)    Sanchez and Rivera Title Company

**RESPONSE:**

**REQUEST NO. 4:** All documents evidencing any and all bank accounts for any of the entities or persons listed in Request No. 3 above.

**RESPONSE:**

**REQUEST NO. 5:** All documents evidencing any and all assets for any of the entities or persons listed in Request No. 3 above.

**RESPONSE:**

**REQUEST NO. 6:** All documents relating to investments in any of the entities or persons listed in Request No. 3 above.

**RESPONSE:**

**REQUEST NO. 7:** All documents evidencing how any of the entities or persons listed in Request No. 3 above used or spent the investments.

**RESPONSE:**

**REQUEST NO. 8:** All documents evidencing your qualifications as an accountant.

**RESPONSE:**

**REQUEST NO. 9:** All documents relating to properties or assets in Mexico obtained or purchased by any of the entities or persons listed in Request No. 3.

**RESPONSE:**

**REQUEST NO. 10:** All documents evidencing any and all bank accounts or accounts in financial institutions in Mexico for any of the entities or persons listed in Request No. 3 above.

**RESPONSE:**

PLAINTIFFS' CLASS

By: __/s/ Robert C. Thurston_____
    One of Their Attorneys

Thurston Law Offices, P.C.　　　　　Law Offices of Joel M Weiner, LLC
Robert C. Thurston　　　　　　　　　Joel M. Weiner
A.R.D.C. No. 6209353　　　　　　　　579 N 1st Bank Drive Suite 150
10469 Bethel Avenue　　　　　　　　Palatine, IL 60067-8102
Huntley, IL 60142　　　　　　　　　　Phone: 847-654-3105
Phone: 847-659-8613　　　　　　　　Fax: 847-358-7165
Fax: 847-628-0930　　　　　　　　　Email: jweiner@jweinerlaw.com
Email: tj@thurstonlawpc.com

-6-

## CERTIFICATE OF SERVICE

I, Robert C. Thurston, an attorney, hereby certify that I served this Fifth Request for Production of Documents – Preliminary Injunction Phase by sending a copy via email to all members of the Service List below on April 23, 2009.

By: /s/ Robert C. Thurston
Robert C. Thurston

## SERVICE LIST

| **Attorneys For Defendants InvestForClosures Financial, L.L.C.; InvestForClosures.com, LLC; InvestForClosures Ventures, LLC; Francis X. Sanchez; and James D. Bourassa** | **Attorneys For Defendant Deana M. Guidi** |
|---|---|
| Robert B. Christie | Charles A. Dunlop |
| Jeffry M. Henderson | Russell W. Baker |
| Harris L. Kay | Genevieve M. Lynott |
| Henderson & Lyman | Campion Curran Dunlop & Lamb, PC |
| 175 West Jackson Blvd, Suite 240 | 8600 US Hwy 14, Suite 201 |
| Chicago, IL 60604 | Crystal Lake, IL 60012 |
| (312) 986-6960 | (815) 459-8440 |
| RChristie@henderson-lyman.com | rbaker@ccdllaw.com |
| | glynott@ccdllaw.com |
| **NOT SENT TO DARCEY MARTIN** | **Tom Rodriguez, Unrepresented** |
| Darcey Martin is not being served a copy of this document as a result of notification by Campion Curran that they represent her, yet no appearance is on file reflecting such representation as yet | Tom Rodriguez |
| | c/o Consolidated School District #158 |
| | 650 Academic Drive |
| | Algonquin, IL 60102 |
| | **VIA REGULAR MAIL** |

-7-