# TJ Thurston

| | |
|---|---|
| **From:** | noreply@freeconferencecall.com |
| **Sent:** | Friday, September 04, 2009 11:10 AM |
| **To:** | tj@thurstonlawpc.com |
| **Subject:** | Free Conference Call Detail Report |



 Thank you for using our Free Conference Call service. Below you will find the details for your conference call. If you have any questions regarding this email, please call **(877) 482-5838** or contact customer support at **services@freeconferencecall.com**. Have a nice day!

## Free Conference Call

PO Box 41069  
Long Beach, CA 90853-1069  
Tel: 877-482-5838  
Fax: 562-437-1422  

Date: 09/04/2009  
Statement #: 24657672  
Dial-in Number: (218) 339-3600  
Access Code: 363028  

### Free Conference Call Detail Report:

| Call Date | Calling Number | Start Time | End Time | Total Minutes |
|---|---|---|---|---|
| 09/04/2009 | 847-659-8613 | 11:26:19 AM | 12:08:41 PM | 43 |
| 09/04/2009 | 815-459-8442 | 11:29:32 AM | 12:08:45 PM | 40 |
| 09/04/2009 | 847-705-3838 | 11:24:53 AM | 12:08:46 PM | 44 |

Total Minutes: 127  
Number of Callers: 3

NOTE: All times in Eastern Daylight Time

| Quick Links: | Conference Download | Refer a Friend | Change Account | Stop Statements | Submit Trouble Ticket |
|---|---|---|---|---|---|