IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; ROBERT N. SCHAUFENBUEL; JOHN AND SARAH REED, IV; JOHN AND JAN REED, III; AMERICAN MASS MEDIA CORPORATION; ROBERTA K. CLARK; on behalf of Themselves and All Others Similarly Situated<br>                Plaintiffs,<br><br>v.<br><br>INVESTFORCLOSURES FINANCIAL, L.L.C ROI DEVELOPERS; INVESTFORCLOSURES; INVESTFORCLOSURES.COM, LLC; INVESTFORCLOSURES VENTURES; LLC SANDS OF GOLD ESCROW; SANDS OF GOLD; ROI FINANCIAL; REALTY OPPORTUNITIES INTERNATIONAL ESCROW 23; ROI ESCROW; REALTY OPPORTUNITIES INTERNATIONAL S. de R.L. de C.V; REALTY OPPORTUNITIES INTERNATIONAL; ROI MEXICO; SANDS OF GOLD ESTATES; FRANCIS X. SANCHEZ aka FRANK SANCHEZ; JAMES D. BOURASSA aka JIM BOURASSA; SCOTT D. WESSEL; DEANA M. GUIDI; DANIEL E. FITZGERALD aka DAN FITZGERALD; SCOTT R. SLAGLE; DARCEY L. MARTIN; TOM RODRIGUEZ; and JOHN DOES 1-30.<br>                Defendants. | Case No. 09-cv-1221<br>District Judge Leinenweber<br>Magistrate Judge Nolan |

NOTICE OF MOTION

To:    See Attached Service List

**PLEASE TAKE NOTICE** that on Thursday, September 10, 2009, at 10:00 a.m. or as soon thereafter as counsel may appear, I shall appear before the Honorable Judge Nan R. Nolan in Room 1858 of the U.S. District Court located at 219 S. Dearborn Street, Chicago, IL and then and there request hearing on the Defendants Darcey L. Martin, Deana M. Guidi and Tom Rodriguez's Motion to Compel.

Respectfully submitted,

By: /s/Russell W. Baker
Charles A. Dunlop ARCD#6180628
Russell W. Baker ARDC# 6287995
Campion, Curran, Dunlop & Lamb, P.C.
8600 U. S. Hwy 14, #201
Crystal Lake, IL 60012
Attorneys for Defendant Deana Guidi

## CERTIFICATE OF SERVICE

    I, Russell W. Baker, an attorney, hereby certify that I caused copies of the foregoing Defendants Darcey L. Martin, Deana Guidi and Tom Rodriguez's Motion to Compel to be served upon all persons on the attached Service List, via electronic filing, and via U.S. Post for all persons who are not on the U. S. District Court Electronic filing system, deposited at Crystal Lake, IL, September 8, 2009. A courtesy copy of this motion and all exhibits will be delivered via Federal Express upon the Honorable Judge Nan R. Nolan on September 9, 2009.

                                                    /s/ Russell W. Baker

CAMPION, CURRAN, DUNLOP & LAMB, P.C.
Attorneys for Defendant Deana Guidi
8600 U.S. Highway 14, Suite 201
Crystal Lake, IL 60012-2759
(815) 459-8440
Fax (815) 455-8134

SERVICE LIST
Schaufenbuel et al. v. Investforclosures Financial, L.L.C. et al.
Case No. 09-cv-1221

Attorneys for Plaintiffs:

Thurston Law Offices, P.C.
Robert C. Thurston
10469 Bethel Avenue
Huntley, IL 60142

Law Offices of Joel M. Weiner, LLC
Joel M. Weiner
579 N. 1st Bank Drive, Suite 150
Palatine, IL 60067-8102

Attorneys for Defendants:
Investforclosures Financial, LLC
ROI Developers
Investforeclosures
Investforclosures.com, LLC
Investforclosures Ventures, LLC
Sands of Gold
ROI Financial
Realty Opportunities International Escrow 23
ROI Escrow
Francis X. Sanchez aka Frank Sanchez
Hugh C. O'Donnell
Nora C. Elias
Elaine C. Davenport
Sanchez Daniels & Hoffman, LLP
333 West Wacker Drive, Suite 500
Chicago, IL 60606

Scott D. Wessel
1828 Sebastian
Woodstock, IL 60098

James D. Bourassa aka Jim Bourassa
254 Gregory M. Sears Drive
Gilberts, IL 60136

Daniel E. Fitzgerald aka Dan Fitzgerald
31770 N. Pineview Blvd
Lakemoor, IL 60051

Scott R. Slagle
38W512 McQuire Place
Geneva, IL 60134