UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.3
Eastern Division

Bradley J Schaufenbuel, et al.
　　　　　　　　　　　　　　　　　　Plaintiff,
v.　　　　　　　　　　　　　　　　　Case No.: 1:09−cv−01221
　　　　　　　　　　　　　　　　　　Honorable Harry D. Leinenweber
InvestForClosures Financial, L.L.C., et al.
　　　　　　　　　　　　　　　　　　Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 8, 2009:

　　　　MINUTE entry before the Honorable Nan R. Nolan:Status hearing held. Discovery conference set for 09/14/09 at 9 a.m. Counsel shall appear in person on 09/14/09. No appearance required on 09/10/09. Defendants Realty Opportunities International S. de R. L. de C.V., Realty Opportunities International, ROI Mexico, and Sands of Gold Estates are unrepresented by counsel and have not responded to the show cause order previously entered in this case on 08/14/09. Accordingly, the Temporary Restraining Order with Asset Freeze [122−2] is hereby converted verbatim to a preliminary injunction as to Defendants Realty Opportunities International S. de R. L. de C.V., Realty Opportunities International, ROI Mexico, and Sands of Gold Estates to remain in full force and effect in all respects during the pendency of this matter or until further order of this Court. The remainder of the parties subject to the Temporary Restraining Order with Asset Freeze [122−2] have agreed to extend the TRO until 10/05/09 at 3 p.m. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.