# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1221 | **DATE** | 09/08/09 |
| **CASE TITLE** | Bradley J Schaufenbuel, et al vs. InvestForClosures Financial, L.L.C. et al | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 09/25/09 at 9:30 a.m. Plaintiffs' and Defendants' responses to each other's supplemental interrogatories & production of documents as out-lined in open court are due by 09/18/09.

Notices mailed by Judicial staff.

00:20

| | Courtroom Deputy Initials: | LXS |
|---|---|---|