## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1221 | **DATE** | 9/30/2009 |
| **CASE TITLE** | Schaufenbuel, et al vs. InvestForClosures Financial, L.L.C., et al | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER: Defendant Martin's Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction [85] is denied. Defendants Martin, Guidi and Rodriguez's Rule 12(b)(6) Motion to Dismiss [87] is granted. Defendant Sanchez, InvestForClosures Financial, L.L.C., InvestForClosures Financial, L.L.C., InvestForClosures.com LLC, and InvestForClosures Ventures, LLC's Rule 12(b)(6) Motion to Dismiss [89] is granted in part and denied in part. Plaintiffs' Motion to Strike [129] is granted. Status hearing set for 10/28/2009 at 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|