Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1221 | **DATE** | 09/25/09 |
| **CASE TITLE** | Schaufenbuel et al vs. InvestForClosures Financial, L.L.C. et al | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 10/09/09 at 9:30 am.

Notices mailed by Judicial staff.

1:15

| | Courtroom Deputy Initials: | LXS |
|---|---|---|