**EXHIBIT A**



InvestForclosures

This certifies that

*Maria Alva Valentin*

has invested *$30,000*
on September 4, 2001
at a term of 5 years
Per the Graduated Interest Accrual Plan

Note: Interest is accrued and automatically rolled-over, unless you
choose to receive them on a quarterly basis (available after first
year). Substantial interest penalty for early withdrawal. Membership
Interests are not transferable.

Signature

Date

Number: IFC090401-01

MAV00055



**InvestForclosures**

This certifies that

## Keith Raines and
## Bonnie C. Raines

have invested $10,000
on December 31, 2001
at a term of 5 years
Per the Graduated Interest Accrual Plan

Note: Interest is accrued and automatically rolled-over, unless you
choose to receive them on a semi-annual basis (available after first
year). Substantial interest penalty for early withdrawal. Membership
Interests are not transferable.

Signature          Date 12/31/01          Number IFC123101-03a

KBR00170

## Graduated Interest Accrual Plan

Account Growth per Year (compound interest plus principle):

12/31/02 @ 20% = $12,000

12/31/03 @ 22% = $14,640

12/31/04 @ 24% = $18,154

12/31/05 @ 26% = $22,874

12/31/06 @ 28% = $29,278

This replaces certificate number IPC123101-03, which was reported
lost and is now void.

KBR00171



InvestForClosures Financial

This certifies that

**Keith Raines**

has invested *$41,655.77*

on November 11, 2002

at a term of 5 year

earning 15.9% APY

5-Year Term: The principal investment must remain untouched for exactly five (5) years from the date the investment payment along with all signed and completed investment documents. A withdrawal of principal prior to the end of the 1st year will incur a 70% penalty on earned interest only. A withdrawal of principal prior to the end of the 3rd year will incur a 35% penalty on earned interest only. A withdrawal of principal prior to the 5th year will incur a 20% penalty on earned interest only. A withdrawal of principal requires a 60-day written notice by mail or electronically via email. Interest payments can be paid on an annual basis per the written request of the investor. Interest is automatically rolled over and compounded during the remainder of the term. Interest payments require a 60-day written notice by mail or electronically via email. If interest is paid out prior to the completion of the next consecutive year of the term, that interest will not be compounded for the year in which it was withdrawn. Upon maturity of said term, unless a withdrawal request has been issued meeting the above stated specifications, your investment will be rolled over and reinvested for another five (5) year term. Membership Interests are not transferable.

Signature                    CEO IFCF   11/26/02
                             Date

Number: IFC112602-01

KBR00172



InvestForClosures Financial

This certifies that

*Bonnie C. Raines*

has invested *$43,112.29*

on December 3, 2002

at a term of *5 year*

earning *15.9% APY*

5-Year Term: The principal investment must remain untouched for exactly five (5) years from the date the investment payment along with all signed and completed investment documents. A withdrawal of principal prior to the end of the 1st year will incur a 70% penalty on earned interest only. A withdrawal of principal prior to the end of the 3rd year will incur a 35% penalty on earned interest only. A withdrawal of principal prior to the 5th year will incur a 20% penalty on earned interest only. A withdrawal of principal requires a 60-day written notice by mail or electronically via email. Interest payments can be paid on an annual basis per the written request of the investor. Interest is automatically rolled over and compounded during the remainder of the term. Interest payments require a 60-day written notice by mail or electronically via email. If interest is paid out prior to the completion of that next consecutive year of the term, that interest will not be compounded for the year in which it was withdrawn. Upon maturity of said term, unless a withdrawal request has been issued meeting the above stated specifications, your investment will be rolled over and reinvested for another five (5) year term. Membership Interests are not transferable.

Signature                     12/3/02                    Number: IFC120302-01
                              Date

KBR00173

84 N. Eastwood Dr.
# 3015
Woodstock, IL 60098

 **InvestForClosures Financial**

Toll Free: (877) 610-5982
Main Office: (815) 206-5139
Fax: (815) 206-5283

## 2005 Annual Statement

Page 1

Brad Bebout
1215 Polaris Parkway
# 197
Columbus, OH  43240

Account #    104009
Account Type: IRA
Term Length:  5 years

Compound Period ......... :  Annual

Nominal Annual Rate .... :  15.900 %

AMORTIZATION SCHEDULE - Normal Amortization, 360 Day Year

|  | Date | Invest | Balance Date | Return | Interest | Net Change | Balance |
|---|---|---|---|---|---|---|---|
| Invest | 01/01/2003 | 5,685.94 | | | | 5,685.94 | 5,685.94 |
| Invest | 01/26/2004 | 6,750.00 | | | 976.83 | 7,726.83 | 13,412.77 |
| Invest | 07/08/2004 | 25,563.00 | | | 971.53 | 26,534.53 | 39,947.30 |
| Invest | 09/12/2005 | 12,000.00 | | | 7,701.23 | 19,701.23 | 59,648.53 |
| Balance Date | 12/31/2005 | | 0.00 | | 2,897.92 | 2,897.92 | 62,546.45 |
| Grand Totals | | 49,998.94 | 0.00 | 0.00 | 12,547.51 | 62,546.45 | |

An open balance of 62,546.45 still remains.

BSB00012

P 04

84 N. Eastwood Dr.
#3015
Woodstock, IL. 60098

Toll Free: (800) 591-4432
Main Office: (815) 206-5139
Fax: (815) 206-5283

*Francis X. Sanchez*
*Chairman and CEO*

*Jim D. Bourassa*
*President*

*Scott D. Wessel*
*Vice President*

February 3, 2005

Mr. John Reed III
P.O. Box 516
Woodinville, WA. 98072-0516

Re: Authorization to transfer funds from IFCF Investments to IFC Ventures, LLC

Dear Mr. Reed:

Per your conversation with IFC Financial, it is our understanding that you wish to transfer all the funds in your InvestForClosures Financial (IFCF) Investment with principal in the amount of $35,000 which will mature on February 17, 2005 to a new InvestForClosures Ventures (IFCV) account. Please sign below and return to Mr. Tom Rodriguez, our staff accountant, to authorize this transfer. You may send this letter via facsimile at 815-206-5280.

As discussed, we will credit your new account the original $35K and add the $15K addition to your principal for a total of $50K. Moreover, interest payments may be withdrawn quarterly after the first year of your new term. Your Subscription Agreement describes the terms and conditions of your IFCV investments. Please consult your tax advisor regarding the tax consequences of this transfer. Also, please return your fully executed IFCV Subscription Agreements at your earliest convenience. We appreciate your investments with IFCV and look forward to working with you. If you have any questions, please do not hesitate to contact me.

Best Regards,

*CERTIFICATES*
*JACKIE LIBRICZ*

Deana M. Guidi
General Counsel

cc:     Frank Sanchez
        Jim Bourassa
        Scott Wessel

_____
John Reed III

Date: _____

**Web: www.investforclosures.com**
**Email: info@investforclosures.com**

JAR00001

# William Richoz
## SUMMARY
## OF
## INVESTMENTS IN IFCF
### August 08, 2007

**Account 1:** (104075)                    **IFCF**

On 3-26-03 William Richoz made an IRA investment of $14,586.15 at a compounded rate of 15.90% on a 5 year term to InvestForClosures Financial. The total accumulated interest for this account up to 7-26-07 is $13,152.01 and the principal and interest accumulation is $27,738.16.

| Date | Principal And Return Amount | TERM |
|------|------------------------------|------|
| 3-26-03 | $14,586.15 | 5YRS |
| 3-26-04 | $16,905.35 | |
| 3-26-05 | $19,593.30 | |
| 3-26-06 | $22,708.63 | |
| 3-26-07 | $26,319.30 | |
| 6-08-07 | $27,738.16 | |

## Calculation:

3-26-03                    $14,586.15

**3-26-04**
$14,586.15 X 15.90% = $2,319.20 yearly return
$14,586.15 + $2,319.20 yearly return = $16,905.35 principal and accumulation

**3-26-05**
$16,905.35 X 15.90% = $2,687.95 yearly return
$16,905.35 + $2,687.95 yearly return = $19,593.30

**3-26-06**
$19,593.30 X 15.90% = $3,115.33 yearly return
$19,593.30 + $3,115.33 yearly return = $22,708.63

1

WMR00098

**3-26-07**
$22,708.63 X 15.90%= $3,610.67 yearly return
$22,708.63 + $3,610.67 yearly return = $26,319.30

**7-26-07**
$26,319.30 X 15.90 % = $4,184.77 yearly return
$4,184.77 yearly return / 360 days = $11.63 return per day
$11.63 return per day X 122 days = $1,418.86 interest accumulation
$26,319.30 previous principal + $1,418.86 interest accumulation = $27,738.16

## Account 2: (104076)

On 3-26-03 Carolyn Richoz made an IRA investment of $3,048.06 at a compounded rate of 15.90% on a 5 year term to InvestForClosures Financial. The total accumulated interest for this account up to 7-26-07 is $2,629.47 and the principal and interest accumulation up to this point is $5,677.53.

| Date | Principal And Return Amount | TERM |
|------|------------------------------|------|
| 3-26-03 | $3,048.06 | 5YRS |
| 3-26-04 | $3,532.70 | |
| 3-26-05 | $4,094.40 | |
| 3-26-06 | $4,745.41 | |
| 3-26-07 | $5,499.93 | |
| 6-08-07 | $5,796.39 | |

## Calculation:

**3-26-03**                    $3,048.06

**3-26-04**
$3,048.06 X 15.90 % = $484.64 yearly return
$3,048.06 + $484.64 yearly return = $3,532.70

**3-26-05**
$3,532.70 X 15.90 % = $561.70 yearly return
$3,532.70 + $561.70 yearly return = $4,094.40

2

WMR00099

**3-26-06**
$4,094.40 X 15.90% = $651.01 yearly return
$4,094.40 + $651.01 yearly return = $4,745.41


**3-26-07**
$4,745.41 X 15.90% = $754.52 yearly return
$4,745.41 + $754.52 yearly return = $5,499.93

**7-26-07**
$5,499.93 X 15.90 % = $874.49 yearly return
$874.49 yearly return / 360 days = $2.43 return per day
$2.43 return per day X 122 days = $296.46 interest accumulation
$5,499.93 previous principal + $296.46 interest accumulation = $5,796.39


**<u>Note:</u>**

- **SOP "Fresh Dollars Investment" IRA 7/27/07 of $10,000.00**
- **Account 1 Roll over interest only  $13,152.01**
- **Account 2 Roll over interest only  $2,629.47**

**SOP Rollover interest of the 2 accounts $15,781.48**

**Total SOP Investment $25,781.48**


**<u>Warrants:</u>**

- **No warrants prior to the SOP**
- **10,500 Warrants on Fresh dollars plus 5% bonus dollars**
- **13,152 Warrants for interest Roll over  of Account 1**
- **2,629 Warrants for interest Roll over of Account 2**
- **2,917 Warrants for loyalty 20% of $14,586.15 Account 1**
- **610 Warrants for loyalty 20% of $3,048.06 Account 2**


**Total Warrants: 29,808**

3

WMR00100



This certifies that

**Kathleen Markus**

has invested *$35,000.00*

on April 22, 2003

at a term of 5 years

earning 19.9% APR

5-Year Term: The principal investment must remain untouched for exactly five (5) years from the date the investment payment along with all signed and completed investment documents. A withdrawal of principal prior to the end of the 1st year will incur a 70% penalty on earned interest only. A withdrawal of principal prior to the end of the 3rd year will incur a 35% penalty on earned interest only. A withdrawal of principal prior to the 5th year will incur a 20% penalty on earned interest only. A withdrawal of principal requires a 60-day written notice by mail or electronically via email. Interest payments can be paid on an annual basis per the written request of the investor. Interest is automatically rolled over and compounded during the remainder of the term. Interest payments require a 60-day written notice by mail or electronically via email. If interest is paid out prior to the completion of the next consecutive year of the term, that interest will not be compounded for the year in which it was withdrawn. Upon maturity of said term, unless a withdrawal request has been issued meeting the above stated specifications, your investment will be rolled over and reinvested for another five (5) year term. Membership Interests are not transferable.

CEO-IFCF 04/22/03

Signature                    Date

Number: IFCF042203-01

Account # 104088

KFM00004



**i·c** InvestForClosures Financial

This certifies that

### *Wilhelm Hall*

has invested *$10,000.00*

on April 22, 2003

at a term of *5 years*

earning 14.9% APR

5-Year Term: The principal investment must remain untouched for exactly five (5) years from the date the investment payment along with all signed and completed investment documents. A withdrawal of principal prior to the end of the 1st year will incur a 70% penalty on earned interest only. A withdrawal of principal prior to the end of the 3rd year will incur a 35% penalty on earned interest only. A withdrawal of principal prior to the 5th year will incur a 20% penalty on earned interest only. A withdrawal of principal requires a 60-day written notice by mail or electronically via email. Interest payments can be paid on an annual basis per the written request of the investor. Interest is automatically rolled over and compounded during the remainder of the term. Interest payments require a 60-day written notice by mail or electronically via email. If interest is paid out prior to the completion of the next consecutive year of the term, that interest will not be compounded for the year in which it was withdrawn. Upon maturity of said term, unless a withdrawal request has been issued meeting the above stated specifications, your investment will be rolled over and reinvested for another five (5) year term. Membership Interests are not transferable.

Signature _____ CEO IFCF 4/22/03

Signature                    Date

Number: IFCF042203-01

Account # 104079

WIH00046



InvestForClosures Financial

This certifies that

## Wilhelm Hall

has invested **$10,000.00**

on April 29, 2003

at a term of **5** years

earning **16.9% APR**

5-Year Term: The principal investment must remain untouched for exactly five (5) years from the date the investment payment along with all signed and completed investment documents. A withdrawal of principal prior to the end of the 1st year will incur a 70% penalty on earned interest only. A withdrawal of principal prior to the end of the 3rd year will incur a 35% penalty on earned interest only. A withdrawal of principal prior to the 5th year will incur a 20% penalty on earned interest only. A withdrawal of principal requires a 60-day written notice by mail or electronically via email. Interest payments can be paid on an annual basis per the written request of the investor. Interest is automatically rolled over and compounded during the remainder of the term. Interest payments require a 60-day written notice by mail or electronically via email. If interest is paid out prior to the completion of the next consecutive year of the term, that interest will not be compounded for the year in which it was withdrawn. Upon maturity of said term, unless a withdrawal request has been issued meeting the above stated specifications, your investment will be rolled over and reinvested for another five (5) year term. Membership Interests are not transferable.

_____ CEO IFcF 2/9/64
Signature                    Date

Number: IFCF042903-02

Account # 104079

WIH00047

IFC

This certifies that

*Kathleen Markus*

has invested *$100,000.00*

on May 13, 2003

at a term of *5 years*

earning *19.9% APR*

5-Year Term: The principal investment must remain untouched for exactly five (5) years from the date the investment payment along with all signed and completed investment documents. A withdrawal of principal prior to the end of the 1st year will incur a 70% penalty on earned interest only. A withdrawal of principal prior to the end of the 3rd year will incur a 35% penalty on earned interest only. A withdrawal of principal prior to the 5th year will incur a 20% penalty on earned interest only. A withdrawal of principal requires a 60-day written notice by mail or electronically via email. Interest payments can be paid on an annual basis per the written request of the investor. Interest is automatically rolled over and compounded during the remainder of the term. Interest payments require a 60-day written notice by mail or electronically via email. If interest is paid out prior to the completion of the next consecutive year of the term, that interest will not be compounded for the year in which it was withdrawn. Upon maturity of said term, unless a withdrawal request has been issued meeting the above stated specifications, your investment will be rolled over and reinvested for another five (5) year term. Membership Interests are not transferable.

CEO IFCF 5/13/03

Signature                                    Date

Number: IFCF051303-01

Account # 104086

KFM00005

**irc** InvestForClosures Financial

This certifies that

## Joseph Cavaluzzi

has invested **$10,807.10**

on June 05, 2003

at a term of 5 years

earning 15.9% APR

5-Year Term: The principal investment must remain untouched for exactly five (5) years from the date the investment payment along with all signed and completed investment documents. A withdrawal of principal prior to the end of the 1st year will incur a 70% penalty on earned interest only. A withdrawal of principal prior to the end of the 3rd year will incur a 35% penalty on earned interest only. A withdrawal of principal prior to the 5th year will incur a 20% penalty on earned interest only. A withdrawal of principal requires a 60-day written notice by mail or electronically via email. Interest payments can be paid on an annual basis per the written request of the investor. Interest is automatically rolled over and compounded during the remainder of the term. Interest payments require a 60-day written notice by mail or electronically via email. If interest is paid out prior to the completion of the next consecutive year of the term, that interest will not be compounded for the year in which it was withdrawn. Upon maturity of said term, unless a withdrawal request has been issued meeting the above stated specifications, your investment will be rolled over and reinvested for another five (5) year term. Membership Interests are not transferable.

Signature _CEO-IFCF 6/5/03_

Date

Number: IFCF060503-01

Account # 104085

JAC00088

William Lawson
10407 N.E. 22nd Place
Vancouver, WA 98686


Account #    104083
Account Type: IRA
Term Length: 5 years

Compound Period:              Annual

Nominal Annual Rate:          15.900%


AMORTIZATION SCHEDULE - Normal Amortization, 360 Day Year

|  | Date | Invest | Balance Date | Return | Interest | Net Change | Balance |
|---|---|---|---|---|---|---|---|
| Invest | 6/6/2003 | 80,598.65 |  |  |  | 80,598.65 | 80,598.65 |
| Balance Date | 3/31/2008 |  | 0.00 |  | 84,039.44 | 84,039.44 | 164,638.09 |
| Balance Date | 6/30/2008 |  | 0.00 |  | 6,617.08 | 6,617.08 | 171,255.17 |
| Balance Date | 9/30/2008 |  | 0.00 |  | 6,958.67 | 6,958.67 | 178,213.84 |
| Grand Totals |  | 80,598.65 | 0.00 | 0.00 | 97,615.19 | 178,213.84 |  |

An open balance of 178,213.84 still remains.

WAL00037

Sarah Lawson
10407 N.E. 22nd Place
Vancouver, WA  98686

Account #    104084
Account Type: IRA
Term Length: 5 years

Compound Period:          Annual

Nominal Annual
Rate:                     15.900%

AMORTIZATION SCHEDULE - Normal Amortization, 360 Day Year

|  | Date | Invest | Balance Date | Return | Interest | Net Change | Balance |
|---|---|---|---|---|---|---|---|
| Invest | 6/6/2003 | 18,609.09 |  |  |  | 18,609.09 | 18,609.09 |
| 1 | 8/14/2007 |  |  | 15,992.52 | 15,992.52 | 0.00 | 18,609.09 |
| Balance Date | 3/31/2008 |  | 0.00 |  | 1,890.37 | 1,890.37 | 20,499.46 |
| Balance Date | 6/30/2008 |  | 0.00 |  | 823.91 | 823.91 | 21,323.37 |
| Balance Date | 9/30/2008 |  | 0.00 |  | 866.44 | 866.44 | 22,189.81 |
| Grand Totals |  | 18,609.09 | 0.00 | 15,992.52 | 19,573.24 | 22,189.81 |  |

An open balance of 22,189.81 still remains.

WAL00038



This certifies that

## G. Matthew Knowlton

has invested $3,000.00

on July 31, 2003

at a term of 5 years

earning 15.9% APR

Apr.17.2009    10:46 PM  CINEMA95

197846573.73

PAGE.    3/ 10

GMK00016



**i°rC** InvestForClosures Financial

*This certifies that*

## *Robert Schaufenbuel & Bradley Schaufenbuel*

*has invested $35,000*
*on September 26, 2003*
*at a term of 2 years*
*earning 17.9% APR*

*Note: Interest payments will be paid monthly. Upon maturity of your investment,*
*unless a withdrawal request has been received, your principal will be reinvested in*
*the same plan at the rate and term posted at that time. A withdrawal of principal*
*requires a 90 day written notice by mail or electronically via email. There are no*
*penalties for early withdrawal. Membership Interests are not transferable.*

_____     CEO - IFCF 9/26/03
Signature                            Date

Number: IFCF092603-01

Acct#: 104101

BJS00742

Page 1

Ravikumar & Sumathi Jammalamadaka
5 Amy Drive
North Brunswick, NJ 08902

Account #:    104106
Account Type: Cash
Term Length: 5 years

Compound Period:                    Annual

Nominal Annual Rate:                8.900%

AMORTIZATION SCHEDULE - Normal Amortization, 360 Day Year

|  | Date | Invest | Balance Date | Return | Interest | Net Change | Balance |
|---|---|---|---|---|---|---|---|
| Invest | 11/18/2003 | 25,000.00 | | | | 25,000.00 | 25,000.00 |
| 2003 Totals | | 25,000.00 | 0.00 | 0.00 | 0.00 | 25,000.00 | |
| 1 | 4/21/2006 | | | | 5,000.00 | 5,784.12 | 784.12 | 25,784.12 |
| 2 | 6/26/2006 | | | 20,000.00 | 420.71 | 19,579.29- | 6,204.83 |
| 3 | 6/26/2006 | | | 2,171.69 | 0.00 | 2,171.69- | 4,033.14 |
| 4 | 6/27/2006 | | | 2,700.00 | 1.00 | 2,699.00- | 1,334.14 |
| 2006 Totals | | 0.00 | 0.00 | 29,871.69 | 6,205.83 | 23,665.86- | |
| Balance Date | 3/31/2008 | | 0.00 | | 218.23 | 218.23 | 1,552.37 |
| Balance Date | 6/30/2008 | | 0.00 | | 34.92 | 34.92 | 1,587.29 |
| Balance Date | 9/30/2008 | | 0.00 | | 36.10 | 36.10 | 1,623.39 |
| Balance Date | 12/31/2008 | | 0.00 | | 36.92 | 36.92 | 1,660.31 |
| 2008 Totals | | 0.00 | 0.00 | 0.00 | 326.17 | 326.17 | |
| Grand Totals | | 25,000.00 | 0.00 | 29,871.69 | 6,532.00 | 1,660.31 | |

An open balance of 1,660.31 still remains.

RAJ00001



**ifc** InvestForClosures Financial

This certifies that

## Wilhelm Hall

has invested **$15,000**

on December 18, 2003

at a term of *5 years*

earning 16.9% APR

5-Year Term: The principal investment must remain untouched for exactly five (5) years from the date the investment payment along with all signed and completed investment documents. A withdrawal of principal prior to the end of the 1st year will incur a 70% penalty on earned interest only. A withdrawal of principal prior to the end of the 3rd year will incur a 35% penalty on earned interest only. A withdrawal of principal prior to the 5th year will incur a 20% penalty on earned interest only. A withdrawal of principal requires a 60-day written notice by mail or electronically via email. Interest payments can be paid on an annual basis per the written request of the investor. Interest is automatically rolled over and compounded during the remainder of the term. Interest payments require a 60-day written notice by mail or electronically via email. If interest is paid out prior to the completion of the next consecutive year of the term, that interest will not be compounded for the year in which it was withdrawn. Upon maturity of said term, unless a withdrawal request has been issued meeting the above stated specifications, your investment will be rolled over and reinvested for another five (5) year term. Membership Interests are not transferable.

Signature _____ CEO-IFCF  12/18/03
Date

Number: IFCF0121803-01

Account # 104079

WIH00048