Page 1

Paul Herink
291 Frank Applegate Road
Jackson, NJ 08527-4215

Account # 104111
Account Type: IRA
Term Length: 5 years

Compound Period:              Annual

Nominal Annual Rate:          10.900%

AMORTIZATION SCHEDULE - Normal Amortization, 360 Day Year

|  | Date | Invest | Balance Date | Return | Interest | Net Change | Balance |
|---|---|---|---|---|---|---|---|
| Invest | 12/22/2003 | 30,476.60 |  |  |  | 30,476.60 | 30,476.60 |
| Balance Date | 3/31/2008 |  | 0.00 |  | 17,018.31 | 17,018.31 | 47,494.91 |
| Balance Date | 6/30/2008 |  | 0.00 |  | 1,308.62 | 1,308.62 | 48,803.53 |
| Balance Date | 9/30/2008 |  | 0.00 |  | 1,359.45 | 1,359.45 | 50,162.98 |
| Balance Date | 12/31/2008 |  | 0.00 |  | 1,397.32 | 1,397.32 | 51,560.30 |
| Balance Date | 3/31/2009 |  | 0.00 |  | 1,405.02 | 1,405.02 | 52,965.32 |
| Grand Totals |  | 30,476.60 |  | 0.00 | 0.00  22,488.72 | 52,965.32 |  |

An open balance of 52,965.32 still remains.

PJH00001



InvestForClosures Financial

This certifies that

## Andrew Kaufman

has invested *$35,000*
On January 27, 2004
at a term of 5 years
earning 11.9% APR

5-Year Term: The principal investment must remain untouched for exactly five (5) years from the date the investment payment along with all signed and completed investment documents. A withdrawal of principal prior to the end of the 1st year will incur a 70% penalty on earned interest only. A withdrawal of principal prior to the end of the 3rd year will incur a 35% penalty on earned interest only. A withdrawal of principal prior to the 5th year will incur a 20% penalty on earned interest only. A withdrawal of principal requires a 60-day written notice by mail or electronically via email. Interest payments can be paid on an annual basis per the written request of the investor. Interest is automatically rolled over and compounded during the remainder of the term. Interest payments require a 60-day written notice by mail or electronically via email. If interest is paid out prior to the completion of the next consecutive year of the term, that interest will not be compounded for the year in which it was withdrawn. Upon maturity of said term, unless a withdrawal request has been issued meeting the above stated specifications, your investment will be rolled over and reinvested for another five (5) year term. Membership Interests are not transferable.

*Signature* — CEO-IFCF  1/27/04 *Date*

Number: IFCF012704-01
Account # 104117



IFC investForClosures Financial

This certifies that

*Donald & Ruth Halverson*

has invested $35,000

On April 06, 2004

at a term of 5 years

earning 9.0% APR

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

Signature: CEO IFCF 4/6/04

Number: IFCF040604-01
Account# 104127

RUH00019



InvestForClosures Financial

This certifies that

*Frank Cupp*

has invested *$10,000*
on May 18, 2004
at a term of 2 years
earning 6.75% APR

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

Signature: CEO IFCF   Date: 5/18/04

Number: IFCF051804-01
Account # 104134



MAV00057



InvestForClosures Financial

This certifies that

*Frank Cupp*

has invested *$10,000*

on June 18, 2004

at a term of 2 years

earning 6.75% APR

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

_____ CEO-IFCF  6/18/04
Signature                    Date

Number: IFCF061804-01

Account # 104134

FMC00117



**InvestForClosures Financial**

This certifies that

**Brad Bebout**

has invested *$25,563*
On July 08, 2004
at a term of 5 years
earning 15.9 APR

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

Signature: CEO IFCF  7/8/04
Date

Number: IFCF070804-01
Account# 104009

BSB00013



LAA00059



InvestForClosures Financial

This certifies that

*Donald & Ruth Halverson*

has invested *$20,000*

On August 31, 2004

at a term of 5 years

earning 9.0% APR

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

Signature    Date 8/31/04

Number: IFCF083104-01
Account# 104127

# InvestForClosures Financial

This certifies that

**American Mass Media Corp.**
*Ianhong Ng*
has invested *$50,000*
On November 09, 2004
at a term of 5 years
earning 9.0% APR

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

_____  11/9/04
Signature  CEO-IFCF        Date

Number: IFCF110904-01
Account# 104149

AMM00002

# IFC Ventures

This certifies that

## Kathleen Markus

has invested *$50,000*
On December 22, 2004
at a term of 5 years
earning 25% APR

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

Signature: _CEO IFCV_  Date: 12/22/04

Number: IFCV122204-01
Account# 204003

KFM00100