# IFC Ventures

This certifies that

## Kathleen Markus

has invested **$25,000**
On January 31, 2005
at a term of 5 years
earning 25% APR

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

_Signature_ CEO-IFCF 1/31/05 _Date_

Number: IFCV013105-01
Account# 204014

KFM00098

# IFC Ventures

This certifies that

*Nora Sanata*

has invested *$46,825.18*
On February 03, 2005
at a term of 5 years
earning 20% APR

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

Signature: [signed] CEO IFCV   Date: 2/3/05

Number: IFCV020305-01
Account# 204005

NOS00004

# IFC Ventures

This certifies that

## *Wilhelm Hall*

has invested *$25,000*

On February 08, 2005

at a term of *5* years

earning *25% APR*

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

_Signature_ CEO IFCV 02/08/05 _Date_

Number: IFCV020805-01
Account# 204010

WIH00049

**IFC Ventures**

This certifies that

*John Reed III*

has invested *$50,000*
On February 17, 2005
at a term of 5 years
earning 20% APR

UPDATED TO 200% CEO BONUS

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

_____ CEO IFCF 2/17/05
Signature                    Date

Number: IFCV021705-01
Account# 204013

JAR00002



BSB00014



**This certifies that**

**G. Matthew Knowlton**

has invested an additional $4,000.01
On March 8, 2005
at a term of 5 years
earning 15.9% APR (IRA)

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

CEO/FCF 3/8/05

GMK00017

Page 1

John & Sarah Reed IV
2304 S. 79th Ave.
Yakima, WA  98403


Account #:    204017
Account type: Cash
Term Length:  5 years
(NOTE: interest is compounding)

$160,000  The CEO Bonus (200% bonus on your originally invested principal) that will be paid out to you at the close of your account, or your move to the SOP.  Note that this amount will not accrue interest nor change.  This is a reward for your patience.

| Compound Period: | Annual |
|---|---|

| Nominal Annual Rate: | 20.000% |
|---|---|

AMORTIZATION SCHEDULE - Normal Amortization

|  | Date | Invest | Return | Interest | Net Change | Balance |
|---|---|---|---|---|---|---|
| Invest | 4/6/2005 | 40,000.00 | | | 40,000.00 | 40,000.00 |
| Invest | 9/12/2005 | 40,000.00 | | 3,484.93 | 43,484.93 | 83,484.93 |
| 1 | 3/29/2007 | | 31,050.97 | 27,566.04 | 3,484.93- | 80,000.00 |
| 2 | 3/31/2008 | | 0.00 | 16,105.21 | 16,105.21 | 96,105.21 |
| Grand Totals | | 80,000.00 | 31,050.97 | 47,156.18 | 96,105.21 | |

An open balance of 96,105.21 still remains.

JXR00075



KFM00099

# IFC Ventures

This certifies that

## Donald & Ruth Halverson

has invested $20,000

On July 7, 2005

for a term of 5 years

earning 15% APR

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

Signature / Date: July 7, 2005

Number: IFCV070705-01
Account# 204023

RUH00021

Feb 17 09 11:16p   kimberle swobodzinski   7145211376   p.3



# IFC Ventures

This certifies that

*Roberta K. Clark*

has invested

*$70,000*

On July 13, 2005

at a term of 5 years

earning 17% APR

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

Signature — 7/13/05 — Date

Number: IFCV071305-01
Account# 204022

RKC00344