

AMM00001



IFC Ventures

This certifies that

*Andrew & Nancy Weed*

has invested *$100,000*

On October 18, 2005

at a term of 5 years

earning 22% APR

The terms and conditions of this investment are covered under the standard Subscription Agreement and your individual account documents. Membership not transferable.

Signature

Date 10/18/05

Number: IFCV101805-01
Account# 204036

AJW00008

Maria Valentin
32W121 Bode Road
Elgin, IL 60120


Account # 104137-SOP
Account Type: Cash
Term Length: 2 years

Warrants:
90,061 Warrants 1:1 for fresh dollars and rolled over monies from other accounts
24,018 30% Bonus Warrants on rolled over monies from other accounts for being with IFC since 2001
114,079 Total Warrants as of 10.30.06

Compound Period:        Annual

Nominal Annual Rate:    18.000%


AMORTIZATION SCHEDULE - Normal Amortization, 360 Day Year

|  | Date | Invest | Balance Date | Return | Interest | Net Change | Balance |
|---|---|---|---|---|---|---|---|
| Invest | 10/30/2006 | 10,000.00 | | | | 10,000.00 | 10,000.00 |
| Invest | 10/30/2006 | 9,318.03 | | | 0.00 | 9,318.03 | 19,318.03 |
| Invest | 10/30/2006 | 70,742.57 | | | 0.00 | 70,742.57 | 90,060.60 |
| lance Date | 3/31/2008 | | | 0.00 | 24,287.54 | 24,287.54 | 114,348.14 |
| Grand Totals | | 90,060.60 | | 0.00 | 0.00 24,287.54 | 114,348.14 | |

An open balance of 114,348.14 still remains.

Page 1

Jonathan Patton
4021-C Camellia Drive
Valdosta, GA  31605


Account #:      204048
Account Type: Cash
Term Length:    2 years

Rate Period:                    Annual

Nominal Annual Rate:            14.000%


AMORTIZATION SCHEDULE - U.S. Rule (no compounding)

|  | Date | Loan | Payment | Interest Accrued | Interest Paid | Principal Paid | ------------ Balance Due ------------ | | |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | Interest | Principal | Total |
| Loan | 12/11/2006 | 40,000.00 |  | 0.00 | 0.00 | 0.00 | 0.00 | 40,000.00 | 40,000.00 |
| Loan | 3/31/2008 | 0.00 |  | 7,287.67 | 0.00 | 0.00 | 7,287.67 | 40,000.00 | 47,287.67 |
| Loan | 6/30/2008 | 0.00 |  | 1,396.16 | 0.00 | 0.00 | 8,683.83 | 40,000.00 | 48,683.83 |
| Loan | 9/30/2008 | 0.00 |  | 1,411.51 | 0.00 | 0.00 | 10,095.34 | 40,000.00 | 50,095.34 |
| Loan | 12/31/2008 | 0.00 |  | 1,411.51 | 0.00 | 0.00 | 11,506.85 | 40,000.00 | 51,506.85 |
| Loan | 3/31/2009 | 0.00 |  | 1,380.82 | 0.00 | 0.00 | 12,887.67 | 40,000.00 | 52,887.67 |
| Grand Totals |  | 40,000.00 | 0.00 | 12,887.67 | 0.00 | 0.00 |  |  |  |

An open balance of 52,887.67 still remains.

**citigroup**

SMITH BARNEY

610 E Yakima Avenue
PO Box 447
Yakima    WA 98907

Ref.#: 2150   Page: 0001   Br-00524
Andrew J Weed  And
Nancy Weed  JTWROS
3600 Marks Road
Yakima WA 98903-9710

03/30/07

Dear Client:

As you have instructed, we have completed a Federal Fund Money Transfer in the amount of $100,000.00

   From: Your Account   REDACTED

   To: Harris N.A.

   For the benefit of: 1720030844    Investforclosures Ventures Llc

   For the further benefit of: 1720030844    Andrew & Nancy Weed

   The transfer agent has confirmed that this transfer was executed as a Federal Funds transaction with paid ref number 0330B1Qgc04C009107.

   Additional comments transmitted with the Money Transfer were: "Joej From 524-19359 Today."

If any of the above information is not in accordance with your instructions, please contact your branch manager at    509-248-5220  .

Sincerely,

*Horace Derrick*

Horace Derrick
Director
CMB NA Management

Smith Barney is a division and service mark of Citigroup Global Markets Inc.





**HIGHER EDUCATION MADE HIGHLY ACCESSIBLE**
University of Phoenix

New feature!
**AUDIO WEBMAIL**
**Listen to this email**

1. Select language: Auto Detect
2. **Listen**

Powered by ReadSpeaker

**Podmail**: save an audio file to your PC or portable media player
**Download**

Click here to comment on Audio Webmail.

**in fus ium**

infuse your hair with moisture

**Read Message**    Printable Version / Print with annotation    Previous | Next

🌺 **Reply**    **Reply All**    **Forward**    As Attachment    **Move To**

**Add annotation**    **Delete**

**From:** "Jim Bourassa" <jimdonaldbourassa@hotmail.com>    Save Address    Block Sender    This Is Spam

**To:** "John Reed" <kfed@email.com>
**CC:** "Frank Sanchez" <francisxsanchez@hotmail.com>, <tomeboy2152@hotmail.com>
**Subject:** Re: Andrew Weed's SOP account
**Date:** Mon, 2 Apr 2007 15:02:39 -0500

**Show Full Headers**    **Back To [INBOX]**

Andy,

Congratulations on participating in the Special Opportunity Program! I can confirm that your wire went thru, and is generating interest as of today. If you're current investment has already matured or is within 6 months of maturation, your principal and interest gets combined and can be placed in the Special Opportunity Program (SOP). If your current investment has not yet matured or within 6 months of maturation, only your interest accumulation can be put into the SOP.

This is the procedure to finish your paperwork. The total agreement is composed of:

* The Standard Agreement (that you indicated that you have mailed already)

* Your Account Review (to be completed)

* The Investment Certificate

* The Investor Subscription and Certification form

These are the steps:

Once the attached Standard Agreement form is received and your "Account Review" is completed, your total benefits are then listed in the "Level and Term Agreement" section of the Investor Subscription and Certification form. Then, everything is emailed for your

AJW00010

review and signature(s). Once we receive your executed package, we will mail you a copy, along with your Investment Certificate. We will also update your MyMoney page.

Thanks!

Jim D. Bourassa
Chief Operating Officer and Co-Founder

Realty Opportunities International, an InvestorTainment® company
ROI Mexico: Your Gateway to Paradise®

815-206-5139 Office
847-271-8870 Cellular
815-206-5283 Fax
jb@roifinancial.com

----- Original Message -----
From: "John Reed" <kfed@email.com>
To: "Jim Bourassa" <jimdonaldbourassa@hotmail.com>
Sent: Monday, April 02, 2007 2:16 PM
Subject: Andrew Weed's SOP account

Jim Bourassa,

I have talked with Frank Sanchez a couple times about the SOP and have wired $100,000 new money today. We would appreciate a confirmation when you have recieved it. On Friday I sent by mail the SOP agreement and you should be receiving it in a couple of days.
I am also planning to roll my interest that I have earned in the old program into the SOP. Is the principle I have put into the old program staying there or is it going into the SOP? There has been some confusion as to what is happening with that money. You may write me back at this email address. It is my daughters and I don't yet have email.

Thank you very much!

Andy Weed

Reply   Reply All   Forward          Move To      Previous | Next
As Attachment   Delete                           | Back To [INBOX]

© Copyright 2007 mail.com Corp. All rights reserved.

AJW00011

Page 1

Andrew & Nancy Weed
3600 Marks Road
Yakima, WA 98903

Account #: 204036-SOP
Account Type: Cash
Term length: 2 years

Warrants:
131,961 Warrants 1:1 for "fresh" Dollars and interest accumulated
3,196 10% Warrant Bonus on rolled over interest for being in IFC since 05
135,157 Total Warrants going into SOP

Rate Period: Annual

Nominal Annual Rate: 18.000%

AMORTIZATION SCHEDULE - U.S. Rule (no compounding), 360 Day Year

|  | Date | Loan | Payment | Interest Accrued | Interest Paid | Principal Paid | Balance Due Interest | Balance Due Principal | Total |
|---|---|---|---|---|---|---|---|---|---|
| Loan | 3/30/2007 | 100,000.00 |  | 0.00 | 0.00 | 0.00 | 0.00 | 100,000.00 | 100,000.00 |
| Loan | 3/30/2007 | 31,961.11 |  | 0.00 | 0.00 | 0.00 | 0.00 | 131,961.11 | 131,961.11 |
| Loan | 3/31/2008 | 0.00 |  | 23,818.98 | 0.00 | 0.00 | 23,818.98 | 131,961.11 | 155,780.09 |
| Grand Totals |  | 131,961.11 | 0.00 | 23,818.98 | 0.00 | 0.00 |  |  |  |

An open balance of 155,780.09 still remains.

AJW00012



# Realty Opportunities
### INTERNATIONAL

This certifies that
Joseph A. Cavaluzzi
has invested $56,381.18
on April 27, 2007
with the Special Opportunity Program

*Note:* This program allows you to earn 18% APR annual compounding. After a 2 years an additional 50% Maturation Bonus gets added to your amount of interest accumulation. You will receive an annual variable annuity distribution based on the net profits of the 23 acres in Pacific Estates. You will have rights to purchase at established lot prices, and be notified of price increases 30 days prior to a price increase. You will have first rights to purchase any property sold in the Sands of Gold Project at a 10% discounted price. It will begin at 10% once the first structures are available and decrease 1% every 6 months until it reduces to 1% in the 5th year.

Signature: CEO IFCV-ROI   Date: 10/12/07

Number: IFCV-042707-01

JAC00089

Wilhelm Hall
237 Rock Ave.
Park Ridge, NJ 07656

Account #:    204010 - SOP (IRA)
Account Type: IRA/SOP
Term Length: 2 years

Please see the Cash SOP account for Summary of all Warrants

Compound Period:           Annual

Nominal Annual Rate:      18.000%

AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Invest | Balance Date | Return | Interest | Net Change | Balance |
|---|---|---|---|---|---|---|---|
| Invest | 6/28/2007 | 25,979.85 | | | | 25,979.85 | 25,979.85 |
| Invest | 6/28/2007 | 50.00 | | | 0.00 | 50.00 | 26,029.85 |
| lance Date | 3/31/2008 | | | 0.00 | 3,555.75 | 3,555.75 | 29,585.60 |
| Grand Totals | | 26,029.85 | | 0.00 | 0.00 3,555.75 | 29,585.60 | |

An open balance of 29,585.60 still remains.

Sarah Lawson
10407 N.E. 22nd Place
Vancouver, WA 98686

Account # 104084-SOP
Account Type: IRA
Term Length: 2 years

Warrants:

25,993 Warrants 1:1 ratio for fresh dollars and interest monies rolled over from prior account
3,199 20% Warrant bonus on monies rolled over from other accounts for being investor since 2003
29,192 Total Warrants as of 8.14.07

Compound Period: Annual

Nominal Annual Rate: 18.000%

*SANDS OF GOLD*

AMORTIZATION SCHEDULE - Normal Amortization, 360 Day Year

|  | Date | Invest | Balance Date | Return | Interest | Net Change | Balance |
|---|---|---|---|---|---|---|---|
| Invest | 8/14/2007 | 10,000.00 |  |  |  | 10,000.00 | 10,000.00 |
| Invest | 8/14/2007 | 15,992.52 |  |  | 0.00 | 15,992.52 | 25,992.52 |
| Balance Date | 3/31/2008 |  | 0.00 |  | 2,989.14 | 2,989.14 | 28,981.66 |
| Balance Date | 6/30/2008 |  | 0.00 |  | 1,318.67 | 1,318.67 | 30,300.33 |
| Balance Date | 9/30/2008 |  | 0.00 |  | 1,393.82 | 1,393.82 | 31,694.15 |
| Grand Totals |  | 25,992.52 | 0.00 | 0.00 | 5,701.63 | 31,694.15 |  |

An open balance of 31,694.15 still remains.

WAL00039

**From:** "Jim Bourassa" <jimdonaldbourassa@hotmail.com>
**Date:** July 11, 2008 7:27:01 AM CDT
**To:** "david Hale" <touchdownfun@gmail.com>
**Cc:** <darcey.martin@d2dsolutions.com>
**Subject: David Hale - Account Review**

Hi, David

Below and attached is your "Account Review". This is your official Investment Certificate, updated on a quarterly basis. I have also attached of copy of your Special Opportunity Program agreement, for your reference. You had faxed it to me, so you actually have the original.

Have a great day!

Jim

- - -

David J Hale Jr.
412 Washington St
Rockfrord, IL 61104


Account #     204100
Account Type: Cash
Term Length:   2 years

Compound Period:            Annual

Nominal Annual Rate:        18.000 %


AMORTIZATION SCHEDULE - Normal Amortization

DJH00001

|  | Date | Loan | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| Loan | 1/29/2008 | 10,000.00 |  |  |  | 10,000.00 |
| Loan | 3/31/2008 | 0.00 |  | 305.75 | 305.75- | 10,305.75 |
| Loan | 6/30/2008 | 0.00 |  | 462.49 | 462.49- | 10,768.24 |
| Grand Totals |  | 10,000.00 | 0.00 | 768.24 | 768.24- |  |

An open balance of 10,768.24 still remains.

DJH00002