**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 09-CV-1221 |
| v. ) | |
| ) | |
| INVESTFORCLOSURES FINANCIAL, ) | Judge Leinenweber |
| L.L.C.; et al., ) | |
| ) | Magistrate Judge Nolan |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on Thursday, the 15th day of October, 2009 at 9:30 a.m. I shall appear before the Honorable Harry D. Leinenweber in Room 1941 of the United States District Court, 219 S. Dearborn Street, Chicago, Illinois and there and then present Plaintiffs' Motion to Amend the Complaint.

PLAINTIFFS

By:   /s/ Robert C. Thurston
       One of Their Attorneys

| | |
|---|---|
| Thurston Law Offices, P.C. | Law Offices of Joel M Weiner, LLC |
| Robert C. Thurston | Joel M. Weiner |
| A.R.D.C. No. 6209353 | 579 N 1st Bank Drive Suite 150 |
| 10469 Bethel Avenue | Palatine, IL 60067-8102 |
| Huntley, IL 60142 | Phone: 847-654-3105 |
| Phone: 847-659-8613 | Fax: 847-358-7165 |
| Fax: 847-628-0930 | Email: jweiner@jweinerlaw.com |
| Email: tj@thurstonlawpc.com | |

-1-

## CERTIFICATE OF SERVICE

    I, Robert C. Thurston, an attorney, hereby certify that I served a copy of this Notice and the referenced documents therein upon all persons on the Service List below by causing the same to be sent via ECF for all Filing Users and via U.S. Mail to all who are not Filing Users on October 12, 2009.

By:   /s/ Robert C. Thurston

## SERVICE LIST

| **Defendants Francis X. Sanchez; InvestForClosures Financial, LLC.; ROI Developers; InvestForClosures; InvestForClosures.com, LLC; InvestForClosures Ventures, LLC; Sands of Gold Escrow; ROI Financial; Realty Opportunities International Escrow 23; ROI Escrow; James D. Bourassa; Richard Sanchez; Salomon Sanchez, Jr.** <br> Hugh C. O'Donnell <br> Elaine C. Davenport <br> Nora C. Elias <br> Sanchez Daniels & Hoffman LLP <br> 333 W. Wacker Dr., Suite 500 <br> Chicago, IL 60606 <br> (312) 641-1555 <br> HODonnell@sanchezdh.com <br> edavenport@sanchezdh.com <br> NElias@sanchezdh.com <br> ECF FILER | **Attorneys For Defendant Deana M. Guidi; Darcey L. Martin; Tom Rodriguez** <br> Charles A. Dunlop <br> Russell W. Baker <br> Genevieve M. Lynott <br> Campion Curran Dunlop & Lamb, PC <br> 8600 US Hwy 14, Suite 201 <br> Crystal Lake, IL 60012 <br> (815) 459-8440 <br> cdunlop@ccdllaw.com <br> rbaker@ccdllaw.com <br> glynott@ccdllaw.com <br> ECF FILER |
|---|---|