## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1221 | **DATE** | 10/09/09 |
| **CASE TITLE** | Bradley J Schaufenbuel, et al vs. InvestForClosures Financial, L.L.C. et al | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 10/28/09 at 9:30 a.m. For the reasons stated in open court, Plaintiffs' Motion to Compel [175] and Defendants' Motion to Compel [177] are withdrawn without prejudice. The Sanchez Defendants are given leave to file a motion to stay injunction proceedings and vacate the temporary restraining order by 10/23/09. Plaintiffs' response is due by 10/30/09.

Notices mailed by Judicial staff.

00:20

| | Courtroom Deputy Initials: | LXS |
|---|---|---|