IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; et al., | ) |
|       Plaintiffs, | ) |
| v. | ) Case No. 09-CV-1221 |
| INVESTFORCLOSURES FINANCIAL, L.L.C.; et al., | ) Judge Leinenweber |
| | ) Magistrate Judge Nolan |
|       Defendants. | ) |

### NOTICE OF DISMISSAL

TO: ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily withdraw their Third Amended Class Action Complaint and dismiss the above-captioned case.

                                            PLAINTIFFS

                                            By: ___/s/ Robert C. Thurston_____
                                                      One of Their Attorneys

| | |
|---|---|
| Thurston Law Offices, P.C. | Law Offices of Joel M Weiner, LLC |
| Robert C. Thurston | Joel M. Weiner |
| A.R.D.C. No. 6209353 | 579 N 1st Bank Drive Suite 150 |
| 10469 Bethel Avenue | Palatine, IL 60067-8102 |
| Huntley, IL 60142 | Phone: 847-654-3105 |
| Phone: 847-659-8613 | Fax: 847-358-7165 |
| Fax: 847-628-0930 | Email: jweiner@jweinerlaw.com |
| Email: tj@thurstonlawpc.com | |

## CERTIFICATE OF SERVICE

      I, Robert C. Thurston, an attorney, hereby certify that I served a copy of this Notice of Dismissal upon all persons on the Service List below by causing the same to be sent via ECF for all Filing Users and via U.S. Mail to all who are not Filing Users on October 20, 2009.

                            By: __/s/ Robert C. Thurston____

## SERVICE LIST

| **Defendants Francis X. Sanchez; InvestForClosures Financial, LLC.; ROI Developers; InvestForClosures; InvestForClosures.com, LLC; InvestForClosures Ventures, LLC; Sands of Gold Escrow; ROI Financial; Realty Opportunities International Escrow 23; ROI Escrow; James D. Bourassa; Richard Sanchez; Salomon Sanchez, Jr.** <br> Hugh C. O'Donnell <br> Elaine C. Davenport <br> Nora C. Elias <br> Sanchez Daniels & Hoffman LLP <br> 333 W. Wacker Dr., Suite 500 <br> Chicago, IL 60606 <br> (312) 641-1555 <br> HODonnell@sanchezdh.com <br> edavenport@sanchezdh.com <br> NElias@sanchezdh.com <br> ECF FILER | **Attorneys For Defendant Deana M. Guidi; Darcey L. Martin; Tom Rodriguez** <br> Charles A. Dunlop <br> Russell W. Baker <br> Genevieve M. Lynott <br> Campion Curran Dunlop & Lamb, PC <br> 8600 US Hwy 14, Suite 201 <br> Crystal Lake, IL 60012 <br> (815) 459-8440 <br> cdunlop@ccdllaw.com <br> rbaker@ccdllaw.com <br> glynott@ccdllaw.com <br> ECF FILER |
|---|---|