UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.3**
Eastern Division

Bradley J Schaufenbuel, et al.
                              Plaintiff,

v.                                     Case No.: 1:09−cv−01221
                                       Honorable Harry D. Leinenweber

InvestForClosures Financial, L.L.C., et al.
                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 15, 2009:

    MINUTE entry before the Honorable Harry D. Leinenweber:Plaintiffs' Motion for leave to file amended complaint is granted. Defendants' to answer or otherwise plead by 11/5/2009.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.