Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1221 | **DATE** | 10/28/09 |
| **CASE TITLE** | Schaufenbuel et al vs. InvestForClosures Financial, L.L.C. et al | | |

**DOCKET ENTRY TEXT**

Status hearing held. In light of Plaintiffs' voluntary dismissal [#204], this action has been terminated and the amended motion for preliminary injunction [#63] is denied as moot. Enter Agreed Order vacating the Standstill Agreement and Temporary Restraining Order. All matters relating to the referral of this action having been concluded, the referral is closed.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|