# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRADLEY J. SCHAUFENBUEL; ROBERT N. SCHAUFENBUEL JOHN AND SARAH REED, IV; JOAN AND JAN REED, III; AMERICAN MASS MEDIA CORPORATION; ROBERTA K. CLARK; MARIA A VALENTIN; LIAM A. ANGELINI; KEITH A. AND BONNIE C. RAINES; RAVIKUMAR AND SUMATHI JAMMALAMADAKA; PAUL J. HERINK; G. MATTHEW KNOWLTON; WILHELM HALL; KATHLEEN F. MARKUS; JONATHAN PATTON; KATHLEEN TAJAK; RUTH HALVERSON, AS TRUSTEE OF THE HALVERSON FAMILY TRUST; DAVE HALE; JOSEPH CAVALUZZI; JOSEPH S. PEARSE; ANDREW KAUFMAN; FRANK M. CUPP; THOMAS AND MARY O'SULLIVAN-SNYDER; MARY O'SULLIVAN-SNYDER AS ADMINISTRATOR OF THE ESTATE OF SARAH PEARSE; PATRICK O'SULLIVAN; DANIEL SULLIVAN; KAILASH AND KANTA GUPTA; NISHANT GUPTA; NATASHA GUPTA; WILLIAM R. RICHOZ; ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILAR SITUATED, <br><br> PLAINTIFFS, <br> VS. <br><br> INVESTFORCLOSURES FINANCIAL, LLC; ROI DEVELOPERS; INVESTFORCLOSURES; INVESTFORCLOSURES.COM, LLC; INVESTFORCLOSURES VENTURES, LLC; SANDS OF GOLD ESCROW; SANDS OF GOLD; ROI FINANCIAL; REALTY OPPORTUNITIES INTERNATIONAL S. DE R.L. DE C.V.; REALTY OPPORTUNITIES INTERNATIONAL; ROI MEXICO; SANDS OF GOLD ESTATES; FRANCIS X. SANCHEZ AKA FRANK SANCHEZ; JAMES D. BOURASSA AKA JIM BOURASSA; SCOTT D. WESSEL; DEANA M GUIDI; DANIEL E. FITZGERALD AKA DAN FITZGERALD; SCOTT SLAGLE; DARCEY L. MARTIN; TOM RODRIGUEZ; AMO REALTY INTERNATIONAL, LTD.; WAYNE M. O'DAY; RICHARD SANCHEZ; SALOMON SANCHEZ JR.; SANCHEZ & RIVERA EXCHANGE CORP; SANCHEZ & RIVERA GROUP, LLC; SANCHEZ & RIVERA TITLE CO.; SANCHEZ & RIVERA TITLE, LLC; MAURICIO SANCHEZ; INVESTFORCLOSURES NATIONAL, LLC; AND JOHN DOES 1 – 30, <br><br> DEFENDANTS. | NO. 09-CV-01221 <br><br> JUDGE LEINENWEBER <br><br> MAGISTRATE JUDGE NOLAN <br><br><br><br> **JURY DEMAND** |

**AGREED ORDER**

On the date indicated below, by virtue of the dismissal of this action in its entirety by the Plaintiffs and by agreement of the parties, the Court hereby vacates the Standstill Agreement and the Temporary Restraining Order entered in this matter. It is further ordered by this Court that any and all asset and/or account freezes against any of the above named Defendants shall be lifted effective immediately, allowing said Defendants immediate and full access to their accounts and assets.

SIGNED this 28 day of October, 2009.

*Nan R. Nolan*
_____
PRESIDING JUDGE