**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | |
|---|---|
| **BRADLEY J. SCHAUFENBUEL**; Et al.<br><br>Plaintiffs,<br><br>Vs.<br><br>**INVESTFORCLOSURES FINANCIAL, L.L.C.;** Et. al.<br><br>Defendants | Case No. 09-CV-1221<br><br>Judge Leinenweber<br><br>Magistrate Judge Nolan |

## NOTICE OF MOTION

TO: ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on Wednesday June 2, 2021 at 9:30 a.m. I shall appear before the Honorable Harry D. Leinenweber in Room 1941 of the United States District Court, 219 S. Dearborn Street, Chicago, Illinois and there and then present Plaintiffs' Motion to Redact Address (document 211 on the docket).



20 N. Clark ∎ Ste 850 ∎ Chicago IL 60602
312.849.3000 ∎ 312.873.4245 FAX
*Efiling*: efiling@DavidCloughlaw.com
Atty No. 38882

BY: __/s/ David Clough_____
Attorney for Defendants

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that he caused the forgoing document(s) on the above named person(s), in the above named method on Date above

**/s/ DavidClough**

## SERVICE LIST

| TO: | VIA: |
|---|---|

Hugh C. O'Donnell  
Elaine C. Davenport  
Nora C. Elias  
Sanchez Daniels & Hoffman LLP  
333 W. Wacker Dr., Suite 500  
Chicago, IL 60606

**_X_ Electronic Filing**
**___ Email at** HODonnell@sanchezdh.com  
          edavenport@sanchezdh.com  
          NElias@sanchezdh.com  
**___ Hand Delivery**
**___ US Mail in a properly addressed prepaid Envelope**

**\*\*\* Sent On May 12, 2021 before 5pm\*\*\***

Charles A. Dunlop  
Russell W. Baker  
Genevieve M. Lynott  
Campion Curran Dunlop & Lamb, PC  
8600 US Hwy 14, Suite 201  
Crystal Lake, IL 60012

**X_ Electronic Filing**
**___ Email at** cdunlop@ccdllaw.com  
          rbaker@ccdllaw.com  
          glynott@ccdllaw.com  
**___ Hand Delivery**
**___ US Mail in a properly addressed prepaid Envelope**

**\*\*\* Sent On May 12, 2021 before 5pm\*\*\***