**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | |
|---|---|
| **BRADLEY J. SCHAUFENBUEL**; Et al.<br><br>Plaintiffs,<br><br>**Vs.**<br><br>**INVESTFORCLOSURES FINANCIAL, L.L.C.;** Et. al.<br><br>Defendants | Case No. 09-CV-1221<br><br>Judge Leinenweber<br><br>Magistrate Judge Nolan |

## MOTION TO SEAL

**NOW COMES** the Plaintiff, **LIAM A. ANGELINI** by and through his attorney in this regard**, David Clough,** and for his **MOTION TO SEAL**, states as follows:

1. A 3rd amended class Action Complaint was filed in this matter on October 15, 2009.
2. The docket lists the Complaint as Number 203 in case 1:09-cv-01221
3. Plaintiff **ANGELINI** is a named plaintiff in this matter.
4. The Complaint lists Plaintiff's address on paragraph 18.
5. Plaintiff is in Law Enforcement, and wishes to maintain personal privacy from persons who may visit physical harm against Plaintiff as a result of his profession generally, or as a result of his official professional actions specifically.

Wherefore, Plaintiff **LIAM A. ANGELINI** prays that this Court, **SEAL** Document 203 showing Plaintiff's address, and for whatever relief the Court deems fair, just and equitable to the parties.

Respectfully Submitted,

**LIAM A. ANGELINI**

BY: ___/s/ David Clough_____
Attorney for Liam A. Angelini

LAW OFFICES OF
DAVID CLOUGH P.C.

```
20 N. Clark St. ■ Ste 850 ■ Chicago IL 60602
312.849.3000 ■ 312.873.4245 FAX
efiling@DavidCloughLaw.com
ARDC No. 6274716
```