## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| **BRADLEY J. SCHAUFENBUEL**; Et al. | Case No. 09-CV-1221 |
| Plaintiffs, | |
| **Vs.** | Judge Leinenweber |
| **INVESTFORCLOSURES FINANCIAL, L.L.C.;** Et. al. | Magistrate Judge Nolan |
| Defendants | |

## NOTICE OF MOTION

TO: ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on Wednesday June 9, 2021 at 9:30 a.m. I shall appear before the Honorable Harry D. Leinenweber in Room 1941 of the United States District Court, 219 S. Dearborn Street, Chicago, Illinois and there and then present Plaintiffs' Motion to SEAL  (document 214 on the docket).



20 N. Clark ■ Ste 850 ■ Chicago IL 60602
312.849.3000 ■ 312.873.4245 FAX
*Efiling:* efiling@DavidCloughlaw.com
Atty No. 38882

BY: ___/s/ David Clough_____
Attorney for Defendants

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that he caused the forgoing document(s) on the above named person(s), in the above named method on Date above

**/s/ DavidClough_**

## SERVICE LIST

**TO:**                                                                                    **VIA:**

Hugh C. O'Donnell                                    **_X_ Electronic Filing**
Elaine C. Davenport                                  **___ Email at** HODonnell@sanchezdh.com
Nora C. Elias                                                        edavenport@sanchezdh.com
Sanchez Daniels & Hoffman LLP                                        NElias@sanchezdh.com
333 W. Wacker Dr., Suite 500                         **___ Hand Delivery**
Chicago, IL 60606                                    **___ US Mail in a properly addressed prepaid Envelope**

**\*\*\* Sent On May 25, 2021  before 5pm\*\*\***


Charles A. Dunlop                                    **X_ Electronic Filing**
Russell W. Baker                                     **___ Email at** cdunlop@ccdllaw.com
Genevieve M. Lynott                                                  rbaker@ccdllaw.com
Campion Curran Dunlop & Lamb, PC                                     glynott@ccdllaw.com
8600 US Hwy 14, Suite 201                            **___ Hand Delivery**
Crystal Lake, IL 60012                               **___ US Mail in a properly addressed prepaid Envelope**

**\*\*\* Sent On May 25, 2021  before 5pm\*\*\***